# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE OUTPATIENT MEDICAL CENTER EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 1:21-cv-00305-ARW-SRH<br><br>**NOTICE OF RELATED ACTION AND [PROPOSED] ORDER RE-ASSIGNING AND CONSOLIDATING RELATED ACTION** |

WHEREAS, pursuant to Pretrial Order Number 1, Dkt. 50 at 2-3, the Parties' July 19, 2021 Joint Status Report, Dkt. 52 at 3, and this Notice, counsel for Plaintiffs in this Consolidated Action have notified the Court of the following related case filed on July 16, 2021: *Peña v. Surgical Care Affiliates, LLC, et al.*, 1:21-cv-03803 (N.D. Ill.), attached as Exhibit A;

WHEREAS, the *Peña* action relates to the same subject matter of this Consolidated Action, as indicated on the Cover Sheet of the *Peña* complaint, *Peña*, Dkt. 1-1 at 1;

WHEREAS, *Peña* names an additional Defendant, Davita, Inc., and alleges its participation in a manner consistent with the criminal indictment the Government filed on July 15, 2021 in the United States District Court for the District of Colorado: *United States v. Davita Inc. and Kent Thiry*, 1:21-cr-00229-RBJ (D. Colo.);

WHEREAS, in that indictment, the Government alleges that Davita Inc. "entered into and engaged in a conspiracy with [Surgical Care Affiliates] to suppress competition between them for the services of senior-level employees by agreeing not to solicit each other's senior-level employees", *United States v. Davita*, Dkt. 1 at 2;

WHEREAS, Plaintiffs in this Consolidated Action have completed their obligations

under PTO 1 at 2-3, by providing a copy of PTO 1 to all parties in *Peña*, notified counsel in *Peña* of this Notice and [Proposed] Order, and promptly thereafter submitted this [Proposed] Order;

WHEREAS, re-assigning the *Peña* action to this Court and consolidating it with the Consolidated Action is appropriate because the *Peña* action relates to the same subject matter as the Consolidated Action, shares several common questions of law and fact, and consolidation will promote judicial economy without unduly prejudicing any party;

**NOW, THEREFORE, THE COURT ORDERS:**

Unless a party in *Peña v. Surgical Care Affiliates, LLC, et al.*, 1:21-cv-03803 (N.D. Ill.) objects to re-assignment or consolidation within ten (10) days, the *Peña* action shall be re-assigned and consolidated with this Consolidated Action and PTO 1, Dkt. 50, shall apply thereto.

Dated: July 28, 2021  Respectfully submitted,

/s/ Dean M. Harvey
Dean M. Harvey (*pro hac vice*)
Nimish R. Desai (*pro hac vice*)
Lin Y. Chan (*pro hac vice*)
Yaman Salahi (*pro hac vice*)
Michelle A. Lamy (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
dharvey@lchb.com
ndesai@lchb.com
lchan@lchb.com
ysalahi@lchb.com
mlamy@lchb.com

2277104.1

Jessica A. Moldovan (*pro hac vice*)
LIEFF CABRASER HEIMANN &BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
jmoldovan@lchb.com

Linda P. Nussbaum (*pro hac vice*)
Bart D. Cohen (*pro hac vice*)
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
(917) 438-9102
lnussbaum@nussbaumpc.com
bcohen@nussbaumpc.com

Michael L. Roberts
Kelly Rinehart
Karen Halbert
William R. Olson
ROBERTS LAW FIRM US, PC
1920 McKinney Ave., Suite 700
Dallas, TX 75204
(501) 821-5575
mikeroberts@robertslawfirm.us
kellyrinehart@robertslawfirm.us
karenhalbert@robertslawfirm.us
williamolson@robertslawfirm.us

Joseph R. Saveri (admitted under L.R. 83.10)
Steven N. Williams (*pro hac vice*)
Chris K.L. Young (*pro hac vice*)
Anupama K. Reddy (*pro hac vice*)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Tel: (415) 500-6800
Fax: (415) 395-9940
jsaveri@saverilawfirm.com swilliams@saverilawfirm.com
cyoung@saverilawfirm.com
kquackenbush@saverilawfirm.com
areddy@saverilawfirm.com

*Interim Co-Lead Class Counsel*


**IT IS SO ORDERED.**


Dated: _____  
                                          HON. ANDREA R. WOOD
                                          UNITED STATES DISTRICT JUDGE