IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE OUTPATIENT MEDICAL CENTER EMPLOYEE ANTITRUST LITIGATION | Civil Action No. 1:21-cv-00305<br><br>**Honorable Andrea R. Wood**<br>**Honorable Sunil R. Harjani** |

## DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND LACK OF STANDING

Surgical Care Affiliates, LLC ("SCA"), SCAI Holdings, LLC ("SCAI Holdings"), UnitedHealth Group Incorporated ("United"), DaVita, Inc. ("DaVita"), and Kent Thiry (collectively "Defendants") hereby move the Court, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1), for the entry of an order dismissing with prejudice Plaintiffs' Consolidated Amended Class Action Complaint for failure to state a claim upon which relief may be granted and for lack of standing. The grounds in support of this Motion are set forth in Defendants' Memorandum in Support of Defendants' Motion to Dismiss for Failure to State a Claim and Lack of Standing and accompanying exhibits.

Dated: October 18, 2021

Respectfully submitted,

/s/ Daniel E. Laytin
Daniel E. Laytin, P.C.
James H. Mutchnik, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
dlaytin@kirkland.com
jmutchnik@kirkland.com

Catie Ventura
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 389-5000
catie.ventura@kirkland.com

*Attorneys for Defendants Surgical Care Affiliates, LLC, SCAI Holdings, LLC, and UnitedHealth Group Incorporated*

/s/ Romeo S. Quinto, Jr.
Romeo S. Quinto, Jr.
Latiera J. Scott-Johnson
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive
Chicago, IL 60606
Telephone: +1.312.324.1000
Facsimile: +1.312.324.1001
romeo.quinto@morganlewis.com
latiera.rayford@morganlewis.com

Molly Moriarty Lane (*pro hac* vice)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: +1.415.442.1000
Facsimile: +1.415.442.1001
molly.lane@morganlewis.com

        Megan R. Whisler (*pro hac* vice)
        MORGAN, LEWIS & BOCKIUS LLP
        1717 Main Street, Suite 3200
        Dallas, TX 75201
        Telephone: +1.214.466.4000
        Facsimile: +1.214.466.4001
        megan.whisler@morganlewis.com

        *Attorneys for Defendant DaVita Inc.*

        */s/ Terrence J. Dee*
        Terrence J. Dee, P.C.
        Katharine M. O'Connor
        MCDERMOTT WILL & EMERY LLP
        444 West Lake Street, Suite 4000
        Chicago, IL 60606
        Telephone: (312) 372-2000
        Fax: (312) 984-7700
        tdee@mwe.com
        koconnor@mwe.com

        Justin P. Murphy (*pro hac vice*)
        MCDERMOTT WILL & EMERY LLP
        The McDermott Building
        500 N. Capitol Street, NW
        Washington, DC 20001
        Telephone: (202) 756-8018
        jmurphy@mwe.com

        *Attorneys for Defendant Kent Thiry*

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2021, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                           */s/ Daniel E. Laytin*
                                                           Daniel E. Laytin, P.C.
                                                           KIRKLAND & ELLIS LLP
                                                           300 North LaSalle
                                                           Chicago, IL 60654
                                                           (312) 862-2000
                                                           dlaytin@kirkland.com