IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE OUTPATIENT MEDICAL CENTER EMPLOYEE ANTITRUST LITIGATION | Civil Action No. 1:21-cv-00305<br><br>**Honorable Andrea R. Wood**<br>**Honorable Sunil R. Harjani** |

### UNITEDHEALTH GROUP INCORPORATED'S MOTION TO DISMISS

UnitedHealth Group Incorporated ("United") hereby moves the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for the entry of an order dismissing with prejudice Plaintiffs' claim against it in the Consolidated Amended Class Action Complaint for failure to state a claim upon which relief may be granted. The grounds in support of this Motion are set forth in UnitedHealth Group Incorporated's Memorandum in Support of Its Motion to Dismiss and accompanying exhibit.

Dated: October 18, 2021

Respectfully submitted,

/s/ Daniel E. Laytin
Daniel E. Laytin, P.C.
James H. Mutchnik, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
dlaytin@kirkland.com
jmutchnik@kirkland.com

Catie Ventura
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 389-5000
catie.ventura@kirkland.com

*Attorneys for Defendants Surgical Care Affiliates, LLC, SCAI Holdings, LLC, and UnitedHealth Group Incorporated*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2021, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                                */s/ Daniel E. Laytin*
                                                                Daniel E. Laytin, P.C.
                                                                KIRKLAND & ELLIS LLP
                                                                300 North LaSalle
                                                                Chicago, IL 60654
                                                                (312) 862-2000
                                                                dlaytin@kirkland.com