# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE OUTPATIENT MEDICAL CENTER EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 1:21-cv-00305-ARW-SRH<br><br>**PLAINTIFFS' RESPONSE TO UNITED STATES OF AMERICA'S STATEMENT OF INTEREST** |

Plaintiffs submit this response to the United States of America's Statement of Interest (Dkt. 91) pursuant to the Court's November 1, 2021 minute order (Dkt. 83).

Plaintiffs agree with the United States' position that the conduct alleged in Plaintiffs' Consolidated Amended Complaint constitutes *per se* violations of Section 1 of the Sherman Act, 15 U.S.C. § 1, including an unlawful agreement to divide the labor market and an agreement between DaVita and Defendant Doe 1 by which Doe 1 agreed not to solicit or hire DaVita's employees, regardless of whether DaVita reciprocated with respect to Doe 1's employees.

Dated: January 3, 2022

Respectfully submitted,

*/s/ Dean M. Harvey*
Dean M. Harvey (*pro hac vice*)
Lin Y. Chan (*pro hac vice*)
Yaman Salahi (*pro hac vice*)
Michelle A. Lamy (*pro hac vice*)
Sarah Zandi (*pro hac vice* forthcoming)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
dharvey@lchb.com

2339440.2

lchan@lchb.com
ysalahi@lchb.com
mlamy@lchb.com
szandi@lchb.com

Jessica A. Moldovan (*pro hac vice*)
LIEFF CABRASER HEIMANN &BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
jmoldovan@lchb.com

Linda P. Nussbaum (*pro hac vice*)
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
(917) 438-9102
lnussbaum@nussbaumpc.com

Michael L. Roberts
Kelly Rinehart
Karen Halbert
William R. Olson
ROBERTS LAW FIRM US, PC
1920 McKinney Ave., Suite 700
Dallas, TX 75204
(501) 821-5575
mikeroberts@robertslawfirm.us
kellyrinehart@robertslawfirm.us
karenhalbert@robertslawfirm.us
williamolson@robertslawfirm.us

Joseph R. Saveri (admitted under L.R. 83.10)
Steven N. Williams (*pro hac vice*)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Tel: (415) 500-6800
Fax: (415) 395-9940
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com

*Interim Co-Lead Class Counsel*

## CERTIFICATE OF SERVICE

I, Dean M. Harvey, an attorney, hereby certify that **Plaintiffs' Response to United States of America's Statement of Interest** was electronically filed on January 3, 2022, and will be served electronically via the Court's ECF Notice system upon the registered parties of record.

Dated: January 3, 2022                                             */s/ Dean M. Harvey*

2339440.2