# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Rhonda Roe, et al.

                                            Plaintiff,

v.                                                          Case No.: 1:21–cv–00305
                                                                     Honorable Andrea R. Wood

Surgical Care Affiliates, LLC, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 21, 2023:

      MINUTE entry before the Honorable Andrea R. Wood: For docket administration purposes, the Court terminates Plaintiffs' motion to modify the discovery stay [157] as moot given subsequent proceedings. The Court also grants United States' motion for leave to file notice of supplemental authority [166] and confirms that the authority was considered in connection with the motions to dismiss. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.