IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE OUTPATIENT MEDICAL CENTER EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 1:21-cv-00305-ARW-SRH<br><br>**JOINT STATUS REPORT** |

The parties file this Joint Status Report to update the Court on the status of the ESI protocol. In its July 19, 2023 Minute Entry (ECF No. 303), the Court set a deadline of July 31, 2023 for the parties to file a joint ESI protocol. The Court previously entered a stipulated ESI protocol on October 12, 2021 (ECF No. 71).

Dated: July 28, 2023         Respectfully submitted,

/s/ Dean M. Harvey

Dean M. Harvey (*pro hac vice*)
Lin Y. Chan (*pro hac vice*)
Sarah D. Zandi (*pro hac vice*)
Devin X. Williams (*pro hac vice*)
Nicholas W. Lee (*pro hac vice* forthcoming)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
dharvey@lchb.com
lchan@lchb.com
szandi@lchb.com
dwilliams@lchb.com

Jessica A. Moldovan (*pro hac vice*)
LIEFF CABRASER HEIMANN &BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
jmoldovan@lchb.com

2827994.1

Linda P. Nussbaum (*pro hac vice*)
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
(917) 438-9102
lnussbaum@nussbaumpc.com

Michael L. Roberts
Kelly Rinehart
Karen Halbert
ROBERTS LAW FIRM US, PC
1920 McKinney Ave., Suite 700
Dallas, TX 75204
(501) 821-5575
mikeroberts@robertslawfirm.us
kellyrinehart@robertslawfirm.us
karenhalbert@robertslawfirm.us

Joseph R. Saveri (admitted under L.R. 83.10)
Steven N. Williams (*pro hac vice*)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Tel: (415) 500-6800
Fax: (415) 395-9940
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com

*Interim Co-Lead Class Counsel*

*/s/ Daniel E. Laytin*

Daniel E. Laytin, P.C.
James H. Mutchnik, P.C.
Taylor Rothman
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
dlaytin@kirkland.com
jmutchnik@kirkland.com
taylor.rothman@kirkland.com

Catie Ventura
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 389-5000
catie.ventura@kirkland.com

*Attorneys for Defendants Surgical Care Affiliates, LLC and SCAI Holdings, LLC*

- 2 -

2827994.1

/s/ Kristen C. Limarzi

Kristen C. Limarzi (*pro hac vice*)
Melanie L. Katsur (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel: (202) 887-3684
Fax: (202) 530-9582
KLimarzi@gibsondunn.com
MKatsur@gibsondunn.com

Veronica Moyé (*pro hac vice*)
Andrew LeGrand
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Tel: (214) 698-3320
Fax: (214) 571-2936
VMoye@gibsondunn.com
ALeGrand@gibsondunn.com

Matthew Kramer
Jeffrey Hansen
ACTUATE LAW
641 W Lake St
Chicago, IL 60661
Tel: (312) 579-3138
matthew.kramer@actuatelaw.com
jeff.hansen@actuatelaw.com

*Attorneys for United Surgical Partners Holdings, Inc., United Surgical Partners International, Inc., and Tenet Healthcare Corporation*

/s/ Kenneth M. Kliebard

Kenneth M. Kliebard
Staci M. Holthus
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive
Chicago, IL 60606
Tel: (312) 324-1000
kenneth.kliebard@morganlewis.com
staci.holthus@morganlewis.com

Molly Moriarty Lane (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
One Market
Spear Street Tower
San Francisco, CA 94105-1596
Tel: (415) 442-1000
molly.lane@morganlewis.com

2827994.1

Nathan T. Shapiro (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Tel.: (212) 309-6000
nathan.shapiro@morganlewis.com

*Attorneys for Defendant DaVita Inc.*

*/s/ Jeffrey C. Bank*

Jeffrey C. Bank (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1700 K Street NW, Fifth Floor
Washington, DC 20006
(212) 497-7761
Email: jbank@wsgr.com

Brian Joseph Smith
K&L GATES, LLP
70 W. Madison Street
Chicago, IL 60602
(312) 807-4202
Email: brian.j.smith@klgates.com

*Attorneys for Defendant Andrew Hayek*

*/s/ Jeffrey E. Stone*

Jeffrey E. Stone
Katharine M. O'Connor
Daniel Campbell
MCDERMOTT, WILL & EMERY LLP
444 West Lake Street, Suite 400
Chicago, IL 60605
(312) 372-2000
jstone@mwe.com
koconnor@mwe.com
dcampbell@mwe.com

Justin P. Murphy (*pro hac vice*)
MCDERMOTT, WILL & EMERY LLP
The McDermott Building
500 N. Capitol Street, NW
Washington, DC 20001
(202) 756-8018
jmurphy@mwe.com

*Attorneys for Defendant Kent Thiry*

- 4 -

2827994.1

**CERTIFICATE OF SERVICE**

I, Dean M. Harvey, an attorney, hereby certify that the **Joint Status Report** was electronically filed on July 28, 2023, and will be served electronically via the Court's ECF Notice system upon the registered parties of record.

Dated:  July 28, 2023                    */s/ Dean M. Harvey*
                                          Dean M. Harvey

2827994.1