UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re OUTPATIENT MEDICAL CENTER EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 1:21 C 305 |
| | Judge Harjani |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Kim |

## NON-PARTY DOJ'S STATUS REPORT

Non-party Department of Justice, by Morris Pasqual, Acting United States Attorney for the Northern District of Illinois, provides the following status report for the court's benefit.

1. Plaintiffs issued two subpoenas to the DOJ seeking documents collected and created as part of two separate criminal investigations, *United States v. DaVita Inc.,* No. 21 CR 229 (D. Colo.) and *United States v. Surgical Care Affiliates*, No. 21 CR 11 (N.D. Tex.).

2. In its April 25, 2024, minute entry, Dkt. 389, the court ordered DOJ to produce another index to plaintiffs by May 16, 2024, and further ordered that "if the index does not cover all documents subject to review for production, the government must file a status report including: (a) the number of documents still being considered for production or withholding; (b) efforts being made to complete the review; and (3) the time required to complete the review."

3. Since then, DOJ made additional productions to plaintiffs on May 15 and May 16, 2024, and provided a final index of documents being withheld on May 16. (Documents that were excluded pursuant to an agreement with plaintiffs narrowing the scope of the subpoena have not

been indexed.) All documents responsive to the plaintiffs' subpoenas, as narrowed by agreement with the plaintiffs, have now either been produced or listed on an index.

                                              Respectfully submitted,

                                              MORRIS PASQUAL
                                              Acting United States Attorney

                                              By: s/ Michael D. Claus
                                                  MICHAEL D. CLAUS
                                                  Assistant United States Attorney
                                                  219 South Dearborn Street
                                                  Chicago, Illinois 60604
                                                  (312) 469-6021
                                                  michael.claus@usdoj.gov