**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE OUTPATIENT MEDICAL CENTER EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 1:21-cv-00305-SRH-YBK<br><br>**DEFENDANTS' MOTION FOR STATUS HEARING REGARDING DEADLINE TO AMEND PLEADINGS OR ADD NEW PARTIES** |

Defendants respectfully request a telephonic status hearing regarding the parties' unresolved dispute regarding the deadline to seek leave to amend the pleadings or add new parties. The parties' dispute is set forth in the following filings:

1. "Joint Status Report re: Proposed Case Schedules," dated February 12, 2024, ECF Nos. 357 & 357-1;

2. "Plaintiffs' Supplement to the February 9, 2024 Joint Status Report re: Proposed Case Schedules," ECF No. 392; and

3. "Defendants' Response to Plaintiffs' Supplement to the February 9, 2024 Joint Status Report re: Proposed Case Schedules," ECF No. 400.

The dispute is ripe for adjudication, especially given the number of fact witness depositions that are scheduled for the next several months, which, as discussed in the parties' filings noted above, may be impacted by any new claims or new parties that Plaintiffs may seek leave to include in any forthcoming amended complaint.

Defendants asked Plaintiffs to join this Motion, but Plaintiffs declined and in fact oppose this Motion. Plaintiffs provided the following statement:

> Plaintiffs oppose this motion. We understand Defendants' position, but think that a motion is unnecessary given that the parties have briefed this issue and the Court can schedule a hearing as needed.

1

The problem with Plaintiffs' position is that, because Plaintiffs initiated the briefing on this dispute through a joint status report rather than a formal motion, the dispute is not docketed as a disputed motion that would then trigger the procedures for resolution under this Court's Civil Motion Practice and Memoranda of Law Procedure. As a result, there is no formal request that the Court rule on Plaintiffs' request. In the meantime, because the dispute has not been adjudicated, Plaintiffs have already helped themselves to an extension of several weeks, despite Defendants' opposition. By filing this motion, Defendants seek a resolution before the case schedule slips further. A status hearing will allow Plaintiffs to inform the Court of their intentions, and for the parties to then discuss with the Court the impact there will be, if any, on the case schedule and fact discovery cutoff. Defendants also wish to eliminate the risk that some discovery will need to be rehashed if new parties are belatedly added to the case.

Defendants are prepared to address any questions or take any further steps the Court may require before ruling on this issue.[1]

Defendants appreciate the Court's consideration of this request.

WHEREFORE, Defendants respectfully request that the Court schedule a telephonic status hearing.

---

[1] The parties are submitting this motion to the District Judge pursuant to the Magistrate Judge's directive that they do so. Tr. of April 25, 2024 Hr'g, at 27:10-15.

Dated: June 20, 2024 Respectfully submitted,

*/s/ Kenneth M. Kliebard*

Kenneth M. Kliebard
Staci M. Holthus
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive
Chicago, IL 60606
Tel: (312) 324-1000
kenneth.kliebard@morganlewis.com
staci.holthus@morganlewis.com

Molly Moriarty Lane (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
One Market
Spear Street Tower
San Francisco, CA 94105-1596
Tel: (415) 442-1000
molly.lane@morganlewis.com

Nathan T. Shapiro (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Tel.: (212) 309-6000
nathan.shapiro@morganlewis.com

*Attorneys for Defendant DaVita Inc.*

/s/ Amy B. Manning

Amy B. Manning
Angelo M. Russo
Christina M. Egan
Sarah A. Zielinski
Christopher J. Karamanos
MCGUIREWOODS LLP
77 West Wacker Drive
Suite 4400
Chicago, IL 60601-7567
(312)849-8100
amanning@mcguirewoods.com
arusso@mcguirewoods.com
cegan@mcguirewoods.com
szielinski@mcguirewoods.com
ckaramanos@mcguirewoods.com

*Attorneys for Defendants Surgical Care Affiliates, LLC and SCAI Holdings, LLC*

*/s/ Veronica Moyé*

Veronica Moyé (*pro hac vice*)
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
Tel: (212) 556-2100
vmoye@kslaw.com

Lazar P. Raynal (Bar. No. 6199215)
KING & SPALDING LLP
110 N. Wacker Drive
Suite 3800
Chicago, IL 60606
Tel: (312) 764-6947
lraynal@kslaw.com

Julia C. Barrett (*pro hac vice*)
KING & SPALDING LLP
500 West 2nd Street
Suite 1800
Austin, Texas 78701
Tel: (512) 457-2053
jbarrett@kslaw.com

Emily Newton (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, Georgia 30309
Tel: (404) 572-2745
enewton@kslaw.com

Julianne Duran (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
Tel: (202) 626-9625
jduran@kslaw.com

*Attorneys for United Surgical Partners Holdings, Inc., United Surgical Partners International, Inc., and Tenet Healthcare Corporation*

        */s/ Jeffrey C. Bank*

Jeffrey C. Bank (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1700 K Street NW, Fifth Floor
Washington, DC 20006
(212) 497-7761
Email: jbank@wsgr.com

Brian Joseph Smith
K&L GATES, LLP
70 W. Madison Street
Chicago, IL 60602
(312) 807-4202
Email: brian.j.smith@klgates.com

*Attorneys for Defendant Andrew Hayek*

        */s/ Daniel Campbell*

Jeffrey E. Stone
Katharine M. O'Connor
Daniel Campbell
MCDERMOTT, WILL & EMERY LLP
444 West Lake Street, Suite 400
Chicago, IL 60605
(312) 372-2000
jstone@mwe.com
koconnor@mwe.com
dcampbell@mwe.com
*Attorneys for Defendant Kent Thiry*

6

## **CERTIFICATE OF SERVICE**

I, Kenneth M. Kliebard, an attorney, hereby certify that **Defendants' Motion For Status Hearing Regarding Deadline To Amend Pleadings Or Add New Parties** was electronically filed on June 20, 2024, and will be served electronically via the Court's ECF Notice system upon the registered parties of record.

Dated:  June 20, 2024 */s/ Kenneth M. Kliebard*
Kenneth M. Kliebard