**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE OUTPATIENT MEDICAL CENTER EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 1:21-cv-00305-SRH-YBK<br><br>**JOINT STATUS REPORT RE: UPDATE ON FACT DISCOVERY** |

The Court's June 7, 2024 Order (Dkt. No. 415) directed the parties to file a Joint Status Report concerning: (1) depositions completed since June 7, 2024; and (2) confirmed deposition dates for Joseph Clark, Brian Mathis, Andrew Johnston, Robert Chipman, Laura Mildenberger, and Jimmy Tanner. The parties also address additional depositions requested by Plaintiffs and third-party discovery.

**I.  Depositions Completed between June 7, 2024, and July 26, 2024**

The parties have completed nine depositions between June 7, 2024, and July 26, 2024: (i) Shannon McGarry on June 11, 2024; (ii) Cindy English on June 12, 2024; (iii) James "Skip" Thurman on June 17, 2024; (iv) Anthony Martin on June 27, 2024; (v) Michael Loiacano on June 28, 2024; (vi) Bridie Fanning on July 17, 2024; (vii) Allen Spradling on July 18, 2024; (viii) Alex Bateman on July 19, 2024; and (ix) James Walker on July 23, 2024.

**II.  Deposition Status of Deponents Listed on Dkt. No. 415**

The parties have confirmed all depositions noted on Dkt. No. 415 for the following dates:

- Laura Mildenberger, July 30, 2024;
- Jimmy Tanner, July 31, 2024;
- Robert Chipman, August 7, 2024;
- Brian Mathis, August 13, 2024;

1

- Andrew Johnston, September 6, 2024; and

- Joseph Clark, September 11, 2024.

On July 24, 2024, Plaintiffs requested that Defendants agree to postpone the deposition of Brian Mathis, in light of Plaintiffs' related motion to compel regarding documents from SCA that remains pending. Defendants will meet and confer with Plaintiffs about this request. In compliance with Dkt. No. 408, the parties will not change the date of the deposition without leave of Court.

### III. Additional Depositions Requested by Plaintiffs

#### A. Defendants' Statement

On March 22, 2024, the Court ordered that Plaintiffs could issue up to 10 notices of deposition or deposition subpoenas after March 28, 2024, "but in all events before 8/1/[]2024 with confirmed dates for the depositions." Dkt. No. 376.

On July 24, 2024, one week before this deadline, Plaintiffs for the first time informed SCA of their intent to depose eight additional current or former SCA employees: (i) Walker Badham; (ii) Timothy Buono; (iii) Warren Cinnick; (iv) Tony Kilgore; (v) Bill Linder; (vi) Jennifer Sandoz; (vii) Jennifer Simmons;[1] and (viii) Kevin Zaideman. Counsel for SCA are diligently investigating Plaintiffs' requests despite them coming in at this late hour, including by reaching out to these eight individuals (all but one of whom are former SCA employees) to identify their counsel and determine their availability to be deposed. Defendants reserve the right to cross-notice.

Plaintiffs below indicate that they may seek more depositions than allowed by Judge Harjani's orders on deposition discovery. *See* Dkt. Nos. 347, 376. If Plaintiffs make such a

---

[1] Plaintiffs initially proposed deposing Jennifer Simmons earlier this spring, but then withdrew that request. Plaintiffs did not renew this request until July 24.

2

request, Defendants will respond at that time.

### B. Plaintiffs' Response

Plaintiffs' request for additional depositions is consistent with the Court's prior orders and the August 1 deadline. Plaintiffs are diligently reviewing their evidentiary needs in light of ongoing depositions, and reserve the right to request additional depositions. These may include witnesses that Defendants have identified on their initial disclosures but that have not yet been deposed, and 30(b)(6) depositions to address unresolved questions regarding Defendants' employee data and certain Defendants' alleged affirmative defenses. Plaintiffs will make these additional deposition requests prior to the August 1 deadline. If these requests exceed 10 additional depositions (as Plaintiffs expect), Plaintiffs will seek leave of Court.

