## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Rhonda Roe, et al.
                                    Plaintiff,

v.                                                  Case No.: 1:21−cv−00305
                                                       Honorable Sunil R. Harjani

Surgical Care Affiliates, LLC, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 17, 2024:

        MINUTE entry before the Honorable Young B. Kim: Defendants' motion for status hearing [428] is granted. A status hearing is scheduled for September 25, 2024, at 8:00 a.m. (CST) by phone. The purpose of the hearing is limited to discussing the issue pertaining to setting a deadline to amend pleadings and to add new parties. Parties are to use the same call−in information. The court has reviewed Document Nos. 357−1, 392, and 400. Parties should be prepared to discuss the information reflected therein and any updates thereto. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.