# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Rhonda Roe, et al.
                      Plaintiff,

v.                                   Case No.: 1:21−cv−00305
                                                Honorable Sunil R. Harjani

Surgical Care Affiliates, LLC, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 30, 2024:

      MINUTE entry before the Honorable Young B. Kim: In light of the court's order of October 29, 2024, (R. 536), Defendants' motion to stay [527] is denied as moot. If Defendants believe that their motion is not moot, they may point out the remaining issue this court must resolve in their upcoming joint status report, due to be filed by November 8, 2024, (see R. 536). When filing the status report, the parties are to include an explanation how this court's order of October 3, 2024, (R. 516 ("Parties are to file a joint status report by November 20, 2024, including the following information: (1) depositions completed since today; (2) depositions scheduled to be completed and the confirmed dates; (3) the names of the parties' experts and their areas of expertise; (4) proposed schedule for completing expert discovery; and (5) dispositive motions the parties are able to brief without expert discovery.")), conflicts with the court's order entered on October 29, 2024, (R. 536). Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.