### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE OUTPATIENT MEDICAL CENTER EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 1:21-cv-00305-SRH-YBK<br><br>**JOINT STATUS REPORT RE: SETTLEMENT** |

The Court's April 2, 2025 Order (ECF No. 603) directed the parties to file a Joint Status Report providing an update on whether the parties wish to schedule a settlement conference with the Court or with a private mediator. In response, the parties state:

The parties previously retained a private mediator and discussed settlement earlier this year. The parties are open to continuing those negotiations, and believe it will be most productive to complete expert discovery before reinitiating settlement discussions. Thus, the parties do not wish to schedule a settlement conference with this Court or with a private mediator at this time.

Dated: May 16, 2025          */s/ Kenneth M. Kliebard*

                                                  Kenneth M. Kliebard
                                                  Staci M. Holthus
                                                  MORGAN, LEWIS & BOCKIUS LLP
                                                  110 North Wacker Drive
                                                  Chicago, IL 60606
                                                  Tel: (312) 324-1000
                                                  kenneth.kliebard@morganlewis.com
                                                  staci.holthus@morganlewis.com

                                                  Molly Moriarty Lane (*pro hac vice*)
                                                  MORGAN, LEWIS & BOCKIUS LLP
                                                  One Market
                                                  Spear Street Tower
                                                  San Francisco, CA 94105-1596
                                                  Tel: (415) 442-1000
                                                  molly.lane@morganlewis.com

Nathan T. Shapiro (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Tel.: (212) 309-6000
nathan.shapiro@morganlewis.com

*Attorneys for Defendant DaVita Inc.*

/s/ Amy B. Manning

Amy B. Manning
Angelo M. Russo
Christina M. Egan
Sarah A. Zielinski
Christopher J. Karamanos
MCGUIREWOODS LLP
77 West Wacker Drive
Suite 4100
Chicago, IL 60601-1818
(312) 849-8100
amanning@mcguirewoods.com
arusso@mcguirewoods.com
cegan@mcguirewoods.com
szielinski@mcguirewoods.com
ckaramanos@mcguirewoods.com

Joshua D. Wade (*pro hac vice*)
Andrew E. Talbot (*pro hac vice*)
MCGUIREWOODS LLP
800 E. Canal St.
Richmond, VA 23219
(804) 775-4388
jwade@mcguirewoods.com
atalbot@mcguirewoods.com

*Attorneys for Defendants Surgical Care Affiliates, LLC and SCAI Holdings, LLC*

        */s/ Veronica Moyé*

        Veronica Moyé (*pro hac vice*)
        KING & SPALDING LLP
        1185 Avenue of the Americas
        34th Floor
        New York, NY 10036
        Tel: (212) 556-2100
        vmoye@kslaw.com

        Lazar P. Raynal (Bar. No. 6199215)
        KING & SPALDING LLP
        110 N. Wacker Drive
        Suite 3800
        Chicago, IL 60606
        Tel: (312) 764-6947
        lraynal@kslaw.com

        Emily Newton (*pro hac vice*)
        KING & SPALDING LLP
        1180 Peachtree Street, NE
        Suite 1600
        Atlanta, Georgia 30309
        Tel: (404) 572-2745
        enewton@kslaw.com

        Julianne Duran (*pro hac vice*)
        KING & SPALDING LLP
        1700 Pennsylvania Avenue, NW
        Suite 900
        Washington, D.C. 20006
        Tel: (202) 626-9625
        jduran@kslaw.com

        *Attorneys for United Surgical Partners Holdings, Inc., United Surgical Partners International, Inc., and Tenet Healthcare Corporation*

/s/ Jeffrey C. Bank

Jeffrey C. Bank (*pro hac vice*)
Brian J. Smith
Jordanne M. Steiner (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1700 K Street NW, Fifth Floor
Washington, DC 20006
(212) 497-7761
Email: jbank@wsgr.com
Email: brian.smith@wsgr.com
Email: jsteiner@wsgr.com

Karen Sharp (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94104
(415) 947-2000
Email: ksharp@wsgr.com

*Attorneys for Defendant Andrew Hayek*

/s/ Daniel Campbell

Daniel Campbell
Jeffrey E. Stone
Katharine M. O'Connor
MCDERMOTT, WILL & EMERY LLP
444 West Lake Street, Suite 400
Chicago, IL 60605
(312) 372-2000
dcampbell@mwe.com
jstone@mwe.com
koconnor@mwe.com

*Attorneys for Defendant Kent Thiry*

*/s/ Dean M. Harvey*

Dean M. Harvey (*pro hac vice*)
Lin Y. Chan (*pro hac vice*)
Sarah D. Zandi (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
dharvey@lchb.com
lchan@lchb.com
szandi@lchb.com

Jessica A. Moldovan (*pro hac vice*)
Emily Harwell (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
jmoldovan@lchb.com
eharwell@lchb.com

Linda P. Nussbaum (*pro hac vice*)
NUSSBAUM LAW GROUP, P.C.
1133 Avenue of the Americas, 31st Floor
New York, NY 10036
(917) 438-9102
lnussbaum@nussbaumpc.com

Michael L. Roberts (*pro hac vice*)
Karen Halbert (*pro hac vice*)
Sarah DeLoach (*pro hac vice*)
Kelly Rinehart (*pro hac vice*)
ROBERTS LAW FIRM US, PC
1920 McKinney Ave., Suite 700
Dallas, TX 75204
Telephone: (501) 821-5575
mikeroberts@robertslawfirm.us
karenhalbert@robertslawfirm.us
sarahdeloach@robertslawfirm.us
kellyrinehart@robertslawfirm.us

Erich P. Schork (admitted under L.R. 83.10)
ROBERTS LAW FIRM US, PC
P.O. Box 31909
Chicago, IL 60631
Telephone: (708) 497-9068
erichschork@robertslawfirm.us

Joseph R. Saveri (admitted under L.R. 83.10)

Ronnie Seidel Spiegel* (*pro hac vice*)
Cadio Zirpoli (*pro hac vice*)
David Haskell Seidel (*pro hac vice*)
William W. Castillo Guardado (*pro hac vice*)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1505
San Francisco, California 94108
Tel: (415) 500-6800
Fax: (415) 395-9940
jsaveri@saverilawfirm.com
rspiegel@saverilawfirm.com
czirpoli@saverilawfirm.com
dseidel@saverilawfirm.com
wcastillo@saverilawfirm.com

*Located in Washington State

*Interim Co-Lead Class Counsel*

**CERTIFICATE OF SERVICE**

I, Kenneth M. Kliebard, an attorney, hereby certify that a copy of the foregoing document was electronically filed on May 16, 2025, and will be served electronically via the Court's ECF Notice system upon the registered parties of record.

Dated: May 16, 2025  */s/ Kenneth M. Kliebard*
Kenneth M. Kliebard