**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE OUTPATIENT MEDICAL CENTER EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No.: 1:21-cv-00305-SRH-YBK |

**DECLARATION OF DEAN M. HARVEY IN SUPPORT OF PLAINTIFFS' MOTION TO CERTIFY THE CLASS AND PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY OF DRS. JOHN JOHNSON, CELESTE SARAVIA, JUSTIN MCCRARY, AND LAUREN STIROH**

I, Dean M. Harvey, declare as follows:

1. I am admitted to the bar of California and am admitted *pro hac vice* in this case, *In re Outpatient Medical Center*, No. 1:21-cv-00305 (N.D. Ill.). I am a partner at the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, and Interim Co-Lead Class Counsel in the above-captioned matter. I make this declaration in support of Plaintiffs' Motion to Certify the Class and Plaintiffs' Motion to Exclude Expert Testimony of Drs. John Johnson, Celeste Saravia, Justin McCrary, and Lauren Stiroh. I have personal knowledge of the facts set forth herein, and, if called as a witness, I could and would competently testify thereto.[1]

2. During deliberations in the DaVita Criminal Trial, *United States v. DaVita Inc.*, No. 21-cr-00229-RBJ (D. Colo. Nov. 3, 2021) (the "DaVita Criminal Trial"), the jury asked 107 questions total. 38 of these questions concerned the testimony of Dr. Pierre Cremieux, a litigation consultant and CEO of Analysis Group.

[1] Defendants are Andrew Hayek, Kent Thiry, Surgical Care Affiliates, LLC and SCAI Holdings, LLC (together, "SCA"), DaVita Inc. ("DaVita"), and United Surgical Partners Holdings, Inc., United Partners International, Inc., and Tenet Healthcare Corporation (together, "USPI") (together, "Defendants").

## I. REPORTS

3. Dr. Evan P. Starr served an Expert Witness Report on January 15, 2025, and on January 21, 2025 served an amended version of his report to correct non-substantive errors (the "Starr Report"). Defendants filed a redacted version of the Starr Report on August 11, 2025 (ECF No. 636-1).

4. Dr. Barry Gerhart served an Expert Witness Report on January 15, 2025, and on February 11, 2025 served an amended version of his report to correct non-substantive errors (the "Gerhart Report"). Defendants filed a redacted version of the Gerhart Report on August 11, 2025 (ECF No. 636-3).

5. Dr. Celeste Saravia served an Expert Report on April 16, 2025 (the "Saravia Report"). Defendants filed a redacted version of the Saravia Report on August 11, 2025 (ECF No. 636-4).

6. Dr. John Johnson served an Expert Report on April 16, 2025 (the "Johnson Report"). Defendants filed a redacted version of the Johnson Report on August 11, 2025 (ECF No. 636-5).

7. Dr. Justin McCrary served an Expert Report on April 16, 2025 (the "McCrary Report"). Defendants filed a redacted version of the McCrary Report on August 11, 2025 (ECF No. 636-7).

8. Dr. Lauren Stiroh served an Expert Report on April 16, 2025, and an amended version of her report on June 26, 2025 (the "Stiroh Report"). Defendants filed a redacted version of the Stiroh Report on August 11, 2025 (ECF No. 636-8).

9. Dr. Starr served a Rebuttal Expert Witness report on May 30, 2025 in response to the Johnson and Saravia Reports. On June 30, 2025, Dr. Starr served an Updated Rebuttal Expert Witness Report in response to the Saravia, Johnson, McCrary, and Stiroh Reports (the

"Starr Rebuttal"). Defendants filed a redacted version of the Starr Rebuttal on August 11, 2025 (ECF No. 636-9).

10. Dr. Gerhart served a Rebuttal Expert Witness report on May 30, 2025 in response to the Johnson and Saravia Reports. On June 30, 2025, Dr. Gerhart served an Updated Rebuttal Expert Witness Report in response to the Saravia, Johnson, McCrary, and Stiroh Reports (the "Gerhart Rebuttal"). Defendants filed a redacted version of the Gerhart Rebuttal on August 11, 2025 (ECF No. 636-10).

11. Defendants have informed Plaintiffs that on September 15, 2025, Defendants intend to file the foregoing redacted versions of the reports, as well as highlighted versions of the reports under seal in connection with their motion to exclude Plaintiffs' experts testimony. To avoid duplicative filings, Plaintiffs have not re-filed the redacted reports, and also have not moved to seal unredacted versions of the reports.

## II. <u>EXHIBITS</u>

12. An excerpt from the Starr Rebuttal workpapers is attached hereto as **Exhibit 1**. This document has been filed under seal because Defendants designated information contained therein "HIGHLY CONFIDENTIAL."

<u>DaVita Criminal Case and Trial Documents</u>

13. Attached hereto as **Exhibit 2** is a true and correct copy of the criminal indictment brought by the Department of Justice ("DOJ") against Defendants Surgical Care Affiliates, LLC and SCAI Holdings, LLC. *United States v. Surgical Care Affiliates, LLC*, No. 3:21-cr-00011 (N.D. Tex. July 8, 2021), ECF No. 48.

