**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE OUTPATIENT MEDICAL CENTER EMPLOYEE ANTITRUST LITIGATION | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Master Docket No. 1:21-cv-00305-SRH-YBK Judge Sunil R. Harjani |

**DEFENDANTS' MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF
PLAINTIFFS' PROPOSED EXPERTS DR. BARRY GERHART AND DR. EVAN STARR**

Defendants, Surgical Care Affiliates, LLC, SCAI Holdings, LLC, United Surgical Partners Holdings, Inc., United Surgical Partners International, Inc., Tenet Healthcare Corporation, DaVita Inc., Andrew Hayek, and Kent Thiry (collectively, "Defendants"), pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), respectfully move this Court to exclude certain opinions and testimony of Plaintiffs' proposed experts, Dr. Barry Gerhart and Dr. Evan Starr. In support of their Motion, Defendants submit the accompanying Memorandum of Law and Declaration of Molly Moriarty Lane attaching exhibits.

For the reasons set forth in the accompanying Memorandum of Law, Defendants respectfully request that the Court grant Defendants' Motion and exclude Dr. Barry Gerhart's and Dr. Evan Starr's respective opinions and testimony addressed in Defendants' Memorandum of Law.

Dated: September 15, 2025   Respectfully submitted,

         /s/ Kenneth M. Kliebard

         Kenneth M. Kliebard
         Staci M. Holthus
         MORGAN, LEWIS & BOCKIUS LLP
         110 North Wacker Drive
         Chicago, IL 60606
         Tel: (312) 324-1000
         kenneth.kliebard@morganlewis.com
         staci.holthus@morganlewis.com

         Molly Moriarty Lane (*pro hac vice*)
         MORGAN, LEWIS & BOCKIUS LLP
         One Market
         Spear Street Tower
         San Francisco, CA 94105-1596
         Tel: (415) 442-1000
         molly.lane@morganlewis.com

         Nathan T. Shapiro (*pro hac vice*)
         MORGAN, LEWIS & BOCKIUS LLP
         101 Park Avenue
         New York, NY 10178-0060
         Tel.: (212) 309-6000
         nathan.shapiro@morganlewis.com

         *Counsel for Defendant DaVita Inc.*

/s/ Amy B. Manning

Amy B. Manning
Angelo M. Russo
Christina M. Egan
Sarah A. Zielinski
Christopher J. Karamanos
MCGUIREWOODS LLP
77 West Wacker Drive
Suite 4100
Chicago, IL 60601-1818
(312) 849-8100
amanning@mcguirewoods.com
arusso@mcguirewoods.com
cegan@mcguirewoods.com
szielinski@mcguirewoods.com
ckaramanos@mcguirewoods.com

Joshua D. Wade (*pro hac vice*)
Andrew E. Talbot (*pro hac vice*)
MCGUIREWOODS LLP
800 E. Canal St.
Richmond, VA 23219
(804) 775-4388
jwade@mcguirewoods.com
atalbot@mcguirewoods.com

*Counsel for Defendants Surgical Care Affiliates, LLC and SCAI Holdings, LLC*

3

/s/ Veronica Moyé

Veronica Moyé (*pro hac vice*)
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
Tel: (212) 556-2100
vmoye@kslaw.com

Lazar P. Raynal (Bar No. 6199215)
KING & SPALDING LLP
110 N. Wacker Drive
Suite 3800
Chicago, IL 60606
Tel: (312) 764-6947
lraynal@kslaw.com

Emily Newton (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, Georgia 30309
Tel: (404) 572-2745
enewton@kslaw.com

Matthew Dawson (*pro hac vice*)
KING & SPALDING LLP
50 California Street
Suite 3300
San Francisco, CA 94111
Tel: (415) 318-1248
mdawson@kslaw.com

Julianne Duran (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
Tel: (202) 626-9625
jduran@kslaw.com

*Counsel for United Surgical Partners Holdings, Inc., United Surgical Partners International, Inc., and Tenet Healthcare Corporation*

4

/s/ Jeffrey C. Bank

Jeffrey C. Bank (*pro hac vice*)
Brian J. Smith
Jordanne M. Steiner (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1700 K Street NW, Fifth Floor
Washington, DC 20006
(212) 497-7761
Email: jbank@wsgr.com
Email: brian.smith@wsgr.com
Email: jsteiner@wsgr.com

Karen Sharp (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94104
(415) 947-2000
Email: ksharp@wsgr.com

*Counsel for Defendant Andrew Hayek*

/s/ Daniel Campbell

Daniel Campbell
Jeffrey E. Stone
Chelsea Mounayer
MCDERMOTT, WILL & SCHULTE LLP
444 West Lake Street, Suite 400
Chicago, IL 60605
(312) 372-2000
dcampbell@mwe.com
jstone@mwe.com
cmounayer@mwe.com

*Counsel for Defendant Kent Thiry*

5

## CERTIFICATE OF SERVICE

I, Kenneth M. Kliebard, an attorney, certify that a copy of the foregoing document was filed via CM/ECF and served via electronic mail on September 15, 2025, upon all counsel of record.

/s/ Kenneth M. Kliebard
Kenneth M. Kliebard

*Counsel for Defendant DaVita Inc.*