**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE OUTPATIENT MEDICAL CENTER EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Master Docket No. 1:21-cv-00305-SRH-YBK<br><br>Judge Sunil R. Harjani |

**DECLARATION OF MOLLY MORIARTY LANE IN SUPPORT OF DEFENDANTS'
MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF PLAINTIFFS' PROPOSED
EXPERTS DR. BARRY GERHART AND DR. EVAN STARR**

I, Molly Moriarty Lane, pursuant to 28 U.S. § 1746, declare as follows:

1.      I am an attorney duly admitted to practice in the State of California and am admitted pro hac vice in the above-captioned case.  I am a partner with the law firm of Morgan, Lewis & Bockius LLP, and counsel for Defendant DaVita Inc. ("DaVita") in the above-captioned case.

2.      I make this declaration in support of Defendants' motion to exclude the opinions and testimony of Plaintiffs' proposed experts, Dr. Barry Gerhart and Dr. Evan Starr.

3.      I base this declaration upon my own personal knowledge in my capacity as counsel for DaVita, publicly available documents, the files maintained by my firm, the discovery that has been conducted, and all other prior proceedings and papers in the above-captioned case.

4.      Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Witness Report of Dr. Evan P. Starr, served on January 15, 2025, as amended on January 21, 2025.

5.      Attached hereto as **Exhibit 2** is a true and correct copy of the March 19, 2025, errata to the Expert Witness Report of Dr. Evan P. Starr.

6.      Attached hereto as **Exhibit 3** is a true and correct copy of the Expert Witness Report of Dr. Barry Gerhart, served on January 15, 2025, as amended on February 11, 2025.

1

7. Attached hereto as **Exhibit 4** is a true and correct copy of the Updated Rebuttal Expert Witness Report of Dr. Evan P. Starr, served on June 30, 2025, as amended on July 14, 2025.

8. Attached hereto as **Exhibit 5** is a true and correct copy of the Updated Rebuttal Expert Witness Report of Dr. Barry Gerhart, served on June 30, 2025.

9. Attached hereto as **Exhibit 6** is a true and correct copy of the Expert Report of Justin McCrary, Ph.D., served on April 16, 2025.

10. Attached hereto as **Exhibit 7** is a true and correct copy of the Expert Report of Celeste Saravia, Ph.D., served on April 16, 2025, as amended on May 1, 2025, and on July 2, 2025.

11. Attached hereto as **Exhibit 8** is a true and correct copy of the Expert Report of Dr. John H. Johnson, IV, served on April 16, 2025.

12. Attached hereto as **Exhibit 9** is a true and correct copy of the May 2, 2025, errata to Expert Report of Dr. John H. Johnson, IV.

13. Attached hereto as **Exhibit 10** is a true and correct copy of the Corrected Expert Report of Lauren J. Stiroh, Ph.D., served on April 16, 2025, as amended on June 26, 2025.

14. Attached hereto as **Exhibit 11** is a true and correct copy of a compilation of excerpts from the transcripts of the March 5, 2025, and July 10, 2025, depositions of Dr. Barry Gerhart. The transcript pagination continues across both transcripts.

15. Attached hereto as **Exhibit 12** is a true and correct copy of a compilation of excerpts from the transcripts of the March 19, 2025, March 20, 2025, and July 15, 2025, depositions of Dr. Evan P. Starr. The transcript pagination continues across all three transcripts.

16. Attached hereto as **Exhibit 13** is a true and correct copy of excerpts from the transcript of the August 13, 2024, deposition of Shannon Mosley.

2

17. Attached hereto as **Exhibit 14** is a true and correct copy of excerpts from the transcript of the September 18, 2024, deposition of Defendant Andrew Hayek.

18. Attached hereto as **Exhibit 15** is a true and correct copy of excerpts from the transcript of the September 24, 2024, deposition of Bill Wilcox.

19. Attached hereto as **Exhibit 16** is a true and correct copy of excerpts from the transcript of the October 22, 2024, deposition of Anthony Kilgore.

20. Attached hereto as **Exhibit 17** is a true and correct copy of excerpts from trial testimony taken in *United States v. DaVita Inc., et al.* No. 21-cv-00229-RBJ (D. Colo.), on April 7, 2022, ECF No. 289.

21. Attached hereto as **Exhibit 18** is a true and correct copy of a document produced by Defendants, United Surgical Partners International, Inc. and United Surgical Partners Holdings, Inc. (together "USPI"), and Tenet Healthcare Corporation ("Tenet"), Bates numbered USPI_CIV_000002591.

22. Attached hereto as **Exhibit 19** is a true and correct copy of a document produced by USPI and Tenet, Bates numbered USPI_CIV_000006432.

23. Attached hereto as **Exhibit 20** is a true and correct copy of a document produced by USPI and Tenet, Bates numbered USPI_CIV_000401250 – USPI_CIV_000401254.

24. Attached hereto as **Exhibit 21** is a true and correct copy of a document produced by Defendants Surgical Care Affiliates, LLC and SCAI Holdings, LLC (together, "SCA"), Bates numbered SCA000048815 – SCA000048817.

25. Attached hereto as **Exhibit 22** is a true and correct copy of a document produced by SCA, Bates numbered SCA000525299 – SCA000525303.

26.     Attached hereto as **Exhibit 23** is a true and correct copy of a document produced by DaVita, Bates numbered DVA_OMCEAL_001382483 – DVA_OMCEAL_001382486.

27.     On September 12, 2025, the parties participated in a videoconference in a good faith attempt to resolve or narrow the disputed issues with respect to Defendants' motion to exclude the opinions and testimony of Plaintiffs' proposed experts and Defendants' motion to seal in connection with Defendants' motion to exclude.  With respect to Defendants' motion to exclude, the parties were unable to resolve or narrow the issues presented in that motion.  Plaintiffs indicated that they do not oppose Defendants' motion to seal.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 15th day of September, 2025, in Napa, California.

> _/s/ Molly Moriarty Lane_
> Molly Moriarty Lane

**CERTIFICATE OF SERVICE**

I, Kenneth M. Kliebard, an attorney, certify that a copy of the foregoing document and the public-record and non-redacted versions of the exhibits thereto were filed via the Court's CM/ECF system and served via electronic mail on September 15, 2025, upon all counsel of record.

/s/ Kenneth M. Kliebard
Kenneth M. Kliebard

*Counsel for Defendant DaVita Inc.*