# Exhibit 2

# Lane Declaration

# Redacted

1. The text on page 7, paragraph 12(d) should say: ". . . which is composed of ███ ████████████████████████████ . . .

2. There is a typo in the first sentence in paragraph 70(a)(iii) on page 35, which should state: "Under the terms of the agreement, DaVita and SCA could 'not direct[ly] hire each other's employees or solicit them to switch between SCA and DaVita as their employer[.]'"

3. Footnote 105 on page 35 should cite to "Thiry Dep. at 143:17 – 145:6; Ex. PX313 at DOJCIV-008-00000188."

4. Footnote 114 on page 38 should cite to Ex. PX158.

5. Footnote 240 on page 62 should cite to "Deposition of Joseph Clark (Sept. 11, 2024) at 59:20–61:23."

6. The first sentence in paragraph 80(a)(iii) on page 71 (including footnotes 286–87) properly belongs under the header "SCA and DaVita Would Otherwise Have Recruited From Each Other," beginning on page 45.

7. In paragraph 80(b)(vi) on page 75 the last two sentences inadvertently omitted the citation to "Ex. PX298; Wilcox Dep. at 100:9–22, 116:23-123:1."

8. The "Note" in Figure 4: Probability of Mobility Between Covered Defendants on page 85 should state, "*Note*: *** p<0.01, ** p<0.05, * p<0.1. Robust standard errors in parentheses. Note the constant term is suppressed."

9. The first sentence in paragraph 100(g) on page 90 inadvertently references "SCA and USPI," and instead should refer to "SCA and DaVita."

10. Footnote 353 on page 90 should cite to "Wachsman Dep. at 177:22–178:19, 232:19–233:1."

11. Footnote 385 on page 95 should state: ". . . Wachsman testified that SCA wanted information about USPI's forecasting . . ."

12. Footnote 433 on page 136 should say, "I simulate 20 years of pay data with Conduct lasting 10 years. ███████████████████████████████ ██████████ "

13. The header for "Figure 20: Within-Job Hourly Rate are Highly Correlated With Hold Out Sample" on page 162 should read, "Figure 20: Within-Job Hourly Rates are Highly Correlated With Hold Out Sample." Additionally, the text "Dependent Variable: Ln(Mean Hourly Rate for Directors)" should instead say, "Dependent Variable: Ln(Hourly Rate)." Further, the column "Ln(Hourly Rate of others in same job-year)" should say "Ln(Mean Hourly Rate of others in same job-year)."

14. In the second sentence in paragraph 148 on page 130, I inadvertently omitted the word "nearly" before the word "every."