# Exhibit 9

Lane Declaration

Redacted

HIGHLY CONFIDENTIAL–OUTSIDE COUNSEL / EXPERTS ONLY

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: OUTPATIENT MEDICAL CENTER EMPLOYEE ANTITRUST LITIGATION | MASTER DOCKET NO. 1:21-CV-00305 |

ERRATA TO

EXPERT REPORT OF DR. JOHN H. JOHNSON, IV

**HIGHLY CONFIDENTIAL–OUTSIDE COUNSEL / EXPERTS ONLY**

1. **Footnote 7:** Change "pp. 42–95, p. 45" to "pp. 43–95, at p. 45".

2. **Footnote 44**: Change "187 Job Families" to "185 Job Families". "Clinical Management" to "Clinic Management".

3. **Label on the right panel of Exhibit 8:** Change "Outpatinet" to "Outpatient".

4. **Paragraph 56:** Change "Anthoy Kilgore" to "Anthony Kilgore".

5. **Paragraph 59:** Change "are statistical significance" to "are statistically significant".

6. **Paragraph 71:** Change "each Defendants" to "each Defendant".

7. **Exhibit 12 Note**: Change "Sixteen employees" to "Eighteen employees".

8. **Exhibit 17:** Add coefficients and standard errors for the "Constant" term:



9. **Paragraph 95:** Change "around ▮▮▮▮▮▮" to "around ▮▮▮▮▮▮".

10. **Paragraph 104 and Footnote 346:** Change "▮▮▮▮▮▮▮▮▮▮▮▮▮" to "▮▮▮▮▮▮▮▮▮▮▮▮▮". Insert "relevant" before "SCA employees".

11. **Footnote 232:** Change "that Defendants'" to "Defendants'".

12. **Footnote 244:** Change "based his assessment" to "based on his assessment".

13. **Paragraph 117:** Change "SCA Vice President" to "SCA Vice Presidents".

14. **Exhibit 21 Note:** Remove ")" from "discussion of this test)".

15. **Footnote 300:** Change "employees-years" to "employee-years".

16. **Paragraph 140:** Remove apostrophe from "Dr. Starr' purports".

17. **Paragraph 145:** Change "▮▮▮▮▮▮▮ (in his Figure 34 specification, harmonizing time periods across Defendants)" to "▮▮▮▮▮▮▮ (in his Figure 28 specification, Dr. Starr's Poisson model)".

18. **Footnote 316:** Change "▮▮▮▮▮▮▮" to "▮▮▮▮▮▮▮".

19. **Footnote 323:** Add an end-quote after "relied upon".

20. **Paragraph 172:** Change "for compensation decision" to "for compensation decisions" and change ▮▮▮▮▮▮▮ to ▮▮▮▮▮▮▮.

21. **Paragraph 176:** Add "to" before "show antitrust impact".

22. **Paragraph 178**: Change "May 1, 2010 to January 5, 2021 for DaVita" to "February 1, 2012 to January 5, 2021 for DaVita".

23. **Appendix B:** Add the following files to the "Data, Bates Numbered Files" sub-section: DVA_OMCEAL_001408531–8532, 8534–8535, 8537–8538, 8540–8541, 8544–8546, 8548–8549.

24. **Exhibit D-3:** In the subtitle, change "2006 – 2022" to "2006 – 2021".

_____

Dr. John H. Johnson, IV
May 2, 2025