# Exhibit 18

Lane Declaration

Fully Redacted

(Filed Under Seal)