# Exhibit 19

Lane Declaration

Fully Redacted

(Filed Under Seal)