# **Exhibit 23**

# Lane Declaration

# Fully Redacted

# (Filed Under Seal)