**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE OUTPATIENT MEDICAL CENTER EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Master Docket No. 1:21-cv-00305-SRH-YBK<br><br>Judge Sunil R. Harjani |

**DECLARATION OF KENNETH M. KLIEBARD IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF PLAINTIFFS' PROPOSED EXPERTS DR. BARRY GERHART AND DR. EVAN STARR**

I, Kenneth M. Kliebard, pursuant to 28 U.S. § 1746, declare as follows:

1. I am an attorney duly admitted to practice in the State of Illinois. I am a partner with the law firm of Morgan, Lewis & Bockius LLP, and counsel for Defendant DaVita Inc. ("DaVita") in the above-captioned case.

2. I make this declaration in support of Defendants' motion to exclude the opinions and testimony of Plaintiffs' proposed experts, Dr. Barry Gerhart and Dr. Evan Starr.

3. I base this declaration upon my own personal knowledge in my capacity as counsel for DaVita, publicly available documents, the files maintained by my firm, the discovery that has been conducted, and all other prior proceedings and papers in the above-captioned case.

4. Attached hereto as **Exhibit A** is a true and correct copy of a compilation of excerpts from the transcripts of the March 5, 2025, and July 10, 2025, depositions of Dr. Barry Gerhart. The transcript pagination continues across both transcripts. Pursuant to the Court's November 7, 2025, Order (ECF No. 673), this exhibit has been provisionally filed under seal.

5. Attached hereto as **Exhibit B** is a true and correct copy of a compilation of excerpts from the transcripts of the March 19, 2025, March 20, 2025, and July 15, 2025, depositions of

Dr. Evan P. Starr. The transcript pagination continues across all three transcripts. Pursuant to the Court's November 7, 2025, Order (ECF No. 673), this exhibit has been provisionally filed under seal.

6. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the transcript of the May 7, 2025, deposition of Dr. John Johnson. Pursuant to the Court's November 7, 2025, Order (ECF No. 673), this exhibit has been provisionally filed under seal.

7. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the transcript of the May 9, 2025, deposition of Dr. Celeste Saravia. Pursuant to the Court's November 7, 2025, Order (ECF No. 673), this exhibit has been provisionally filed under seal.

8. Attached hereto as **Exhibit E** is a true and correct copy of excerpts from the transcript of the May 29, 2025, deposition of Dr. Lauren Stiroh. Pursuant to the Court's November 7, 2025, Order (ECF No. 673), this exhibit has been provisionally filed under seal.

9. Attached hereto as **Exhibit F** is a true and correct copy of the Expert Report of Edward E. Leamer, Ph.D. filed in *In re: High-Tech Employees Antitrust Litig.*, No. 5:11-cv-02509-LHK (N.D. Cal.), ECF No. 198-2.

10. Attached hereto as **Exhibit G** is a true and correct copy of the Report of Orley Ashenfelter filed in *In re: Animation Workers Antitrust Litig.*, No. 5:14-cv-04062-LHK (N.D. Cal.), ECF No. 215-6.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 18th day of December, 2025, in Chicago, Illinois.

*/s/ Kenneth M. Kliebard*
Kenneth M. Kliebard

## CERTIFICATE OF SERVICE

I, Kenneth M. Kliebard, an attorney, certify that a copy of the foregoing document and the public-record and non-redacted versions of the exhibits thereto were filed via the Court's CM/ECF system and served via electronic mail on December 18, 2025, upon all counsel of record.

*/s/ Kenneth M. Kliebard*
Kenneth M. Kliebard

*Counsel for Defendant DaVita Inc.*