**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE OUTPATIENT MEDICAL CENTER EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No.: 1:21-cv-00305-SRH-YBK |

**DECLARATION OF DEAN M. HARVEY IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO CERTIFY THE CLASS AND PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO EXCLUDE EXPERT TESTIMONY OF DRS. JOHN JOHNSON, CELESTE SARAVIA, JUSTIN MCCRARY, AND LAUREN STIROH**

I, Dean M. Harvey, declare as follows:

1. I am admitted to the bar of California and am admitted *pro hac vice* in this case, *In re Outpatient Medical Center*, No. 1:21-cv-00305 (N.D. Ill.). I am a partner at the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, and Interim Co-Lead Class Counsel in the above-captioned matter. I make this declaration in support of Plaintiffs' Reply in Support of Plaintiffs' Motion to Certify the Class and Plaintiffs' Reply in Support of Motion to Exclude Expert Testimony of Drs. John Johnson, Celeste Saravia, Justin McCrary, and Lauren Stiroh ("Plaintiffs' Replies"). I have personal knowledge of the facts set forth herein, and, if called as a witness, I could and would competently testify thereto.[1]

2. I previously submitted a declaration in support of Plaintiffs' Motion to Certify the Class and Plaintiffs' Motion to Exclude Expert Testimony of Drs. John Johnson, Celeste Saravia, Justin McCrary, and Lauren Stiroh (Sept. 15, 2025), ECF No. 659, with Exhibits 1–151 attached

[1] Defendants are Andrew Hayek, Kent Thiry, Surgical Care Affiliates, LLC and SCAI Holdings, LLC (together, "SCA"), DaVita Inc. ("DaVita"), and United Surgical Partners Holdings, Inc., United Partners International, Inc., and Tenet Healthcare Corporation (together, "USPI") (together, "Defendants").

thereto, and a declaration in support of Plaintiffs' Opposition to Defendants' Motion to Exclude Expert Opinions of Dr. Evan Starr and Dr. Barry Gerhart (Nov. 13, 2025), ECF No. 674-1, with Exhibits 152–213 attached thereto, some of which are referenced in Plaintiffs' Replies, filed today. To avoid duplicative filings, Plaintiffs have not re-filed any of the Exhibits 1–213 that were filed on September 15, 2025 and November 13, 2025. The exhibits attached hereto are numbered consecutively from Exhibit 213, the last exhibit submitted.

3. Declarant Alexa Jones was not a custodian in this litigation because she joined DaVita after January 1, 2019, the end of the Court-ordered Relevant Time Period for documents. Mem. Op. & Order at 13 (June 26, 2023), ECF No. 292; Decl. of Alexa Jones ¶ 2 (Nov. 13, 2025), ECF No. 683-12.

4. Courts, including this one, have certified classes 23 times despite Defendants' Litigation Consultants' arguments to the contrary. *See* (1) *In re Mushroom Direct Purchaser Antitrust Litig.*, 319 F.R.D. 158 (E.D. Pa. 2016) (Dr. Johnson); (2) *Dulberg v. Uber Techs., Inc.*, No. C 17-00850, 2018 WL 932761 (N.D. Cal. Feb. 16, 2018) (Dr. McCrary); (3) *In re EpiPen (Epinephrine Injection, USP) Mktg., Sales Pracs. & Antitrust Litig.*, No. 17-md-2785, 2020 WL 1180550 (D. Kan. Mar. 10, 2020) (Dr. Johnson); (4) *Bally v. State Farm Life Ins. Co.*, 335 F.R.D. 288 (N.D. Cal. 2020) (Dr. Stiroh); (5) *In re Restasis (Cyclosporine Ophthalmic Emulsion) Antitrust Litig.*, 335 F.R.D. 1 (E.D.N.Y. 2020) (Dr. Saravia); (6) *B & R Supermarket, Inc. v. Mastercard Int'l Inc.*, No. 17-CV-02738, 2021 WL 234550, at *20 (E.D.N.Y. Jan. 19, 2021) (Dr. Saravia); (7) *James v. Uber Techs. Inc.*, 338 F.R.D. 123 (N.D. Cal. 2021) (Dr. McCrary); (8) *Burnett v. Nat'l Ass'n of Realtors*, No. 19-CV-00332, 2022 WL 1203100 (W.D. Mo. Apr. 22, 2022) (Dr. Stiroh); (9) *In re HIV Antitrust Litig.*, No. 19-cv-02573-EMC, 2022 WL 22609107 (N.D. Cal. Sept. 27, 2022) (Dr. Saravia); (10) *Palmer v. Cognizant Tech. Sols. Corp.*, No. CV

