# EXHIBIT 42

# FILED UNDER SEAL

Message

| | |
|---|---|
| From: | Hayek, Andrew [andrew.hayek@scasurgery.com] |
| Sent: | 7/20/2008 7:50:31 PM |
| To: | Kent Thiry [kent.thiry@davita.com] |
| Subject: | RE: Call - ruminations ...... |

KT -- I've got an early flight tomorrow morning, and am heading upstairs to pack. If I don't catch you tonight, then please call me anytime on my cell tomorrow -- I'm in the air from 7am until 9am (Central) and in and out of meetings all day. My cell # is ███████████ You can also try my office ███████ -- I'll ask my assistant (Julia) to pull me out of meetings if possible -- other than one call with the board. - Andrew

-----Original Message-----
From: Kent Thiry [mailto:Kent.Thiry@davita.com]
Sent: Sunday, July 20, 2008 7:33 PM
To: Hayek, Andrew
Subject: RE: Call - ruminations ......

This poppped up right when I hit the send button on mine -- I will read it later, I am in the midst of a phone call with cheryl, and she has a deadline for getting home -- we just got off the phone for a minute for her to send me a fax.

Will catch you later I hope.

-----Original Message-----
From: Hayek, Andrew [mailto:Andrew.Hayek@scasurgery.com]
Sent: Sunday, July 20, 2008 5:29 PM
To: Kent Thiry
Cc: Joe Mello
Subject: RE: Call - ruminations ......

KT

A few more thoughts for our call:

1. Regarding the approach of Michael disclosing his intention to leave publicly 1st, then exploring whether the SCA role was a fit, the problem was that he had a near final offer that he was putting at risk with further delay. He also shared that he had discussed his concerns about his future at DaVita with JR -- including whether JR's job was compelling to him, other role options, etc -- and had still concluded that he would pursue the Fidelis opportunity. He gave every indication that he had weighed Fidelis fully and had truly reached a decision -- including multiple meetings w/ the CEO, meeting each member of the board, and planning a trip to Austin to look at homes + neighborhoods with Elaine (a trip he took shortly thereafter). Given all this, he felt (as I do) that it wasn't right for him to not have the opportunity to pursue the position at SCA.

2. I agree that Jonathan had to make a tough choice -- from my personal standpoint, I wish he had not made the choice that he made, as it felt disingenuous (especially given that I did not know the conversation had taken place) and put something I deeply valued (the opportunity to be a CEO in a scale company) at risk.

3. Based on some limited experience on the other side of this equation at Alliance, my primary concern was whether someone I was friends with was targeting my people. One of my five Senior VPs and my General



Confidential

DVA_OMCEAL_000429386

Counsel both left to join Rick Zehner (Alliance founder/CEO -- who left Alliance a few months after I joined) at Oncure (radiation oncology business he had become CEO of). I was not happy, as both of them were key people, but my discussion with Rick was to understand (a) why the executive left and (b) whether he was pursuing our executives as a general matter. The corollary in this case to me is that I have no intention of actively pursuing your team or encourage people to leave so that I can talk with them.

4. Other than supporting Jess + the VH team and receiving a few general well-wishes calls, I have been generally "radio silent" with DaVita executives because of my friendship with you and the Village. I've traded a few calls w/ JR, but that was focused on helping with VH. There was one executive in the final stages of being selected for an SCA role when I arrived, and decided not to move forward with them. That executive said they wanted to move on from DaVita, but there was no way to validate the veracity of the statement -- unlike in Michael's case where he had another offer that he was planning to accept. Michael struck me as having thought about the Fidelis opportunity deeply, and he said he was not approaching the situation with any intention of leveraging Fidelis for more $ or a different role at DaVita -- ie, he had made up his mind. I view Michael's situation as very unique.

5. I have also tried to be very respectful of DaVita in terms of how I've walked through this process. For example, I've explicitly not tried to pressure Michael -- including putting a long time frame on accepting the offer so as to not push a premature decision. Also, I have been supportive of a long transition process.

6. I am troubled to be in this situation with you because I respect you and admire the Village. Just last week, I was thrilled to get multiple voicemails from the VH team and lobbyist team late the evening that the Medicare Bill passed, as they expressed their gratitude for what I had done and continued to do for them after I left to help save ESRD SNPs. It was personally very fulfilling to have continued to help the Village. And even just last week, I was asked in front of several of my VPs which leader I admired most in my career, and my answer was you.

This is an emotionally difficult position to be in, and I have tried to do what I believe is right in this circumstance. Talk to you tonight.

Andrew

-----Original Message-----
From: Kent Thiry [mailto:Kent.Thiry@davita.com]
Sent: Sunday, July 20, 2008 10:33 AM
To: Hayek, Andrew
Cc: Joe Mello
Subject: RE: Call - ruminations ......

1. good point on #2.

2. what I should have said is that the senior tpg partner had to choose between a friendship/biz relationship, and violating the confidence created by one of his teams. Tough choice.

3. I will call your cell late in the afternoon or early evening. Thx for doing this on the weekend.

4. I am all ears. Intensely all ears.

Confidential

DVA_OMCEAL_000429387

-----Original Message-----
From: Hayek, Andrew [mailto:Andrew.Hayek@scasurgery.com]
Sent: Saturday, July 19, 2008 7:34 PM
To: Kent Thiry
Cc: Joe Mello
Subject: RE: Call - ruminations ......

KT

I am very sorry that this situation is unfolding this way. Let's talk tomorrow -- you can reach me on my cell phone any time ███████. Let me share a few thoughts and emotions with you that may help form the basis of tomorrow's discussion.

1. I consider you a friend and consider myself a supporter of the DaVita Village. I tried to manage my transition and the time since my transition in a manner that went beyond any contractual relationships. I have spoken many times with Jess, both on conference calls and one-on-one, to help him with the VillageHealth challenge in DC and to help think through business challenges he is going through in VillageHealth. I volunteered to do Hill visits on VillageHealth's behalf, and, indeed, did spend an afternoon in DC doing VillageHealth visits. I've continued to serve as a resource to Buddy and to Bob Van Heuvelen. I also tried to be very supportive in helping Allen reach the decision to join DaVita.

2. I've always tried to do the right thing -- based on what is right. When I was thinking of leaving, I intentionally delayed discussing my Touchdown bonus, which, at the time the discussion was supposed to take place, might have had a considerable pay-out. I delayed the conversation because I wanted you to know that I was leaving, and I did not want to get paid those $$s, which I viewed as partly a payment for future value (not just past contributions). When I approached you about my decision to leave DaVita, I explicitly did not want or try to leverage the situation into a bidding war -- I wanted to reach a decision and shift the focus to how to transition in a manner that was most helpful to DaVita.

3. In terms of whether I should have called you prior to Michael communicating with Javier, my approach was largely informed by the experience I had in leaving DaVita a few months earlier. I was deeply disappointed that TPG told you about my candidacy for SCA prior to my discussing it with you for a number of reasons: first, I believed that a candidate (me) has a right to explore career options that may be best for them in privacy; second, I never wanted to leverage SCA and DaVita against each other in a "bidding war"; and, third, the net effect of the "heads up" discussion that occured prior to me discussing my decision to leave with you was to put my offer at risk (eg, the request for TPG to withdraw it) and to lower my ultimate economics (eg, to freeze my offer and leave the 10% wiggle room regarding base + bonus untapped). None of this felt good or right.

4. This experience formed a foundation for how I approached Michael's situation. Michael not only had an offer, he had met with each member of the board, met with the CEO multiple times, and had actually traveled to Houston with his wife to finalize their decision. Michael told me that he had made a decision to leave DaVita, that he had considered it deeply, that the decision was about him moving on after several years in the same organization, that he was not looking to create a bidding war (in fact, that he expressly didn't want that), and that he had deeply considered the Fidelis opportunity with his wife and had mutually decided to go. Michael expressly did not want me to talk to anyone

DVA_OMCEAL_000429388

prior to him talking to Javier, and he expressly did not want to create a "bidding war".

5. It's hard for me to contemplate not allowing Michael to have this opportunity because: (a) he had already decided to leave, (b) he had fully vetted the other opportunity (multiple meetings, house hunting with his wife, etc), and (c) SCA literally has an open position that he wanted to explore. Limiting this option just doesn't feel like the right thing for Michael.

6. Although I have multiple open positions, I have not been calling DaVita people, because of our friendship and my respect for the Village. Moreover, there was a DaVita person in the process of being recruited for an SCA role when I joined, and, despite being an excellent candidate, I decided not to pursue them. The difference, to me, was that Michael had already decided to leave.

I hope that you can trust me when I say that I believe that I have done the right thing in the path that I've pursued. Talk to you tomorrow.

Andrew

-----Original Message-----
From: Kent Thiry [mailto:Kent.Thiry@davita.com]
Sent: Saturday, July 19, 2008 1:29 PM
To: Hayek, Andrew
Cc: Joe Mello
Subject: RE: Call - ruminations ......

Before we talk, I would like you to have the benefit of knowing the question I am going to ask ....

1. If michael was sure he was going to leave anyway, why wasn't it the right thing to say "michael, call davita and tell them that, and then I will give you an offer. I am not comfortable recruiting from that/those company/friends unless that is a public fact." just so you know, that is what I have done a few times in my career, so I am not moralizing in some theoretical way. Most of the time the candidate refuses to do it, because they are not in fact sure they are going to leave.

2. you can still test the truth of it. Withdraw the offer and see if he submits his resignation and takes the other job. We will pay your company $250,000 if that happens, as long as no attorney says there is nothing wrong with that, we would have to check. I am doing it because jr is quite confident he would not have taken that other job.

3. the tpg situation was interestingly different. The business transaction was initiated by a tpg team. The senior partner found out later. Faced with a choice of a friendship and putting at risk a tpg transaction, he chose to disclose to me and put at risk the transaction. If this set of facts holds, you decided to intiate a business transaction explicitly against any value of a relationship -- without even testing the veracity of the candidates assertion, when that could have been done without any risk to the candidate, because they would have self-disclosed since they "were going to leave anyway". The senior tpg partner behaved strikingly different than you have -- strikingly, objectively, with cost to his organization, in business risk and in disclosing something confidential. You had a zero cost option, as you could have forced michael to self-disclose, you did not have to say anything to anyone until he did.

Confidential

4. some execs do use their inside info to recruit after they leave companies, with all appropriate winks/nods/coincidental conversations/phone calls, the usual rationalizations. Some don't. Situational facts are relevant of course -- in this case it would have been easy to establish the fact that he was going to leave no matter what -- but you chose not to do that. It is not immoral to do it in a business sense -- not at all -- but good friends don't do it to one another on a stealth basis, (a) because it is hurtful, and (b) it often has a negative net present value in business and career terms -- why would you ever help someone after they take an exec in this way? How would it make sense to do that, and (c) it can create a string of negative stuff, lousy uncontrollable negative stuff ... For example, since he was on our promising list, we will have to tell our Board and the rest of the senior team exactly what happened, and many of them will take away negative conclusions about you -- not as a capitalist, but they will redefine what kind of person you are. It will still be positive, business is business and you are a good person, but there will be something special that you gave up that will be very hard to get back, given the option you had and did not take. There are contracts and free markets, and there are relationships. Some execs live business primarily according to contracts and free markets, others balance that with a heavy emphasis on relationships and caring about one another over the longterm.

So when we talk I would like to get more clarity on what are the words that capture the nature of your relationship with joe and I -- we think we would not have done to you what you have done to us, and so we have a fundamental misunderstanding about what our friendship is.

I look forward to talking. kt

-----Original Message-----
From: Hayek, Andrew [mailto:Andrew.Hayek@scasurgery.com]
Sent: Thursday, July 17, 2008 2:42 PM
To: Cheryl Indech
Cc: Kent Thiry; Snider, Julia
Subject: Call

Cheryl

I hope all is well with you. ▮▮▮▮▮▮▮▮ are great -- we're getting ready for our move to Birmingham.

Could you suggest a few times that I could speak with KT for 15 min? I've copied my assistant, Julia, who can coordinate for me.
Take care
Andrew
Sent from my Blackberry device.
DaVita Inc.

Confidential

DVA_OMCEAL_000429390

# EXHIBIT 43

# FILED UNDER SEAL

EXHIBIT

PX 266
Javier Rodriguez
08.12.24

| From: | Javier Rodriguez <javier.rodriguez@davita.com> |
|---|---|
| To: | Brett Cohen <brett.cohen@davita.com> |
| Sent: | 2/22/2009 1:48:13 PM |
| Subject: | Fw: Comp Philosophy |
| Attachments: | 090210 Executive Comp Philosophy.ppt |

Fyi

---

**From**: Laura Mildenberger
**To**: Javier Rodriguez
**Sent**: Sat Feb 21 23:04:04 2009
**Subject**: RE: Comp Philosophy

Here you go----let me know if this works. Thanks!

Laura Mildenberger
Chief People Officer (CPO)
Office: 303-626-6421 FAX: 303-232-2410
Voice Mail: 800-313-4872 ext. 5526

---

**From:** Javier Rodriguez
**Sent:** Fri 2/20/2009 3:40 PM
**To:** Laura Mildenberger
**Cc:** Brett Cohen
**Subject:** Comp Philosophy

Can I please get a copy of the deck. Thanks

Confidential



Executive Compensation Philosophy

DaVita.

Confidential

DVA_OMCEAL_000959241



# Executive Compensation Philosophy
## *Objectives*

- Understand current comp philosophy

- Articulate philosophy

- Foster sophisticated thought

- Take feedback under consideration



©2008 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

2

Confidential



# Executive Compensation Philosophy
## *Agenda*

- Total Compensation
- Base Salary
- Bonuses
- Options
- Growing Leaders
- Questions





©2008 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

3

DVA_OMCEAL_000959243



# Executive Compensation Philosophy
## *Total Compensation*

- Total Compensation Counts!

- Total Compensation Includes Consideration of:



| $ | Work-Life Flexibility | Professional Development | Benefits |
| --- | --- | --- | --- |
| ✓ Salary ✓ Bonus ✓ Equity | | | |

- Total Compensation Includes CHOICE

- Leaders may opt for cash/equity trade-off

©2008 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

4

DVA_OMCEAL_000959244



Confidential

DVA_OMCEAL_000959245



# Executive Compensation Philosophy
## *Total Compensation, continued.*

## Total Compensation should be *Competitive* for the markets we are in.





©2008 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

6

DVA_OMCEAL_000959246



Confidential

DVA_OMCEAL_000959247



## Executive Compensation Philosophy
### *Total Compensation, continued.*

- Compensation *Fairness* is achieved over multiple years
- In any given year one might be paid too little or too much
- Over time, we usually get it right!



©2008 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

8

DVA_OMCEAL_000959248



DVA_OMCEAL_000959249



Confidential



©2008 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

DVA_OMCEAL_000959251



©2008 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

DVA_OMCEAL_000959252



Confidential



DVA_OMCEAL_000959254



Confidential

DVA_OMCEAL_000959255



DVA_OMCEAL_000959256



Confidential

DVA_OMCEAL_000959257

 **Bonus Data, continued**

| 2007 Bonus Payout (VP's) | % | $ |
|---|---|---|
| Performance Bonus | 61% | 4.2M |
| Other Bonus<br>▪Spot<br>▪TD<br>▪Deferred (Paid) | 30% | 2.0M |
| Total | 91% | 6.2M |

©2008 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

18

Confidential

DVA_OMCEAL_000959258



# Executive Compensation Philosophy
## *Options*

When the profits are *strong* and the shareholders are satisfied, the profits will be *shared* with the team.





©2008 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

19

DVA_OMCEAL_000959259



# Executive Compensation Philosophy
## *Growing Leaders*

We will invest in the *personal and professional development* of our leaders to foster internal growth and opportunity





©2008 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

20

Confidential



# Executive Compensation Philosophy
## *Growing Leaders*

We are first and foremost a clinical business. Therefore, we must grow and develop leaders with *both* business and clinical backgrounds so that we sustain a rich mix of leaders.





©2008 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

21

Confidential



# Executive Compensation Philosophy
## *Growing Leaders*

Moving to the next level is never easy. We will create *"waypoints" & experiences* to enhance the success of internal promotions.





©2008 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

22

DVA_OMCEAL_000959262



# Executive Compensation Philosophy
## *Growing Leaders*

At all levels within the Village, each leader is accountable for their *succession*, and their direct report's *succession*.





©2008 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

23

Confidential

DVA_OMCEAL_000959263



# Executive Compensation Philosophy
## *Questions*

- Questions not Answered?

- Concepts not Addressed?





©2008 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

24

DVA_OMCEAL_000959264

# EXHIBIT 44

# FILED UNDER SEAL

Message

| | |
|---|---|
| **From:** | Tom Usilton [tom.usilton@davita.com] |
| **Sent:** | 6/10/2009 7:10:08 AM |
| **To:** | Kent Thiry [kent.thiry@davita.com] |
| **CC:** | Dennis Kogod [dennis.kogod@davita.com] |
| **Subject:** | Hayek |

Talked with Andrew ---totally denies any further recruiting of us --I believe him --issue dead I think --he is very conscious of his commitment to you KT



EXHIBIT

PX 317

Kent Thiry

8.16.24

Confidential

DVA_OMCEAL_000385898

# EXHIBIT 45

# FILED UNDER SEAL

KKR:

-----Original Message-----
From: Scott Wagner [mailto:Scott.Wagner@kkr.com]
Sent: Monday, July 06, 2009 11:56 AM
To: Hayek, Andrew
Subject: RE: Annual raises at portfolio companies

Have anything between 0-3%, depending on the company's situation.  Median would be ~2%.

Anything below 2% has been initiated by the portfolio cos themselves and not at request of the board.


DaVita:

All non-field (corporate office, business office, execs) got zero increase

Field receiving an average of 1.5% increase:

- 60-70% of teammates receiving zero increase
- 30-40% getting 3-5% (in cases where raise is merited or necessary to retain high performer)

Has been "zero complaints" about these raises

Have received spontaneous comments in Town Hall meetings to the effect of: "I'm just happy to have a job" (and not complaining about the raises)

(Note: 2009 budget (created late last year) allowed for 2.2% wage increases on average, but field operators are coming in at 1.5%)


TPG:


**TPG Portfolio Company Human Capital Survey**

**February 12, 2009**


**Summary of Results**



EXHIBIT

Px 490

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

HAYEK-000012214

|  | Distressed Portfolio Companies[1] | Stable Portfolio Companies[1] |
|---|---|---|
| Pay Reductions | - 50% have reduced base pay<br>- Reductions average 7%-10% | - 10% have reduced base pay |
| Pay Freeze | - 75% have frozen for all employees<br>- 25% have frozen for senior level or high earners | - 50% have frozen for senior levels<br>- 40% have frozen for all levels<br>- 10% have not frozen pay |
| RIF | - 100% have reduced headcount | - 60% have already executed<br>- 15% are considering<br>- 25% are not currently considering |
| Furloughs | - 75% have furloughed staff | - 20% are either aggressively managing hours worked or considering furloughs |
| Eliminate Contractors | - 75% yes | - 35% have eliminated |
| Eliminate 401k Match | - 75% have already eliminated for 2009, with remainder considering | - 25% are considering, but none have yet executed |

[1] "Distressed PCs" are those either significantly behind budget and/or those which are highly leveraged. Stable are all others.

**Other actions taken or considered**

- Hiring freeze
- T&E restrictions
- Increasing retiree contributions to medical plan
- Eliminate all one-time payments and awards
- Repatriating international assignees
- Reducing severance levels
- Accelerating transfer of employees to low-cost locations
- Changes to paid-time off programs
- Increasing employee contributions to healthcare
- Renegotiate all vendor agreements
- Reviewing all compensation policies and procedures

USPI:

Delaying salary increases in corporate office, made corporate bonuses discretionary

Considered suspending 401(K) match, but did not do it

Field raises are driven by divisional leaders – they are empowered to do what they wish – Bill expects another year of 3% raises on average with some markets higher (up to 10%) where competition is pushing wages faster

USPI does not have a central HR department and does not have wage scales – all driven locally

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

HAYEK-000012215

Alliance Imaging:

Will either freeze wages for all teammates, or will do 1 to 1.5% increases – deciding in the next week or so

Many hospitals are freezing wages across the country

HealthSouth:

Giving 1.5% annual increase this year

USPI:

2% guidance in field

Non-VP follow 2%

VPs still frozen, now a year and 6 months, will probably keep for foresee

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

HAYEK-000012216

## HAYEK-000012214

## Metadata

| All Custodians | Hayek, Andrew; | SEMANTIC |
|---|---|---|
| Confidentiality | CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER | SEMANTIC |
| Custodian | Hayek, Andrew | SEMANTIC |
| Date Created | 06/16/2010 | SEMANTIC |
| Date Modified | 06/16/2010 | SEMANTIC |
| Extension | docx | SEMANTIC |
| Family Date | 06/16/2010 | VIRTUAL |
| File Size | 15 | SEMANTIC |
| Filename | 10 06 16 -- Annual Raise for 2011.docx | SEMANTIC |
| MD5 Hash | 8c6c5f5e6e98c4c1dadbc2bdb395b392 | SEMANTIC |
| Primary Date | 06/16/2010 | DOC_TYPE_ALIAS |

# EXHIBIT 46

# FILED UNDER SEAL

**EXHIBIT**

PX376
Dennis Kogod
09.06.2024

| | |
|---|---|
| **From:** | Mark Gildea <mark.gildea@davita.com> |
| **Sent:** | Friday, January 22, 2010 2:55 PM |
| **To:** | Dennis Kogod |
| **Cc:** | Jean Ysbrand |
| **Subject:** | RE: Org Cap Update |

To the best of my knowledge the ROD reached out to them and not the other way around. That is what prompted Andrew's call to me. Given we were planning on reassigning this ROD anyway, this seemed like a good, low cost approach to upgrading the position.

---

**From:** Dennis Kogod
**Sent:** Friday, January 22, 2010 3:44 PM
**To:** Mark Gildea
**Cc:** Jean Ysbrand
**Subject:** Re: Org Cap Update

So you think this person reached out not Andrew?

Dennis Kogod
COO
DaVita Inc.

310-536-2777 ( Office )
949-285-8969 ( Cell )

CONFIDENTIALITY NOTICE: This email message is intended only for the use of the recipient(s) named above. This email and any attached files are privileged, confidential and may contain material protected by HIPAA privacy and security rules. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify the sender immediately by email and delete the original message.

On Jan 22, 2010, at 1:40 PM, "Mark Gildea" <Mark.Gildea@davita.com> wrote:

Her old boss of 2 years ago was with Davita and in Florida I'm sure she saw the writing on the wall here and called her. At least thats my thought.

---

**From:** Dennis Kogod
**Sent:** Friday, January 22, 2010 3:37 PM
**To:** Mark Gildea
**Cc:** Jean Ysbrand
**Subject:** Re: Org Cap Update

Do we know who contacted who first Mark

Our folks are supposed to be off limited to Andrew and his company

1

Confidential

DVA_OMCEAL_000122783

Was our rod contacted by a recruiter. Do you know who?

Dennis Kogod
COO
DaVita Inc.

310-536-2777 ( Office )
949-285-8969 ( Cell )

CONFIDENTIALITY NOTICE: This email message is intended only for the use of the recipient(s) named above. This email and any attached files are privileged, confidential and may contain material protected by HIPAA privacy and security rules. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify the sender immediately by email and delete the original message.

On Jan 22, 2010, at 12:03 PM, "Mark Gildea" <Mark.Gildea@davita.com> wrote:

> Dennis
>
> We are moving forward on assessing our ROD's as previously discussed.
>
> One of those ROD's has self selected out. They are going to Andrew Hyack's company. Andrew called me and indicated that the ROD had contacted his company and he wanted to ascertain if they were promotable within Davita. I discussed with Richard Kimbe Cook the new DVP and his assessment was in line with mine that this ROD was misplaced and he would prefer to find a stronger individual therefore I indicated to Andrew that the ROD was not a HIPO and was not promotable. I did not tell Andrew that they were misplaced. Wed the ROD informed us that they will be joining Andrew's company as a Regional Vice President rumored to be making a base salary of ██████████ This saves us alot of work and severance and is a good thing. The ROD has given us 30 days and we have been interviewing in anticipation of this and have a solid candidate to replace.