## IV. Third-Party Discovery

Defendants' joint motion for a protective order regarding Plaintiffs' subpoenas for employee phone records, including Defendants' joint motion for leave to file a reply in support of their joint motion, are fully briefed. Dkt. Nos. 420, 421, 437–38, 450.

On June 28, 2024, the parties and the Government completed briefing Plaintiffs' motion to compel the Government to produce materials related to its now-concluded criminal investigations against Defendants. Dkt. Nos. 409, 416, 430, 443.

### A. Plaintiffs' Statement Regarding Texas Grand Jury Materials

On June 3, 2024, Plaintiffs filed a petition in the Northern District of Texas, seeking grand jury transcripts and identification of grand jury exhibits related to the Government's closed criminal investigation against SCA ("Petition"). *United States v. Surgical Care Affiliates, LLC, et al.*, 3:21-CR-00011-L (N.D. Tex.) ("Texas Criminal Action"), Dkt. No. 205. The Texas transcripts and exhibits sought in the Petition were not sought in Plaintiffs' motion to compel against the DOJ filed in this Court on May 28, 2024. *See* Dkt. No. 409. The Texas Petition is

thus separate from and does not affect Plaintiffs' pending motion to compel against the DOJ.

On June 28, 2004, the Northern District of Texas denied the Petition as moot, holding that it lacks jurisdiction, and directed Plaintiffs to seek the materials in this Court. Texas Criminal Action, Dkt. No. 223 at 2, n.* ("Texas Petition Order"). While the District of Colorado ruled on the merits of Plaintiffs' petition with respect to the grand jury materials arising out of the criminal proceedings there (*United States v. DaVita Inc., et al.*, 1:21-cr-00229-RBJ (D. Colo.), Dkt. No. 304 at 4–6), the Northern District of Texas did not, and instead directed Plaintiffs to pursue the Texas grand jury materials in this Court, pursuant to Federal Rule of Civil Procedure 45: "there is a civil action in the Northern District of Illinois styled *In Re Outpatient Medical Center Employee* [] *Antitrust Litigation*, No. 1:21-CV-305 from which Plaintiffs can seek the civil discovery requested." Texas Petition Order at 2, n*.

In light of the Texas Petition Order, Plaintiffs are preparing to file a motion to compel the materials sought by the Texas Petition in this Court. These materials are directly relevant to Plaintiffs' claims, cannot be found elsewhere, and require essentially zero burden on the Government to produce. *See* Petition.

### B. Defendants' Statement Regarding Texas Grand Jury Materials

If Plaintiffs file an additional motion to compel against the DOJ, Defendants request the opportunity to be heard, as they have been in connection with Plaintiffs' prior motions to compel against the DOJ. *See* Dkt. Nos. 249, 430.

Dated:  July 26, 2024

Respectfully submitted,

*/s/ Dean M. Harvey*

Dean M. Harvey (*pro hac vice*)
Lin Y. Chan (*pro hac vice*)
Sarah D. Zandi (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
dharvey@lchb.com
lchan@lchb.com
szandi@lchb.com

Jessica A. Moldovan (*pro hac vice*)
Emily Harwell (*pro hac vice*)
LIEFF CABRASER HEIMANN &BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
jmoldovan@lchb.com
eharwell@lchb.com

Linda P. Nussbaum (*pro hac vice*)
NUSSBAUM LAW GROUP, P.C.
1133 Avenue of the Americas, 31st Floor
New York, NY 10036
(917) 438-9102
lnussbaum@nussbaumpc.com

Michael L. Roberts (*pro hac vice*)
Karen Halbert (*pro hac vice*)
Sarah DeLoach (*pro hac vice*)
Kelly Rinehart (*pro hac vice*)
ROBERTS LAW FIRM US, PC
1920 McKinney Ave., Suite 700
Dallas, TX 75204
Telephone: (501) 821-5575
mikeroberts@robertslawfirm.us
karenhalbert@robertslawfirm.us
sarahdeloach@robertslawfirm.us
kellyrinehart@robertslawfirm.us