14. Attached hereto as **Exhibit 3** is a true and correct copy of the criminal indictment brought by the DOJ against Defendants DaVita and Kent Thiry. *United States v. DaVita Inc.*, No. 21-cr-00229-RBJ (D. Colo. Nov. 3, 2021), ECF No. 74.

15. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of trial testimony taken in *United States v. DaVita Inc.*, No. 21-cr-00229-RBJ (D. Colo.) on April 4, 2022. Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' briefs.

16. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of trial testimony taken in *United States v. DaVita Inc.*, No. 21-cr-00229-RBJ (D. Colo.) on April 5, 2022, and marked as Exhibit PX157 at the deposition of Bridie Fanning ("Fanning") on July 17, 2024. Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' briefs.

17. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of trial testimony taken in *United States v. DaVita Inc.*, No. 21-cr-00229-RBJ (D. Colo.) on April 6, 2022, and marked as Exhibit PX158 at the deposition of Fanning on July 17, 2024. Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' briefs.

18. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of trial testimony taken in *United States v. DaVita Inc.*, No. 21-cr-00229-RBJ (D. Colo.) on April 7, 2022, and marked as Exhibit PX483 at the deposition of Andrew Hayek ("Hayek") on September 18, 2024. Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' briefs.

19. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of trial testimony taken in *United States v. DaVita Inc.*, No. 21-cr-00229-RBJ (D. Colo.) on April 12, 2022. Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' briefs.

20. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of trial testimony taken in *United States v. DaVita Inc.*, No. 21-cr-00229-RBJ (D. Colo.) on April 13, 2022. Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' briefs.

21. Attached hereto as **Exhibit 10** is a true and correct copy of the Final Jury Instructions, *United States v. DaVita*, No. 21-cr-00229-RBJ (D. Colo. Apr. 13, 2022), ECF No. 254. Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

<u>Deposition Transcripts</u>

22. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from the Transcript of the Deposition of Michael Staffieri ("Staffieri") taken on April 5, 2024. This document has been filed under seal because DaVita designated the transcript "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' briefs and the witness's job titles.

23. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts from the Transcript of the Deposition of Leslie Wachsman ("Wachsman") taken on May 22, 2024. This document has been filed under seal because SCA designated the transcript "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' briefs and the witness's job titles.

24. Attached hereto as **Exhibit 13** is a true and correct copy of excerpts from the Transcript of the Deposition of Mark Garvin ("Garvin") taken on May 30, 2024. Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' briefs and the witness's job titles.

25. Attached hereto as **Exhibit 14** is a true and correct copy of excerpts from the Transcript of the Deposition of Shannon McGarry ("McGarry") taken on June 11, 2024. Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' briefs and the witness's job titles.

26. Attached hereto as **Exhibit 15** is a true and correct copy of excerpts from the Transcript of the Deposition of James "Skip" Thurman ("Thurman") taken on June 17, 2024. This document has been filed under seal because DaVita designated the transcript "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' briefs and the witness's job titles.

27. Attached hereto as **Exhibit 16** is a true and correct copy of excerpts from the Transcript of the Deposition of Bridie Fanning taken on July 17, 2024. Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' briefs and the witness's job titles.

28. Attached hereto as **Exhibit 17** is a true and correct copy of excerpts from the Transcript of the Deposition of Robert Chipman ("Chipman"), taken on August 7, 2024. This document has been filed under seal because DaVita designated the transcript "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' briefs and the witness's job titles.

29. Attached hereto as **Exhibit 18** is a true and correct copy of excerpts from the Transcript of the Deposition of Peter Clemens ("Clemens") taken on August 12, 2024. This document has been filed under seal because USPI designated the transcript "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' briefs and the witness's job titles.

30. Attached hereto as **Exhibit 19** is a true and correct copy of excerpts from the Transcript of the Deposition of Shannon Mosley ("Mosley") taken on August 13, 2024. This document has been filed under seal because USPI designated the transcript "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' briefs and the witness's job titles.

31. Attached hereto as **Exhibit 20** is a true and correct copy of excerpts from the Transcript of the Deposition of Sandi Karrmann ("Karrmann") taken on August 14, 2024. This document has been filed under seal because USPI designated the transcript "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' briefs and the witness's job titles.

32. Attached hereto as **Exhibit 21** is a true and correct copy of excerpts from the Transcript of the Deposition of Clare Metcalf ("Metcalf") taken on August 14, 2024. This document has been filed under seal because the transcript has been designated "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' briefs and the witness's job titles.

33. Attached hereto as **Exhibit 22** is a true and correct copy of excerpts from the Transcript of the Deposition of Kent Thiry taken on August 16, 2024. This document has been filed under seal because DaVita designated the transcript "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' briefs and the witness's job titles.

34. Attached hereto as **Exhibit 23** is a true and correct copy of excerpts from the Transcript of the Deposition of Scott Keech ("Keech") taken on August 22, 2024. This document has been redacted because Plaintiffs designated information contained therein

"CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs, yellow highlighting to indicate information that Plaintiffs have moved to file under seal, and green highlighting to indicate information that is both (1) cited in Plaintiffs' briefs and (2) filed under seal because Plaintiffs have designated it "CONFIDENTIAL."