17-6848-DMG, 2022 WL 18214014 (C.D. Cal. Oct. 27, 2022) (Dr. McCrary); (11) *Olean Wholesale Grocery Coop., Inc. v. Bumble Bee Foods LLC*, 31 F.4th 651 (9th Cir. 2022) (Dr. Johnson); (12) *In re Valsartan, Losartan, & Irbesartan Prods. Liab. Litig.*, No. 19-2875, 2023 WL 1818922 (D.N.J. Feb. 8, 2023) (Dr. Stiroh); (13) *In re Qualcomm Inc. Sec. Litig.*, No. 17-cv-121, 2023 WL 2583306 (S.D. Cal. Mar. 20, 2023) (Dr. Saravia); (14) *Moehrl v. Nat'l Ass'n of Realtors*, No. 19-cv-01610, 2023 WL 2683199 (N.D. Ill. Mar. 29, 2023) (Dr. Stiroh); (15) *Hunter v. Booz Allen Hamilton Inc.*, No. 2:19-cv-00411, 2023 WL 3204684 (S.D. Ohio May 2, 2023) (Dr. McCrary); (16) *Simon & Simon, PC v. Align Tech., Inc.*, Nos. 20-cv-03754-VC, 21-cv-03269-VC, 2023 WL 8261297 (N.D. Cal. Nov. 29, 2023) (Dr. Stiroh); (17) *In re Broiler Chicken Grower Antitrust Litig.*, No. 6:20-md-02977, 2024 WL 2117359 (E.D. Okla. May 8, 2024) (Dr. Saravia); (18) *In re Broiler Chicken Grower Antitrust Litig.*, No. 6:20-md-02977-RJS-CMR (N.D. Ill. May 8, 2024), ECF No. 574 (Dr. McCrary); (19) *Iowa Pub. Emps.' Ret. Sys. v. Merrill Lynch, Pierce, Fenner & Smith Inc.*, No. 17 Civ. 6221, 2024 WL 5004632 (S.D.N.Y. Dec. 6, 2024) (Dr. McCrary); (20) *In re Hard Disk Drive Suspension Assemblies Antitrust Litig.*, No. 19-md-2918, 2025 WL 71988 (N.D. Cal. Jan. 10, 2025) (Dr. Stiroh); (21) *In re Turkey Antitrust Litig.* ("*Turkey*"), No. 19 C 8318, 2025 WL 264021 (N.D. Ill. Jan. 22, 2025) (Dr. Stiroh); (22) *Dennis v. Andersons, Inc.*, No. 20 C 4090, 2025 WL 1331795 (N.D. Ill. May 7, 2025) (Dr. McCrary); and (23) *In re Amitiza Antitrust Litig.*, No. 1:21-cv-11057, 2025 WL 2690871 (D. Mass. Sept. 19, 2025) (Dr. Saravia).

5. Additionally, Defendants' Consultants' testimony has been excluded pursuant to *Daubert* at least five times: *See* (1) *Hale v. State Farm Mut. Auto. Ins. Co.*, No. 12-0660-DRH, 2016 WL 6947065 (S.D. Ill. June 2, 2016) (Dr. Stiroh); (2) *Insight Equity v. Transitions Optical, Inc.*, 252 F. Supp. 3d 382 (D. Del. 2017) (Dr. Stiroh); (3) *Optronic Techs., Inc. v. Ningbo Sunny*

*Elec. Co.*, No. 5:16-cv-06370-EJD, 2019 WL 4780183 (N.D. Cal. Sept. 30, 2019), *aff'd*, 20 F.4th 466 (9th Cir. 2021) (Dr. Saravia); (4) *In re HIV Antitrust Litig.*, No. 19-cv-02573, 2023 WL 3089820 (N.D. Cal. Mar. 7, 2023) (Dr. Saravia); and (5) *Turkey*, 2025 WL 264021 (Dr. Stiroh).