2

Confidential

DVA_OMCEAL_000122784

# EXHIBIT 47

# FILED UNDER SEAL

EXHIBIT
PX 47
Kristen DesPalmes
05.21.2024

| | |
|---|---|
| **From:** | Tony Blake <tony.blake@davita.com> |
| **To:** | Kristen Neubert <kristen.neubert@davita.com> |
| **Sent:** | 2/10/2010 7:02:51 PM |
| **Subject:** | RE: proposed PCT note |

I think anything that smacks of an agreement between companies in the same industry around recruiting/paying talent is risky. It's more about the "explicit" agreement they are discussing.

**Tony D. Blake, M.S., SPHR**
Director, Recruiting & HRIS |People Services |careers.davita.com
DaVita Inc.
1627 Cole Boulevard, Lakewood, CO 80401
Office: 303.626.6076 | Mobile/Text: ███████

---

**From:** Kristen Neubert
**Sent:** Tuesday, February 09, 2010 12:59 PM
**To:** Tony Blake
**Subject:** RE: proposed PCT note

I had to look up the word Collusion, but I get it now. Well, it seems the best way to avoid that would be to have LAURA email it out, or let you get buy in from PSD's it's okay to send? You know Shelly will say that's already happening, Avanti is set/fine with it.

The RN/FA too is touchy all around.

---

**From:** Tony Blake
**Sent:** Tuesday, February 09, 2010 2:30 PM
**To:** Kristen Neubert
**Subject:** RE: proposed PCT note

yes, I like your proposed addition.....I'm worried a little about collusion accusations. But probably will add it.

███████████████████████████

**Tony D. Blake, M.S., SPHR**
Director, Recruiting & HRIS |People Services |careers.davita.com
DaVita Inc.
1627 Cole Boulevard, Lakewood, CO 80401
Office: 303.626.6076 | Mobile/Text: ███████

---

**From:** Kristen Neubert
**Sent:** Tuesday, February 09, 2010 12:27 PM
**To:** Tony Blake
**Subject:** RE: proposed PCT note

I think the message is great. ███████████████████ so I would think that is gone. And one clarification, ████████

███████████████████████████

DVA_OMCEAL_001182180

**From:** Tony Blake
**Sent:** Tuesday, February 09, 2010 2:18 PM
**To:** Kristen Neubert
**Subject:** FW: proposed PCT note

I'm being pressured to send out something like the note below...do you think this wording is reasonable and flexible enough?

**Tony D. Blake, M.S., SPHR**
Director, Recruiting & HRIS |People Services |careers.davita.com
DaVita Inc.
1627 Cole Boulevard, Lakewood, CO 80401
Office: 303.626.6076 | Mobile/Text: █████████

**From:** Tony Blake
**Sent:** Tuesday, February 09, 2010 12:11 PM
**To:** Laura Mildenberger
**Subject:** proposed PCT note

*Proposed note to our Recruiting Team:*



If you have any questions, please contact me directly.

Tony

# EXHIBIT 48

# FILED UNDER SEAL

Message

**From:** Tony Blake [tony.blake@davita.com]
**Sent:** 2/9/2010 11:47:58 AM
**To:** Laura Mildenberger [laura.mildenberger@davita.com]
**Subject:** RE: PCT Update

I'll take a shot at it. Seeing specific agreement language will be helpful when it's available.

**Tony D. Blake, M.S., SPHR**
Director, Recruiting & HRIS |People Services |careers.davita.com
DaVita Inc.
1627 Cole Boulevard, Lakewood, CO 80401
Office: 303.626.6076 | Mobile/Text: ██████

---

**From:** Laura Mildenberger
**Sent:** Tuesday, February 09, 2010 11:45 AM
**To:** Tony Blake
**Subject:** RE: PCT Update

We need to discuss how you plan to notify recruiters. Can you send me some bullets?

**Laura Mildenberger**
Chief People Officer/SVP
People Services
DaVita Inc.
1627 Cole Blvd. Lakewood, Co. 80401
Phone: 303-626-6421
fax: 866-905-6310

---

**From:** Tony Blake
**Sent:** Tuesday, February 09, 2010 11:36 AM
**To:** Laura Mildenberger
**Subject:** RE: PCT Update

I'm sure that LeAnne & others are aware of this, but just want to double-verify that Legal is involved in any kind of "explicit agreement" to ensure we don't open ourselves up to a charge of "collusion" (in this case, trying to unlawfully keep PCTs pay down)

**Tony D. Blake, M.S., SPHR**
Director, Recruiting & HRIS |People Services |careers.davita.com
DaVita Inc.
1627 Cole Boulevard, Lakewood, CO 80401
Office: 303.626.6076 | Mobile/Text: ██████

---

**From:** Laura Mildenberger
**Sent:** Tuesday, February 09, 2010 9:40 AM
**To:** Tony Blake
**Subject:** FW: PCT Update

FYI—please do not forward

Exhibit
PX204
7/30/2024
Mildenberger

Confidential

DVA_OMCEAL_001350677

**Laura Mildenberger**
Chief People Officer/SVP
People Services
DaVita Inc.
1627 Cole Blvd. Lakewood, Co. 80401
Phone: 303-626-6421
fax: 866-905-6310

**From:** Dennis Kogod
**Sent:** Monday, February 08, 2010 5:51 PM
**To:** LeAnne Zumwalt; Gina Randolph
**Cc:** Laura Mildenberger
**Subject:** RE: PCT Update

BTW thanks LeAnne

let me know as soon as you are scheduled to have a call with CMS  that is a huge part

**From:** LeAnne Zumwalt
**Sent:** Monday, February 08, 2010 4:14 PM
**To:** Dennis Kogod; Gina Randolph
**Cc:** Laura Mildenberger
**Subject:** PCT Update
**Importance:** High

2.  Asking CMS formally to accept the recommendation of a deficiency upon survey

The next step is to request a KCC call with Judith Keri which is in process. Is it ok to share our data on trained PCT's with Cherilyn (the administrator of KCC) who will aggregate the industry data for the call with CMS. Our competitors will not see our individual data. Please give me the ok to proceed. Thanks, LeAnne

LeAnne Zumwalt
DaVita Inc
650 696-8910

*CONFIDENTIALITY NOTICE: This email message is intended only for the use of the recipient(s) named above. This email and any attached files are privileged, confidential and may contain material protected by HIPAA privacy and security rules. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify the sender immediately by email and delete the original message.*

Confidential

# EXHIBIT 49

# FILED UNDER SEAL

| | |
|---|---|
| **From:** | Wilcox, Bill |
| **To:** | Brodnax, Brett |
| **CC:** | Kopser, Mark; Cagle, Jason |
| **Sent:** | 5/14/2010 7:41:45 AM |
| **Subject:** | Re: Bellville |

Good. I had a conversation w Andrew re people and we reached agreement that we would not approach each other's proactively

---------------------------

Sent using BlackBerry

----- Original Message -----
From: Brodnax, Brett
To: Kopser, Mark; Wilcox, Bill
Sent: Thu May 13 17:58:06 2010
Subject: Fw: Bellville

Fyi. I told him we'd be interested in discussing other centers.

---------------------------

Sent from Brett Brodnax's BlackBerry Wireless Handheld

----- Original Message -----
From: Clark, Joe <Joseph.Clark@scasurgery.com>
To: Brodnax, Brett
Sent: Wed May 12 16:42:19 2010
Subject: RE: Bellville

Thanks Brett
I appreciate knowing that - I am checking with our ops folks to get a sense of what the future holds for this center and will get back to you.

This also makes me wonder if we should spend a few minutes sometime to review our respective portfolios to see if there are others that would be better to swap. If you would be interested let me know.

Joe Cla



EXHIBIT
Cagle s/b
PX-227

CONFIDENTIAL

USPI_CIV_000014146

# EXHIBIT 50

# FILED UNDER SEAL

| | |
|---|---|
| **From:** | Cynthia Baxter <cynthia.baxter@davita.com> |
| **Sent:** | Tuesday, January 4, 2011 6:20 PM |
| **To:** | Steve Priest |
| **Cc:** | Laura Mildenberger; Jennifer Scharff; Cathy Arrendale; Jeremy Forbes; Kevin Reiss |
| **Subject:** | Draft Merit Communication for Leaders- for your review and approval |
| **Attachments:** | 110401 Talking points merit process 601 pm.docx; 110104 - 2011 Merit Planning Tool - Trailblazers.xlsx |

Hello Steve- hope you had a great holiday. Attached are two documents for your review.

1. Manager 2011 Merit Talking Points
2. 2011 Merit Planning Tool- a spreadsheet with breakdowns by leader so that they can "test", then enter merit increase amounts for each of their teammates and ensure that they stay within their allotted pool. The spreadsheet is the vehicle for communicating the allotted pool by facility. To view your team information, open the spreadsheet, and follow the instructions in the Instruction tab. You will need to enter specific individual data to have access to your team. This will be true for all leaders.

We have a couple of questions for you:

1. What do you think is the best way to deliver this communication? Should we send to SVPs/PSDs for distribution or cascade communication to SVP, then DVP, then ROD, then FAs directly? Or, is there another way that you think makes the most sense?
2. After reviewing the spreadsheet, please let us know if you think we should do a webex with Palmer to introduce or if you think it is self-explanatory.

Timing for this communication is being determined, but our intent is to provide by the end of the week.

Thank you!

**Cynthia Baxter-Diggles**
**Vice President, People Services**
**DaVita**
**1627 Cole Blvd**
**Lakewood, CO 80401**
**Phone: 303-626-6161**
**Cell: 303-817-6941**
**Fax: 877-369-5374**

CONFIDENTIALITY NOTICE: This email message is intended only for the use of the recipient(s) named above. This email and any attached files are privileged, confidential and may contain material protected by HIPAA privacy and security rules. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify the sender immediately by email and delete the original message.



EXHIBIT
PX 552
11-5-24

1

Confidential

DVA_OMCEAL_000313489

DRAFT – do not distribute

| | |
|---|---|
| **2011 Merit Process**<br>**Manager Talking Points** | <br>**PEOPLE**<br>SERVICES<br>Service.Support.Solutions. |

### How were 2011 merit pools determined?

Each year senior leadership devotes significant time and thought to determine the right amount to allocate for merit increases. Several factors enter into the decision process, for example, ongoing private payer pressures and our conservative approach to the financial health of our business. The goal is to find a balance between what is right for the teammates and what will ensure stability, continued growth, and ultimately being fiscally responsible for the Village.

The DaVita Village remains strong thanks to the conservative manner in which we operate. We are very proud of the fact that DaVita has avoided the staff reductions experienced by so many other employers across the country. For 2011 we will maintain this conservative philosophy with the belief that this approach will continue to keep our Village secure.

2010 was a good year for the Village and we were able to share profits with our teammates through Triple Crown awards and bonuses, as well as our shareholders.

Each year our focus is on ensuring that the available merit dollars are used in ways that most positively impact the business. This means having to differentiate merit pools and making some difficult decisions when determining what areas within the Village received. This year merit pools vary from area to area based on specific market conditions.

### How will I know what my pool is?

New for this year! You will receive a spreadsheet that provides the pool for your specific team via.....TBD. This spreadsheet enables you to plan your annual merit spend for ALL teammates. Refer to the instruction tab in the spreadsheet for more details.

### What should I consider when determining merit increases?

DaVita is a "pay for performance" company. This philosophy directly links monetary reward with individual performance. We recommend that you use your merit pool to reward your highest performers and/or rectify potential pay inequities within your team. This means that some teams and teammates will receive a lower percentage or potentially no increase at all.

However, although a team may be made up of solid performers, not everyone is guaranteed a merit increase. As leaders we also have to differentiate based on facility needs, team needs, retention needs and internal equity.

### Who should I contact with questions?

Questions regarding the merit process contact Jeremy.Forbes@DaVita.com / 303-626-6422.
Questions regarding the merit tool contact  Kevin.Reiss@DaVita.com / 303-626-6128.

Confidential

**Document Produced In Native Format**

Confidential

DVA_OMCEAL_000313491

## DaVita 2011 Merit Planning Tool
**Instructions**

1 The 2011 Merit Planning Tool allows leaders to plan the allocation of 2011 Merits for all of their teammates.

1 Select the 2011 Merit Planning Tool tab.

2 In columns "H", "J", and "L", highlighted in orange, enter your specific identification information.

3 After entering this information, the tool will auto populate your direct reports.

4 In column "R" you can enter a merit recommendation amount or in column "S" you can enter a % for each TM.

5 As you make recommendations the tool will provide you the remaining pool listed in column "R" / "T", row 3.

6 Verify that you do not exceed the allocated pool, then save the document in a secure location on your computer.

Kevin Reiss - 303-626-6128;  Kevin.Reiss@Davita.com

Enter Employee ID #:

Enter Last 4 of SSN:

Select Birth Month:

Remaining Pool: $0

Remaining Pool %: $0

100.00%

| EMPID | Last Name | First Name | Title | Last Hire Dt | Annual Rt | 2010 Special Bonuses Pd | 2010 Market Adj Amt | 2010 Market Adj % | 2010 Merit Awarded | 2010 Merit % | Enter 2011 Merit Recommendation Amt OR | Enter 2011 Merit Recommendation % | 2011 Merit Recommendation Amt | 2011 Merit Recommendation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |



Case: 1:21-cv-00305 Document #: 742-7 Filed: 04/10/26 Page 57 of 216 PageID #:35438

# EXHIBIT 51

# FILED UNDER SEAL

Message

| | |
|---|---|
| **From:** | Rucker, Michael [michael.rucker@scasurgery.com] |
| **Sent:** | 9/28/2011 7:16:08 AM |
| **To:** | Javier Rodriguez [javier.rodriguez@davita.com] |
| **Subject:** | FW: Executive Search - Senior Vice President of Operations - DaVita |

Javier,

As we discussed last week, Joe Clark is the head of our business development team and the inquiry below attracted quite a bit of attention here at SCA.

Subsequent to our conversation I learned that DaVita has recruited and is planning to hire Aaron Luther, one of our Regional Vice Presidents of Operations. While we are pleased for Aaron it also appears to many at SCA that DaVita's plans include recruiting and hiring our people.

Important to note that since you and I last discussed recruiting and hiring plans we have not recruited or hired anyone from DaVita. In fact we have turned away six or more inquiries from qualified DaVita teammates over the last six months.

As always, I would be happy to discuss.

Michael A. Rucker | EVP | COO

302.669.6822 (m)  847.236.0927 (o)  205.439.4862 (f)

500 Lake Cook Road, Suite 250 | Deerfield, IL 60015



Surgical Care Affiliates

- Clinical Quality - Integrity  Service Excellence  Teamwork - Accountability - Continuous Improvement

---

**From:** "EBicknese@SpencerStuart.com" <EBicknese@SpencerStuart.com>
**Date:** Tue, 20 Sep 2011 11:08:02 -0500
**To:** Joe Clark <Joseph.Clark@scasurgery.com>
**Subject:** Executive Search - Senior Vice President of Operations - DaVita

**GX**

21-cr-229

**26**

Hello Joe:

Spencer Stuart has been retained to conduct a Regional SVP search for DaVita (NYSE:DVA), the largest independent provider of dialysis services in the US for patients suffering from chronic kidney failure. The company currently operates or provides administrative services to approximately 1,350 outpatient dialysis centers located in 43 states and the District of Columbia and serves approximately 107,000 patients. DaVita employs more than 31,000 people and is headquartered in Denver, CO. With a market cap of just over $6.7 billion, the company has revenues of $6.44 billion with net income of $405 million and continues to grow year over year, providing an average of 15.3 million dialysis treatments annually.

*FORTUNE* Magazine recently ranked DaVita #1 in the field of Health Care Medical Facilities for innovation, Long-Term Investment and Quality of Products and Services. Overall, the company ranked 2nd in the Health Care Medical Facilities category and remains the only kidney care company to make *FORTUNE* Magazine's World's Most Admired Companies. It has also received accolades for its marketing, training and recruitment efforts.

The SVP will be the leader of a large portion of DaVita's field management team and 20% of company-wide revenues. He/she will be the general manager of the region with full P&L responsibility for $1 billion and oversight of all operations. He/she will identify and develop strategic growth opportunities, monitor division performance and work closely with the COO to develop competitive strategies that are in alignment with DaVita's overall mission and values. The SVP will provide strategic and tactical leadership, counsel and direction to the division's field management to ensure safe, efficient, therapeutic and ethical patient care and that centers achieve revenue and profit objectives as well as high levels of customer and employee satisfaction. Ideal experience will include the following:

**EXHIBIT**

**335**

tabbies

A minimum of 10 years progressive P&L management/operating experience, ideally with a healthcare provider in a multi-unit environment; dialysis or similar provider services experience strongly preferred.

A solid combination of strategic and operational skills to include planning and successfully executing the plan.

Experience in establishing, measuring and achieving key performance metrics to include revenue targets, customer satisfaction, etc.

Knowledge of regulatory requirements impacting multi-site healthcare services companies.

Bachelor's degree required; Master's degree preferred; MBA strongly preferred.

Please give this situation some thought relative to people you have worked with in the past who could be a good fit for this opportunity. More information and a detailed position description are available upon request. Any suggestions would be greatly appreciated.

Best regards,

Liz

**Elizabeth Bicknese**
**Spencer Stuart**
**404.504.4479**
**ebicknese@spencerstuart.com**

Register at: http://www.spencerstuart.com to access information on leadership development and recruitment services from one of the world's premier executive search firms.

This message is a private communication. It may contain information that is privileged or confidential. If you are not the intended recipient, please do not read, copy or use it, and do not disclose it to others. Please notify the sender of the delivery error by replying to this message, and then delete it and any attachments from your system. Thank you.

# EXHIBIT 52

# FILED UNDER SEAL

Message
_____

**From:** ███████████████████

on behalf of ████████████████████

**Sent:** 11/1/2011 1:29:14 PM

**To:** DonorRelations@planusa.org

**Subject:** Plan USA Website message

I recently became a donor. Unfortunately, due to the economy, my compensation package was reduced by ██████████. As a result, I need to withdraw my monthly support at this time. Please let mw know what I need to do. Thanks.



████████████████

██████████████████

CONFIDENTIAL



EXHIBIT

DX64

S. Keech    8/22/24

KEECH_000001252
KEECH_000001252

# EXHIBIT 53

# FILED UNDER SEAL

| From: | Kent Thiry <kent.thiry@davita.com> |
|---|---|
| Sent: | Sunday, February 5, 2012 9:49 AM |
| To: | Javier Rodriguez; Dennis Kogod; David Maughan; Mike Staffieri; Kristin Torres Mowat; Laura Mildenberger; Cheryl Indech; Steve Priest |
| Subject: | RE: KT 2012 Ramble for Hilton.doc |

C, pls give me this. I will add #1.

Jr, I think you should do #2 as part of your comp. or something else you are doing. Instead of me.

Also on comp, I think you should have example. Maybe "when stock was flat for 2-3 years, we had many folks come up and say "JR-KT-DK our cash comp needs to go up,substantially. Because other companies are calling me, and their equity has performed better the last couple of years, and the market seems much more optimistic about their prospects (which is really the same point twice, or high overlap). we consider that to be a rational point, and we did increase cash comp in many cases, significantly.

Now when stock way up, we need to maintain equity. If we have 2 citizens, both with salary of$200,000, both with bonus potential of $100,000, and both with same performance and potential. Only diff is one of the people has $100,000 in vested equity value this year. Therefore if right comp is $300,000k, one should get $100k bonus, other zero. That is equity"

Lots of nuances, wordsmithing – but I thought best to get this out now, to get the group thinking

**From:** Javier Rodriguez
**Sent:** Sunday, February 05, 2012 7:10 AM
**To:** Kent Thiry; Dennis Kogod; David Maughan; Mike Staffieri; Kristin Torres Mowat; Laura Mildenberger; Cheryl Indech; Steve Priest
**Subject:** Re: KT 2012 Ramble for Hilton.doc
**Importance:** High

1. 1. Risk and innovation.
2. 2. Ownership. I find many of the young hippos to be intellectually critical of many areas yet when asked what they have done to fix it...weak answers that justifies their view.

**From:** Kent Thiry <Kent.Thiry@davita.com>
**Date:** Sat, 4 Feb 2012 19:08:01 -0500
**To:** Dennis Kogod <Dennis.Kogod@davita.com>, David Maughan <David.Maughan@davita.com>, Mike Staffieri <Michael.Staffieri@davita.com>, Javier Rodriguez <javier.rodriguez@davita.com>, Kristin Torres Mowat <Kristin.Mowat@davita.com>, Laura Mildenberger <Laura.Mildenberger@davita.com>, Cheryl Indech <Cheryl.Indech@davita.com>, Steve Priest <Steve.Priest@davita.com>
**Subject:** KT 2012 Ramble for Hilton.doc

This is right before town hall, when I go up and do not try to give a speech, rather cover a potpourri of items of short and long length, diff importance, etc.

What else should I cover?

1

EXHIBIT
PX 551
11-5-24

DVA_OMCEAL_000405110

# EXHIBIT 54

# FILED UNDER SEAL

| | |
|---|---|
| From: | Bina Joban-Baxi </o=davita/ou=first administrative group/cn=recipients/cn=bbaxi> |
| To: | Mike Staffieri <michael.staffieri@davita.com> |
| Sent: | 5/3/2012 12:06:20 AM |
| Subject: | Fwd: ROD Compensation analysis |

Just wanted to let you know that these will be coming your way
Rob's analysis is as below

Sent from my iPhone
Pl excuse any typos

Begin forwarded message:

**From:** Rob Chipman <Rob.Chipman@davita.com>
**Date:** May 2, 2012 2:56:30 PM PDT
**To:** Bina Joban-Baxi <Bina.Joban-Baxi@davita.com>
**Subject: ROD Compensation analysis**

Hi Bina,
I took a look at your Directors salaries in Sierra Terrific as compared to Polaris and the Village.

I stratified by years in position as a way of comparing like experience.



The findings are that your more tenured Directors are more highly compensated, as one would expect, and the

The median salary for a ROD in position greater than 1 year but less than 5 is $120k.

Let me know if you would like to discuss or see the specific analysis. Once you decide on any increases you'd like to give, Mike will need to approve any increase greater than 5%.

Thanks,
Rob

**Rob Chipman**
Director| People Services | DaVita.com
DaVita Inc.
601 Hawaii Street, El Segundo, CA 90245
Phone: 310.536.2480
efax: 877.698.7408



EXHIBIT
PX22
Michael D. Staffieri
04.05.2024

Confidential

DVA_OMCEAL_001339656

# EXHIBIT 55

# FILED UNDER SEAL

Message
_____

| | |
|---|---|
| From: | Noah Waldman [noah.waldman@kornferry.com] |
| Sent: | 5/15/2012 6:09:38 AM |
| To: | Dennis Kogod [dennis.kogod@davita.com]; Javier Rodriguez [javier.rodriguez@davita.com] |
| CC: | Patricia Murphy [patricia.murphy@davita.com]; Meghan Quinn [meghan.quinn@kornferry.com]; Laura Mildenberger [laura.mildenberger@davita.com]; Tom Usilton [tom.usilton@davita.com] |
| Subject: | update and pipeline |
| Attachments: | DaVita_SVP CDO_Status Report_5-14-12.doc |



EXHIBIT
PX 275
Javier Rodriguez
8.12.24

Dennis and Javier,

Attached is an updated candidate report. Under "status" we have included a feedback section and some question marks around next steps. Dennis, I will work with Pat to make sure we have a follow up call this week to discuss in greater detail. As we continue to fine tune the CDO spec, I need to make sure I fully understand what to interview for so I don't continue to send you people who are not the right profile. We have four new candidates scheduled to be interviewed over the next seven days ( Adam, Bernstein, Engler and Anderson).