Erich P. Schork (admitted under L.R. 83.10)
ROBERTS LAW FIRM US, PC
P.O. Box 31909
Chicago, IL 60631
Telephone: (708) 497-9068
erichschork@robertslawfirm.us

Joseph R. Saveri (admitted under L.R. 83.10)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1505
San Francisco, California 94108
Tel: (415) 500-6800
Fax: (415) 395-9940
jsaveri@saverilawfirm.com

*Interim Co-Lead Class Counsel*

*/s/ Amy B. Manning*

Amy B. Manning
Angelo M. Russo
Christina M. Egan
Sarah A. Zielinski
Christopher J. Karamanos
MCGUIREWOODS LLP
77 West Wacker Drive
Suite 4400
Chicago, IL 60601-7567
(312)849-8100
amanning@mcguirewoods.com
arusso@mcguirewoods.com
cegan@mcguirewoods.com
szielinski@mcguirewoods.com
ckaramanos@mcguirewoods.com

*Attorneys for Defendants Surgical Care Affiliates, LLC and SCAI Holdings, LLC*

/s/ *Veronica Moyé*

Veronica Moyé (*pro hac vice*)
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
Tel: (212) 556-2100
vmoye@kslaw.com

Lazar P. Raynal (Bar. No. 6199215)
KING & SPALDING LLP
110 N. Wacker Drive
Suite 3800
Chicago, IL 60606
Tel: (312) 764-6947
lraynal@kslaw.com

Julia C. Barrett (*pro hac vice*)
KING & SPALDING LLP
500 West 2nd Street
Suite 1800
Austin, Texas 78701
Tel: (512) 457-2053
jbarrett@kslaw.com

Emily Newton (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, Georgia 30309
Tel: (404) 572-2745
enewton@kslaw.com

Julianne Duran (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
Tel: (202) 626-9625
jduran@kslaw.com

*Attorneys for United Surgical Partners Holdings, Inc., United Surgical Partners International, Inc., and Tenet Healthcare Corporation*

/s/ Kenneth M. Kliebard

Kenneth M. Kliebard
Staci M. Holthus
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive
Chicago, IL 60606
Tel: (312) 324-1000
kenneth.kliebard@morganlewis.com
staci.holthus@morganlewis.com

Molly Moriarty Lane (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
One Market
Spear Street Tower
San Francisco, CA 94105-1596
Tel: (415) 442-1000
molly.lane@morganlewis.com

Nathan T. Shapiro (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Tel.: (212) 309-6000
nathan.shapiro@morganlewis.com

*Attorneys for Defendant DaVita Inc.*

/s/ Jeffrey C. Bank

Jeffrey C. Bank (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1700 K Street NW, Fifth Floor
Washington, DC 20006
(212) 497-7761
Email: jbank@wsgr.com

Brian Joseph Smith
K&L GATES, LLP
70 W. Madison Street
Chicago, IL 60602
(312) 807-4202
Email: brian.j.smith@klgates.com

*Attorneys for Defendant Andrew Hayek*

*/s/ Daniel Campbell*

Daniel Campbell
Jeffrey E. Stone
Katharine M. O'Connor
MCDERMOTT, WILL & EMERY LLP
444 West Lake Street, Suite 400
Chicago, IL 60605
(312) 372-2000
dcampbell@mwe.com
jstone@mwe.com
koconnor@mwe.com
*Attorneys for Defendant Kent Thiry*

## **CERTIFICATE OF SERVICE**

I, Dean M. Harvey, an attorney, hereby certify that the **Joint Status Report re: Update on Fact Discovery** was electronically filed on July 26, 2024, and will be served electronically via the Court's ECF Notice system upon the registered parties of record.

Dated: July 26, 2024 　　　　　　　　　　　　　*/s/ Dean M. Harvey*
　　　　　　　　　　　　　　　　　　　　　　　　Dean M. Harvey