35. Attached hereto as **Exhibit 24** is a true and correct copy of excerpts from the Transcript of the Deposition of Michael Rucker ("Rucker") taken on August 27, 2024. This document has been filed under seal because SCA designated the transcript "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' briefs and the witness's job titles.

36. Attached hereto as **Exhibit 25** is a true and correct copy of excerpts from the Transcript of the Deposition of Dennis Kogod ("Kogod") taken on September 6, 2024. Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' briefs and the witness's job titles.

37. Attached hereto as **Exhibit 26** is a true and correct copy of excerpts from the Transcript of the Deposition of Andrew Johnston ("Johnston") taken on September 6, 2024. This document has been filed under seal because USPI designated the transcript "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' briefs and the witness's job titles.

38. Attached hereto as **Exhibit 27** is a true and correct copy of excerpts from the Transcript of the Deposition of Brett Brodnax ("Brodnax") taken on September 12, 2024. This document has been filed under seal because Defendant USPI designated the transcript

"CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' briefs and the witness's job titles.

39. Attached hereto as **Exhibit 28** is a true and correct copy of excerpts from the Transcript of the Deposition of Andrew Hayek taken on September 18, 2024. This document has been filed under seal because Hayek designated the transcript "HIGHLY CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' briefs and the witness's job titles.

40. Attached hereto as **Exhibit 29** is a true and correct copy of excerpts from the Transcript of the Deposition of Brian Mathis ("Mathis") taken on September 20, 2024. This document has been filed under seal because SCA designated the transcript "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' briefs and the witness's job titles.

41. Attached hereto as **Exhibit 30** is a true and correct copy of excerpts from the Transcript of the Deposition of William ("Bill") Wilcox ("Wilcox") taken on September 24, 2024. This document has been filed under seal because USPI designated the transcript "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' briefs and the witness's job titles.

42. Attached hereto as **Exhibit 31** is a true and correct copy of excerpts from the Transcript of the Deposition of Warren Cinnick ("Cinnick") taken on November 22, 2024. This document has been filed under seal because SCA designated the transcript "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' briefs and the witness's job titles.

43. Attached hereto as **Exhibit 32** is a true and correct copy of excerpts from the Transcript of the Deposition of John Johnson, Ph.D., taken on May 7, 2025. This document has been filed under seal because Defendants designated the transcript "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' briefs.

44. Attached hereto as **Exhibit 33** is a true and correct copy of excerpts from the Transcript of the Deposition of Celeste Saravia, Ph.D., taken on May 9, 2025. This document has been filed under seal because USPI designated the transcript "HIGHLY CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' briefs.

45. Attached hereto as **Exhibit 34** is a true and correct copy of excerpts from the Transcript of the Deposition of Dr. Lauren Stiroh, taken on May 29, 2025. This document has been filed under seal because the transcript has been designated "HIGHLY CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' briefs.

46. Attached hereto as **Exhibit 35** is a true and correct copy of excerpts from the Transcript of the Deposition of Dr. Justin McCrary, taken on June 12, 2025. This document has been filed under seal because DaVita designated the transcript "HIGHLY CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' briefs.

Deposition Exhibits

47. Attached hereto as **Exhibit 40** is a true and correct copy of an April 2008 document produced by the DOJ and marked as Exhibit PX485 at the deposition of Hayek taken

on September 18, 2024. This document has been filed under seal because the DOJ designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

48. Attached hereto as **Exhibit 41** is a true and correct copy of a July 2008 document produced by the DOJ and marked as Exhibit PX316 at the deposition of Thiry taken on August, 16, 2024. This document has been filed under seal because the DOJ designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

49. Attached hereto as **Exhibit 42** is a true and correct copy of a July 2008 document produced by DaVita and marked as Exhibit PX484 at the deposition of Hayek taken on September 18, 2024. This document has been filed under seal because DaVita designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

50. Attached hereto as **Exhibit 43** is a true and correct copy of a February 2009 document produced by DaVita and marked as Exhibit PX266 at the deposition of Javier Rodriguez ("Rodriguez") taken on August 12, 2024. This document has been filed under seal because DaVita designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

51. Attached hereto as **Exhibit 44** is a true and correct copy of a June 2009 document produced by DaVita and marked as Exhibit PX317 at the deposition of Thiry taken on August 16, 2024. This document has been filed under seal because DaVita designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

52. Attached hereto as **Exhibit 45** is a true and correct copy of a July 2009 document produced by Hayek and marked as Exhibit PX490 at the deposition of Hayek taken on September 18, 2024. This document has been filed under seal because Hayek designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

53. Attached hereto as **Exhibit 46** is a true and correct copy of a January 2010 document produced by DaVita and marked as Exhibit PX376 at the deposition of Kogod taken on September 6, 2024. This document has been filed under seal because DaVita designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

54. Attached hereto as **Exhibit 47** is a true and correct copy of a February 2010 document produced by DaVita and marked as Exhibit PX47 at the deposition of Kristen DesPalmes taken on May 21, 2024. This document has been filed under seal because DaVita designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

55. Attached hereto as **Exhibit 48** is a true and correct copy of a February 2010 document produced by DaVita and marked as Exhibit PX204 at the deposition of Laura Mildenberger taken on July 30, 2024. This document has been filed under seal because DaVita designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