## I. EXHIBITS

6. [Reserved]

7. Attached hereto as **Exhibit 215** is a true and correct copy of an email from Defense counsel, dated May 30, 2025, with redactions of non-relevant portions. Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' Replies.

Documents From Other No-Poach Cases

8. Attached hereto as **Exhibit 216** is a true and correct copy of the Consolidated Amended Complaint, *In re High-Tech Emp. Antitrust Litig.*, No. 5:11-cv-02509-LHK (N.D. Cal. Sept. 13, 2011), ECF No. 65. Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' Replies.

9. Attached hereto as **Exhibit 217** is a true and correct copy of the Reply Expert Witness Report of Edward E. Leamer, Ph.D. [Redacted Version], *In re High-Tech Emp. Antitrust Litig.*, No. 5:11-cv-02509-LHK (N.D. Cal. Dec. 10, 2012), ECF No. 246-4. Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' Replies.

10. Attached hereto as **Exhibit 218** is a true and correct copy of the Merits Expert Witness Report of Edward E. Leamer, Ph.D. [Redacted Version], *In re High-Tech Emp. Antitrust Litig.*, No. 5:11-cv-02509-LHK (N.D. Cal. July 11, 2014), ECF No. 967-1. Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' Replies.

11. Attached hereto as **Exhibit 219** is a true and correct copy of the Reply Report of Orley Ashenfelter (Part 1) [Redacted Version], *In re Animation Workers Antitrust Litig.*, No.

5:14-cv-04062 (N.D. Cal. Apr. 25, 2016), ECF No. 269-18. Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' Replies.

12. Attached hereto as **Exhibit 220** is a true and correct copy of the Reply Report of Orley Ashenfelter (Part II) [Redacted Version], *In re Animation Workers Antitrust Litig.*, No. 5:14-cv-04062 (N.D. Cal. Apr. 25, 2016), ECF No. 269-19. Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' Replies.

13. Attached hereto as **Exhibit 221** is a true and correct copy of the Expert Rebuttal Report of Edward E. Leamer, Ph.D. [Redacted Version], *Seaman v. Duke Univ.*, No. 1:15-cv-00462 (M.D.N.C. Nov. 13, 2017), ECF No. 154. Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' Replies.

<u>DaVita Criminal Case and Trial Documents</u>

14. Attached hereto as **Exhibit 222** is a true and correct copy of excerpts of trial testimony taken in *United States v. DaVita Inc.*, No. 21-cr-00229-RBJ (D. Colo.) on April 5, 2022, and marked as Exhibit PX157 at the deposition of Bridget ("Bridie") Fanning on July 17, 2024. Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' Replies.

15. Attached hereto as **Exhibit 223** is a true and correct copy of excerpts of trial testimony taken in *United States v. DaVita Inc.*, No. 21-cr-00229-RBJ (D. Colo.), on April 6, 2022, and marked as Exhibit PX158 at the deposition of Bridie Fanning on July 17, 2024. Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' Replies.

Deposition Transcripts

16. Attached hereto as **Exhibit 224** is a true and correct copy of excerpts from the Transcript of the Deposition of Michael Staffieri taken on April 5, 2024. This document has been filed under seal because DaVita designated the transcript "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' Replies and the witness's job titles.

17. Attached hereto as **Exhibit 225** is a true and correct copy of excerpts from the Transcript of the Deposition of Peter Clemens taken on May 2, 2024. This document has been filed under seal because USPI designated the transcript "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' Replies and the witness's job titles.

18. Attached hereto as **Exhibit 226** is a true and correct copy of excerpts from the Transcript of the Deposition of Bridie Fanning taken on July 17, 2024. Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' Replies and the witness's job titles.