Some specific areas to discuss:

- Next steps on Duane Sachs?
- Case study timing and location for Scott Nordlund. Scott is very interested after meeting with you and Tom but has more questions about the role, where it fits in the organization, it's potential impact, etc. Did you have a follow up call to discuss?
- Scott Walton meets Javier next week. I believe he is a very strong CDO candidate. I will send his "write up" out before the end of the week.
- Carlos Perez – great talent, strong M and V fit, not a CDO or CHO candidate, cannot relocate but can commute. Do you or Javier want to meet him for a bench type role? He is very interested in becoming an operator and is willing to step back to do so.
- Nigel Ohrenstein ( referred by KT). Interesting, diverse background. Extremely bright. Very interested in DaVita. Not a CDO or CHO candidate but certainly great potential for the team. Able to relocate to Denver.
- Jeff Smith – previously met with Javier for a different opportunity. Feedback? Is he worth further discussions for CDO or CHO role? He came highly recommended to me.

Thanks, and I look forward to our call.

Regards,

Noah

**Noah Waldman**
Senior Client Partner

**KORN/FERRY INTERNATIONAL**
1201 W Peachtree St, Suite 2500
Atlanta, Georgia 30309

Office: 404-222-4002
Email: Noah.Waldman@kornferry.com
www.kornferry.com
THE ART ⚙ SCIENCE OF TALENT

In support of our environment, we recommend not printing email except when absolutely necessary.

GX
21-cr-229
595

This message is sent by Korn/Ferry International and contains information which may be privileged and confidential. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in this message. If you received the message in error, please advise the sender and delete this message.

HIGHLY CONFIDENTIAL

DVA00097052

KORN/FERRY INTERNATIONAL

# CONFIDENTIAL
## Search Status Report

*DaVita.*

## Senior Vice President, Chief Development Officer
## May 14, 2012

GX

21-cr-229

596

KORN/FERRY INTERNATIONAL

THE ART SCIENCE OF TALENT

HIGHLY CONFIDENTIAL

DVA00097053

Case: 1:21-cv-00305 Document #: 742-7 Filed: 04/10/26 Page 71 of 216 PageID #:35452

Case: 1:21-cv-00305 Document #: 742-7 Filed: 04/10/26 Page 72 of 216 PageID #:35453

**KORN/FERRY INTERNATIONAL**

**DaVita**
**SVP, Chief Development Officer**
**Candidate Status Update**
**May 14, 2012**

## ACTIVE CANDIDATES

| Name/Location | Current/Recent Work Experience | Education | Comments/Status |
|---|---|---|---|
| Tracy Finn<br>Cincinnati, OH<br><br>[ EMBED Word.Document.8 \s ] | **Omnicare, Inc. (1986 – 2012)**<br>Executive VP, Strategic Planning & Corporate Development<br>Senior VP, Strategic Planning & Development<br>VP, Strategic Planning & Development<br>Regional VP Operations<br>VP Business Development<br>Sequoia Pharmacy Services – Director Business Development<br>HPI Healthcare Services – Director Business Development<br><br>**Chemed Corporation (1983 – 1986)**<br>Assistant to the President<br><br>**Kraft, Inc. (1980 – 1982)**<br>Systems Analyst | Masters, Northwestern University, Kellogg Graduate School of Management, 1983<br><br>BBA, Finance, University of Notre Dame, 1980 | • KF interview complete.<br>• Met with Dennis 4/17.<br>• Met with Javier 5/4.<br><br>Feedback:<br>• Not a CDO candidate.<br>• Will keep lukewarm as a potential CHO candidate. |

Case: 1:21-cv-00305 Document #: 742-7 Filed: 04/10/26 Page 73 of 216 PageID #:35454

## KORN/FERRY INTERNATIONAL

### DaVita
### SVP, Chief Development Officer
### Candidate Status Update
### May 14, 2012

## ACTIVE CANDIDATES

| Name/Location | Current/Recent Work Experience | Education | Comments/Status |
|---|---|---|---|
| Duane Sachs<br>Pittsford, NY<br><br>[ EMBED Word.Document.8 \s ] | **Carestream Health (2008 – Present)**<br>Chief Corporate Development Officer<br><br>**Banc of America Securities (1999 – 2008)**<br>Managing Director, Healthcare Investment Banking<br>Principal, Healthcare Investment Banking<br>Vice President, Healthcare M&A/Investment Banking<br>Associate, Healthcare M&A<br><br>**Peter J. Solomon Company (1997 – 1999)**<br>Associate, Mergers & Acquisitions Boutique<br><br>**Barents Group LLC (1993 – 1995)**<br>Associate, Merchant Banking Practice<br><br>**Kaiser Associates (1992 – 1993)**<br>Senior Consultant, Strategy Practice | MBA, Harvard Business School, 1997<br><br>BS, Business Administration, Georgetown University, 1992 | • KF interview complete.<br>• Met Dennis 4/19.<br>• Met with Javier 5/3.<br><br>**Feedback:**<br>• Not a CDO candidate.<br>• Good M&V fit.<br>• Potential other roles.<br>• Next steps? |

Case: 1:21-cv-00305 Document #: 742-7 Filed: 04/10/26 Page 74 of 216 PageID #:35455

## KORN/FERRY INTERNATIONAL

### DaVita
### SVP, Chief Development Officer
### Candidate Status Update
### May 14, 2012

### ACTIVE CANDIDATES

| Name/Location | Current/Recent Work Experience | Education | Comments/Status |
|---|---|---|---|
| Scott Nordlund<br>Scottsdale, AZ<br><br>[ EMBED Word.Document.8 \s ] | **Dignity Health (Catholic Healthcare West) (2001 – Present)**<br>SVP, Strategic Growth, Network & New Venture Development<br>VP, New Venture & Partnership Development<br>VP, Strategy & Business Development<br><br>**Navvis Group (1999 – 2001)**<br>EVP/Senior Partner<br><br>**BJC Health System (1997 – 1999)**<br>Executive Director of Strategic Planning<br><br>**Allegiance Healthcare Corporation (spinoff of Baxter Healthcare) (1994 – 1997)**<br>Director, Marketing & Cost Management Services<br><br>**Baxter Healthcare Corporation (1990 – 1994)**<br>Region Manager – Baxter Corporate Consulting Group<br>Principal Consultant/Consultant | MBA/Master of Health Services Administration, The University of Michigan, 1990<br><br>BS, Biology, The University of Illinois, 1987 | • Phone screen complete.<br>• KF interviewed 3/14.<br>• Met Dennis 3/23.<br>• Met Javier 4/13.<br>• Met Dennis and Tom 5/9.<br><br>Feedback:<br>• Positive: Dennis & Tom.<br>• Lukewarm: Javier<br>• Potential CHO candidate.<br>• Dennis proposes case study as next step.<br>• Timing? |

DVA00097056

Case: 1:21-cv-00305 Document #: 742-7 Filed: 04/10/26 Page 75 of 216 PageID #:35456

## KORN/FERRY INTERNATIONAL

### DaVita
### SVP, Chief Development Officer
### Candidate Status Update
### May 14, 2012

## POTENTIAL CANDIDATES

| Name/Location | Current/Recent Work Experience | Education | Comments/Status |
|---|---|---|---|
| A. Scott Walton<br>Chapel Hill, NC<br><br>[ EMBED Word.Document.12 \s ] | Laboratory Corporation of America (2005 – Present)<br>EVP, Esoteric Testing Business<br>Chief Information Officer & EVP Strategic Planning & Corporate Development<br>VP, Strategic Planning & Corporate Development<br><br>Subsidium Health Advisors (2001 – 2005)<br>Co-Founder<br><br>HealthSync (2000 – 2001)<br>VP, Business Development<br><br>PwC (1999 – 2000)<br>Managing Director<br><br>Ernst & Young (1998 – 1999)<br>Senior Manager<br><br>KPMG (1994 – 1998)<br>Manager<br><br>Georgia Biomedical Partnership (1989 – 1992)<br>Founder | MBA, Harvard Business School, 1994<br><br>BA, Economics and Political Science, Yale University | • KF interviewed 5/8.<br>• Scheduled to meet Javier 5/24. |

Case: 1:21-cv-00305 Document #: 742-7 Filed: 04/10/26 Page 76 of 216 PageID #:35457

## KORN/FERRY INTERNATIONAL

### DaVita
### SVP, Chief Development Officer
### Candidate Status Update
### May 14, 2012

### POTENTIAL CANDIDATES

| Name/Location | Current/Recent Work Experience | Education | Comments/Status |
|---|---|---|---|
| Donald Adam<br>Lafayette, LA<br><br>[ EMBED Word.Document.12 \s ] | **LHC Group, Inc. (2011 – Present)**<br>SVP, Chief Development Officer<br><br>**RehabCare Group, Inc. (1999 – 2011)**<br>SVP, Chief Development Officer<br>SVP, Corporate Development<br>SVP, Business Development/Regional VP,<br>Operations – StarMed HealthCare Staffing<br>Division<br>VP, Mergers/Acquisitions<br><br>**U.S. Bank (1993 – 1999)**<br>VP, Corporate Banking<br><br>**Citibank (1992 – 1993)**<br>Relationship Manager<br><br>**Bank One (1990 – 1992)**<br>Commercial Loan Officer<br><br>**National Bank of Detroit (1989 – 1990)**<br>Analyst | MBA, University of Pittsburgh, 1988<br><br>BS, Finance, Pennsylvania State<br>University, 1987 | • KF interview scheduled 5/17. |

Case: 1:21-cv-00305 Document #: 742-7 Filed: 04/10/26 Page 77 of 216 PageID #:35458

# KORN/FERRY INTERNATIONAL

## DaVita
## SVP, Chief Development Officer
## Candidate Status Update
## May 14, 2012

### POTENTIAL CANDIDATES

| Name/Location | Current/Recent Work Experience | Education | Comments/Status |
|---|---|---|---|
| Peter Anderson<br>Sacramento, CA | **Sutter Health (2004 – Present)**<br>SVP, Strategy & Business Development<br><br>**Carolinas Physicians Network (1992 – 2004)**<br>President<br><br>**Carolinas Healthcare System (1985 – 2003)**<br>SVP<br><br>**Bain & Company (1981 – 1985)**<br>Manager | MBA, Harvard Business School, 1981<br><br>BS, Economics & Business Management, Brigham Young University, 1979 | • Scheduling KF interview – week of 5/21.<br>• Awaiting updated resume. |

Case: 1:21-cv-00305 Document #: 742-7 Filed: 04/10/26 Page 78 of 216 PageID #:35459

## KORN/FERRY INTERNATIONAL

**DaVita**
**SVP, Chief Development Officer**
**Candidate Status Update**
**May 14, 2012**

### POTENTIAL CANDIDATES

| Name/Location | Current/Recent Work Experience | Education | Comments/Status |
|---|---|---|---|
| **Michael Bernstein**<br>Powell, OH<br><br>[ EMBED Word.Document.8 \s ] | **OhioHealth (2007 – Present)**<br>SVP & Chief Strategy Officer<br><br>**Texas Health Resources (1991 – 2007)**<br>SVP, Strategic Services<br><br>**Arthur Andersen & Co. (1988 – 1991)**<br>Senior Manager<br><br>**PMC, Inc. (1986 – 1988)**<br>EVP/Founder<br><br>**Rose Medical Center (1983 – 1986)**<br>VP, Health Services Management<br><br>**Rocky Mountain Hospital (1981 – 1983)**<br>Assistant Administrator<br><br>**Oklahoma Health Systems Agency (1979 – 1981)**<br>Coordinator | Master of Public Health, University of Oklahoma, Health Sciences Center<br><br>BS. Microbiology, University of Oklahoma | • KF interview scheduled 5/18. |

Case: 1:21-cv-00305 Document #: 742-7 Filed: 04/10/26 Page 79 of 216 PageID #:35460

KF

## KORN/FERRY INTERNATIONAL

### DaVita
### SVP, Chief Development Officer
### Candidate Status Update
### May 14, 2012

## POTENTIAL CANDIDATES

| Name/Location | Current/Recent Work Experience | Education | Comments/Status |
|---|---|---|---|
| Eric Engler<br>St. Louis, MO | **Ascension Health**<br>SVP, Strategic Planning & Development<br><br>**Reuters, plc**<br>Director of Financial Planning & Analysis<br><br>**Bridge Information Systems**<br>Director of Financial Planning & Analysis<br><br>**PricewaterhouseCoopers**<br>Transaction Services Director<br><br>**Morgan Stanley & Co**<br>Equity Research Associate | MBA, University of Chicago, Booth School of Business<br><br>BA, Accountancy, University of Illinois at Champaign/Urbana<br><br>CPA | • KF interview scheduled 5/18.<br>• Awaiting updated resume. |

Case: 1:21-cv-00305 Document #: 742-7 Filed: 04/10/26 Page 80 of 216 PageID #:35461

## KORN/FERRY INTERNATIONAL

### DaVita
### SVP, Chief Development Officer
### Candidate Status Update
### May 14, 2012

## POTENTIAL CANDIDATES

| Name/Location | Current/Recent Work Experience | Education | Comments/Status |
|---|---|---|---|
| Carlos Perez<br>Demarest, NJ<br><br>[ EMBED Word.Document.8 \s ] | **Medco Health Solutions (2010 – Present)**<br>Senior Director, M&A and Business Development<br><br>**Travelport (2004 – 2009)**<br>VP, M&A and Corporate Development<br><br>**Spackman Capital Group (2002 – 2004)**<br>Director<br><br>**UBS (2000 – 2002)**<br>Associate Director – M&A and Investment Banking<br><br>**J.P. Morgan Investment Management (1996 – 1999)**<br>Associate – Portfolio/Quantitative Analysis<br><br>**The Federal Reserve Bank of New York (1994 – 1996)**<br>Analyst – Special Projects Staff | MBA, Duke University, The Fuqua School of Business, 2001<br><br>BA, Computer Science, Harvard University, 1994 | • Diversity candidate.<br>• KF interviewed 5/10.<br>• Not a CDO or CHO candidate.<br>• Cannot relocate.<br>• Strong M&V fit.<br>• Recommend interview for other roles. |

Case: 1:21-cv-00305 Document #: 742-7 Filed: 04/10/26 Page 81 of 216 PageID #:35462

## KORN/FERRY INTERNATIONAL

### DaVita
### SVP, Chief Development Officer
### Candidate Status Update
### May 14, 2012

### POTENTIAL CANDIDATES

| Name/Location | Current/Recent Work Experience | Education | Comments/Status |
|---|---|---|---|
| Nigel Ohrenstein<br>St. Louis, MO<br><br>[ EMBED Word.Document.8 \s ] | **Lumeris, Inc. (2009 – Present)**<br>VP, Business Development & Strategy<br><br>**Express Scripts Inc. (2004 – 2008)**<br>Senior Director Medicare<br>Director Corporate Strategic Planning<br><br>**Start-Up (2002 – 2004)**<br>Founder of luxury home furnishings company<br><br>**Diamond Cluster International Inc. (2000 – 2001)**<br>Senior Associate<br><br>**Hogan & Hartson LLP and Herbert Smith (1996 – 2000)**<br>Venture Capital, Banking and Corporate Groups | MA, Law and BA, Law, Cambridge University, 1995 | • KF interviewed 5/10.<br>• Referred by KT.<br>• Not a CDO or CHO candidate.<br>• Recommend interview for other roles. |

**KORN/FERRY INTERNATIONAL**

**DaVita**
**SVP, Chief Development Officer**
**Candidate Status Update**
**May 14, 2012**

## POTENTIAL CANDIDATES

| Name/Location | Current/Recent Work Experience | Education | Comments/Status |
|---|---|---|---|
| **Jeff Smith** <br> Providence, RI <br><br> [ EMBED Word.Document.8 \s ] | **CVS Caremark (2009 – Present)** <br> VP – Accountable Care & Population Health Management <br> VP – Corporate Strategy & Business Development <br><br> **Caremark/AdvancePCS (2002 – 2008)** <br> GM/VP – Physician Connectivity Business Unit <br><br> **Iscribe (2000 – 2002)** <br> Director, Product Management & Marketing <br><br> **Emedicus (1999 – 2000)** <br> Founder & President <br><br> **GE Equity Capital (1999)** <br> Summer Associate, Financial Services & Healthcare <br><br> **Braxton Associates/Deloitte Consulting (1994 -1997)** <br> Associate Consultant <br> Analyst | MBA, The Wharton School, University of Pennsylvania, 1999 <br><br> MA, The Lauder Institute (Latin America Focus), University of Pennsylvania, 1999 <br><br> BA, Math & Economics, Northwestern University, 1994 | • Scheduling KF interview. <br> • Javier previously interviewed for other role. <br> • Feedback? |

DVA00097064

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

## KORN/FERRY INTERNATIONAL

### DaVita
### SVP, Chief Development Officer
### Candidate Status Update
### May 14, 2012

| SELECTION OF EXECUTIVES WHO HAVE DECLINED OPPORTUNITY OR WERE NOT QUALIFIED | | | |
|---|---|---|---|
| EXECUTIVE | MOST RECENT COMPANY | MOST RECENT TITLE | COMMENTS |
| John Nugent | Amedisys Inc. | Chief Development Officer/Chief Acquisitions Officer | KF met and determined wrong fit |
| Glenn Leland | American Medical Response, Inc. | SVP, Growth | KF met and determined wrong fit |
| Robert Abood | Bridge Ventures LLC (former Apria SVP Acquisitions) | Executive Vice President | KF met and determined wrong fit |
| Williams Palmer | Healthcare Partners (former Aetna Head of Corporate Development) | VP, Business Development | Will not pursue per client |
| Maureen Spivack | Morgan Keegan & Co. | Managing Director, Healthcare Investment Banking | KF phone screened; will not relocate |
| Joe Clark | Surgical Care Affiliates | EVP & Chief Development Officer | Will not pursue per client |
| Gregory Miller | Kindred Healthcare Inc. | Chief Development Officer | Will not pursue per client |
| Paul Eiseman | Kindred Healthcare Inc. | VP, Business Development | Will not pursue per client |
| Katherine Wolf | Vision-Sciences, Inc. | CFO & EVP, Corporate Development | KF met and determined wrong fit |
| Steve Davidson | Psychiatric Solutions | Chief Development Officer | KF met and determined wrong fit |
| Jeffrey Jollon | Catalyst Health Solutions | VP, Corporate Development | Client met and determined wrong fit |
| Rich Russell | IPC The Hospitalist Company | EVP, Chief Development Officer | KF met and determined wrong fit |
| Frank Manzella | Emdeon Inc. | SVP, Corporate Development | KF met and determined wrong fit |
| Charles Beckman | Humana | Head of Strategy & Corporate Development | KF phone screened; will not relocate |
| Brett Brodnax | United Surgical Partners International | President & Chief Development Officer | KF phone screened; will not pursue |
| Jay Hoffman | Iasis Healthcare Corporation | SVP Business Development | KF phone screened; will not pursue |
| Lisa Ricciardi | Medco Health Solutions | SVP Business Development | KF phone screened; will not relocate |
| Prakash Patel | Access MediQuip (former Magellan CDO) | CEO | KF phone screened; will not pursue |
| Vivek Jain | CareFusion | President, Procedural Systems | KF phone screened; will not pursue |
| Mark Blake | Cardinal Health | EVP Strategy & Corporate Development | KF phone screened; will not pursue |
| John Driscoll | Medco Health Solutions | SVP, Product & Business Development and Chief Strategy Officer | KF phone screened; will not pursue |
| David Senior | AmerisourceBergen Corporation | SVP Strategy & Corporate Development | KF met and determined wrong fit |
| David Chernow | Select Medical Corporation | President & Chief Development and Strategy Officer | KF phone screened; will not pursue |
| Todd Kaestner | Brookdale Senior Living | EVP, Development | KF phone screened; will not relocate |

HIGHLY CONFIDENTIAL

Case: 1:21-cv-00305 Document #: 742-7 Filed: 04/10/26 Page 84 of 216 PageID #:35465

## KORN/FERRY INTERNATIONAL

### DaVita
### SVP, Chief Development Officer
### Candidate Status Update
### May 14, 2012

| SELECTION OF EXECUTIVES WHO HAVE DECLINED OPPORTUNITY OR WERE NOT QUALIFIED | | | |
|---|---|---|---|
| Brent McDonald | Tenet Healthcare Corporation | VP, Acquisition & Development | KF phone screened; will not relocate |
| Craig Conti | Universal Health Services | VP, Development | KF phone screened; will not pursue |
| James (Jim) Kalamas | MedSleuth | CEO | KF phone screened; will not pursue |
| Travis Winkey | UnitedHealth Group Inc. | SVP, Corporate Development, Optum | KF phone screened; will not pursue |
| Jesse Hunter | Centene Corporation | EVP Corporate Development | KF phone screened; will not pursue |
| Anthony Gerardi | Millenium Pharmacy Systems | SVP Strategy & Corporate Development | KF met and determined wrong fit |
| Rob Allday | Eagle Hospital Physicians | EVP, Development | KF phone screened; will not relocate |
| Tom Chirillo | Surgery Partners | SVP Business Development | KF determined wrong fit |
| Ernie Varvoutis | Team Health Holdings | SVP Mergers & Acquisitions | KF phone screened; will not pursue |
| JD Moore | CareFusion | Head of Mergers & Acquisitions | KF met; withdrew from process |
| Al Reid | Abbott Laboratories | Divisional VP, Corporate Development | KF interviewed, will not present |
| JV Wulf | Medline Industries | President, Europe | Client met and determined wrong fit |

# EXHIBIT 56

# FILED UNDER SEAL

| From: | Wilcox, Bill |
|---|---|
| To: | 'Andrew Hayek (andrew.hayek@scasurgery.com)' |
| Sent: | 5/31/2012 12:05:41 PM |
| Subject: | just fyi |

Andrew, I hope all is well.  Please see note below.

Talk soon, b

---

From: Brodnax, Brett
Sent: Thursday, May 31, 2012 12:00 PM
To: 'gnz@kbic.com'; Wilcox, Bill
Subject: Re: I thought you had gentleman's agreement with SCA not to go after each other's people...?

We do. Bill, has anything changed from your perspective?
--------------------------
Sent from Brett Brodnax's BlackBerry Wireless Handheld

---

From: Greg Zoch <gnz@kbic.com>
To: Brodnax, Brett
Sent: Thu May 31 11:57:27 2012
Subject: I thought you had gentleman's agreement with SCA not to go after each other's people...?

FYI, I just received a call from someone at your company who said they were direct-recruited by SCA's internal recruiter.

Greg Zoch | Partner & Managing Director

gnz@kbic.com <mailto:gnz@kbic.com>  | direct 972.265.5290 | bio <http://www.kbic.com/managing-partners/greg-zoch>

Kaye/B



CONFIDENTIAL

USPI_CIV_000014009

# EXHIBIT 57

# FILED UNDER SEAL

| | |
|---|---|
| **From:** | Wilcox, Bill |
| **To:** | Hayek, Andrew |
| **CC:** | Brodnax, Brett |
| **Sent:** | 5/31/2012 1:41:50 PM |
| **Subject:** | Re: just fyi |

Sure. Thanks! I don't know who it was or the validity. JuSt wanted to be in touch w you. Brett please see what we can find out and I will share w Andrew.

Sent from my iPhone

On May 31, 2012, at 1:14 PM, "Hayek, Andrew" <Andrew.Hayek@scasurgery.com> wrote:

Bill:

I will engage in this. Can you forward me the name of the person who was recruited? If not, I will investigate generically and follow up with you.