56. Attached hereto as **Exhibit 49** is a true and correct copy of a May 2010 document produced by USPI and marked as Exhibit PX227 at the deposition of Jason Cagle ("Cagle") taken on August 6, 2024. This document has been filed under seal because USPI designated it

"CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

57. Attached hereto as **Exhibit 50** is a true and correct copy of a January 2011 document produced by DaVita and marked as Exhibit PX552 at the deposition of Steve Priest ("Priest") taken on November 5, 2024. This document has been filed under seal because DaVita designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

58. Attached hereto as **Exhibit 51** is a true and correct copy of a September 2011 document produced by the DOJ and marked as Exhibit PX335 at the deposition of Rucker taken on August 27, 2024. This document has been filed under seal because the DOJ designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

59. Attached hereto as **Exhibit 52** is a true and correct copy of a November 2011 document produced by Plaintiff Scott Keech and marked as Exhibit DX64 at the deposition of Keech taken on August 22, 2024. This document has been redacted because Plaintiffs designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs, yellow highlighting to indicate information that has been redacted from the public copy because Plaintiffs have moved to seal it, and green highlighting to indicate information that has been redacted from the public copy and is both (1) cited in Plaintiffs' briefs and (2) filed under seal because Plaintiffs have designated it "CONFIDENTIAL."

60. Attached hereto as **Exhibit 53** is a true and correct copy of a February 2012 document produced by DaVita and marked as Exhibit PX551 at the deposition of Priest taken on

November 5, 2024. This document has been filed under seal because DaVita designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

61. Attached hereto as **Exhibit 54** is a true and correct copy of a May 2012 document produced by DaVita and marked as Exhibit PX22 at the deposition of Staffieri taken on April 5, 2024. This document has been filed under seal because DaVita designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

62. Attached hereto as **Exhibit 55** is a true and correct copy of a May 2012 document produced by the DOJ and marked as Exhibit PX275 at the deposition of Rodriguez taken on August 12, 2024. This document has been filed under seal because the DOJ designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

63. Attached hereto as **Exhibit 56** is a true and correct copy of a May 2012 document produced by USPI and marked as Exhibit PX486 at the deposition of Hayek taken on September 18, 2024. This document has been filed under seal because USPI designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

64. Attached hereto as **Exhibit 57** is a true and correct copy of a May 2012 document produced by USPI and marked as Exhibit PX487 at the deposition of Hayek taken on September 18, 2024. This document has been filed under seal because USPI designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

65. Attached hereto as **Exhibit 58** is a true and correct copy of a May 2012 document produced by Mathis and marked as Exhibit PX523 at the deposition of Wilcox taken on September 24, 2024. This document has been filed under seal because Mathis designated it "CONFIDENTIAL."

66. Attached hereto as **Exhibit 59** is a true and correct copy of a September 2012 document produced by SCA and marked as Exhibit PX55 at the deposition of Wachsman taken on May 22, 2024. This document has been filed under seal because SCA designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

67. Attached hereto as **Exhibit 60** is a true and correct copy of a September 2012 document produced by USPI and marked as Exhibit PX478 at the deposition of Brodnax taken on September 12, 2024. This document has been filed under seal because USPI designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

68. Attached hereto as **Exhibit 61** is a true and correct copy of a January 2013 document produced by DaVita and marked as Exhibit PX253 at the deposition of Chipman taken on August 7, 2024. This document has been filed under seal because DaVita designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

69. Attached hereto as **Exhibit 62** is a true and correct copy of a March 2013 document produced by DaVita and marked as Exhibit PX249 at the deposition of Chipman taken on August 7, 2024. This document has been filed under seal because DaVita designated it

"CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

70. Attached hereto as **Exhibit 63** is a true and correct copy of a March 2013 document produced by DaVita and marked as Exhibit PX255 at the deposition of Chipman taken on August 7, 2024. This document has been filed under seal because DaVita designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

71. Attached hereto as **Exhibit 64** is a true and correct copy of a May 2013 document produced by DaVita and marked as Exhibit PX254 at the deposition of Chipman taken on August 7, 2024. This document has been filed under seal because DaVita designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

72. Attached hereto as **Exhibit 65** is a true and correct copy of an August 2013 document produced by USPI and marked as Exhibit PX37 at the deposition of Clemens taken on May 2, 2024. This document has been filed under seal because USPI designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

73. Attached hereto as **Exhibit 66** is a true and correct copy of a December 2013 document produced by USPI and marked as Exhibit PX514 at the deposition of Wilcox taken on September 24, 2024. This document has been filed under seal because USPI designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

74. Attached hereto as **Exhibit 67** is a true and correct copy of a January 2014 document produced by USPI and marked as Exhibit PX515 at the deposition of Wilcox taken on September 24, 2024. This document has been filed under seal because USPI designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

75. Attached hereto as **Exhibit 68** is a true and correct copy of a May 2014 document produced by USPI and marked as Exhibit PX297 at the deposition of Karrmann taken on August 14, 2024. This document has been filed under seal because USPI designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