19. Attached hereto as **Exhibit 227** is a true and correct copy of excerpts from the Transcript of the Deposition of Allen Spradling taken on July 18, 2024. This document has been filed under seal because Plaintiffs designated the transcript "HIGHLY CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' Replies and the witness's job titles.

20. Attached hereto as **Exhibit 228** is a true and correct copy of excerpts from the Transcript of the Deposition of Laura Mildenberger taken on July 30, 2024. Plaintiffs have

applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' Replies and the witness's job titles.

21. Attached hereto as **Exhibit 229** is a true and correct copy of excerpts from the Transcript of the Deposition of Jimmy Tanner taken on July 31, 2024. This document has been filed under seal because it has been designated "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' Replies and the witness's job titles.

22. Attached hereto as **Exhibit 230** is a true and correct copy of excerpts from the Transcript of the Deposition of Javier Rodriguez taken on August 12, 2024. This document has been filed under seal because DaVita designated the transcript "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' Replies and the witness's job titles.

23. Attached hereto as **Exhibit 231** is a true and correct copy of excerpts from the Transcript of the Deposition of Shannon Mosley taken on August 13, 2024. This document has been filed under seal because USPI designated the transcript "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' Replies and the witness's job titles.

24. Attached hereto as **Exhibit 232** is a true and correct copy of excerpts from the Transcript of the Deposition of Sandi Karrmann taken on August 14, 2024. This document has been filed under seal because USPI designated the transcript "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' Replies and the witness's job titles.

25. [Reserved]

26. [Reserved]

27. Attached hereto as **Exhibit 235** is a true and correct copy of excerpts from the Transcript of the Deposition of Dennis Kogod taken on September 6, 2024. Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' Replies and the witness's job titles.

28. Attached hereto as **Exhibit 236** is a true and correct copy of excerpts from the Transcript of the Deposition of Andrew Hayek taken on September 18, 2024. This document has been filed under seal because Hayek designated the transcript "HIGHLY CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' Replies and the witness's job titles.

29. Attached hereto as **Exhibit 237** is a true and correct copy of excerpts from the Transcript of the Deposition of William ("Bill") Wilcox taken on September 24, 2024. This document has been filed under seal because USPI designated the transcript "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' Replies and the witness's job titles.

30. Attached hereto as **Exhibit 238** is a true and correct copy of excerpts from the Transcript of the Deposition of Jennifer Sandoz taken on September 26, 2024. This document has been filed under seal because SCA designated the transcript "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' Replies and the witness's job titles.

31. Attached hereto as **Exhibit 239** is a true and correct copy of excerpts from the Transcript of the Deposition of Steven Priest taken on November 5, 2024. This document has been filed under seal because it has been designated "HIGHLY CONFIDENTIAL." Plaintiffs

have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' Replies and the witness's job titles.

32. Attached hereto as **Exhibit 240** is a true and correct copy of excerpts from the Transcript of the Deposition of Warren Cinnick taken on November 22, 2024. This document has been filed under seal because SCA designated the transcript "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' Replies and the witness's job titles.

33. Attached hereto as **Exhibit 241** is a true and correct copy of excerpts from Volume I of the Transcript of the Deposition of Barry Gerhart, Ph.D., taken on March 5, 2025. This document has been filed under seal because SCA designated the transcript "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' Replies.

34. Attached hereto as **Exhibit 242** is a true and correct copy of excerpts from Volume I of the Transcript of the Deposition of Evan Starr, Ph.D., taken on March 19, 2025. This document has been filed under seal because DaVita designated the transcript "HIGHLY CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' Replies.

35. Attached hereto as **Exhibit 243** is a true and correct copy of excerpts from the Transcript of the Deposition of John Johnson, Ph.D., taken on May 7, 2025. This document has been filed under seal because Defendants designated the transcript "HIGHLY CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' Replies.

36. Attached hereto as **Exhibit 244** is a true and correct copy of excerpts from the Transcript of the Deposition of Celeste Saravia, Ph.D., taken on May 9, 2025. This document has been filed under seal because USPI designated the transcript "HIGHLY CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' Replies.