Best,
Andrew

On May 31, 2012, at 11:05 AM, "Wilcox, Bill" <BillW@uspi.com> wrote:

Andrew, I hope all is well. Please see note below.

Talk soon, b

From: Brodnax, Brett
Sent: Thursday, May 31, 2012 12:00 PM
To: 'gnz@kbic.com'; Wilcox, Bill
Subject: Re: I thought you had gentleman's agreement with SCA not to go after each other's people...?

We do. Bill, has anything changed from your perspective?
-----------------------
Sent from Brett Brodnax's Blac



EXHIBIT
PX 487

CONFIDENTIAL

USPI_CIV_000014006

# EXHIBIT 58

# FILED UNDER SEAL

**From:** "Kopser, Mark" <MKopser@uspi.com>

**Sent:** Wed 5/2/2012 9:42:35 PM (UTC-05:00)

**To:** "Mathis, Brian" <Brian.Mathis@scasurgery.com>

**Subject:** Re: USPI April Final.xls

Thanks
And I will at some of the events
We are hosting a few evening events

If you are coming in I will buy you a drink

---

**From:** Mathis, Brian <Brian.Mathis@scasurgery.com>
**To:** Kopser, Mark
**Sent:** Wed May 02 20:15:51 2012
**Subject:** Re: USPI April Final.xls

A few years ago we combined our compliance and our audit departments and now have a single VP ($175k + 40% potential bonus) that leads both. There is a director who focuses solely on audit which is probably the relevant position to compare to and she has a base of $103k with potential bonus of 25%. There are 3 ~$65k roles that report to her.
The guy who provides me volume numbers is on vacation so I may be delayed in sending them in the normal format. The short answer is we were down about 0.4% system-wide same store.

Are you going to the ASC Association meeting next week in Dallas?

On May 2, 2012, at 4:39 PM, Kopser, Mark wrote:

Also
We pay our internal audit manager 150K

Is that close to what you pay
If you can share great in not OK

---

**From:** Walker, James - Corp Acct
**To:** Kopser, Mark
**Sent:** Wed May 02 15:01:23 2012
**Subject:** USPI April Final.xls

File for SCA

<<USPI April Final.xls>>

CONFIDENTIALITY NOTICE: This message and any attachments are for the sole use of the intended recipient(s). This message is confidential and may also be privileged. If you are not the intended recipient, please contact the sender immediately, delete the contents of this message and do not use



EXHIBIT
PX 523

CONFIDENTIAL

OMC_BM_000010778

it for any purpose.
<USPI April Final.xls>

CONFIDENTIALITY NOTICE: This message and any attachments are for the sole use of the intended recipient(s). This message is confidential and may also be privileged. If you are not the intended recipient, please contact the sender immediately, delete the contents of this message and do not use it for any purpose.

CONFIDENTIAL

OMC_BM_000010779

# EXHIBIT 59

# FILED UNDER SEAL

Message
_____

| | |
|---|---|
| **From:** | Clemens, Peter [/O=SURGICALCARE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CLEMENP] |
| **Sent:** | 9/7/2012 3:30:57 PM |
| **To:** | Elliott, Kevin [kevin.elliott@scasurgery.com]; Wachsman, Leslie [leslie.wachsman@scasurgery.com] |
| **Subject:** | Re: irena dumanis - approval needed |

I'm ok moving forward with this offer but we won't really have a plan B because ▬▬▬▬▬▬▬. Kevin, have you gotten the sense that she is willing to move ▬▬▬▬▬?

**From:** Kevin Elliott <Kevin.Elliott@scasurgery.com>
**Date:** Fri, 7 Sep 2012 15:24:36 -0500
**To:** "Wachsman, Leslie" <Leslie.Wachsman@scasurgery.com>, Pete Clemens <peter.clemens@scasurgery.com>
**Subject:** RE: irena dumanis - approval needed

I'm not aware of the exact range for the DFO pool but I expect this offer would make her ▬▬▬▬▬▬. Shirley might be ▬▬▬▬▬▬▬▬▬▬▬▬ I know this would put her at ▬▬▬▬▬▬ ▬▬▬▬

**Kevin Elliott | Senior Director, Financial Operations**
Phone (205) 307-5171 | Fax (205) 439-4751 |
Surgical Care Affiliates | www.scasurgery.com
3000 Riverchase Galleria, Ste. 500, Birmingham, AL, 35244

- Clinical Quality - Integrity - Service Excellence - Teamwork - Accountability - Continuous Improvement

**From:** Wachsman, Leslie
**Sent:** Friday, September 07, 2012 3:12 PM
**To:** Elliott, Kevin; Clemens, Peter
**Subject:** Re: irena dumanis - approval needed

Do we know the salary range for this position? Wondering if we need to agree on a back up offer if she asks for more. I am okay with the initial offer.

**From:** Elliott, Kevin
**Sent:** Friday, September 07, 2012 02:52 PM
**To:** Clemens, Peter; Wachsman, Leslie
**Subject:** RE: irena dumanis - approval needed

That is what I originally thought about offering her, but I later changed it to match her current salary

**Kevin Elliott | Senior Director, Financial Operations**
Phone (205) 307-5171 | Fax (205) 439-4751 |
Surgical Care Affiliates | www.scasurgery.com
3000 Riverchase Galleria, Ste. 500, Birmingham, AL, 35244

- Clinical Quality - Integrity - Service Excellence - Teamwork - Accountability - Continuous Improvement

**From:** Clemens, Peter
**Sent:** Friday, September 07, 2012 2:49 PM
**To:** Elliott, Kevin; Wachsman, Leslie
**Subject:** Re: irena dumanis - approval needed



EXHIBIT
55

CONFIDENTIAL

SCA001204514

Kevin, I thought she was making $120k – where did I see this?

---

**From:** Kevin Elliott <Kevin.Elliott@scasurgery.com>
**Date:** Fri, 7 Sep 2012 14:19:28 -0500
**To:** Pete Clemens <peter.clemens@scasurgery.com>, "Wachsman, Leslie" <Leslie.Wachsman@scasurgery.com>
**Subject:** irena dumanis - approval needed

All interviews have been positive. I recommend we move forward with an offer at ███████████ She said she is currently making ████████████ and that is one of the things that frustrates her with her current job (along with the limited opportunity for growth).

Are you both comfortable with this amount?

**Kevin Elliott | Senior Director, Financial Operations**
Phone (205) 307-5171 | Fax (205) 439-4751 |
Surgical Care Affiliates | www.scasurgery.com
3000 Riverchase Galleria, Ste. 500, Birmingham, AL, 35244

- **Clinical Quality** - Integrity - **Service Excellence** - Teamwork - **Accountability** - Continuous Improvement

CONFIDENTIAL

SCA001204515

# EXHIBIT 60

# FILED UNDER SEAL

Message

**From:** Wilcox, Bill [/O=UNITED SURGICAL PARTNERS/OU=UNITEDSURGICAL/CN=RECIPIENTS/CN=BWILCOX]
**Sent:** 9/27/2012 10:37:58 AM
**To:** Brodnax, Brett [BBrodnax@uspi.com]
**Subject:** FW: greetings

fyi



From: Hayek, Andrew [mailto:Andrew.Hayek@scasurgery.com]
Sent: Thursday, September 27, 2012 10:30 AM
To: Wilcox, Bill
Subject: Re: greetings

Bill:

Great to hear from you. I hope all is well with you and your family.

It would be great to get back in the habit of touching base by phone and even in person for dinner. Would you be open to that?

I also wanted to touch base with you regarding a managed care contracting executive on your team in California, Holle Ho, who reached out to our team in California regarding a posted open position that we have been recruiting for. I double-checked that she called us (i.e., we did not call her), and I confirmed that her message to our team was that she is intending to leave, irrespective of the position we are recruiting for. I wanted to check that you are OK with this - I believe it fits the model that you, Brett, and I have discussed previously - we will not target



CONFIDENTIAL

USPI_CIV_000390138

# EXHIBIT 61

# FILED UNDER SEAL

**Robert Chipman**

**PX 0253**

S.F. 08.07.24

| From: | Jesse Garcia <jesse.garcia@davita.com> |
|---|---|
| To: | Rob Chipman <robert.chipman@davita.com>;Jennifer Scharff <jennifer.scharff@davita.com> |
| Sent: | 1/3/2013 7:03:51 PM |
| Subject: | RE: From the Executive Talent Advisor Team: January Newsletter |

I agree – We'll trim back the distribution moving forward and only send out to PS recruiting and PSDs.

Thank you for the feedback.

**Jesse Garcia, SPHR**
Group Recruiting Manager|People Services|http://careers.davita.com
DaVita

*FORTUNE® World's Most Admired Companies 7 years in a row*

Network with us on:

---

**From:** Rob Chipman
**Sent:** Thursday, January 03, 2013 12:37 PM
**To:** Jennifer Scharff
**Cc:** Jesse Garcia
**Subject:** Re: From the Executive Talent Advisor Team: January Newsletter

Thanks Jen and good to question to keep us honest.
I wonder if we should have only sent to PSDs for now and once we're at full capacity broaden to PS.

Jesse thoughts?

Thx
R

Sent from my iPad

On Jan 3, 2013, at 12:10 PM, "Jennifer Scharff" <Jennifer.Scharff@davita.com> wrote:

Hi...should probably have cc'd you as interim VP.
Jen

**Jen Scharff**
People Services Director, Benefits & Communication

Confidential

DVA_OMCEAL_000012083

Case: 1:21-cv-00305 Document #: 742-7 Filed: 04/10/26 Page 98 of 216 PageID #:35479

**From:** Jennifer Scharff
**Sent:** Thursday, January 03, 2013 11:09 AM
**To:** Jessica Lloyd
**Cc:** Alisa Williams; Leah Holiman
**Subject:** RE: From the Executive Talent Advisor Team: January Newsletter

Hi Jessica...thanks for sharing.  Can you give me some of the background on why this was sent out to PS team?  Was it at somebody's request?
We are trying to streamline our communications and messaging, so just want to understand a bit more.
Thanks.
Jen


**Jen Scharff**
People Services Director, Benefits & Communication

---

**From:** Jessica Lloyd
**Sent:** Thursday, January 03, 2013 10:47 AM
**To:** PS Mgmt
**Subject:** FW: From the Executive Talent Advisor Team: January Newsletter

Enjoy!

**Best Regards,**

**Jessica Lloyd**
Executive Talent Advisor|People Services|http://careers.davita.com
DaVita Inc.
Cell:
Efax:
http://www.linkedin.com/in/jessicalloyddavita

*FORTUNE® World's Most Admired Companies 7 years in a row*

Follow DaVita Careers on these sites:

---

**From:** Jessica Lloyd
**Sent:** Thursday, January 03, 2013 10:42 AM
**To:** People Services Recruiting
**Subject:** From the Executive Talent Advisor Team: January Newsletter

# From the Executive Talent Advisor Team

**January 2013**

Confidential

DVA_OMCEAL_000012084

**Passive+Active = "Pactive"**
**What does this even mean?**

A "Pactive" candidate is one who is traditionally passive, but may be involved in subtle online activities showing their possible willingness to have a conversation about new opportunities. Examples of activities that Talent Advisors can watch out for:

1. Updating LinkedIn Profile
2. Engaging in discussions on social media sites
3. Following more companies, joining more Groups

If you notice people doing any of this, pick up the phone and call them (or shoot them an email). This may be the perfect time to connect with them!

Click here to view an article from Recruiter.com

Confidential

Case: 1:21-cv-00305 Document #: 742-7 Filed: 04/10/26 Page 100 of 216 PageID #:35481

Case: 1:21-cv-00305 Document #: 742-7 Filed: 04/10/26 Page 101 of 216 PageID #:35482

## Let's Be Influential!

We've been talking a lot lately about how we, as Talent Advisors, can be influential. A great time to have an impact is when the hiring decision is made. Take a look below at some helpful tips:

**Be involved:** Schedule a debrief session after each candidate interview (or to compare a group of candidates) with the hiring team.

**Be a solid interviewer:** If you want your Hiring Managers to trust your input, you need to conduct detailed interviews. Make sure you know more about the candidate's accomplishments than anyone else, so that you can confidently refute any incorrect comments that may come up during the debrief session.

**No one is perfect:** You'll never find a perfect candidate. And, unless you want to continually spin your wheels, be ready to discuss how the candidate's experiences and competency matches align with the duties of the position.

**The sandwich:** Make sure you never start the debrief session discussing weaknesses. Always start with strengths/accomplishments and end the same way. Sandwich any concerns or weaknesses in the middle of the discussion.

**Stay involved:** You can't influence anyone if you're not available and present at key decision points in the hiring process.

Click here to read the full piece from Lou Adler on influencing managers.

## The Charlie Choi Experience

Passive Talent represents at least 80% of the workforce. As Talent Advisors, we need to understand how to successfully attract this valuable group of candidates. The Executive Talent Advisor Team had the opportunity to chat with Charlie Choi (SVP Avanti) about his Recruiting experience with the Village. We are pleased to share what we learned.

- ü **Invite Top Talent to DaVita events/meetings:** As a passive candidate, Charlie found it impactful to attend a Village event and get a full culture immersion. He made the decision to join the Village soon after attending such an event.

- ü **Have Top Talent meet with "the boss" as early in the process as possible:** Charlie's first meeting was with Javier. He was impressed with Javier and appreciated being able to meet with a high-level executive so early on in the process.

ü **Be persuasive when speaking with candidates. Listen to their concerns and address them right away:** Originally, Charlie saw the DVP role as more of a "step down" for him, but due to the persuasive Recruiter, realized that the role was much more involved than the job description/posting reflected. Charlie was intrigued by the "CEO" nature of the position.

ü **Culture, Culture, Culture:** DaVita's culture, our Mission & Values, and the fact that we help people tremendously each day are all reasons that both drew Charlie to the Village and continue to keep him fulfilled.

Click here to read Lou Adler's definition of a Passive Candidate and to get ideas on how to access this group of top-talent.

We'd love to hear from you!

jessica.lloyd@davita.com   carey.ribley@davita.com

Confidential

Case: 1:21-cv-00305 Document #: 742-7 Filed: 04/10/26 Page 103 of 216 PageID #:35484

**Best Regards,**

**Jessica Lloyd**
Executive Talent Advisor|People Services|http://careers.davita.com
DaVita Inc.
Cell: ███████
Efax: ███████
http://www.linkedin.com/in/jessicalloyddavita

*FORTUNE® World's Most Admired Companies 7 years in a row*

Follow DaVita Careers on these sites:

Confidential

DVA_OMCEAL_000012088

# EXHIBIT 62

# FILED UNDER SEAL


Robert Chipman

**PX 0249**

S.F. 08.07.24

| | |
|---|---|
| **From:** | Cynthia Baxter <cynthia.baxter@davita.com> |
| **To:** | People Services Directors <peopleservicesdirectors@davita.com> |
| **Sent:** | 3/2/2013 12:53:56 AM |
| **Subject:** | Compensation philosophy |
| **Attachments:** | 130301Comp Philosophy.pdf |

Hello- attached please find more detailed supporting materials for the Compensation Philosophy deck sent yesterday.



**Cynthia Baxter-Diggles**
**Vice President, People Services**
**DaVita HealthCare Partners Inc.**
**2000 16th Street, Floor 10**
**Denver, CO   80202**
**Phon** ████████████
**Cell:** ████████████
**Fax:** ████████████

DaVita awarded FORTUNE Magazine's Most Admired Companies in 2008, 2009, 2010 and 2011

Connect with us!


Confidential

## DVA_OMCEAL_000906132

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Chipman, Robert;Mildenberger, Laura | SEMANTIC |
| **Custodian** | Chipman, Robert | SEMANTIC |
| **Date Created** | 08/13/2019 2:12 pm | SEMANTIC |
| **Date Modified** | 08/13/2019 2:12 pm | SEMANTIC |
| **Date Sent** | 03/01/2013 5:53 pm | SEMANTIC |
| **Document Type** | Outlook Express mail message | SEMANTIC |
| **Email Thread ID** | A0000802f | SEMANTIC |
| **Family Date** | 03/01/2013 5:53 pm | VIRTUAL |
| **Filename** | {521C7B6C-7C3D-5819-2B04-BB3C013AF3F1}.eml | SEMANTIC |
| **From** | "Cynthia Baxter" <cynthia.baxter@davita.com> | SEMANTIC |
| **Source Party** | DaVita | SEMANTIC |
| **Subject** | Compensation philosophy | SEMANTIC |
| **To** | "People Services Directors" <PeopleServicesDirectors@davita.com> | SEMANTIC |

| **DaVita's Compensation Philosophy** |  |
| --- | --- |

## Introduction

DaVita is a "Pay for Performance" company. This is the foundation of our Compensation Philosophy. Following is a brief overview of our philosophy which includes three key principles:

1. **Performance is the first consideration when making pay decisions.** We actively measure performance in a variety of ways.
2. **Total compensation counts.** Based on individual circumstances, we take a holistic approach to pay decisions to ensure balance between:
   a. Guaranteed & variable pay
   b. Short & long-term incentives
3. **Compensation is highly differentiated.** This means that we believe in, and take action to ensure, highly differentiated compensation based on performance. In fact, DaVita provides more differentiation and long-term financial opportunity than most companies.

## How we Measure Performance

We evaluate performance both from a historical (looking backward) and expected (looking forward) perspective. The following criteria are considered:

| Criteria | Description |
| --- | --- |
| **Cumulative track record** | ▪ Is strong performance delivered year after year? Clinical? Economic? Team? Village? |
| **Degree of difficulty** | ▪ How complex or difficult are assignments and/or goals? |
| **Annual objectives** | ▪ Are established annual objectives including stretch goals met? Were aggressive goals and progress achieved? |
| **Building long-term assets** | ▪ What has been done to develop strong people, systems, relationships, teams, and processes that will positively impact the Village long-term? |
| **Consistency with the Mission & Values** | ▪ Are behaviors consistent with the DaVita Mission & Values? <br> ▪ Is the notion of DaVita as a community first and a company second reinforced? |
| **Leadership characteristics** | ▪ To what degree is confidentiality and trust, emotional maturity, self awareness, intellectual objectivity, independent thinking, thoughtfulness and insight, and a focus on continuous personal growth demonstrated? |
| **Building capability** | ▪ How much stronger is your lane than in prior years? <br> ▪ Is there a successor? <br> ▪ What is the quality of the team? <br> ▪ Is there a diverse group of talent? <br> ▪ What is the quality of management processes? |
| **Strategic advances** | ▪ How well have you positioned yourself and your team to add significantly greater value over the long-term? |

Confidential

DVA_OMCEAL_000906133

| Criteria | Description |
|---|---|
| Compliance | • To what degree are all policies and procedures in compliance?<br>• Is the team motivated and held accountable to support compliance activities? |
| Tail Effect | • The positive or negative long-term effect of leadership actions and decisions.<br>• For example, 1) Doing a deal where post-deal profit growth dramatically exceeds expectations for reasons having to do with the quality of the asset or, 2) Losing an important Doc group relationship, 3) recruiting a star long-term performer. |
| Innovation | • What new ideas have been experimented with?<br>• What contributions have been made to the greater enterprise? |

## Total Compensation Counts

**Total compensation includes:**
- Salary
- Bonus (multiple forms)
- Equity and / or other long term incentives

**Also consider:**
- Professional development
- Life balance and alignment
- Benefits

- DaVita culture
- Job security
- DaVita business potential

It is our practice to ensure that there is strong differentiation in pay based on performance. We are committed to top performers earning substantially more. With that said, although much consideration is given to pay decisions, in any year, a TM may be paid too little or too much. Over time, we usually get it right.

### Here is an example of our holistic approach:
Tom and Sharon are VPs in a similar position. They were both hired in the same year and granted equity. Tom happens to have been granted equity at a lower strike price. Sharon is granted equity as well, but because of timing and market fluctuations, her strike price is higher. Three years later, both are performing at the same level. However, Tom's equity value is much higher than Sharon's based solely on the timing of when he was granted equity. In this situation, it is fair and appropriate to differentiate bonus dollars to ensure more balanced compensation for these two leaders.

### Merit
Merit dollars are used as one component of total compensation to reward highest performers and rectify potential pay inequities within a team. In any given year, ~35% of Vice Presidents receive merit increases.

This means that even high performers may receive lower than expected merit increases or potentially no increase at all in a given year.

### Bonuses
Bonuses are provided in multiple forms:

| Annual Performance: | Annual award based on Village, team and individual performance. In determining annual bonus amounts, we look at historical multi-year track record as well as future potential. |
|---|---|
| Spot: | One-time individual or team award for special projects. |
| Deferred: | Awarded in one year and paid out in a following year. |
| Prosperity: | When Village performance is especially strong, additional profits are shared. |
| Touchdown: | Successful achievement of distinctively important and/or multi-year objectives. |

2

DVA_OMCEAL_000906134

There are three important concepts when thinking about how DaVita approaches bonuses:

1. **Annual Bonuses**
   a. We generally target in the 60% range for annual bonus
   b. However, we differentiate team bonus pools based on relative contribution
   c. Higher payouts may be achieved based on individual performance and with other bonus types
2. **Dollars**
   a. Bonus is a dollar amount, not expressed in terms of percentage
   b. Bonus opportunity changes are discretionary (both upward and downward)

3. **Informed versus formulaic**
   a. Provides a flexible approach
   b. Goals can be adjusted throughout the year
   c. Allows for changes in the business or responsibilities
   d. Greater upside potential

Because total compensation counts, during years in which a leader has large amounts of equity vesting, they may receive a lower or no bonus even if their performance for that year was strong.

## Long Term Incentives

Long-term incentives are used strategically & carefully as part of a holistic pay approach. They are provided only to high performers and viewed as a long-term, appreciating asset. Vesting schedules vary based on individual circumstances and to support retention of high performers. DaVita has typically provided long-term incentives in the form of equity.

Here are two examples of how equity appreciation provides long term value:

Notice that, assuming the same 10% annual growth over 4 years, an equity award priced at $80 will generate double the value of an equity award priced at $40.

**Appreciation from a stock price of $80.00:**

| Award size | 1,000 | 5,000 | 20,000 |
|---|---|---|---|
| Strike price | $80.00 | $80.00 | $80.00 |
| Annual appreciation | 10% | 10% | 10% |
| Appreciation over 4 years | 46% | 46% | 46% |
| Ending price | $117.00 | $117.00 | $117.00 |
| Total 4-yr appreciation per share | $37.00 | $37.00 | $37.00 |
| Total award gains by 4th year | $37K | $186K | $743K |

**Appreciation from a stock price of $40.00:**

| Award size | 1,000 | 5,000 | 20,000 |
|---|---|---|---|
| Strike price | $40.00 | $40.00 | $40.00 |
| Annual appreciation | 10% | 10% | 10% |
| Appreciation over 4 years | 46% | 46% | 46% |
| Ending price | $59.00 | $59.00 | $59.00 |
| Total 4-yr appreciation per share | $19.00 | $19.00 | $19.00 |
| Total award gains by 4th year | $19K | $93K | $371K |

3

DVA_OMCEAL_000906135

## DVA_OMCEAL_000906133

## Metadata

| All Custodians | Chipman, Robert;Mildenberger, Laura | SEMANTIC |
|---|---|---|
| Author | cbaxterdiggles | SEMANTIC |
| Custodian | Chipman, Robert | SEMANTIC |
| Date Created | 03/02/2013 12:17 am | SEMANTIC |
| Date Modified | 03/02/2013 12:17 am | SEMANTIC |
| Document Type | Adobe Acrobat (PDF) | SEMANTIC |
| Email Thread ID | A0000802f | SEMANTIC |
| Family Date | 03/01/2013 5:53 pm | VIRTUAL |
| Filename | 130301Comp Philosophy.pdf | SEMANTIC |
| Primary Date | 03/02/2013 12:17 am | DOC_TYPE_ALIAS |
| Source Party | DaVita | SEMANTIC |

# EXHIBIT 63

# FILED UNDER SEAL

| | |
|---|---|
| From: | Kathy Kaplan <kathy.kaplan@davita.com> |
| To: | Rob Chipman <robert.chipman@davita.com> |
| CC: | Craig Bradley <craig.bradley@davita.com>;ddewitt@caldwellpartners.com <ddewitt@caldwellpartners.com> |
| Sent: | 3/6/2013 4:06:50 PM |
| Subject: | RE: Passive VP Talent discussions... |

**Robert Chipman**

**PX 0255**

S.F. 08.07.24

Hi Rob!
Things in North Star are well – hope it's all good in your neck of the woods too!