76. Attached hereto as **Exhibit 69** is a true and correct copy of a May 2014 document produced by USPI and marked as Exhibit PX454 at the deposition of Johnston taken on September 6, 2024. This document has been filed under seal because USPI designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

77. Attached hereto as **Exhibit 70** is a true and correct copy of a July 2014 document produced by DaVita and marked as Exhibit PX10 at the deposition of Staffieri taken on April 5, 2024. This document has been filed under seal because DaVita designated it "HIGHLY CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

78. Attached hereto as **Exhibit 71** is a true and correct copy of a July 2014 document produced by SCA and marked as Exhibit PX465 at the deposition of Joseph Clark taken on September 11, 2024. This document has been filed under seal because SCA designated it

"CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

79. Attached hereto as **Exhibit 72** is a true and correct copy of an August 2014 document produced by USPI and marked as Exhibit PX232 at the deposition of Cagle taken on August 6, 2024. This document has been filed under seal because USPI designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

80. Attached hereto as **Exhibit 73** is a true and correct copy of an October 2014 document produced by SCA and marked as Exhibit PX36 at the deposition of Clemens taken on May 2, 2024. This document has been filed under seal because SCA designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

81. Attached hereto as **Exhibit 74** is a true and correct copy of an October 2014 document produced by DaVita and marked as Exhibit PX318 at the deposition of Thiry taken on August 16, 2024. This document has been filed under seal because DaVita designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

82. Attached hereto as **Exhibit 75** is a true and correct copy of a November 2013 document produced by USPI and marked as Exhibit PX513 at the deposition of Wilcox taken on September 24, 2024. This document has been filed under seal because USPI designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

83. Attached hereto as **Exhibit 76** is a true and correct copy of a December 2014 document produced by USPI and marked as Exhibit PX138 at the deposition of Anthony Martin ("Martin") taken on June 27, 2024. This document has been filed under seal because USPI designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

84. Attached hereto as **Exhibit 77** is a true and correct copy of an October 2015 document produced by the DOJ and marked as Exhibit PX159 at the deposition of Fanning taken on July 17, 2024. This document has been filed under seal because the DOJ designed it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

85. Attached hereto as **Exhibit 78** is a true and correct copy of an October 2015 document produced by the DOJ and marked as Exhibit PX170 at the deposition of Fanning taken on July 17, 2024. This document has been filed under seal because the DOJ designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

86. Attached hereto as **Exhibit 79** is a true and correct copy of a November 2015 document produced by DaVita and marked as Exhibit PX12 at the deposition of Staffieri taken on April 5, 2024. This document has been filed under seal because DaVita designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

87. Attached hereto as **Exhibit 80** is a true and correct copy of a December 2015 document produced by SCA and marked as Exhibit PX160 at the deposition of Fanning taken on July 17, 2024. This document has been filed under seal because SCA designated it

"CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

88. Attached hereto as **Exhibit 81** is a true and correct copy of a 2016 document produced by USPI and marked as Exhibit PX99 at the deposition of McGarry taken on June 11, 2024. This document has been filed under seal because USPI designated it "CONFIDENTIAL."

89. Attached hereto as **Exhibit 82** is a true and correct copy of an April 2016 document produced by the DOJ and marked as Exhibit PX171 at the deposition of Fanning taken on July 17, 2024. This document has been filed under seal because the DOJ designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

90. Attached hereto as **Exhibit 83** is a true and correct copy of an April 2016 document produced by the DOJ and marked as Exhibit PX172 at the deposition of Fanning taken on July 17, 2024. This document has been filed under seal because the DOJ designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

91. Attached hereto as **Exhibit 84** is a true and correct copy of a June 2016 document produced by DaVita and marked as Exhibit PX75 at the deposition of Colleen Arthur taken on May 23, 2024. This document has been filed under seal because DaVita designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

92. Attached hereto as **Exhibit 85** is a true and correct copy of a June 2016 document produced by the DOJ and marked as Exhibit PX336 at the deposition of Rucker taken on August 27, 2024. This document has been filed under seal because the DOJ designated it

"CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

93. Attached hereto as **Exhibit 86** is a true and correct copy of a February 2017 document produced by USPI and marked as Exhibit PX482 at the deposition of Brodnax taken on September 12, 2024. This document has been filed under seal because USPI designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

94. Attached hereto as **Exhibit 87** is a true and correct copy of a July 2017 document with an attachment produced by DaVita and marked as Exhibits PX101 (cover email) and PX102 (attachment) at the deposition of McGarry taken on June 11, 2024. This document has been filed under seal because USPI designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

95. Attached hereto as **Exhibit 88** is a true and correct copy of a May 2018 document produced by SCA and marked as Exhibit PX501 at the deposition of Mathis taken on September 20, 2024. This document has been filed under seal because SCA designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

96. Attached hereto as **Exhibit 89** is a true and correct copy of an October 2018 document produced by the DOJ and marked as Exhibit PX280 at the deposition of Mosley taken on August 13, 2024. This document has been filed under seal because the DOJ designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

97. Attached hereto as **Exhibit 90** is a true and correct copy of an October 2018 document produced by the DOJ and marked as Exhibit PX296 at the deposition of Karrmann taken on August 14, 2024. This document has been filed under seal because the DOJ designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