37. Attached hereto as **Exhibit 245** is a true and correct copy of excerpts from the Transcript of the Deposition of Dr. Lauren Stiroh taken on May 29, 2025. This document has been filed under seal because the transcript has been designated "HIGHLY CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' Replies.

38. Attached hereto as **Exhibit 246** is a true and correct copy of excerpts from the Transcript of the Deposition of Dr. Justin McCrary, taken on June 12, 2025. This document has been filed under seal because DaVita designated the transcript "HIGHLY CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate testimony cited in Plaintiffs' Replies.

39. [Reserved]

<u>Deposition Exhibits</u>

40. Attached hereto as **Exhibit 248** is a true and correct copy of a May 2014 document produced by USPI and marked as Exhibit PX297 at the deposition of Sandi Karrmann taken on August 14, 2024. This document has been filed under seal because USPI designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' Replies.

41. Attached hereto as **Exhibit 249** is a true and correct copy of an August 2014 document produced by USPI and marked as Exhibit PX220 at the deposition of Jimmy Tanner taken on July 31, 2024. This document has been filed under seal because USPI designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' Replies.

42. Attached hereto as **Exhibit 250** is a true and correct copy of a February 2017 document produced by USPI and marked as Exhibit PX300 at the deposition of Sandi Karrmann taken on August 14, 2024. This document has been filed under seal because USPI designated it "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' Replies.

43. [Reserved]

Other Evidence Produced by Defendants and Third Parties

44. [Reserved]

45. [Reserved]

46. Attached hereto as **Exhibit 254** is a true and correct copy of a November 2014 document produced by SCA with Bates stamp SCA000079845. This exhibit has been filed under seal because SCA designated this document "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' Replies.

47. [Reserved]

48. Attached hereto as **Exhibit 256** is a true and correct copy of a January 2018 document produced by USPI with Bates stamp USPI_CIV_000006960. This exhibit has been filed under seal because USPI designated this document "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' Replies.

49. Attached hereto as **Exhibit 257** is a true and correct copy of a June 2018 document produced by SCA with Bates stamp SCA000113508. This exhibit has been filed under seal because SCA designated this document "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' Replies.

50. Attached hereto as **Exhibit 258** is a true and correct copy of a July 2018 document produced by SCA with Bates stamp SCA000630035. This exhibit has been filed under seal because SCA designated this document "CONFIDENTIAL." Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' Replies.

Jury Instructions and Verdict Forms

51. Attached hereto as **Exhibit 259** is a true and correct copy of Jury Instructions, *Ohio-Sealy Mattress Mfg. Co. v. Sealy, Inc.*, No. 71 C 1243 (N.D. Ill. Apr. 1, 1975). Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' Replies.

52. Attached hereto as **Exhibit 260** is a true and correct copy of Jury Instructions, *In re: Urethane Antitrust Litig.*, No. 04-1616-JWL (D. Kan. Feb. 20, 2013), ECF No. 2797. Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' Replies.

53. Attached hereto as **Exhibit 261** is a true and correct copy of Jury Instructions, *In re: Capacitors Antitrust Litig.*, No. 17-CV-07046 (N.D. Cal. May 17, 2023), ECF No. 375. Plaintiffs have applied blue highlighting to this exhibit to indicate information cited in Plaintiffs' Replies.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 18, 2025 at San Francisco, California.

Dated: December 18, 2025

*/s/ Dean M. Harvey*
Dean M. Harvey

## CERTIFICATE OF SERVICE

I, Dean M. Harvey, an attorney, hereby certify that the **Declaration of Dean M. Harvey in Support of Plaintiffs' Reply in Support of Motion to Certify the Class and Plaintiffs' Reply in Support of Motion to Exclude Expert Testimony of Drs. John Johnson, Celeste Saravia, Justin McCrary, and Lauren Stiroh** was electronically filed on December 18, 2025, and will be served electronically via the Court's ECF Notice system upon the registered parties of record.

Dated: December 18, 2025

*/s/ Dean M. Harvey*
Dean M. Harvey