Hi Darin!
I am happy to help set up an intro call – Please let me know if any of these times/dates work for you:
Thurs 3/7 at 2:30pm PST
Mon 3/11 at 10am PST
Fri 3/22 at 2:30pm PST

If none of those work, we can start to look at other options as well.
Thanks!

-Kathy Kaplan

---

**From:** Rob Chipman
**Sent:** Wednesday, March 06, 2013 7:23 AM
**To:** Kathy Kaplan
**Cc:** Craig Bradley; ddewitt@caldwellpartners.com
**Subject:** FW: Passive VP Talent discussions...

Hi Kathy,
Hope all is well – it's been a while since we've chatted.

By way of this e-mail, I'm connecting Darin Dewitt, from Caldwell Partners search firm, with you as he will periodically request Ray's time to meet n greet with high-caliber individuals who may be good DVP candidates for Polaris and/or the village. These will likely be calls but when appropriate, may be in-person when it makes sense and can be arranged with Ray's schedule.

I would expect that Darin would want an introductory call set-up between Ray, Craig and Darin to discuss future needs in Polaris and begin to build a relationship.

Thanks and let me know if you have any questions or concerns.

Rob
**Rob Chipman**
Interim Vice President Recruiting
DaVita HealthCare Partners, Inc.
2000 16th Street
Denver, CO 80202

---

**From:** Ray Follett
**Sent:** Tuesday, March 05, 2013 6:03 PM
**To:** Rob Chipman
**Cc:** Craig Bradley
**Subject:** RE: Passive VP Talent discussions...

Confidential

DVA_OMCEAL_000008843

Happy to engage on this

Ray Follett

rfollett@davita.com

---

**From:** Rob Chipman
**Sent:** Tuesday, March 05, 2013 2:22 PM
**To:** Ray Follett
**Cc:** Craig Bradley
**Subject:** Passive VP Talent discussions...

Hi Ray
Happy Monday – hope all is well with you. I survived another snow storm here in Denver and Chicago – sure miss-commuting to LA!

I met with Darin Dewitt, from Caldwell Partners VP Search firm, yesterday and we talked about making some process changes for how they recruit for VP talent in Dream Team and Polaris. As he comes across passive talent that fits our DaVita DVP/VP profile, would you be willing to have a conversation with these individuals? This is a similar process we're using with the DVPs as we come across passive ROD talent and it's working really well. Joann & Kurt have been great partners and have helped to convert some of the passive talent into active candidates.

The process would include:
- Darin identifies passive talent and previews with me first
- Then, Darin would work with Kathy to set-up phone time with you and the individual – about 20-30 mins
- Darin would set-up time to obtain your feedback
- If your feedback indicated a fit, Darin would keep the individual interested until a position became available

This really is the way of the future – always having talent available before we even have a formal need. We are ahead of the industry in this regard, but given our growth projections, need to be focused on developing internal talent and securing top talent from outside.

Let me know if you have any questions or concerns. If you are comfortable with this process, I'll ask Darin to reach-out to Kathy to set-up a call to discuss this arrangement and relationship. This would be a good opportunity for you and Craig to talk with Darin about future forecast needs for VPs in Polaris.

Thanks,
Rob


**Rob Chipman**
Interim Vice President Recruiting
DaVita HealthCare Partners, Inc.
2000 16th Street
Denver, CO 80202

Confidential

DVA_OMCEAL_000008844

# EXHIBIT 64

# FILED UNDER SEAL

| From: | Suzi Dexter </o=davita/ou=first administrative group/cn=recipients/cn=sdexter> |
| To: | Rob Chipman <robert.chipman@davita.com> |
| Sent: | 5/31/2013 2:52:58 PM |
| Subject: | RE: Road to 7 plan- CBO |
| Attachments: | Road to 7 - Suzi Dexter - RM Presentation.pptx |

**Robert Chipman**

**PX 0254**

S.F. 08.07.24

exhibitsticker.com

Good Morning!

Attached is the deck for our call later today.

Speak with you soon!

Thanks!

Suzi

-----Original Appointment-----
**From:** Rob Chipman
**Sent:** Wednesday, May 22, 2013 12:12 PM
**To:** Rob Chipman; Suzi Dexter
**Subject:** Road to 7 plan- CBO
**When:** Friday, May 31, 2013 10:00 AM-10:30 AM (GMT-07:00) Mountain Time (US & Canada).
**Where:** Suzi to call Rob 310 616 6298



Confidential

# ★ Goal to 14 Days - 2013



| Goal | June | July | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|
| Sourcing | 26 | 24 | 22 | 20 | 18 | 16 | 14 |
| External Postings | 80% | 70% | 60% | 50% | 40% | 30% | <20% |

©2009 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

2

Confidential

DVA_OMCEAL_000036920

# ★ Current Sourcing

| Recruiter | Jan | Feb | Mar | Apr | May | Avg YTD |
|---|---|---|---|---|---|---|
| | | | | 37 | 12 | 25 |
| | | | 16 | | 6 | 11 |
| | 28 | 22 | 30 | 18 | 13 | 22 |
| | 19 | 6 | 9 | 20 | 12 | 13 |
| | 41 | 39 | 23 | 19 | 56 | 36 |
| | 92 | 42 | 6 | 6 | 6 | 30 |
| | 78 | 5 | 265 | 67 | 32 | 89 |
| | 35 | 36 | 16 | 24 | 11 | 24 |
| **Grand Total** | **49** | **25** | **52** | **27** | **18** | **34** |

©2009 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

3

Confidential

DVA_OMCEAL_000036921



DVA_OMCEAL_000036922

 

## Strategy

Talent Pipelines (ta´I ntpï p´linz): Deep pools of **named and known talent** with which we have built **relationships and that** can be **tapped quickly** to fill interview slates

## Pipeline development - Critical Talent Segments

1. Leveraging Warm Leads (Proximate)
2. Reaching Deeper into the Labor Market (Frontier)
3. Cultivating Relationships Across Time (Evolving)

## MEASURE       RECOGNIZE       REWARD

Measure
Recognize
Reward

©2009 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

5

Confidential



# Critical Talent Segments

- **Casa del Mundo**: Analysts, People Services, Legal
- **Team Music City**: ROPs, Analysts
- **Team Liberty**: ROPs, Analysts
- **Playa:** IMT, Finance, Analysts, Team Genesis
- **Grove:** ROPs, Analysts
- **Team Evergreen:** ROPs, Accounting, Tax, Analysts
- **Executive:** Strategy Directors, Biz Dev, Dir. Athletes

©2009 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

6

Confidential

#  Tactics



- Sourcing guide completed - Submitted before posting externally
- KITGO (Alumni) - Amazing Race, Social Events, "Once a TM, Always a TM", e-blasts/cold call campaign (responses, referrals, interested, in-play).
- Silver Medalists - Keep warm communication
- Ops ambassadors to speak with passive candidates
- Executive Recruiters : Executive Talent Advisors
- Scorecard results & pipelines tied to quarterly bonuses
- Open House - Each CBO
- Invitation only hiring events - Each CBO
- Linked In profiles - HM's (Lunch & Learns with Ops partners)
- University partnerships (New Grads, Alumni)
- Leverage HM Networking (Associations, Alumni, etc.)
- Consistent Usage of Competency Based Interview Guides/Grids
- Team Restructuring (Department, Sourcing Team, Closers)
- Shared leads amongst recruiters

©2009 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

7

DVA_OMCEAL_000036925



# Execution - 20/20 Plan



- Immediate:
  - Challenge External Postings
  - Measure current Talent Pool depth in CTS
  - Introduce Sourcing Guide

- Short Term:
  - Set Talent Pool goals at June team meeting
  - Measure: Calls, Responses, Interested, In Play
  - 20 CTS/20 "interested" per month
  - Reward success (Quarterly Bonus, YEK, Other incentives)

- Long Term:
  - Measure Talent Pool conversion rate
  - Compare Talent Pool depth (Supply) to Workforce Plan (Demand)

©2009 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

8

DVA_OMCEAL_000036926

 # Measuring our success

- Time to Find
- Depth of Talent Pools (# of candidates in each CTS)
- % of positions posted externally
- # of positions filled without posting externally
- Source of Hire
- % of positions open over 30 days
- Quality of Hire - TBD

©2009 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

9

Over 30 days currently 54%.

Confidential

DVA_OMCEAL_000036927



Confidential

DVA_OMCEAL_000036928



DVA_OMCEAL_000036929



©2009 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

12

DVA_OMCEAL_000036930



# Recruiter Competencies

©2009 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

13



©2009 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

14

Confidential



©2009 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

DVA_OMCEAL_000036933





Confidential

# DVA_OMCEAL_000036919

## Metadata

| All Custodians | Chipman, Robert | SEMANTIC |
|---|---|---|
| **Begin Family** | DVA_OMCEAL_000036918 | SEMANTIC |
| **Custodian** | Chipman, Robert | SEMANTIC |
| **Date Created** | 05/20/2013 11:02 am | SEMANTIC |
| **Primary Date** | 05/31/2013 8:48 am | DOC_TYPE_ALIAS |

# EXHIBIT 65

# FILED UNDER SEAL

| | |
|---|---|
| **From:** | Cagle, Jason |
| **To:** | Mathis, Brian; Walker, James - Corp Acct; Martin, Tony |
| **CC:** | Clemens, Peter; Howard, Lynn |
| **Sent:** | 8/9/2013 1:52:57 PM |
| **Subject:** | RE: 2014 Wage Increases |

Hey Brian. Not yet, but probably will nail down the second half of August. We'll remember to share with you when we do.

**From:** Mathis, Brian [mailto:Brian.Mathis@scasurgery.com]
**Sent:** Friday, August 09, 2013 12:50 PM
**To:** Cagle, Jason
**Cc:** Clemens, Peter; Howard, Lynn
**Subject:** 2014 Wage Increases

Jason,

One of the things we have shared in the past is plans for the following year wage increases. Have you all started set a number yet that you're planning to budget?

Thanks,
Brian

Brian Mathis
Vice President, Strategy
Surgical Care Affiliates | www.scasurgery.com
301.908.4858 | brian.mathis@scasurgery.com

--------------------------------------------------------------

This message was secured by ZixCorp<sup>(R)</sup>.



EXHIBIT
37

CONFIDENTIAL

USPI_CIV_000016100

# EXHIBIT 66

# FILED UNDER SEAL

| From: | Hartshorn, Chris </O=UNITED SURGICAL PARTNERS/OU=UNITEDSURGICAL /CN=RECIPIENTS/CN=CHARTSHORN> |
|---|---|
| To: | Wilcox, Bill |
| CC: | Brodnax, Brett; Vernegaard, Niels; Bond, Jonathan |
| Sent: | 12/20/2013 10:11:55 AM |
| Subject: | Re: St. Louis RVP candidate |

She knows. Thanks

Sent from my iPhone

> On Dec 20, 2013, at 8:55 AM, "Wilcox, Bill" <BillW@uspi.com> wrote:
>
> Only that we need to ask Terri to let them know she approached us, not vice versa. Thanks b
>
> -----Original Message-----
> From: Brodnax, Brett
> Sent: Friday, December 20, 2013 7:12 AM
> To: Hartshorn, Chris; Wilcox, Bill; Vernegaard, Niels; Bond, Jonathan
> Subject: Re: St. Louis RVP candidate
>
> Thanks. Bill, any concerns with the process outlined below based on your agreement with Andrew?
> ---------------------------
> Sent from Brett Brodnax's BlackBerry Wireless Handheld
>
>
> ----- Original Message -----
> From: Hartshorn, Chris
> To: Wilcox, Bill; Brodnax, Brett; Vernegaard, Niels; Bond, Jonathan
> Sent: Mon Dec 16 19:24:19 2013
> Subject: St. Louis RVP candidate
>
> We have identified a finalist for the STL RVP position. Her name is Terri Seidel and she currently works for SCA. Shannon wanted me to let all of you know that we did not approach her. I've known Terri for several years since she lives in STL and oversees their 2 centers in the market. She knows that she will need to discuss with the SCA folks prior to any final decision. She understands and really wants to make the change. She interviewed with the entire STL team (Mark, Patrick, Doug, Kathy and myself). Unanimous consensus. She would be a great pickup for the market.
>
> We will be trying to get her to Dallas over the next couple of week, but I wanted to give everyone a heads up.
>
> Chris
> Sent from my iPhone



EXHIBIT
PX-514

CONFIDENTIAL

USPI_CIV_000397215

# EXHIBIT 67

# FILED UNDER SEAL

From: Wilcox, Bill
To: Bond, Jonathan; Hartshorn, Chris
CC: Mosley, Shannon; Vernegaard, Niels
Sent: 1/8/2014 5:37:03 PM
Subject: Terri Seidel - St. Louis

I talked to Andrew. Thank you all for ensuring that we lived up to our understanding not to poach from each other. We both re-affirmed that the way this was handled is the best for both organizations. Andrew asked that we be flexible with transition timing. I assured him we would be. He also alerted me that she lost her son recently in an awful accident. Finally, we should be careful not to put her in a position that she would feel compelled to give us proprietary info re SCA.

Thanks for handling this matter the way you did. b



**EXHIBIT**

PX 515

CONFIDENTIAL

USPI_CIV_000018231

# EXHIBIT 68

# FILED UNDER SEAL

| From: | English, Cindy </O=UNITED SURGICAL PARTNERS/OU=UNITEDSURGICAL/CN=RECIPIENTS /CN=CENGLISH> |
|---|---|
| To: | Karrmann, Sandi |
| CC: | English, Cindy |
| Sent: | 5/15/2014 9:35:45 PM |
| Subject: | June 1, 2014 VP+ Salary Adjustment Considerations (Karrmann) |
| Importance: | High |
| Attachments: | 2014 Jun VP+ Sal Inc Worksheet (5-15-14) - Karrmann.xlsx |



**Sandi Karrmann**

**PX 297**

B.C. 08.14.24

exhibitsticker.com

Sandi-

Attached is your master worksheet for proposed salary adjustments.

Please review and make any recommended changes to the amount of increase in column "T" and **return to me by Friday, May 23rd.** I will then accumulate the proposed increases for discussion between you, Bill and Jason.

Cindy

---

**From:** Karrmann, Sandi
**Sent:** Thursday, May 15, 2014 1:48 PM
**To:** Wilcox, Bill; Brodnax, Brett; Cagle, Jason; Vernegaard, Niels; Spencer, Phil
**Cc:** English, Cindy
**Subject:** VP+ Increases

It's that time of year for pay increases for VPs and above. We are targeting 2.0% for all increases, so as you assess and pull together recommendations for your team, please use 2% as your overall raise budget.

Cindy English will be sending out the sheets based on EVP/SVP – please review with the appropriate leaders on your team, calibrate within your area of responsibility, and send your proposed pay changes on the spreadsheet to Cindy English by close of business May 23.

We will then calibrate across the organization and finalize increases to be effective June 1st, to be reflected in their June 13 paychecks.

Please let me or Cindy know if you have any questions –

Sandi

USPI_CIV_000058049

DOCUMENT PRODUCED NATIVELY

CONFIDENTIAL

USPI_CIV_000058050

| Company | EVP/SVP | Supervisor | Job Title | Last Name | First Name | Hire Date | Rehire Date | Eff Date of Last Incr | Current Annual Rate | Previous Current Annual | Last Increase Annual Amount | Last Increase | Prior Increase Eff Date | Months since last adj. as of 6/1/2014 | | Potential increase at 2.00% annualized | Other Increase Amt | Actual % | Annlzd % | Resulting Base | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Base Salary Increases Effective 6/1/14**

# EXHIBIT 69

# FILED UNDER SEAL

| | |
|---|---|
| **From:** | Johnston, Andy </O=UNITED SURGICAL PARTNERS/OU=UNITEDSURGICAL/CN=RECIPIENTS /CN=AHJOHNSTON> |
| **To:** | English, Cindy |
| **CC:** | Karrmann, Sandi; Vernegaard, Niels |
| **Sent:** | 5/22/2014 7:58:44 AM |
| **Subject:** | FW: June 1, 2014 VP+ Salary Adjustment - Johnston REMINDER |
| **Importance:** | High |
| **Attachments:** | 2014 Jun VP+ Sal Inc Worksheet (5-15-14) - Johnston.xlsx |

**Andrew Johnston**

**PX 454**

C.C. 09.06.24

exhibitsticker.com

Here is a spreadsheet showing increases capped at 2%.

Niels and Sandi, I would like to find a way to increase Marcy, Vanessa, and Alex.

- ███████████████████████████████████ , and as a seasoned professional she should not be making less than all of my new hires.  We got her at a bargain when we hired her, but could lose her if we continue to pay her less than she could get elsewhere.
- Vanessa is a high potential and will leave if we don't find a way to increase her responsibility and comp.  I would like to do that either now, or in the very near future.
- The OrthoLink practices are hiring administrators that make more than Alex.  He is a star, and I would like to increase his responsibility and comp, either now or in the very near future.

**From:** English, Cindy
**Sent:** Thursday, May 22, 2014 7:05 AM
**To:** Johnston, Andy
**Cc:** English, Cindy; Karrmann, Sandi; Vernegaard, Niels
**Subject:** FW: June 1, 2014 VP+ Salary Adjustment - Johnston REMINDER
**Importance:** High

Morning Andy —
Just a friendly reminder that your proposed salary increase spreadsheet is due back to me today.
Cindy

**From:** Vernegaard, Niels
**Sent:** Friday, May 16, 2014 9:53 AM
**To:** Johnston, Andy
**Cc:** English, Cindy; Karrmann, Sandi
**Subject:**

Andy, please take a look at this and get your recommendations back to Cindy by May 23rd. Total increase needs to be limited to 2%

As Bill needs to approve any final changes, please don't set any expectations with anyone.

Let me know if you have any questions.

Niels P. Vernegaard, FACHE
EVP/COO
United Surgical Partners International
work  972-713-3536
mobile 972-310-3493
NVernegaard@uspi.com

CONFIDENTIAL

USPI_CIV_000058068

# EXHIBIT 70

# FILED UNDER SEAL

| From: | Kent Thiry <kent.thiry@davita.com> |
|---|---|
| To: | Mike Staffieri <mike.staffieri@davita.com>;David Grams <david.grams@davita.com> |
| CC: | Lambeau <lambeau@davita.com> |
| Sent: | 7/29/2014 12:59:44 AM |
| Subject: | RE: DaVita Opportunities |

I don't know if that is legal, we would have to check.  I would drop it for now.

---

**From:** Mike Staffieri
**Sent:** Sunday, July 27, 2014 7:12 PM
**To:** David Grams
**Cc:** Kent Thiry; Lambeau
**Subject:** Re: DaVita Opportunities

I had a very similar reaction... Although I am curious what role we would be recruiting one of their SVPs for.  At some level/seniority I could see agreeing to a mutual standstill because we likely have much talent at the Director or VP level and above.

Sent from my iPad

On Jul 27, 2014, at 6:53 PM, "David Grams" <David.Grams@davita.com> wrote:

I don't see it as a big deal

Interesting that he would even waste his time sending you a note

Sent from my iPhone

On Jul 27, 2014, at 8:04 PM, "Kent Thiry" <Kent.Thiry@davita.com> wrote:

Any thoughts?  I just opened, have not responded.

---

**From:** Joe Carlucci
**Sent:** Tuesday, July 08, 2014 8:59 AM
**To:** Kent Thiry
**Cc:** Kamal, Syed; McDonough, John
**Subject:** Fwd: DaVita Opportunities

KT

this is, quite frankly, and in my opinion, shameful. our turnover rate is 6.5%. generally folks want to stay with ARA.

EXHIBIT
PX10
Michael D. Staffieri
04.05.2024

Highly Confidential - Outside Counsel/Experts Only

DVA_OMCEAL_000424554

i am sending this to you so you can see, first hand, an over zealous and sophomoric attempt to "raid" our people.

actually, i find it comical, at best.

Best,

Joe

Begin forwarded message:

**From:** "Patel, Ashwin" <apatel@americanrenal.com>
**Date:** July 8, 2014 at 9:13:40 AM EDT
**To:** "Costa, Michael" <mcosta@americanrenal.com>
**Cc:** "Kamal, Syed" <skamal@americanrenal.com>, "Carlucci, Joe" <jcarlucci@americanrenal.com>
**Subject: DaVita Opportunities**

Michael,

Is this ethical for them to send  this to me on ARA email ? Besides the one below, they have sent one to the clinic in Plantation as well. Thanks.

Best,

Ashwin

**Ashwin Patel**

Sr. Regional Vice President.
American Renal Associates ®
Business Plaza at Corporate Park
6462 NW 5th Way,Fort Lauderdale 33309
954-990-5459  Office Phone
(978) 232-4045  Confidential e-Fax
(561) 400-4647  Cell Phone
E-mail:  apatel@americanrenal.com

*IMPORTANT WARNING: This e-mail is intended for the use of the person to whom it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this message in error, please notify us immediately and delete the related e-mail.*

**From:** Audria Franklin [mailto:Audria.Franklin@davita.com]
**Sent:** Monday, July 07, 2014 12:09 PM
**To:** Patel, Ashwin
**Subject:** DaVita Opportunities

Hello Mr. Patel,

My name is Audria Franklin and I would love to speak to you regarding an awesome opportunity that we have in your area. I am a Leadership Recruiter with DaVita who is a Fortune 500 healthcare company and we are seeking dynamic clinical and nonclinical leaders. Your credentials show that you are a motivated and passionate individual

Highly Confidential - Outside Counsel/Experts Only

DVA_OMCEAL_000424555

that may fit the criteria that we are looking for, or you may know someone that does. I would like the opportunity to chat with you further in hopes that we may forge a mutually rewarding partnership. I can be reached at (615) 320-4547 and my email address is audria.franklin@davita.com. I look forward to collaborating with you.

Peopl   **Audria Franklin**
Leadership Recruiter
DaVita, Inc.
Trailblazers (Southern Stars, Thoroughbreds, Southern Horizons, Pinnacle, Trailblazer Hospital Services)
5200 Virginia Way | Brentwood, TN 37027
Office: (615) 320-4547 | Fax: 1-877-442-576
audria.franklin@davita.com
DaVita is named among FORTUNE Magazine's Most Admired Companies six years in a row and ranked as one of the Most Democratic Places to Work by WorldBlu five years running.
Career Site: http://careers.davita.com
Linkedin: http://www.linkedin.com/pub/audria-franklin/44/48b/9b1
Two days are never the same for Facility Administrators at DaVita- Check out our blog to see for yourself !

Connect with us!
*Connect with us on…*

CONFIDENTIALITY NOTICE: THIS MESSAGE IS CONFIDENTIAL, INTENDED FOR THE NAMED RECIPIENT(S) AND MAY CONTAIN INFORMATION THAT IS (I) PROPRIETARY TO THE SENDER, AND/OR, (II) PRIVILEGED, CONFIDENTIAL, AND/OR OTHERWISE EXEMPT FROM DISCLOSURE UNDER APPLICABLE STATE AND FEDERAL LAW, INCLUDING, BUT NOT LIMITED TO, PRIVACY STANDARDS IMPOSED PURSUANT TO THE FEDERAL HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA"). IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE (I) NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR BY TELEPHONE AT (855.472.9822), (II) REMOVE IT FROM YOUR SYSTEM, AND (III) DESTROY THE ORIGINAL TRANSMISSION AND ITS ATTACHMENTS WITHOUT READING OR SAVING THEM. THANK YOU.