98. Attached hereto as **Exhibit 91** is a true and correct copy of an October 2018 document produced by the DOJ and marked as Exhibit PX506 at the deposition of Wilcox taken on September 24, 2024. This document has been filed under seal because the DOJ designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

99. Attached hereto as **Exhibit 92** is a true and correct copy of a November 2018 document produced by the DOJ and marked as Exhibit PX507 at the deposition of Wilcox taken on September 24, 2024. This document has been filed under seal because DaVita designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

100. Attached hereto as **Exhibit 93** is a true and correct copy of a January 2019 document produced by the DOJ and marked as Exhibit PX473 at the deposition of Brodnax taken on September 12, 2024. This document has been filed under seal because the DOJ designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

101. Attached hereto as **Exhibit 94** is a true and correct copy of an August 2019 document produced by the DOJ and marked as Exhibit PX314 at the deposition of Thiry taken on August 16, 2024. This document has been filed under seal pursuant to the Court's September

26, 2024 Order (ECF No. 505). Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

102. Attached hereto as **Exhibit 95** is a true and correct copy of a December 2019 document produced by the DOJ and marked as Exhibit PX305 at the deposition of Thiry taken on August 16, 2024. This document has been filed under seal because the DOJ designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

103. Attached hereto as **Exhibit 96** is a true and correct copy of a January 2020 document produced by the DOJ and marked as Exhibit PX508 at the deposition of Wilcox taken on September 24, 2024. This document has been filed under seal because DaVita designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

104. Attached hereto as **Exhibit 97** is a true and correct copy of a March 2020 document produced by the DOJ and marked as Exhibit PX257 at the deposition of Chipman taken on August 7, 2024. This document has been filed under seal because the DOJ designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

105. Attached hereto as **Exhibit 98** is a true and correct copy of a July 2020 document produced by the DOJ and marked as Exhibit PX88 at the deposition of Garvin taken on May 30, 2024. This document has been filed under seal because the DOJ designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

106. Attached hereto as **Exhibit 99** is a true and correct copy of an August 2020 document produced by the DOJ and marked as Exhibit PX281 at the deposition of Mosley taken on August 13, 2024. This document has been filed under seal because the DOJ designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

107. Attached hereto as **Exhibit 100** is a true and correct copy of an August 2020 document produced by the DOJ and marked as Exhibit PX304 at the deposition of Thiry taken on August 16, 2024. This document has been filed under seal pursuant to the Court's September 26, 2024 Order (ECF No. 505). Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

108. Attached hereto as **Exhibit 101** is a true and correct copy of an August 2020 document produced by the DOJ and marked as Exhibit PX315 at the deposition of Thiry taken on August 16, 2024. This document has been filed under seal because the DOJ designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

109. Attached hereto as **Exhibit 102** is a true and correct copy of a December 2020 document produced by the DOJ and marked as Exhibit PX313 at the deposition of Thiry taken on August 16, 2024. This document has been filed under seal pursuant to the Court's September 26, 2024 Order (ECF No. 505). Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

110. Attached hereto as **Exhibit 103** is a true and correct copy of a June 2021 document produced by the DOJ and marked as Exhibit PX01 at the deposition of Staffieri taken on April 5, 2024. This document has been filed under seal because the DOJ designated it

"CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

111. Attached hereto as **Exhibit 104** is a true and correct copy of a June 2021 document produced by USPI and marked as Exhibit PX91 at the deposition of Garvin taken on May 30, 2024. This document has been filed under seal because USPI designated it "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL/EXPERTS ONLY."

112. Attached hereto as **Exhibit 105** is a true and correct copy of a February 2022 document produced by the DOJ and marked as Exhibit PX123 at the deposition of Thurman taken on June 17, 2024. This document has been filed under seal because the DOJ designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

113. Attached hereto as **Exhibit 106** is a true and correct copy of a March 2022 document produced by the DOJ marked as Exhibit PX306 at the deposition of Thiry taken on August 16, 2024. This document has been filed under seal because the DOJ designated it "CONFIDENTIAL."

114. Attached hereto as **Exhibit 107** is a true and correct copy of a March 2022 document produced by the DOJ and marked as Exhibit PX331 at the deposition of Rucker taken on August 27, 2024. This document has been filed under seal because the DOJ designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

115. Attached hereto as **Exhibit 108** is a true and correct copy of an April 2022 document produced by the DOJ and marked as Exhibit PX124 at the deposition of Thurman taken on June 17, 2024. This document has been filed under seal because the DOJ designated it

"CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

116. Attached hereto as **Exhibit 109** is a true and correct copy of an April 2022 document produced by USPI and marked as Exhibit PX140 at the deposition of Martin taken on June 27, 2024. This document has been filed under seal because USPI designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

117. Attached hereto as **Exhibit 110** is a true and correct copy of a September 2022 document produced by the DOJ and marked as Exhibit PX98 at the deposition of McGarry taken on June 11, 2024. This document has been filed under seal because the DOJ designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

118. Attached hereto as **Exhibit 111** is a true and correct copy of a January 2023 document produced by the DOJ and marked as Exhibit PX219 at the deposition of Jimmy Tanner taken on July 31, 2024. This document has been filed under seal because the DOJ designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