-DaVita Healthcare Partners Inc.-

Highly Confidential - Outside Counsel/Experts Only

# EXHIBIT 71

# FILED UNDER SEAL

EXHIBIT
PX 465
09/11/2024          GSC

Message

| | |
|---|---|
| **From:** | Clemens, Peter [/O=SURGICALCARE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CLEMENP] |
| **Sent:** | 7/16/2014 10:18:55 AM |
| **To:** | Rucker, Michael [michael.rucker@scasurgery.com] |
| **Subject:** | RE: equity grant |

I just reviewed the model with Cindy. It is not completely up to date as I hoped. She's working on updating now and will then have the base case. Then, she will at a hypothetical case with the 5 additional grants you suggested. There are tabs that generate what you're after once its all input.

She's working to get something by the time of the call. Then we can look at the values that everyone holds.

---

**From:** Rucker, Michael
**Sent:** Wednesday, July 16, 2014 6:05 AM
**To:** Clemens, Peter
**Subject:** FW: equity grant

Pete,
Would you be able to develop a simple summary table of the equity currently held by GVPs and SVPs, as well as the additional equity I previously proposed for a small group?

It would be good to have in advance of this afternoon's call re: same.
Best,
Michael

…will share note below which I received yesterday from Sam with team as an anecdote/single but timely data point re: market concerning our leading TGS SVP candidate.

*"Michael,*
*I spoke with Thom and he is very positive. Unfortunately, we have to reschedule his VC with Jason, but are on top of that. He is very interested in SCA, and feels that it is a great opportunity and fit.*

*Four areas to consider:*
1. *Timing- Accelecare has been approached by a PE firm who has just bought their main competitor. They are planning on putting numbers to an offer next week. If that goes forward, Tom is likely looking at a 60 day window for deal to close (is that likely?). If it does not go forward, Tom needs to determine the time horizon for potential exit. If more than a few months, he will pull the plug.*
2. *Role- I vaguely mentioned the hospital role to plant the seed and indicated that, if the time horizon extends out, we may have to fill SVP CA with another candidate*
3. *Location- he ideally wants to stay in Seattle and is open to commuting to Pasadena a few days a week along with travel to centers*
4. *Compensation- he is currently at ██████████████████████████████ The vast majority of his comp is ████████ On the first transaction, he brought in just over ██████. He maintains the same level of ownership/equity in this deal. If the new PE firm does the deal in the next month or two, his equity value is approximately ████ If they hit proforma (3 years) is would be more like ████████*

*Comp: I asked Thom about expectations and he said he is open to a variety of structures, but "ideally, over 3, 4 or 5 years, it would be in the same overall aggregate" of what he has at Accelecare. I would anticipate that we would ████████████████████████████████████████████ Thoughts? Can we get close?*

Confidential

## CTPartners
DESIGNED TO DELIVER

Samantha Carey
Partner, Healthcare Services & Private Equity
1166 Avenue of the Americas, #3
New York, NY 10036
D +1 212.588.3575
M +1 917.612.4093
www.ctnet.com
Bio: http://www.ctnet.com/scarey.aspx

**From:** Clark, Joe
**Sent:** Tuesday, June 24, 2014 4:03 PM
**To:** Rucker, Michael; Hayek, Andrew; Sharff, Rich; Clemens, Peter
**Subject:** Re: equity grant

I am supportive of these additional grants.
The only edit I have is that we might want to think about bumping Mathis to a higher level (say ███) given that what he is leading on the payer front has the chance of being transformational

Joe Clark

Executive Vice President

Surgical Care Affiliates | www.scasurgery.com

205.545.2760 (o) | 205.913.9051 (c) | joe.clark@scasurgery.com

---

**From:** <Rucker>, Michael Rucker <Michael.Rucker@scasurgery.com>
**Date:** Friday, June 6, 2014 at 4:07 PM
**To:** Andrew Hayek <Andrew.Hayek@scasurgery.com>, "Sharff, Rich" <Rich.Sharff@scasurgery.com>, Pete Clemens <Peter.Clemens@scasurgery.com>, Joe Clark <joe.clark@scasurgery.com>
**Cc:** Michael Rucker <Michael.Rucker@scasurgery.com>
**Subject:** equity grant

Gents,
To follow up on our discussion earlier this week re: equity grants, I would like to recommend we make the following incremental equity grants at the same time as the upcoming neo equity grant.



I would ask that you reflect on this recommendation in the context of the data included in the attached file. I believe these grants would be meaningful in our efforts to reward and retain these high performers over the mid- to long-run.
Best,
Michael

Confidential

**Michael A. Rucker**
EVP & Chief Operating Officer
Surgical Care Affiliates | www.scasurgery.com
520 Lake Cook Road, Suite 250 | Deerfield, IL 60015
847.236.0927 (O) | 202.669.6822 (M)
Michael.Rucker@scasurgery.com

Confidential

SCA000048817

# EXHIBIT 72

# FILED UNDER SEAL

**From:** Mathis, Brian
**To:** Cagle, Jason
**Sent:** 8/20/2014 6:18:57 AM
**Subject:** Re: Wage Increase Budgets

That works, whenever you're ready. Thanks, Brian

On Aug 20, 2014, at 6:40 AM, Cagle, Jason <jcagle@uspi.com> wrote:

This message was sent securely using ZixCorp.

Sure. We're just heading into budgets. When were you hoping to see it? I may be a few weeks out.

On Aug 19, 2014, at 10:19 PM, "Mathis, Brian" <Brian.Mathis@scasurgery.com> wrote:

Jason,

Are you all willing to swap wage increase budgets as we have in the past?

Best,
Brian

**Brian Mathis**
Group Vice President, Strategy and Payer Engagement
Surgical Care Affiliates | www.scasurgery.com
301.908.4858 | brian.mathis@scasurgery.com

---

This message was secured by **ZixCorp**(R).

CONFIDENTIALITY NOTICE: This message and any attachments are for the sole use of the intended recipient(s). This message is confidential and may also be privileged. If you are not the intended recipient, please contact the sender immediately, delete the contents of this message and do not use it for any purpose.

---

This message was secured by **ZixCorp**(R).

---

This message was secured by **ZixCorp**(R).



EXHIBIT 8/6
Cagle
PX - 232

CONFIDENTIAL

USPI_CIV_000021155

# EXHIBIT 73

# FILED UNDER SEAL

Message

| | |
|---|---|
| **From:** | Rucker, Michael [Michael.Rucker@scasurgery.com] |
| **Sent:** | 10/22/2014 2:36:19 PM |
| **To:** | Fanning, Bridie [Bridie.Fanning@scasurgery.com] |
| **CC:** | Wachsman, Leslie [Leslie.Wachsman@scasurgery.com]; Clemens, Peter [Peter.Clemens@scasurgery.com] |
| **Subject:** | RE: Merit |

Great, just sent you a text. Let me know, I can be more flexible than usual this afternoon.

**From:** Fanning, Bridie
**Sent:** Wednesday, October 22, 2014 2:35 PM
**To:** Rucker, Michael
**Cc:** Wachsman, Leslie; Clemens, Peter
**Subject:** Re: Merit

Michael, we should talk about it, it assumes that we have much robust data and benchmarking already by role within industry and I haven't seen that, we may have it, I just haven't seen it.

I'm around and will bob out, Bridie

**Bridie Fanning**

Chief Talent Officer

Surgical Care Affiliates | www.scasurgery.com

520 Lake Cook Road, Suite 250 | Deerfield, IL 60015

(o) | 847.236.0941 (c) | 203.427.1789 | bridie.fanning@scasurgery.com

**From:** <Rucker>, Michael <Michael.Rucker@scasurgery.com>
**Date:** Wednesday, October 22, 2014 at 2:08 PM
**To:** Bridie Fanning <bridie.fanning@scasurgery.com>
**Cc:** "Wachsman, Leslie" <Leslie.Wachsman@scasurgery.com>, "Clemens, Peter" <Peter.Clemens@scasurgery.com>
**Subject:** RE: Merit

At the end of the day I think we will want to know that we are able to guide our folks to pay wages that are "at market" so I think my question is what do we need to know in order to know that guidance of 2.25% or 2.5% keeps us within a reasonable range that one would consider "at market"? This, of course, assumes we are starting from a band that is "at market". I'll drop by to see you in a minute.

**From:** Fanning, Bridie
**Sent:** Wednesday, October 22, 2014 2:04 PM
**To:** Rucker, Michael
**Cc:** Wachsman, Leslie; Clemens, Peter
**Subject:** Re: Merit



EXHIBIT

36

5624

CONFIDENTIAL

SCA000540405

Michael, I've done no more with this, do you need anything from me? - I'm around today and we can catch up briefly?

One question – even if they come back confirming 2.9-3% - would we make our budget that level?, can we afford it? - if they come back 2.5% - will we stay at 2.5% or reduce to 2%. The question is simply would the input change our decision?

I can step out of the meeting I'm in if need be to talk briefly, Bridie

**Bridie Fanning**

Chief Talent Officer

Surgical Care Affiliates | www.scasurgery.com

520 Lake Cook Road, Suite 250 | Deerfield, IL 60015

(o) | 847.236.0941 (c) | 203.427.1789 | bridie.fanning@scasurgery.com

---

**From:** <Rucker>, Michael <Michael.Rucker@scasurgery.com>
**Date:** Tuesday, October 14, 2014 at 7:43 AM
**To:** Bridie Fanning <bridie.fanning@scasurgery.com>
**Cc:** "Wachsman, Leslie" <Leslie.Wachsman@scasurgery.com>, "Clemens, Peter" <Peter.Clemens@scasurgery.com>
**Subject:** RE: Merit

I suspect we could do something like this that would begin to give us a sense of merit pools across a reasonably representative portion of healthcare services.

AH – DaVita, Iasis
RS - Healthsouth
BM – USPI, Amsurg
MR – Fresenius, Integramed
CZ - HCA

Let me know what you think. One easy thing to do would be to raise on Cabin with a suggestion that we each reach out.

**From:** Fanning, Bridie
**Sent:** Sunday, October 12, 2014 5:25 PM
**To:** Rucker, Michael
**Cc:** Wachsman, Leslie; Clemens, Peter
**Subject:** Re: Merit

On 1) we could, I suspect they'll have the data and it won't need to be a custom report, however for that they'll charge. Depending on how available it is its probably around $1k-$5k. If it needs to go custom, which I suspect not, then it can be around $15-25k

On 2) again we can contact some companies in our space, I don't have many relationships within the industry to draw on, but I did recently meet the CHRO of HCA, who may respond to an email...or could ask him for advice as to where to go? I do have a fairly good work colleague who's in employee relations with HCA who I'm sure would help. Other than that I'd need a bit of

CONFIDENTIAL

SCA000540406

help. Usually firms won't talk to other competitors in their space about this kind of data – it's why we all use the big HR firms – Aon Hewitt, Mercer, Hay etc..they've cornered the market and we all leverage them.

Bridie

**Bridie Fanning**

Chief Talent Officer

Surgical Care Affiliates | www.scasurgery.com

520 Lake Cook Road, Suite 250 | Deerfield, IL 60015

(o) | 847.236.0941 (c) | 203.427.1789 | bridie.fanning@scasurgery.com

From: <Rucker>, Michael <Michael.Rucker@scasurgery.com>
Date: Sunday, October 12, 2014 at 4:53 PM
To: Bridie Fanning <bridie.fanning@scasurgery.com>, "Wachsman, Leslie" <Leslie.Wachsman@scasurgery.com>, "Clemens, Peter" <Peter.Clemens@scasurgery.com>
Subject: RE: Merit

Anything we could get that was pointed at largely clinical workforces eg healthcare services would also be good to consider.

Let's discuss when we next connect how we could get even an informal series of calls out to known comparable firms to see what they are intending to do in terms of pool for '15 merit increase.

From: Fanning, Bridie
Sent: Sunday, October 12, 2014 4:21 PM
To: Rucker, Michael; Wachsman, Leslie; Clemens, Peter
Subject: Re: Merit

Hi there, I've attached a couple of the more quality firms reports – I'm expecting a couple more from – Aon Hewitt and Hay. Overall the consensus seems to be that the increases are increasing and for 2015 2.9%-3% is the overall budget pool range. Of course different levels, geographies and industries in the US will all factor in – this is just an average.

When I get the others I'll forward along but you should be good with these for an input to what you need to do.

Regards, Bridie

**Bridie Fanning**

Chief Talent Officer

Surgical Care Affiliates | www.scasurgery.com

CONFIDENTIAL

SCA000540407

520 Lake Cook Road, Suite 250 | Deerfield, IL 60015

(o) | 847.236.0941 (c) | 203.427.1789 | bridie.fanning@scasurgery.com

Pay raises for US employees continue to grow steadily, new Mercer study finds

- 08 August 2014
- **United States**, New York

## Employers' focus remains on retaining and engaging top performers

Along with the strengthening economy and growing job market, pay raises for US employees are improving. According to Mercer's *2014/2015 US Compensation Planning Survey*, the average raise in base pay is expected to be 3.0% in 2015, up slightly from 2.9% in 2014, 2.8% in 2013 and 2.7% in 2012. These results are indicative of a steadily increasing trend. Additionally, salary increases for top-performing employees – 8% of the workforce – will be higher as companies continue to focus on retaining and engaging top talent. See Figure 1.

"Employee engagement and retention continue to be a top priority for employers," said Mary Ann Sardone, Partner in Mercer's Talent practice and Regional Leader of the firm's Rewards segment. "As a result, employers recognize that they need to reward top-performing employees. And while pay is still most important, they're continuing to provide rewards beyond compensation in the form of training and career development."

Mercer's most recent survey on compensation trends, which has been conducted annually for more than 20 years, includes responses from more than 1,500 mid-size and large employers across the US and reflects pay practices for more than 16 million workers. The survey results are captured for five categories of employees: executive, management, professional (sales and non-sales), office/clerical/technician, and trades/production/service.

## Differentiation for top performers

As organizations strive to balance reward programs with budgets and the need to retain critical talent, they are analyzing key segments of their workforce and concentrating rewards on top performers. Consequently, the range between increases to high-performing employees and those given to lower performing employees continues to widen. Mercer's survey shows the highest-performing employees received average base pay increases of 4.8% in 2014 compared to 2.6% for average performers and 0.1% for the lowest performers. See Figure 2.

"Differentiating salary increases based on performance has become the norm," said Rebecca Adractas, Principal in Mercer's Rewards consulting business. "It's an effective way for employers to recognize top performers without increasing budgets dramatically. Investing in those employees that are driving organizational performance has become a competitive necessity."

## Differentiation for growth sectors

In addition to differentiation seen across various employee performance segments, variations exist among industry sectors. Compared to the average pay increase of 3.0% in 2015, organizations within high-performing industries plan to grant higher raises. The Energy industry is among the highest with a projected average pay increase of 3.5%. In contrast, other industries expect to award less next year, including Consumer Goods at 2.8% and Non-Financial Services at 2.8%. See Figure 3.

"The marketplace for top talent remains competitive," said Ms. Adractas. "Stable growth sectors, like the oil and gas industry, are boosting salaries for employees in an effort to retain and engage the necessary talent to continue at existing performance levels and remain competitive."

To download a summary of the survey results, visit http://info.mercer.com/compensation-planning-survey-2014-executive-summary.html. To purchase the survey results, visit www.imercer.com/cps or call 800 333 3070.

CONFIDENTIAL

SCA000540408

## About Mercer

Mercer is a global leader in talent, health, retirement, and investments. Mercer helps clients around the world advance the health, wealth, and performance of their most vital asset – their people. Mercer's more than 20,000 employees are based in 42 countries and the firm operates in over 130 countries. Mercer is a wholly owned subsidiary of Marsh & McLennan Companies (NYSE: MMC), a global team of professional services companies offering clients advice and solutions in the areas of risk, strategy, and human capital. With over 55,000 employees worldwide and annual revenue exceeding $12 billion, Marsh & McLennan Companies is also the parent company of Marsh, a global leader in insurance broking and risk management; Guy Carpenter, a global leader in providing risk and reinsurance intermediary services; and Oliver Wyman, a global leader in management consulting. For more information, visit www.mercer.com. Follow Mercer on Twitter @Mercerinsights.

## Figure 1: Five-year trend of average base pay increases*



Source: Mercer, *2014/2015 US Compensation Planning Survey*

*Based on companies including 0s budgets

## Figure 2: Average base pay increases as a function of performance*

|  | Percent of Workforce | Average Pay Increase |
|---|---|---|
| Highest-rated | 8% | 4.8% |
| Next Highest-rated | 28% | 3.7% |
| Middle-rated | 57% | 2.6% |
| Low-rated | 7% | 0.9% |
| Lowest-rated | 2% | 0.1% |

Source: Mercer, *2014/2015 US Compensation Planning Survey*

*Based on companies with a five-point rating scale

## Figure 3: Average base pay increases by industry

Source: Mercer, *2014/2015 US Compensation Planning Survey*

**From:** Fanning, Bridie
**Sent:** Monday, October 6, 2014 1:47 PM
**To:** Rucker, Michael
**Cc:** Wachsman, Leslie; Clemens, Peter
**Subject:** Re: Merit

Michael, yes I'll take a look at it, it's easily done to set a merit pool. The market data is a good reference point and needed input, but affordability tends to be the biggest driver, Bridie

**Bridie Fanning**

Chief Talent Officer

CONFIDENTIAL

SCA000540409

520 Lake Cook Road, Suite 250 | Deerfield, IL 60015

Surgical Care Affiliates | www.scasurgery.com

847.236.0941 (o) | 203.427.1789 (c)

bridie.fanning@scasurgery.com

---

**From:** <Rucker>, Michael <Michael.Rucker@scasurgery.com>
**Date:** Monday, October 6, 2014 at 1:44 PM
**To:** Bridie Fanning <bridie.fanning@gmail.com>, Bridie Fanning <bridie.fanning@scasurgery.com>
**Cc:** "Wachsman, Leslie" <Leslie.Wachsman@scasurgery.com>, "Clemens, Peter" <Peter.Clemens@scasurgery.com>
**Subject:** RE: Merit

Bridie,

Would you be able to work with Laura or other members of the HR team to develop some context and ultimately a recommendation re: what our merit pool for '15 should be. In the past we have attempted to array information re: broad overall marketplace, healthcare services, asc competitors, DaVita and other specific provider organizations. Your thoughts about how to arrive at the right place would be greatly appreciated. Please let me know if you'd like to discuss.

Best,

Michael

---

**From:** Clemens, Peter
**Sent:** Monday, October 6, 2014 1:34 PM
**To:** Wachsman, Leslie; Rucker, Michael
**Subject:** RE: Merit

I would leave at 2.5% for now and pursue the savings elsewhere. We can always change this downward but probably we need some competitive intelligence first.

---

**From:** Wachsman, Leslie
**Sent:** Monday, October 06, 2014 1:31 PM
**To:** Clemens, Peter; Rucker, Michael
**Subject:** FW: Merit

CONFIDENTIAL

SCA000540410

FYI if we take the merit to 2.25% vs 2.5% which is what is loaded in the plan today. Note the biggest piece of the upside below is in the facilities.

---

**From:** Smith, Julie
**Sent:** Monday, October 06, 2014 1:29 PM
**To:** Wachsman, Leslie
**Subject:** RE: Merit

50 bps is $1.6M total company and $190k COH. This is 2015 impact with effective date of 4/1/15 (so 75% of annualized number).

---

**From:** Wachsman, Leslie
**Sent:** Monday, October 06, 2014 7:05 AM
**To:** Smith, Julie
**Subject:** Merit

What is 50 bps worth in merit? If you can break it out between support services and field that would be great.

CONFIDENTIAL

SCA000540411

# EXHIBIT 74

# FILED UNDER SEAL

Message

| | |
|---|---|
| **From:** | Kent Thiry [kent.thiry@davita.com] |
| **Sent:** | 10/20/2014 9:39:32 AM |
| **To:** | Hayek, Andrew [andrew.hayek@scasurgery.com] |
| **Subject:** | misc |

Someone called me to suggest they reach out to your senior biz dev guy for our corresponding spot.

I explained I do not do proactive recruiting into your ranks.

Hope all is well.

KT



EXHIBIT
PX 318
Kent Thiry
8.16.24



GX

21-cr-229

46

HIGHLY CONFIDENTIAL     DVA00002767

# EXHIBIT 75

# FILED UNDER SEAL

| | |
|---|---|
| From: | Mosley, Shannon |
| To: | Johnston, Andy |
| Sent: | 11/1/2013 12:46:39 PM |
| Subject: | RE: SCA Gentlemen's Agreement |

OK, let me call her. I just talked w/Bill and he wanted me to make double sure that Pat did reach out to Gary and we in no way reached out to her first. He also agreed that she shouldn't tell Andrew until we know we want to offer her the job.

**From:** Johnston, Andy
**Sent:** Friday, November 01, 2013 11:30 AM
**To:** Mosley, Shannon
**Subject:** RE: SCA Gentlemen's Agreement

Yes, Bill and Ted. Hopefully Pat will be okay telling that to Andrew. I don't think she needs to do that unless she actually is offered the job.

**From:** Mosley, Shannon
**Sent:** Friday, November 01, 2013 11:28 AM
**To:** Johnston, Andy
**Subject:** FW: SCA Gentlemen's Agreement

Yikes, she is not going to want to do that. But I will check. Would you bring Ted and Bill if Pat is out? Or do we regroup altogether?
Thanks,
Shannon

**From:** Wilcox, Bill
**Sent:** Friday, November 01, 2013 11:22 AM
**To:** Brodnax, Brett
**Cc:** Johnston, Andy; Wilcox, Bill; Mosley, Shannon
**Subject:** Re: SCA Gentlemen's Agreement

We do have that agreement and want to stick by it. If she indeed did approach us, and is willing to tell Andrew that I'm ok

Sent from my iPhone

On Nov 1, 2013, at 11:16 AM, "Brodnax, Brett" <BBrodnax@uspi.com> wrote:

Bill had this discussion with Andrew at SCA. I assume SCA doesn't know that Pat is looking around for a job? Bill, does our agreement apply if they approach us? Not sure exactly what you and Andrew agreed to. thanks

**From:** Johnston, Andy
**Sent:** Friday, November 01, 2013 10:57 AM
**To:** Brodnax, Brett
**Cc:** Mosley, Shannon
**Subject:** SCA Gentlemen's Agreement

We are working to schedule Pat Jepsen to come to Dallas to interview with Niels, me, and others for the Chicago RVP job. She is the turn-around person from SCA that we discussed. Shannon mentioned that we have a verbal agreement with SCA to not poach their folks, so we wanted to make sure you were comfortable with scheduling Pat before we proceed. If it helps, she heard of the position from one of our Administrators in Chicago and inquired about it – we did not seek her out.



**EXHIBIT**
PX- 513

CONFIDENTIAL

USPI_CIV_000011929

Andy

---

Andy Johnston
Group President
United Surgical Partners International
713-343-0828 office
214-769-9906 mobile

CONFIDENTIAL

USPI_CIV_000011930

# EXHIBIT 76

# FILED UNDER SEAL

| | |
|---|---|
| From: | Belknap, Megan </O=UNITED SURGICAL PARTNERS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MBELKNAP> |
| To: | Cagle, Jason |
| CC: | Walker, James - Corp Acct; Martin, Tony |
| Sent: | 12/19/2014 4:16:05 PM |
| Subject: | RE: Overhead Benchmarking |
| Attachments: | SCA Department Comparison.xlsx |

Hey, Jason –

Here's the team's first stab at this. It's probably not 100% perfect, but it's definitely directionally correct. I added a couple of lines and notes for just a little further clarification as to what we were putting where (hid column G that has some of our notes as to how we pulled the various numbers).