119. Attached hereto as **Exhibit 112** is a true and correct copy of a December 2011 document produced by SCA and marked as Exhibit PX35 at the deposition of Clemens taken on May 2, 2024. This document has been filed under seal because SCA designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

Other Evidence Produced by Defendants and Third Parties

120. Attached hereto as **Exhibit 113** is a true and correct copy of a January 2012 document introduced by the DOJ at the DaVita Criminal Trial as exhibit GX27, produced by the DOJ in this litigation, and beginning at Bates stamp DOJ-PROD001A-00000126. This document has been filed under seal because the DOJ designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

121. Attached hereto as **Exhibit 114** is a true and correct copy of a March 2013 document produced by DaVita beginning at Bates stamp DVA_OMCEAL_000942244. This document has been filed under seal because DaVita designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

122. Attached hereto as **Exhibit 115** is a true and correct copy of a January 2014 document produced by SCA beginning at Bates stamp SCA001363536. This document has been filed under seal because SCA designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

123. Attached hereto as **Exhibit 116** is a true and correct copy of a March 2014 email with an attachment produced by DaVita with Bates stamps DVA_OMCEAL_000517522 (cover email) and DVA_OMCEAL_000517524 (attachment). This exhibit has been filed under seal because DaVita designated the documents "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

124. Attached hereto as **Exhibit 117** is a true and correct copy of a January 2015 document produced by SCA beginning at Bates stamp SCA002209521. This document has been

filed under seal because SCA designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

125. Attached hereto as **Exhibit 118** is a true and correct copy of a March 2015 document with an attachment produced by SCA with Bates stamps SCA001123358 (cover email) and SCA001123359 (attachment). This exhibit has been filed under seal because SCA designated these documents "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

126. Attached hereto as **Exhibit 119** is a true and correct copy of a September 2015 document produced by Fanning beginning at Bates stamp BF000048126. This document has been filed under seal because Fanning designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

127. Attached hereto as **Exhibit 120** is a true and correct copy of a November 2015 document produced by SCA beginning at Bates stamp SCA000079723. This document has been filed under seal because SCA designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

128. Attached hereto as **Exhibit 121** is a true and correct copy of a December 2016 document produced by USPI beginning at Bates stamp USPI_CIV_000000457. This document has been filed under seal because USPI designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

129. Attached hereto as **Exhibit 122** is a true and correct copy of a February 2017 document with an attachment produced by USPI beginning at Bates stamp USPI_CIV_000000442 (cover email) and USPI_CIV_000000443 (attachment). This exhibit has

been filed under seal because USPI designated these documents "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

130. Attached hereto as **Exhibit 123** is a true and correct copy of a February 2018 email with attachments produced by DaVita with Bates stamps DVA_OMCEAL_001329840 (cover email), DVA_OMCEAL_001329841 (attachment) and DVA_OMCEAL_001329842 (attachment). This exhibit has been filed under seal because DaVita designated these documents "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

131. Attached hereto as **Exhibit 124** is a true and correct copy of a February 2018 document with an attachment produced by DaVita with Bates stamps DVA_OMCEAL_001385318 (cover email) and DVA_OMCEAL_001385327 (attachment). This exhibit has been filed under seal because DaVita designated these documents "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

132. Attached hereto as **Exhibit 125** is a true and correct copy of a June 2018 document with attachments produced by SCA with Bates stamps SCA002226644 (cover email), SCA002226645 (attachment), and SCA002226646 (attachment). This exhibit has been filed under seal because SCA designated these documents "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

133. Attached hereto as **Exhibit 126** is a true and correct copy of an October 2018 document with an attachment produced by USPI with Bates stamps USPI_CIV_000214742 (cover email) and USPI_CIV_000214746 (attachment). This exhibit has been filed under seal

because USPI designated these documents "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

134. Attached hereto as **Exhibit 127** is a true and correct copy of a March 2019 document produced by the DOJ beginning at Bates stamp DOJCIV-007-00000101. This document has been filed under seal because the DOJ designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

135. Attached hereto as **Exhibit 128** is a true and correct copy of a June 2019 document produced by the DOJ beginning at Bates stamp DOJCIV-008-00000345. This document has been filed under seal because the DOJ designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

136. Attached hereto as **Exhibit 129** is a true and correct copy of a June 2020 document produced by the DOJ beginning at Bates stamp DOJCIV-008-00000034. This document has been filed under seal because the DOJ designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

137. Attached hereto as **Exhibit 130** is a true and correct copy of a June 2020 document produced by the DOJ beginning at Bates stamp DOJCIV-008-00000155. This document has been filed under seal because the DOJ designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

138. Attached hereto as **Exhibit 131** is a true and correct copy of an August 2020 document produced by the DOJ beginning at Bates stamp DOJCIV-007-00000105. This document has been filed under seal because the DOJ designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

139. Attached hereto as **Exhibit 132** is a true and correct copy of an August 2020 document produced by the DOJ beginning at Bates stamp DOJCIV-010-00000152. This document has been filed under seal because the DOJ designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

140. Attached hereto as **Exhibit 133** is a true and correct copy of a March 2021 document produced by the DOJ beginning at Bates stamp DOJCIV-008-00000423. This document has been filed under seal pursuant to the Court's September 26, 2024 Order (ECF No. 505). Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

141. Attached hereto as **Exhibit 135** is a true and correct copy of a March 2022 document produced by the DOJ beginning at Bates stamp DOJCIV-007-00000084. This document has been filed under seal because the DOJ designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

142. Attached hereto as **Exhibit 136** is a true and correct copy of a March 2022 document produced by the DOJ beginning at Bates stamp DOJCIV-008-00000090. This document has been filed under seal pursuant to the Court's September 26, 2024 Order (ECF No.

505). Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

143. Attached hereto as **Exhibit 137** is a true and correct copy of a March 2022 document produced by the DOJ beginning at Bates stamp DOJCIV-008-00000304. This document has been filed under seal pursuant to the Court's September 26, 2024 Order (ECF No. 505). Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

144. Attached hereto as **Exhibit 138** is a true and correct copy of a March 2022 document produced by the DOJ beginning at Bates stamp DOJCIV-010-00000110. This document has been filed under seal because the DOJ designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

145. Attached hereto as **Exhibit 139** is a true and correct copy of an October 2022 document produced by the DOJ beginning at Bates stamp DOJCIV-012-00000038. This document has been filed under seal because the DOJ designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

Legal Documents

146. Attached hereto as **Exhibit 140** is a true and correct copy of Plaintiffs' Amended First Set of Requests for Production of Documents to Defendants, served on October 19, 2021. Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

147. Attached hereto as **Exhibit 141** is a true and correct copy of DaVita's Responses and Objections to Plaintiffs' Amended First Set of Requests for Production of Documents to Defendants, served on November 18, 2021. Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

148. Attached hereto as **Exhibit 142** is a true and correct copy of SCA's Responses and Objections to Plaintiffs' Amended First Set of Requests for Production of Documents to Defendants, served on November 18, 2021. Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

149. Attached hereto as **Exhibit 143** is a true and correct copy of USPI's Responses and Objections to Plaintiffs' Amended First Set of Requests for Production of Documents to Defendants, served on December 22, 2021. Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

150. Attached hereto as **Exhibit 144** is a true and correct copy of Plaintiffs' Second Set of Requests for Production of Documents to All Defendants, served on January 7, 2022. Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

151. Attached hereto as **Exhibit 145** is a true and correct copy of a DaVita's Responses and Objections to Plaintiffs' Second Set of Requests for Production of Documents to All Defendants, served on June 24, 2022. Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

152. Attached hereto as **Exhibit 146** is a true and correct copy of a SCA's Responses and Objections to Plaintiffs' Second Set of Requests for Production of Documents to All

Defendants, served on June 24, 2022. Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

153. Attached hereto as **Exhibit 147** is a true and correct copy of USPI's Responses and Objections to Plaintiffs' Second Set of Requests for Production of Documents to All Defendants, served on June 24, 2022. Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

Jury Instructions

154. Attached hereto as **Exhibit 148** is a true and correct copy of Jury Instructions, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, No. M-07-1827-SI (N.D. Cal. June 27, 2012), ECF No. 6036. Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

155. Attached hereto as **Exhibit 149** is a true and correct copy of *ABA Model Jury Instructions in Civil Antitrust Cases* 2.A.4, 2.B.1, & 2.B.3. (June 2016). Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

156. Attached hereto as **Exhibit 150** is a true and correct copy of 3A *Federal Jury Practice and Instructions* §§ 150:3, 150:47 (2025 ed.). Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' briefs.

157. Attached hereto as **Exhibit 151** is a true and correct copy of Jury Instructions, *United States v. Lopez*, No. 2:23-cr-00055 (D. Nev. Apr. 14, 2025), ECF No. 661.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 15, 2025 at San Francisco, California.

Dated: September 15, 2025

*/s/ Dean M. Harvey*
Dean M. Harvey

**CERTIFICATE OF SERVICE**

I, Dean M. Harvey, an attorney, hereby certify that the **Declaration of Dean M. Harvey in Support of Plaintiffs' Motion to Certify the Class and Plaintiffs' Motion to Exclude Expert Testimony of Drs. John Johnson, Celeste Saravia, Justin McCrary, and Lauren Stiroh** was electronically filed on September 15, 2025, and will be served electronically via the Court's ECF Notice system upon the registered parties of record.

Dated: September 15, 2025 *<u>/s/ Dean M. Harvey</u>*
Dean M. Harvey

**PROOF OF SERVICE**

I, Sarah D. Zandi, an attorney, hereby certify that on September 15, 2025, I served a true and correct copy of the foregoing **Declaration of Dean M. Harvey in Support of Plaintiffs' Motion to Certify the Class and Plaintiffs' Motion to Exclude Expert Testimony of Drs. John Johnson, Celeste Saravia, Justin McCrary, and Lauren Stiroh** by electronic mail upon the following non-party as set forth below:

Anthony P. Hahn (counsel for Bridie Fanning)
ahahn@devinehahn.com

Dated: September 15, 2025 *<u>/s/ Sarah D. Zandi</u>*
Sarah D. Zandi