Let me know if they have any questions – happy to go back and forth, if need be.

Thanks,

**Megan Belknap, CPA**
Vice President, Corporate Accounting
United Surgical Partners International
T: (972) 713-3581 I F: (972) 534-1472
mbelknap@uspi.com

---

**From:** Cagle, Jason
**Sent:** Monday, December 08, 2014 2:30 PM
**To:** Belknap, Megan; Walker, James - Corp Acct; Martin, Tony
**Subject:** FW: Overhead Benchmarking

I want to compare G&A with SCA. See their starting point for categories. Any changes you would suggest?

---

**From:** Mathis, Brian [mailto:Brian.Mathis@scasurgery.com]
**Sent:** Sunday, December 07, 2014 3:29 PM
**To:** Cagle, Jason
**Cc:** Smith, Julie
**Subject:** Re: Overhead Benchmarking

Jason,

Here is a draft template as a starting point. Let me know if you would suggest any changes or want to review what the departments are before we both fill it in. At one point in the past I think we had done both number of FTEs and dollars. Do you want to take that approach again?

Best,
Brian


---------------------------------------------------------------------------
This message was secured by ZixCorp(R).

EXHIBIT

PX 138

exhibitsticker.com

USPI_CIV_000122239

# EXHIBIT 77

# FILED UNDER SEAL

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

DOJ-PROD00-B-00152893

Message

| From: | Hayek, Andrew [Andrew.Hayek@scasurgery.com] |
| --- | --- |
| Sent: | 10/16/2015 7:23:15 AM |
| To: | Fanning, Bridie [Bridie.Fanning@scasurgery.com] |
| Subject: | Companies to recruit from |
| Attachments: | Companies for SCA to Recruit From - AH[1].pptx |

Bridie:

This list looks great. I have some minor edits to the attached version, including:

- Putting a line through and making the text red for current partners/customers that we should not recruit from.
- Putting two companies in italics (USPI and DaVita) — we can recruit junior people (below Director), but our agreement is that we would only speak with senior executives if they have told their boss already that they want to leave and are looking.
- Made some notation of some not-for-profit health systems that are listed on the for-profit page — they should be shifted to the large not-for-profit health systems page.

Best,
Andrew

**Andrew Hayek**
Chairman & Chief Executive Officer
Surgical Care Affiliates | www.scasurgery.com
520 Lake Cook Road, Suite 250 | Deerfield, IL 60015
847.236.0924 (o) | 847.504.9106 (c) | andrew.hayek@scasurgery.com



EXHIBIT
PX 159
7-17-24

GX
21-cr-229
67-3

CONFIDENTIAL GRAND JURY MATERIAL

# Surgical Service Companies

- Ambulatory Healthcare Strategies
- Ambulatory Surgical Centers of America
- AmSurg
- ~~Arise Healthcare~~
- Artisan Medical
- ASD Management
- ASCOA
- Avanza Healthcare Strategies
- Blue Ship Surgery Center Partners
- C/N Group
- Community Care
- Constitution Surgery Centers
- Covenant Surgical Partners
- Elite Surgical Affiliates
- Eveia Health Consulting Management
- Facility Development & Management
- Global Surgical Partners
- Foundation HealthCare
- Hospital Corporation of America
- Interventional Management Services
- Laser Spine Institute
- MMX Healthcare
- Medical Consulting Group
- Medical Facilities Corporation
- Meridian Surgical Partners
- Merritt Healthcare
- Murphy Healthcare Group

- Nikitis Resource Group
- Northstar Healthcare
- Nueterra Healthcare
- Outpatient Healthcare Strategies
- PCI – HealthDev.
- PhyBus
- Physicians Endoscopy
- Physicians Surgery Centers
- Pinnacle III
- Practice Partners in Healthcare
- Quorum Health Resources
- Regent Surgical Health
- Sovereign Healthcare
- Spine Centers of America
- SurgCenter Development
- Surgem
- Surgery One
- Surgery Partners
- ~~Surgical Care Affiliates~~
- Surgical Development Partners
- Surgical Management Professionals
- Symbion Healthcare
- **Tenet Healthcare**
- ~~Texas Health Partners~~
- *United Surgical Partners International*
- Vantage Outsourcing
- Visionary Enterprises

GX
21-cr-229
70-1



1

DOJ-PROD001B-00152895

# Large For Profit Hospital Companies

- AHMC Healthcare
- Ardent Health Services
- Cancer Treatment Centers of America
- Capella Healthcare
- Community Health Systems
- HCA
- IASIS Healthcare
- LifePoint Hospitals
- National Surgical Hospitals
- Prime Healthcare Services
- RegionalCare Hospital Partners
- Steward Health Care System
- **Tenet Healthcare**
- Universal Health Systems
- Victory Healthcare

**SCA**

# Large Non-for-Profit Health Systems

- Adventist Health System
- Ascension Health
- Aurora Health Care
- Banner Health
- Baptist Memorial Health Care
- Baylor/Scott & White
- Bon Secours Health System
- Carolinas HealthCare System
- Catholic Health
- Catholic Healthcare Partners
- CHE – Trinity Health
- CHRISTUS Health
- Dignity Health
- Franciscan Alliance
- Intermountain Health Care
- Kaiser Permanente
- Mercy
- New York – Presbyterian Healthcare System
- New York City Health and Hospitals Corporation
- North Shore-Long Island Jewish Healthcare System
- Providence Health and Services
- SSM Health Care
- Sutter Health
- **Texas Health Resources**
- UnityPoint Health
- UPMC



Case: 1:21-cv-00305 Document #: 742-7 Filed: 04/10/26 Page 175 of 216 PageID #:3556

# For Profit Ancillary Services/other Multi Site Companies

- 21st Century Oncology
- Apria
- AHMC Healthcare
- Allina Health (not for profit)
- American HomePatient
- Amedysis
- Baptist Health (not for profit)
- Baptist Memorial Healthcare Corp (not for profit)
- Brookdale Senior Living
- Concentra
- Critical Care Systems
- CVS Caremark
- *DaVita Healthcare Partners*
- Dignity Healthcare (not for profit)
- DSI Renal
- Emcare
- Emeritus Corp
- Envision Healthcare Holdings
- FHC Health Systems
- Five Star Quality Care
- Fresenius
- Genesis Healthcare
- Gentiva
- Hanger Orthopedic
- HCA
- HCR Manor Care
- Healthsouth
- ~~Indiana University Health~~
- Intuitive Surgical, Inc.
- IPC Healthcare

- John Hopkins Hospital System (not for profit)
- Kindred
- Laboratory Corp of America
- Lincare Holdings
- Mariner Healthcare
- MedAssets
- MEDNAX, Inc.
- Med Express
- Methodist Health System (not for profit)
- Methodist Le Bonheur Healthcare (not for profit)
- Partners Healthcare System (not for profit)
- Prime Health Services
- Psychiatric Solutions
- RadNet
- RESCare
- Sanford Health
- Sava Senior Care
- Select Medical
- Skilled Healthcare Group
- Sound Physicians
- Spectrum Health
- St. Vincent Health
- Sun Healthcare Group
- Team Health
- University of California Health System
- US Healthworks
- US Physical Therapy
- US Renal Care
- Vanguard Health
- Vantage
- Walgreens



Case: 1:21-cv-00305 Document #: 742-7 Filed: 04/10/26 Page 176 of 216 PageID #:3557

# Large Physician Groups

- Accountable Health Care
- Advanced Medical Management Inc.
- **Adventist Health Physicians Network IPA**
- Affinity Medical Group
- Alameda Health Partners
- AllCare IPA
- Allied Physicians of California
- AltaMed Health Services
- AppleCare Medical Group Inc.
- Austin Regional Clinic
- Bakersfield Family Medical Center
- Bayhealth Physician Alliance
- Beaver Medical group, Redlands
- Brown & Toyland Physicians
- California Pacific Physicians Medical Group
- CareMore Medical Group
- Catholic Health Initiatives
- Cedars-Sinai Medical Group
- Central Ohio PrimaryCare Physicians Inc.,
- Children's Physicians Medical Group
- Chinese Community Healthcare Association
- Choice Medical Group
- Cigna Medical Group
- Citrus Valley Independent Physicians
- Colorado Permanente Medical Group
- Conifer Health Solutions
- Continuecare Corporation
- DCHS Medical Foundation
- Desert Oasis Healthcare
- Dignity Health Foundation

- Edinger Medical Group
- Empire Physicians Medical Group
- Everett Clinic
- Facey Medical Foundation
- Golden Empire Managed Care
- Good Samaritan Medical Practice Association
- Greater Newport Physicians Medical Group
- Healthcare Partners
- Heritage Provider Network
- High Desert Medical Group
- Hill Physicians Medical Group, Inc
- John Muir Physician Network
- Lakeside Community Healthcare
- Lakeside Medical Group, Inc.
- Lakewood IPA
- Loma Linda University Health Care
- Maverick Medical Group
- Med3000
- MedPoint Management
- MemoricalCare Medical Group
- Meritage Medical Network
- Mid-Atlantic Permanente Medical Group, P.C.
- **Molina Medical Centers**
- ~~Monarch HealthCare~~
- MSO of Puerto Rico
- Muir Medical Group, IPA
- NAMM
- New West Physicians, P.C.
- Northwest Permanente, P.C.
- Omnicare Medical Group



5

DOJ-PROD001B-00152899

# Large Physician Groups Continued

- Permanente Medical Group
- Physicians DataTrust
- Physicians Choice Medical Group of San Luis Obispo
- Physicians Medical Group of Santa Cruz
- Physicians Choice Medical Group of Santa Maria
- Physicians of Southwest Washington
- PIH Health Physicians
- Pioneer Medical Group
- Preferred IPA of California
- Prospect Medical Group
- Providence Health & Services
- Providence Medical Management Services
- RiverCity Medical Group
- Riverside Medical Clinic
- Riverside Physician Network
- St. Joseph Heritage Healthcare
- San Bernardino Medical Group
- San Diego Physicians Group
- Sansum Clinic
- Santa Clara County IPA
- Sante Health System
- Scripps Coastal Medical Center
- Sharp Community Medical Group
- Sharp Rees-Stealy Medical Group

- Southern California Permanente Medical Group
- Sutter Health Foundations & Affiliated Groups
- SynerMed
- Torrance Hospital IPA
- Triad HealthCare Network, LLC
- UCLA Medical Group
- USC Care Medical Group, Inc.
- WellMed Medical Group

Case: 1:21-cv-00305 Document #: 742-7 Filed: 04/10/26 Page 178 of 216 PageID #:35559

**SCA**

# Health Insurance and Managed Care

- Aetna
- Anthem
- BlueCross Blue Shield
- Blue Cross Blue Shield Michigan
- Cambia
- Caremore
- Centene
- Cigna
- FL Blue
- Health Net
- HCSC
- Highmark
- Humana
- Magellan Health
- Minnetonka
- **Molina**
- Optum
- Triple –S Management
- United Health Group
- Universal American
- Wellcare

Case: 1:21-cv-00305 Document #: 742-7 Filed: 04/10/26 Page 179 of 216 PageID #:35560

**SCA**

DOJ-PROD001B-00152901

# Healthcare Consulting/Brokerage

- Accenture
- Alliant
- Aon Hewitt
- Arthur J. Gallagher & Co.
- Booz Allen Hamilton
- **Advisory Board Co.**
- Alvarez & Marsal
- Aon
- Bain & Company
- **Beacon Partners**
- BDC Advisors
- Blue Ridge Partners
- Booz Allen Hamilton
- Boston Consulting Group
- Buck
- Camden Group
- Cain Brothers & Company
- Chartis
- Crowe Horwath
- CTG Healthcare Solutions
- Deloitte Consulting LLP
- ECG
- E&Y (Ernst & Young)
- FTI Consulting
- Healthcare Futures
- Healthcare Strategies & Solutions
- IDEO
- Juniper Advisory
- Kaufman Hall
- Keenan & Associates

- Kurt Salmon
- Houlihan Lokey
- Huron Healthcare
- KPMG
- Lockton
- Leerink Partners
- LEK Consulting
- Marwood Group
- McKinsey
- Mercer/Marsh
- MTS Health Partners
- Navigant Consulting
- Oliver Wyman
- Perficient
- Ponder & Co.
- Provident Healthcare Partners
- PwC
- Quorum Health Resources
- **SOLIC**
- **Sg2**
- Strategy
- The Segal Group
- Towers Watson
- Triple Tree
- Veralon



Case: 1:21-cv-00305 Document #: 742-7 Filed: 04/10/26 Page 180 of 216 PageID #:35561

# Healthcare Technology & Informatics

- **Advisory Board**
- Amerinet
- AmerisourceBergen
- 3M Health Informations System
- ADP AdvancedMD
- Agilex Technologies, Inc.
- Alere
- AllScripts
- Amcom Software, Inc.
- Anthelio Healthcare Solutions
- **Athenahealth**
- Availity
- Baxter
- Becton Dickinson
- **Beacon Partners**
- Boston Scientific
- Brightree
- Brocade
- Capario
- Capsule Tech, Inc.
- Cardinal
- CareFusion
- CareTech Solutions
- **Castlight**
- Cerner Corp.
- Cognizant
- Compugroup Medical
- CPSI
- Craneware, Inc.
- CSC

- CTG
- Cumberland Consulting Group
- Dell, Inc.
- E Healthline
- eClinicalWorks
- Edaptive (ECI Healthcare)
- Edifecs, Inc
- Elsevier
- EMC
- Emdeon
- Encore Health Resources
- Epic Systems Corp.
- ESD
- Experian Health
- GE Healthcare
- Greenway Health, LLC
- Harris Corporation
- Health Data Specialists, LLC
- Healthland
- HealthPort Technologies, LLC
- HealthSource
- Healthstream, Inc
- Healthtrust
- IBM
- Impact Advisors
- Imprivata
- Infor (Lawson)
- Infosys
- InterSystems



Case: 1:21-cv-00305 Document #: 742-7 Filed: 04/10/26 Page 181 of 216 PageID #:3562

# Healthcare Technology & Informatics Continued

- IOD Incorporated
- Kronos Incorporated
- Latric Systems, Inc.
- Leidos, Inc.
- McKesson
- MedAssets, Inc.
- MedeAnalytics, Inc.
- MEDHOST, Inc.
- MEDITECH
- Medtronic
- Mediware Information Systems
- Medseek
- Merge Healthcare
- M-Model
- Navicure
- NEC Corporation of America
- Netsmart
- Nexus Connected Healthcare
- Novation
- Nordic Consulting Partners
- Northrop Grumman Corp.
- NTT DATA, Inc.
- Nuance Communications
- OnBase by Hyland Software
- Optum
- Oracle
- Orion Health
- Perceptive Software
- Perficient, Inc.
- Philips Healthcare
- Premier Inc.

- QuadraMed Corp
- Quality Systems, Inc.
- Quintiles
- SAS
- SCC Soft Computer
- Siemens
- Source Medical Solutions, Inc.
- Spi Healthcare
- SSI Group
- Sunquest Information Systems, Inc.
- Surgical Information Systems
- Syntel, Inc.
- TeleTracking Technologies, Inc.
- Trizett
- T-System
- Vocera Communications, Inc.
- Wipro Technologies
- Wolters Kluwer Health
- ZirMed, Inc.
- Zynx Health



Case: 1:21-cv-00305 Document #: 742-7 Filed: 04/10/26 Page 182 of 216 PageID #:35563

# Healthcare Population Health/Analytics

- Accretive
- **Advisory Board**
- Evolent
- Health Catalyst
- McKesson
- Optum
- **Sg2**
- Valence
- xG

Case: 1:21-cv-00305 Document #: 742-7 Filed: 04/10/26 Page 183 of 216 PageID #:35564



# Healthcare -Other

- Accoloade
- ActiveHealth
- **Athenahealth**
- Best Doctors
- **Castlight**
- Healthways
- Imagine Health
- Ingenix
- National Business Group on Health
- Quantum Health
- Redbrick Health
- WebMD



Case: 1:21-cv-00305 Document #: 742-7 Filed: 04/10/26 Page 184 of 216 PageID #:35565

# Investment Banks

- AGC Partners
- Baird
- Bank of America Merrill Lynch
- Barclays Capital
- Blackstone
- BMO Harris
- Cain Brothers
- Citibank
- Cowen & Co.
- Credit Suisse
- Deutsche Bank
- Evercore Partners
- GCA Savvian
- **Goldman Sachs**
- Guggenheim Partners
- Hammond Hanlon
- Harris Williams & Co.
- Houlihan Lokey
- Janney Montgomery Scott
- Jefferies JMP Securities
- JP Morgan Chase
- Kaufman Hall
- KeyBanc Capital Markets
- Lazard/Lazard Middle Market
- Lincoln International
- Moelis & Company
- Morgan Joseph TriArtisan
- Morgan Stanley
- Needham & Company
- Nomura
- Oppenheimer

- Perella Weinberg
- Peter J. Solomon Company
- Piper Jaffray
- Raymond James
- RBC Capital Markets
- Rothschild
- Signal Hill
- Stifel Nicolaus
- SunTrust Robinson Humphrey
- UBS Securities
- Wells Fargo & Company
- William Blair & Co.

Case: 1:21-cv-00305 Document #: 742-7 Filed: 04/10/26 Page 185 of 216 PageID #:3566



# Private Equity/Venture Capital

- American Capital
- Apax Partners
- Apple Tree Partners
- Ares Manangement
- Arsenal Capital Partners
- Audax Group
- Bain Capital
- Beecken Petty O'Keefe & Company
- Clayton Dublier & Rice
- Cressey & Company
- Deerfield Management
- DW Healthcare Partners
- Essex Woodlands
- Flexpoint Ford
- Frazier Healthcare Ventures
- Friedman, Fleischer, and Lowe, LLC
- Frontenac Company
- General Atlantic
- **Goldman Sachs** Private Equity
- GTCR
- Gurnet Point Capital
- Harvest Partners
- Health Enterprise Partners
- Healthbox
- Hellman & Friedman
- J.H. Whitney & Co.
- JLL Partners
- Kaiser Permanente Ventures
- Kohlberg Kravis Roberts & Co.
- Lee Equity Partners
- Lincoln International

- Lincoln International
- Linden Capital Partners
- LLR Partners
- Madison Dearborn Partners
- Metalmark Capital
- MTS Health Investors
- Navigator Health Partners
- Nemo Capital Partners
- New Spring Capital
- OMERS Capital
- Ontario Teachers Pension Plan
- Pamplona Capital Management
- Persistence Capital Partners
- Pritzker Group Private Capital
- Riverside Company
- Riverside Partners
- Roundtable Healthcare Partners
- Spindletop Partners
- Sterling Partners
- Summit Partners
- SV Life Sciences
- TA Associates
- Thomas H. Lee
- TPG Capital
- Vesey Street Capital Partners
- Water Street Partners
- Waud Capital Partners
- Welsh, Carson, Anderson, & Stowe



Case: 1:21-cv-00305 Document #: 742-7 Filed: 04/10/26 Page 186 of 216 PageID #:3567

# Ortho Manufacturers

- Stryker
- Biomet
- Dupuy

Case: 1:21-cv-00305 Document #: 742-7 Filed: 04/10/26 Page 187 of 216 PageID #:35568

**SCA**

# EXHIBIT 78

# FILED UNDER SEAL

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

DOJ-PROD004-00476230

| From: | Bridie.Fanning@scasurgery.com |
| To: | Nate Haines |
| Sent: | 10/27/2015 9:50:19 AM |
| Subject: | Re: Craig McKessar (from DaVita) |

Nate, if he can get this leaders permission to pursue SCA then fine – otherwise no – Davita is a no go for us.

regards, Bridie

Bridie Fanning
Chief Talent Officer
Surgical Care Affiliates | www.scasurgery.com <http://www.scasurgery.com/>
520 Lake Cook Road, Suite 250 | Deerfield, IL 60015
847.236.0941 (o) | 203.427.1789 (c) | bridie.fanning@scasurgery.com



EXHIBIT
PX 170
7-17-24

On 10/27/15, 9:31 AM, "Nate Haines" <Nate.Haines@russellreynolds.com> wrote:

>Hi Bridie,
>
>I wanted to pass along the information below. Does this change our situation? I don't believe so but wanted to let you to make the call. Craig lives in Phoenix and is willing to relocated to SoCal. We met by phone and he is very excited about a the SCA opportunity. Based on our initial discussion he is someone I was excited about but just getting to know. He has significant sales experience and during our initial conversation was able to discuss specific examples. He had a great run at Baxter Healthcare and has been at DaVita as part of Lifeline since 2011. His resume is attached.
>
>-Nate
>
>-----Original Message-----
>From: Nate Haines
>Sent: Tuesday, October 27, 2015 7:01 AM
>To: mckessar@cox.net
>Subject: Re: Input: Craig McKessar VC (SCA Regional VP)
>

GX
21-cr-229
278

>Thank you, Craig. I will share this information with SCA and get back to you with an answer. -Nate
>
>> On Oct 26, 2015, at 10:30 PM, "mckessar@cox.net" <mckessar@cox.net> wrote:
>>
>> Hi Nate,
>>
>> Thank you for the informative call earlier today. Based upon that discussion, I think it is important to share the following which hopefully will re-open the opportunity for me with SCA.
>>
>> * Work for Lifeline which is a separate division from DaVita
>> * Not involved in the day to day operations of Healthcare Partners or DaVita
>> * Made aware of this opportunity separately from a friend and was going to pursue on my own
>> * Currently pursuing other career opportunities outside of DaVita Healthcare Partners at this time
>>
>> All of this information as you know is highly confidential, but I felt it important to share as I believe my experience and knowledge of the surgery center market would greatly benefit both organizations.
>>
>>
>> Kind Regards, Craig
>>

RRA-PROB904-00476231

```
>>
>>
>>
>> ---- Nate Haines <Nate.Haines@russellreynolds.com> wrote:
>>>
>>>
>>> --------------------------------------------------------------------
>>> - This email may contain confidential information. If you are not the
>>> intended recipient, you should notify the sender and delete the email and any attachment.
>>> All emails sent and received by members of Russell Reynolds
>>> Associates are scanned for viruses and may be monitored centrally. If
>>> you have sent personal information to Russell Reynolds Associates,
>>> please read our Privacy Policy by clicking
>>> http://www.russellreynolds.com/content/privacy-policy
>
>--------------------------------------------------------------------
>This email may contain confidential information. If you are not the intended recipient, you should
notify the sender and delete the email and any attachment.
>All emails sent and received by members of Russell Reynolds Associates are scanned for viruses and
may be monitored centrally.
>If you have sent personal information to Russell Reynolds Associates, please read our Privacy
Policy by clicking http://www.russellreynolds.com/content/privacy-policy
```

# EXHIBIT 79

# FILED UNDER SEAL



EXHIBIT
PX12
Michael D. Staffieri
04.05.2024

| From: | Kent Thiry <kent.thiry@davita.com> |
|-------|-----------------------------------|
| To: | Scott Doniger <scott.doniger@davita.com> |
| CC: | Javier Rodriguez <javier.rodriguez@davita.com>;Joe Mello <joe.mello@davita.com>; <jim.rechtin@davita.com>;Dennis Kogod <dennis.kogod@davita.com>;Mike Staffieri <mike.staffieri@davita.com> |
| Sent: | 11/16/2015 12:00:22 AM |
| Subject: | search firm strategy/etc |

Pls let all search firms know, when appropriate, to go after greg Hartman and rob mahan companies. They have both taken dva folks lately. Time to make them pay.

On rad partners, we can evaluate whether to call off the truce or not.

Confidential

DVA_OMCEAL_000387563

# EXHIBIT 80

# FILED UNDER SEAL

Message

| | |
|---|---|
| **From:** | Fanning, Bridie [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CEE4F44765FA4EEB82AA50016B1A2A9D-FANNING, BR] |
| **Sent:** | 12/12/2015 7:56:53 AM |
| **To:** | Hayek, Andrew [andrew.hayek@scasurgery.com] |
| **CC:** | Rucker, Michael [michael.rucker@scasurgery.com] |
| **Subject:** | Re: USPI |
| **Attachments:** | ~WRD000.jpg |

Andrew, sorry about this, I've recommunicated this to our firms. The good news is it shows that Heidrick working the search again, although we haven't seen a new candidate resume since October when they presented the TGS slate.

Regards, Bridie

**Bridie Fanning**
Chief Talent Officer
Surgical Care Affiliates | www.scasurgery.com
520 Lake Cook Road, Suite 250 | Deerfield, IL 60015
847.236.0941 (o) | 203.427.1789 (c) | bridie.fanning@scasurgery.com

---

**From:** "Hayek, Andrew"
**Date:** Tuesday, December 8, 2015 at 1:02 PM
**To:** "Rucker, Michael", Bridie Fanning
**Subject:** USPI

FYI — see below. We should continue to flag USPI on our "do not call" list to recruiters — is OK if we get an inbound inquiry and the leader has communicated within USPI that they want to leave, but outbound calls should not be occurring. If we want to revisit our relationship with USPI, then that's something we can do (I would speak with Bill about it and let him know that we're changing our relationship), but until then, we should not be making outbound calls to them.

Best,
Andrew

**Andrew Hayek**
Chairman & Chief Executive Officer
Surgical Care Affiliates | www.scasurgery.com
520 Lake Cook Road, Suite 250 | Deerfield, IL 60015
847.236.0924 (o) | 847.504.9106 (c) | andrew.hayek@scasurgery.com



EXHIBIT
PX160
7-17-24

---

**From:** "Wilcox, Bill" <BillW@uspi.com>
**Date:** Tuesday, December 8, 2015 at 9:02 AM
**To:** Andrew Hayek <Andrew.Hayek@scasurgery.com>
**Subject:** FW: SVP, West - Surgical Care Affiliates (Publicly Traded)

This message was sent securely using ZixCorp.

Hi Andrew, I trust all is well. Just wanted to let you know that Heidrick is reaching out to a couple of our execs. I'm sure they are not aware of our understanding. I bet you had a great family time at Thanksgiving, and wish you the best for the upcoming holidays too. Hope to see you soon, bill

Confidential

SCA000002866

**From:** Alice Bae [mailto:hit-reply@linkedin.com]
**Sent:** Tuesday, December 01, 2015 1:36 PM
**To:** Burke, Aric
**Subject:** SVP, West - Surgical Care Affiliates (Publicly Traded)

Hi Aric -

By way of introduction, I am a member of Heidrick's healthcare services practice, and you were referred to me by a colleague for a search we are conducting. We are partnering with a leading healthcare services company (publicly traded) to recruit a strategic leader to join the organization as a Senior Vice President to drive growth and excellence in delivery of care in the Western United States, including California, New Mexico, Utah, Nevada, Idaho, and Arizona today.

This highly collaborative and consultative leader will have full P&L responsibility for ~50 existing sites. However, unlike traditional day-to-day operations roles, this individual will not only lead existing operations, he/she will build and drive the growth strategy for their markets, targeting innovative new partnerships with health systems, health plans and other risk bearing entities, physician groups and other key stakeholders. He/she will innovate, benchmark, pilot and scale new services and initiatives that will transform the business and clinical delivery.

I have no idea if you are currently keeping your options open, however, I would love to introduce myself more personally and gain your insights on this opportunity and any networking help that you might be able to provide. Please let me know of a good time to spend 10-15 minutes.

Best,
Alice

Alice Bae
Engagement Manager at Heidrick & Struggles
abae@heidrick.com
312-496-1753



View Alice's LinkedIn profile

This email was intended for Aric Burke (Market President at United Surgical Partners International). Learn why we included this.

You are receiving InMail notification emails. Unsubscribe

If you need assistance or have questions, please contact LinkedIn Customer Service.

© 2015, LinkedIn Corporation. 2029 Stierlin Ct. Mountain View, CA 94043, USA



CONFIDENTIALITY NOTICE: This message and any attachments are for the sole use of the intended recipient(s). This message is

Confidential

SCA000002867

confidential and may also be privileged. If you are not the intended recipient, please contact the sender immediately, delete the contents of this message and do not use it for any purpose.

---------------------------------------------------------------

This message was secured by ZixCorp(R).

Confidential

SCA000002868

# EXHIBIT 81

# FILED UNDER SEAL



CONFIDENTIAL

**EXHIBIT**
PX 99
Shannon McGarry
06.11.24

# EXHIBIT 82

# FILED UNDER SEAL

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER DOJ-PROD-0025580157126

Message

| | |
|---|---|
| **From:** | Fanning, Bridie [Bridie.Fanning@scasurgery.com] |
| **Sent:** | 4/26/2016 2:45:53 PM |
| **To:** | Hayek, Andrew [Andrew.Hayek@scasurgery.com] |
| **Subject:** | Re: Introduction - Andrew Kay - Davita |

Got it...just wanted to check

**Bridie Fanning**
Chief Talent Officer
Surgical Care Affiliates | www.scasurgery.com
520 Lake Cook Road, Suite 250 | Deerfield, IL 60015
847.236.0941 (o) | 203.427.1789 (c) | bridie.fanning@scasurgery.com

---

**From:** "Hayek, Andrew"
**Date:** Tuesday, April 26, 2016 at 2:36 PM
**To:** Bridie Fanning
**Subject:** Re: Introduction - Andrew Kay - Davita

I think the same rules apply — would give him the message that we would only engage if he had already shared with his supervisor that he wants to explore outside opportunities and speak with SCA — we're in a very sensitive stage right now with DaVita — Best, Andrew

---

**From:** "Fanning, Bridie" <Bridie.Fanning@scasurgery.com>
**Date:** Saturday, April 23, 2016 at 12:39 PM
**To:** Andrew Hayek <Andrew.Hayek@scasurgery.com>
**Subject:** FW: Introduction - Andrew Kay - Davita

Andrew, I think I probably know the answer...but I thought I'd ask, this possible candidate has reached out to me and is a Senior Group Director of Ops with DaVita, is it a no-go?, I can of course diplomatically explain that Davita is a partner and we don't recruit from partners without explicit permission, but I thought I'd at least ask since he's not at the VP level.

Regards, Bridie

**Bridie Fanning**
Chief Talent Officer
Surgical Care Affiliates | www.scasurgery.com
520 Lake Cook Road, Suite 250 | Deerfield, IL 60015
847.236.0941 (o) | 203.427.1789 (c) | bridie.fanning@scasurgery.com

---

**From:** Andrew Kay
**Reply-To:** Andrew Kay
**Date:** Saturday, April 23, 2016 at 12:29 PM
**To:** Bridie Fanning
**Subject:** Introduction - Andrew Kay

Hello Ms. Fanning,



EXHIBIT
PX171
7-17-24

GX
21-cr-229
81

CONFIDENTIAL GRAND JURY MATERIAL

SCA-DOJ-00156929

My name is Andrew Kay and I am writing for share my profile with hopes of learning more about SCA. I am currently a Senior (Group) Director of Operations with DaVita Kidney Care in Dallas, with operational oversight of 36 outpatient dialysis clinics and 500 teammates across Dallas-Ft. Worth. My last three years with DaVita have been highly rewarding in many ways, and my team has orchestrated one of DaVita's biggest success stories over this period. In the future, though, I would like to explore opportunities with high-growth healthcare services companies that share the values of DaVita but that are in earlier stages of maturity than DaVita. I would be happy to share my resume if you feel it would be worth keeping on file, and I would welcome the opportunity to speak with you or someone from your team at some point in the future.

Thank you very much for your consideration and have a great weekend.

Andrew Kay
(214) 931-9472
alkay11@gmail.com or andrew.kay@davita.com

Reply    Not interested

View Andrew's LinkedIn profile

Experience



### Group Director of Operations
DaVita Kidney Care
June 2015 – Present (11 months)Dallas/Fort Worth Area

Operational and P&L oversight for 35 outpatient dialysis clinics across Dallas-Fort Worth including 500 employees.



### Regional Operations Director
DaVita Kidney Care
March 2013 – June 2015 (2 years 4 months)Dallas/Fort Worth Area

Operational and P&L oversight for 19 outpatient dialysis clinics in Dallas-Fort Worth including 200 employees.

### Partner
RKS Group
April 2008 – March 2013 (5 years)Dallas/Fort Worth Area

Managed real estate and oil & gas investments for a private fund.



### Consultant
The Boston Consulting Group
September 2006 - February 2008 (1 year 6 months)Los Angeles, CA

Strategy consultant with case focus on corporate M&A, acquisition integration, and growth strategy. Industry focus on consumer, media, software and pharma.

CONFIDENTIAL GRAND JURY MATERIAL

## Sr. Consultant
Gemini Consulting
September 2000 – June 2004 (3 years 10 months)Cambridge, MA

Strategy consultant with case focus on growth strategy, operations, and business transformation. Industry focus on telecom, media & entertainment.

You are receiving InMail notification emails. Unsubscribe
This email was intended for Bride Fanning (Chief Talent Officer at Surgical Care Affiliates). Learn why we included this.

If you need assistance or have questions, please contact LinkedIn Customer Service

© 2016, LinkedIn Corporation. 2029 Sterlin Ct. Mountain View, CA 94043, USA

CONFIDENTIAL GRAND JURY MATERIAL

# EXHIBIT 83

# FILED UNDER SEAL

| | |
|---|---|
| **From:** | Andrew Kay <alkay11@gmail.com> |
| **Sent:** | Tuesday, April 26, 2016 3:53 PM |
| **To:** | Fanning, Bridie <Bridie.Fanning@scasurgery.com> |
| **Subject:** | RE: Introduction - Andrew Kay |

Hi Bridie – I appreciate the note. I wasn't aware that DaVita had such partnerships but I do now. Have a great rest of your day.

Andrew

**From:** Fanning, Bridie [mailto:Bridie.Fanning@scasurgery.com]
**Sent:** Tuesday, April 26, 2016 2:59 PM
**To:** alkay11@gmail.com
**Subject:** Re: Introduction - Andrew Kay

Dear Andrew, firstly, thank you for proactively reaching out and sharing your experience and background with us. DaVita are priority strategic partners for us and we have a company policy that we don't recruit from our clients and strategic partners unless candidates have been given explcit permission by their employers that they can be considered for employment with us. Sorry we are unable to consider you at this time and hopefully you will understand that these key partnerships are of the utmost importance to us.

We wish you every success in your future endeavors and success at DaVita.

Warm regards, Bridie

**Bridie Fanning**
Chief Talent Officer
Surgical Care Affiliates | www.scasurgery.com
520 Lake Cook Road, Suite 250 | Deerfield, IL 60015
847.236.0941 (o) | 203.427.1789 (c) | bridie.fanning@scasurgery.com

**From:** Andrew Kay
**Reply-To:** Andrew Kay
**Date:** Saturday, April 23, 2016 at 12:29 PM
**To:** Bridie Fanning
**Subject:** Introduction - Andrew Kay

**From:** Andrew Kay
**Reply-To:** Andrew Kay
**Date:** Saturday, April 23, 2016 at 12:29 PM
**To:** Bridie Fanning
**Subject:** Introduction - Andrew Kay



EXHIBIT
PX 172
7-17-24



GX
21-cr-229
83

Hello Ms. Fanning,

My name is Andrew Kay and I am writing for share my profile with hopes of learning more about SCA. I am

BF-ATR003-00019365

DOJ-PROD0014-00000002

currently a Senior (Group) Director of Operations with DaVita Kidney Care in Dallas, with operational oversight of 36 outpatient dialysis clinics and 500 teammates across Dallas-Ft. Worth. My last three years with DaVita have been highly rewarding in many ways, and my team has orchestrated one of DaVita's biggest success stories over this period. In the future, though, I would like to explore opportunities with high-growth healthcare services companies that share the values of DaVita but that are in earlier stages of maturity than DaVita. I would be happy to share my resume if you feel it would be worth keeping on file, and I would welcome the opportunity to speak with you or someone from your team at some point in the future.

Thank you very much for your consideration and have a great weekend.

Andrew Kay
(214) 931-9472
alkay11@gmail.com or andrew.kay@davita.com

| Reply | Not interested |
|-------|----------------|

View Andrew's LinkedIn profile

You are receiving InMail notification emails. Unsubscribe
This email was intended for Bridie Fanning (Chief Talent Officer at Surgical Care Affiliates). Learn why we included this.

If you need assistance or have questions, please contact LinkedIn Customer Service.

© 2016, LinkedIn Corporation. 2029 Stierlin Ct. Mountain View, CA 94043, USA



BF-ATR003-00019366

# EXHIBIT 84

# FILED UNDER SEAL

| | | |
|---|---|---|
| **From:** | Thu Nguyen <thu.nguyenac@davita.com> | |
| **To:** | Faisal Rashid; Colleen Arthur | |
| **Sent:** | 6/2/2016 6:56:55 PM | |
| **Subject:** | RE: ▮▮▮▮▮▮▮ | |
| **Attachments:** | image001.png; image002.png; image006.png; image007.png; image008.png | |

Hello-

Please see averages below:

| | Annual | MBP |
|---|---|---|
| GVP | $325,909 | $254,545 |
| DVP | $193,320 | $108,922 |
| GM | $278,746 | $200,000 |

If you have any questions or need additional data, please let me know.

Thank you!



**Thu Nguyen**
Analyst, Compensation
People Services | DaVita, Inc.
2000 16th Street, 10th Floor | Denver, CO 80202
Office: 303.876.2910 |
   Thu.NguyenAC@davita.com

DaVita is named among FORTUNE Magazine's Most Admired Companies six years in a row and ranked as one of the Most Democratic Places to Work by WorldBlu five years running.

---

**From:** Faisal Rashid
**Sent:** Thursday, June 02, 2016 12:13 PM
**To:** Colleen Arthur
**Cc:** Thu Nguyen
**Subject:** RE: ▮▮▮▮▮▮

Thanks Colleen and Thu.

Could you please put the avg. numbers for GVP/DVP and GMs (just averages) in one table and send it back to me? Thx.

**From:** Colleen Arthur
**Sent:** Thursday, June 2, 2016 10:40 AM
**To:** Faisal Rashid
**Subject:** FW: ▮▮▮▮▮▮▮

See distribution for GVP and DVP base and bonus across the Village:

| GVP | Annual | MBP |
|---|---|---|
| 25th | $299,998.40 | $200,000.00 |
| 50th | $300,000.19 | $250,000.00 |



EXHIBIT
PX 75
Colleen Arthur
05.23.2024

Confidential

DVA_OMCEAL_001321755

| | | |
|------|------------|------------|
| 75th | $350,001.60 | $300,000.00 |
| Average | $325,909.08 | $254,545.45 |

| DVP | Annual | MBP |
|---------|------------|------------|
| 25th | $174,981.49 | $100,000.00 |
| 50th | $189,349.99 | $100,000.00 |
| 75th | $210,863.82 | $125,000.00 |
| Average | $193,319.54 | $108,921.57 |

Also, the list of specific comparators:  (would not recommend sending this list to Maggie since TMs are outside of her lane)

| Name | Position | Base | MBP |
|------|----------|------|-----|
| Richard Nee | General Manager (VP level) | | |
| Amy Young | Gen Mgr (VP level) | | |
| Jason Cline | Gen Mgr (VP level) | | |
| Todd Ezrine | GVP | | |



**Thu Nguyen**
Analyst, Compensation
People Services | DaVita, Inc.
2000 16th Street, 10th Floor | Denver, CO 80202
Office: 303.876.2910 |
Thu.NguyenAC@davita.com

DaVita is named among FORTUNE Magazine's Most Admired Companies six years in a row and ranked as one of the Most Democratic Places to Work by WorldBlu five years running.

---

**From:** Colleen Arthur
**Sent:** Wednesday, June 01, 2016 2:22 PM
**To:** Thu Nguyen
**Cc:** Gary Main
**Subject:** RE:

Thanks —

For DVP and GVP, could you also pull in the 25th, 50th, 75th percentile?  (Just realize that that would be more helpful than the straight average) J

---

**From:** Thu Nguyen
**Sent:** Wednesday, June 01, 2016 2:18 PM
**To:** Colleen Arthur
**Cc:** Gary Main
**Subject:** RE:

Hi Colleen-

Please see below.

---

**From:** Colleen Arthur

Confidential

**Sent:** Wednesday, June 01, 2016 1:40 PM
**To:** Thu Nguyen
**Cc:** Gary Main
**Subject:** FW: ██████████████

Hi Thu,

Can you please pull together a table with the following:

| Name | Position | Base | MBP |
|------|----------|------|-----|
| Richard Nee | General Manager (VP level) | ████ | ████ |
| Amy Young | Gen Mgr (VP level) | ████ | ████ |
| Jason Cline | Gen Mgr (VP level) | ████ | ████ |
| Todd Ezrine | GVP | ████ | ████ |

Also, please add:

· Average GVP Base and MBP (across Village)

| Anuual | MBP |
|--------|-----|
| $325,909.08 | $254,545.45 |

· Average DVP Base and MBP (across Village)

| Annual | MBP |
|--------|-----|
| $193,319.54 | $108,921.57 |

Do you have time to pull this data this afternoon?

Thanks,
Colleen

---

**From:** Colleen Arthur
**Sent:** Wednesday, June 01, 2016 1:35 PM
**To:** Faisal Rashid
**Subject:** RE: Andy Warnement

Yes, we should clarify what her assumption is. For comparison, with other SBI leaders (according to Workday):

· Richard Nee is "General Manager" and is VP level
· Amy Young is "General Manager" in DCR and is VP level
· Jason Cline is "General Manager" in Labs and is VP level
· Todd Ezrine is "GVP" in Village Health
· John Romer is "SVP" in Rx

---

**From:** Faisal Rashid
**Sent:** Wednesday, June 01, 2016 1:27 PM
**To:** Colleen Arthur
**Subject:** FW: ██████████████

Should I ask her if it's a GVP level position?

---

**From:** Margaret Anderson
**Sent:** Wednesday, June 1, 2016 12:55 PM
**To:** Faisal Rashid
**Cc:** Diane Wunsch
**Subject:** FW: ██████████████

Confidential

DVA_OMCEAL_001321757

Hey F,

I am looking for a GM for Lifeline and have a candidate ████████████ that I am very interested in. He is coming to HQ on the 10th of June and if all goes well would like to be prepared to make him an offer.

I was thinking of the following:

████████████████████████████████████████████████

Thoughts?

**From:** Diane Wunsch
**Sent:** Wednesday, June 01, 2016 11:56 AM
**To:** Margaret Anderson
**Subject:** ████████████

Hi Maggie,

Please see below from █████ and let me know if you need any more info. When I asked █████ what would it take to join the Village he said not less than he is currently making but did not have any numbers in mind. Thanks.

████████████████████████████

Sent: Wednesday, June 1, 2016 1:43 PM
**To:** Diane Wunsch
**Subject:** Re: FW: DaVita

WARNING: This email originated outside of DaVita.
DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Diane,

████████████████████████████████████████████████

Confidential

DVA_OMCEAL_001321758

Please let me know if this helps or if you have additional questions.

Thank you,



DVA_OMCEAL_001321759

# EXHIBIT 85

# FILED UNDER SEAL

Message

| | |
|---|---|
| From: | Hayek, Andrew [Andrew.Hayek@scasurgery.com] |
| Sent: | 6/14/2016 9:38:40 AM |
| To: | Rucker, Michael [Michael.Rucker@scasurgery.com] |
| Subject: | Re: *EXTERNAL* Fwd: Community First, Company Second: VP of Operations & Strategy |

Michael: Will do – thanks. Best, Andrew

**From:** Michael Rucker <Michael.Rucker@scasurgery.com>
**Date:** Tuesday, June 14, 2016 at 12:45 PM
**To:** Andrew Hayek <Andrew.Hayek@scasurgery.com>
**Subject:** FW: *EXTERNAL* Fwd: Community First, Company Second: VP of Operations & Strategy

Would you consider raising with Kent? The thought, of course, being Christian is a pretty senior/high profile guy for them to be reaching out to.

**From:** Christian Ellison [mailto:christian.ellison@yahoo.com]
**Sent:** Tuesday, June 14, 2016 5:44 AM
**To:** Rucker, Michael <Michael.Rucker@scasurgery.com>
**Subject:** Re: *EXTERNAL* Fwd: Community First, Company Second: VP of Operations & Strategy

Not at all.

Sent from my iPhone

On Jun 14, 2016, at 18:24, Rucker, Michael <Michael.Rucker@scasurgery.com> wrote:

> There is. Do you mind if I share with Andrew, who has most recently addressed with Kent.
>
> **From:** Christian Ellison [mailto:christian.ellison@yahoo.com]
> **Sent:** Monday, June 13, 2016 11:30 PM
> **To:** Rucker, Michael <Michael.Rucker@scasurgery.com>
> **Subject:** *EXTERNAL* Fwd: Community First, Company Second: VP of Operations & Strategy
>
> I thought there was a gentlemen's agreement between us and DaVita re: poaching talent.
>
> Christian
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> > **From:** "Katrina Palmieri, PHR" <hit-reply@linkedin.com>
> > **Date:** June 14, 2016 at 10:17:52 GMT+8
> > **To:** Christian Ellison <christian.ellison@yahoo.com>
> > **Subject: Community First, Company Second: VP of Operations & Strategy**
> > **Reply-To:** "Katrina Palmieri, PHR" <5efd9366-75cb-4187-8479-1f58d25a5101@reply.linkedin.com>



EXHIBIT
336

GX
21-cr-229
84

00158130

Hi Christian,

Enjoyed reading about your experience on LinkedIn! I'm currently recruiting for a VP of Operatic Strategy role in the Orlando, Florida area and think you could be a perfect for it.

The role is for DaVita Healthcare Partners: a Five-Star Clinical Leader in patient care. At DaVita do dialysis, but we are not about dialysis. We are about the lives of our patients, teammates (employees) and partners, and the communities in which we operate."- Kent Thiry, Chairman ar Ceo. The role will specifically support the daily operations for DaVita's strategic business initiati DaVita Labs- the 25th largest-high volume-clinical laboratory in the United States. ~(previous laboratory operations experience not required)~

Let me know your thoughts and if you are interested in speaking further. I'd love share with you our global village is all about: www.davita.com

Thank you,

Katrina Palmieri, PHR
Katrina.Palmieri@Davita.com
Corporate Recruiter
carees.davita.com



View Katrina's LinkedIn profile

You are receiving InMail notification emails. Unsubscribe
This email was intended for Christian Ellison (Senior Vice President, Operations at Surgical Care Affiliates). Learn why we included thi

If you need assistance or have questions, please contact LinkedIn Customer Service

© 2016, LinkedIn Corporation 2029 Stierlin Ct. Mountain View, CA 94043, USA

CONFIDENTIAL GRAND JURY MATERIAL

SCA-DOJ-00158131

# EXHIBIT 86

# FILED UNDER SEAL

| From: | Brodnax, Brett </O=UNITED SURGICAL PARTNERS/OU=UNITEDSURGICAL/CN=RECIPIENTS/CN=BBROADNAX> |
|---|---|
| To: | Karrmann, Sandi; Cagle, Jason |
| Sent: | 2/28/2017 5:53:41 PM |
| Subject: | Re: Companies to benchmark against |

Others to consider would be Davita, Fresenius, Select and Kindred as alternate site providers.

Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.

From: Karrmann, Sandi
Sent: Tuesday, February 28, 2017 5:24 PM
To: Cagle, Jason; Brodnax, Brett
Subject: Companies to benchmark against

We are going to benchmark our senior positions against the market and want to define the companies that we feel are the best matches. So far, we have:

SCA
AmSurg
TeamHealth
HCA

Who else would be good matches?



CONFIDENTIAL

USPI_CIV_000069679