# EXHIBIT 87

# FILED UNDER SEAL

**From:** McGarry, Shannon
**To:** Abera, Sara
**Sent:** 7/17/2017 11:20:11 AM
**Subject:** RE: Sourcing Candidates

Austin, New Jersey, Houston and PA

**From:** Abera, Sara
**Sent:** Monday, July 17, 2017 11:18 AM
**To:** McGarry, Shannon <smcgarry@uspi.com>
**Subject:** RE: Sourcing Candidates

I'll get back to looking for more candidates so that you can have more options, do you have any specific cities in mind that I should search in?

**From:** McGarry, Shannon
**Sent:** Monday, July 17, 2017 11:14 AM
**To:** Abera, Sara <sabera@uspi.com>
**Subject:** RE: Sourcing Candidates

That's the problem we face all of the time. Running across people who are affiliated with USPI. It sucks. It makes my job that much harder.

**From:** Abera, Sara
**Sent:** Monday, July 17, 2017 11:11 AM
**To:** McGarry, Shannon <smcgarry@uspi.com>
**Subject:** RE: Sourcing Candidates

It's unfortunate we can't reach out to her, but I'm glad you liked them! I'll add them to the pipeline now.

**From:** McGarry, Shannon
**Sent:** Monday, July 17, 2017 10:59 AM
**To:** Abera, Sara <sabera@uspi.com>
**Subject:** FW: Sourcing Candidates

Can you add both of these candidates onto the pipeline spreadsheet? Both look great. Katherine works for one of our partners so I can't poach her.

**From:** Abera, Sara
**Sent:** Friday, July 07, 2017 4:32 PM
**To:** McGarry, Shannon <smcgarry@uspi.com>
**Subject:** Sourcing Candidates

Hi Shannon,

Please find attached the resumes of two Pennsylvania candidates who are located in the Ohio area.

Regards,

Sara Abera |Intern - Recruiting Coordinator, Talent Acquisition
**United Surgical Partners International** | www.uspi.com
E-mail - sabera@uspi.om

CONFIDENTIAL

USPI_

**EXHIBIT**
PX 101
Shannon McGarry
06.11.24

ph: 469-779-3768


United Surgical Partners
I N T E R N A T I O N A L

CONFIDENTIAL

USPI_CIV_000004082

EXHIBIT

PX 102
Shannon McGarry
06.11.24

# KATHERINE PANDOLFO MBA, MSN,

## Professional Summary

Results-driven Healthcare Administrator & Clinical Nursing Leader with extensive experience in physician practice, academic hospital settings and ambulatory surgery center delivering quality patient care, measuring outcomes for effectiveness and implementing programs to meet changing health care standards. Strengths include operations, fiscal management, strategic thinking, implementation leadership, human resources and physician relations. Known as a responsible problem solver who can identify opportunities for improvement, help shape the vision and lead the execution to help the organization and its individuals achieve optimal performance and greater success.

## Professional Experience

**ADMINISTRATOR – Surgical Care Affiliates (SCA)**                               2015-2016
**Middletown Surgery Center, LLC**                                                          Franklin, Ohio

Led the operations of a multispecialty ambulatory surgery center licensed for four operating rooms.
- Achieved successful 3 year AAAHC re-certification.
- Managed approximately 3,000 procedures/surgical cases per year.
- Maintained full accountability for clinical quality, personnel recruitment, development and oversight, operational effectiveness, revenue cycle, business and strategic planning, financial results, facility management and regulatory compliance.

**BUSINESS DIRECTOR I/II - Division of Pediatric Urology**                      2000 to 2014
**Cincinnati Children's Hospital Medical Center**                                      Cincinnati, Ohio

Directed operations of the second largest Pediatric Urology practice in U.S. with multiple satellite practice locations; No. 3 ranked Pediatric Urology practice in 2013 U.S. News & World Report Survey.
- Implemented strategic institutional initiatives: centralized scheduling center, care coordination program, EPIC ambulatory EHR, performance management system, divisional dashboard.
- Initiated minimally invasive surgical robotic program; purchased da Vinci Surgical System; developed an annual surgical volume 50-130 cases.
- Managed over 13,400 office visits and scheduled 3,300 surgical cases per year.
- Led divisional initiatives: Arkansas Children's Hospital affiliation agreement; development of multidisciplinary Urogenital Center, Disorders of Sexual Development Center and Pediatric Stone Center.
- Enhanced business operations: staff and provider recruitment, payroll, submission of MD/NP/PA office charges, surgery billing and coding, compliance management, human resource management, staff/faculty meetings, improvement science projects, risk management, oversee surgical safety etc.
- Delivered over thirteen years of positive financial growth in Pediatric Urology, after inheriting financial deficits, resulting in annual division payments of $8.6M, reserves over $9.2M and endowments of $6M.
- Resolved clinical practice and operation issues for providers and clinical staff to increase customer satisfaction.
- Implemented and provided ongoing fiscal oversight of physician practice, academic, research and capital budgets; implemented cost savings through review, revision and standardization of DPCs.
- Recommended mitigation strategies for patient/family complaints regarding providers, billing issues and patient/family experience.

**INTERIM BUSINESS DIRECTOR (Division of Plastic Surgery)**              2010 to 2011
**Cincinnati Children's Hospital Medical Center**                                      Cincinnati, Ohio
Managed and enhanced fiscal, human resource and physician practice operations of Division of Plastic Surgery.
- Implemented billing strategies for midlevel providers to meet E&M compliance standards.

**INTERIM BUSINESS DIRECTOR**                                                             2003 to 2006
**(Division of Pediatric General & Thoracic Surgery)**
**Cincinnati Children's Hospital Medical Center**                                      Cincinnati, Ohio
Directed fiscal, human resource and physician practice operations of Division of Pediatric General and Thoracic Surgery.
- Led strategic initiatives of Colorectal Center for Children, Fetal Care Center, Hemangioma and Vascular Malformation Center, Bariatric Center, Injury Prevention/Trauma Surgery Program, Transplant Surgery Program and St. Vincent's Hospital affiliation initiative.

CONFIDENTIAL                                                                          USPI_CIV_000004090

**KATHERINE PANDOLFO MBA, MSN, CMPE**

- Financially steered Pediatric Surgery in FY2004 to first year of positive financial growth and created three year divisional reserves of over $1.5M.

**OPERATIONS MANAGER**                                                    **1998 to 2000**
**University Rehabilitation, Inc.**                                       Cincinnati, Ohio
Led clinical and operational activities of rehabilitation practice at four practice locations.

**CLINICAL MANAGER**                                                      **1997 to 1999**
**University Dermatology Consultants, Inc.**                              Cincinnati, Ohio
Led General and Surgical Dermatology practice at five practice locations. Recruited, interviewed, and evaluated all nursing and ancillary support staff .Coordinated all practice sites including clinical/clerical activities; developed operational policies, procedures, and protocols; established orientation for staff; purchased supplies and equipment; resolved billing issues. Supervised Dermatopathology Lab and operations; successfully attained CLIA re-certification.

**DIRECTOR OF NURSING**                                                   **1995 to 1997**
**Mount Kisco Medical Group PC**                                          Mount Kisco, New York
Guided four nursing coordinators and 250 employees at the largest multi-specialty group practice in Westchester County, New York. Managed administrative, clinical and operational activities of Internal Medicine, Pediatrics, OB-GYN, and Specialty Services of Dermatology, ENT, General Surgery, Neurology, Ophthalmology, Orthopedics, and Urology.

**ADMINISTRATIVE NURSING SUPERVISOR;**                                    **1979-1995**
**PATIENT CARE COORDINATOR; STAFF RN**                                    Bronx, New York
**Montefiore Medical Center**

## Education and Training

**University of Phoenix - Master of Business Administration**
West Chester, Ohio

**Pace University - Master of Science: Nursing Clinical Nurse Specialist, Adult Nursing**
Pleasantville, New York

**College of Mount St. Vincent - Bachelor of Science: Nursing**
Riverdale, New York

## Skill Highlights

- Conflict management skills
- Customer focused
- Relationship and team building
- Critical thinking
- Risk management
- Practice/Operations Management
- Process improvement
- Patient care advocacy
- Physician engagement
- Employee relations

## Professional Certification/Licensure
Certified Medical Practice Executive (CMPE) – Medical Group Management Association (MGMA)
Ohio RN License – 264476
Heart Saver - First Aid CPR AED, expires August 2018

## Affiliations
Medical Group Management Association (MGMA)
Ohio MGMA, Board member – Immediate Past President (2015-2016)
Ambulatory Surgery Center Association

## Community Involvement
Good Shepherd Church – Eucharistic Minister; Liturgy Commission; Appointed to Assembly of Leaders
Licensed Foster Parent

 USPI_CIV_000004091

# EXHIBIT 88

# FILED UNDER SEAL

Message
_____

| From: | Mathis, Brian T [brian.mathis@optum.com] |
|---|---|
| Sent: | 5/12/2018 5:26:40 AM |
| To: | Sobel, Rikki [rikki.sobel@scasurgery.com] |
| CC: | Wachsman, Leslie [leslie.wachsman@scasurgery.com] |
| Subject: | Re: Project that we need your help on... |

Rikki and Leslie,

Only data point we had in the past was USPI who we benchmarked with every ~2 years for the last decade. Leslie, Let me know if you need any help with the CFO.

AmSurg always said no. New CFO there now but they are in a world of hurt and unlikely to do this. You could see if it's clear enough on the total number from their public filings. Same for Surgery Partners. Surgery Partners always also declined but they have a new CEO who I have developed a relationship with and could ask him. Let me know if you want me to and if so exactly what you want.

We do have some others from diligence—SCD, Health Inventures, Meridian, NSH, the original Surgery Partners, NovaMed and probably one or two other small companies. A lot of this will be dated but gives some intel. Neil would be your best source of info on these.

Best,
Brian

Brian Mathis | OptumCare
Chief Strategy Officer
M: 301-908-4858
brian.mathis@optum.com

From: "Sobel, Rikki" <Rikki.Sobel@scasurgery.com>
Date: Friday, May 11, 2018 at 2:55 PM
To: "Brian Mathis (Optum)" <brian.mathis@optum.com>
Cc: Leslie Wachsman <Leslie.Wachsman@scasurgery.com>
Subject: FW: Project that we need your help on...

Hi Brian,

I hope you're doing well. When you have a second, Leslie and I would like to pick your brain on the email below. We're trying to understand our OH relative to competitors and are looking for new ways to track competitor info down. As I understand it, both you and Andrew have had conversations where information was shared in the past. Leslie has a contact at USPI, and we wondered if you're able to make any connections or have access to this type of information.

Leslie, anything to add?

Thanks in advance for your help in pointing us in the right direction.

Best,
Rikki



CONFIDENTIAL

SCA002277742

**Rikki Sobel**
*Senior Director, Strategic Operations*
Surgical Care Affiliates | www.scasurgery.com
847.878.9533 (C) | Rikki.Sobel@scasurgery.com
Clinical Quality - Integrity - Service Excellence - Teamwork - Accountability - Continuous Improvement

**From:** Zulla, Caitlin
**Sent:** Monday, April 23, 2018 2:17 PM
**To:** Sobel, Rikki <Rikki.Sobel@scasurgery.com>
**Cc:** Wachsman, Leslie <Leslie.Wachsman@scasurgery.com>
**Subject:** Project that we need your help on...

Hi Rikki –

During our review of SCA's LTP with Optum Leadership (specifically Andrew), he asked to look at our overhead decrease in the slide below (-4.0% drop over time) and work on benchmarking how our OH is trending vs our competitors. His thought is that if our OH is decreasing with there is natural wage inflation of 2%, we really could be dropping our OH 6% vs our competitors. As you go around and preach the operating model to development/ops – can you please be intentional about gathering data points around how our OH per facility compares to our competitors.

Additionally, it would be helpful to put together a matrix of how the services that are included in our OH compare to our competitors as well. I am thinking of comments made that AmSurg really does nothing for their centers and we do a lot... how can we flush that out and show the story of the value that our OH provides?

There is no time crunch on this, so we can certainly discuss further after ALM, but Andrew is big on our OH trend and I expect that he will raise this question in the next 60 days and I would appreciate your help in being smarter on how we stack up.

Please let me know if you have questions.
Thanks!
Caitlin

CONFIDENTIAL

SCA002277743



Caitlin Zulla
CFO/CAO
Surgical Care Affiliates (SCA)
510 Lake Cook Road, Suite 400 | Deerfield, IL 60015
201.679.0914(c) | Caitlin.Zulla@scasurgery.com

This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.

CONFIDENTIAL

SCA002277744

# EXHIBIT 109

# FILED UNDER SEAL

| From: | Waggonner, Christopher </O=UNITED SURGICAL PARTNERS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CWAGGONNER> |
|---|---|
| To: | Martin, Tony; English, Cindy |
| Sent: | 6/9/2014 11:38:00 AM |
| Subject: | RE: Contacts as SCA Baylor and Tenet for PTO Policy and Accrual Inquiry? |

Carrie Theis     CarrieTh@BaylorHealth.edu    Phone: 214-820-6910
Michael Lentner        Michael.Lentner@baylorhealth.edu     Phone 214-820-4984

She is probably the appropriate person to start with and she can definitely find the correct answer. She can sometimes be difficult to track down so I have also attached Michael Lentner who is a Director in their accounting group. We spoke a couple of weeks ago regarding FTE's, so he may have a knowledge base as well.

**Chris Waggonner, CPA**
Director of Joint Venture Accounting
United Surgical Partners
P: (972) 581-7837
F: (972) 767-0622

**From:** Martin, Tony
**Sent:** Monday, June 09, 2014 11:31 AM
**To:** Waggonner, Christopher; English, Cindy
**Subject:** FW: Contacts as SCA Baylor and Tenet for PTO Policy and Accrual Inquiry?

Chris, please send Cindy Carrie's contact information, unless you know of a more appropriate point of contact.

**From:** Cagle, Jason
**Sent:** Sunday, June 08, 2014 9:44 AM
**To:** English, Cindy; Barker, Kelly; Martin, Tony
**Subject:** RE: Contacts as SCA Baylor and Tenet for PTO Policy and Accrual Inquiry?

Ask Tony and Kelly to forward to their accounting contacts at Tenet (Kelly) and Baylor (Tony)

**From:** English, Cindy
**Sent:** Friday, May 30, 2014 8:09 AM
**To:** Cagle, Jason
**Cc:** English, Cindy
**Subject:** Contacts as SCA Baylor and Tenet for PTO Policy and Accrual Inquiry?

Jason,
Sandi has asked me to find out what other companies do around accruing PTO based on "hours worked". She specifically mentioned reaching out to SCA, Baylor & Tenet. Do you have contacts that either you or I could pose the question to? Are there other companies with similar workforces that you think we should reach out to?

I would really like to ask for their current PTO policies and accrual rates and compare the structure to ours

Cindy English
972-713-3515

**EXHIBIT**

**PX 140**

CONFIDENTIAL

USPI_CIV_000146394

# EXHIBIT 112

# FILED UNDER SEAL

Message
_____

| | |
|---|---|
| **From:** | Hayek, Andrew [/O=SURGICALCARE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ANDREW.HAYEK] |
| **Sent:** | 12/21/2011 11:25:11 AM |
| **To:** | Clark, Joe [joe.clark@scasurgery.com]; Clemens, Peter [peter.clemens@scasurgery.com] |
| **CC:** | Rucker, Michael [michael.rucker@scasurgery.com]; Sharff, Rich [rich.sharff@scasurgery.com]; Howard, Lynn [lynn.howard@scasurgery.com] |
| **Subject:** | Re: Compensation analysis |

Our concern with those is that they are all much larger than SCA — DaVita $8B revenue, HCA $33B revenue, and CHS $7B revenue. We might want to reference them, though, from the standpoint of the roles that they are pitching our people — which are likely roles that are a notch (or in the case of HCA two notches) below the role they have at SCA. Is that reasonable?

**From:** Joe Clark <Joe.Clark@scasurgery.com>
**Date:** Wed, 21 Dec 2011 10:46:42 -0600
**To:** Andrew Hayek <andrew.hayek@scasurgery.com>, Pete Clemens <Peter.Clemens@scasurgery.com>
**Cc:** Michael Rucker <Michael.Rucker@scasurgery.com>, Rich Sharff <Rich.Sharff@scasurgery.com>, "Howard, Lynn" <Lynn.Howard@scasurgery.com>
**Subject:** Re: Compensation analysis

Seems like we might to include DaVita, HCA and Community since all three have reached out to SCA to recruit recently.

**From:** Andrew Hayek <Andrew.Hayek@scasurgery.com>
**Date:** Wed, 21 Dec 2011 08:46:17 -0600
**To:** "Clemens, Peter" <Peter.Clemens@scasurgery.com>, Joe Clark <joe.clark@scasurgery.com>
**Cc:** "Rucker, Michael" <Michael.Rucker@scasurgery.com>, "Sharff, Rich" <Rich.Sharff@scasurgery.com>, "Howard, Lynn" <Lynn.Howard@scasurgery.com>
**Subject:** Compensation analysis

For a compensation analysis, we are thinking of the following peer companies. Can you provide feedback on this list?

USPI
AmSurg
US Oncology
Kindred
Lincare
Select Medical
HealthSouth
Amedisys
Gentiva
Apria
Radiation Therapy Services
Ensign Group
Team Health
Vanguard Health Systems
Skilled Healthcare Group
Sun Healthcare Group

Best,
Andrew



EXHIBIT
35

CONFIDENTIAL

SCA001393924

# EXHIBIT 113

# FILED UNDER SEAL

Message

From: Hayek, Andrew [andrew.hayek@scasurgery.com]
Sent: 1/10/2012 9:59:50 AM
To: Kent Thiry [kent.thiry@davita.com]
Subject: Re: Catching up

KT:

Sounds good — whom should I coordinate with in setting up a call?

Best,
Andrew

From: Kent Thiry <Kent.Thiry@davita.com>
Date: Mon, 9 Jan 2012 22:45:40 -0600
To: Andrew Hayek <andrew.hayek@scasurgery.com>
Subject: RE: Catching up

FBO will not work, I will be running straight to a dinner, at 6 pm or something. let's do the phone call and then find a good place time to really catch up. good luck tomorrow!

KT

From: Hayek, Andrew [mailto:Andrew.Hayek@scasurgery.com]
Sent: Monday, January 09, 2012 7:40 PM
To: Kent Thiry
Subject: Re: Catching up

KT:

I fly out around 8pm tomorrow (Tuesday) evening — let me know if it's worth trying to meet at the San Francisco FBO for 30 minutes tomorrow when you land. Alternatively, I can work with your EA to find a time when we're in the same city. If meeting tomorrow does not work, it would be great to have a brief call (10 minutes) later this week to touch base on the recruitment topic, so I can provide some clarity to a member of our team.

Best,
Andrew

From: Kent Thiry <Kent.Thiry@davita.com>
Date: Sun, 8 Jan 2012 22:16:36 -0600
To: Andrew Hayek <andrew.hayek@scasurgery.com>
Subject: RE: Catching up

Darn. I don't land until Tuesday dinner. any trips to denver? I don't have any to Chicago on books currently. Or trips to Dc?

From: Hayek, Andrew [mailto:Andrew.Hayek@scasurgery.com]
Sent: Sunday, January 08, 2012 2:09 PM
To: Kent Thiry
Subject: Re: Catching up

KT:

**GX**

21-cr-229

**27**

HIGHLY CONFIDENTIAL

Yes — I'm flying to San Francisco tonight and will be at the JP Morgan conference all day tomorrow (Monday) and Tuesday. If either of those days work for you, then let me know what times work best. We've got a lot of meetings as you would expect, but there are many open slots, so hopefully we can find a match.

I look forward to catching up.

Best,
Andrew

---

**From:** Kent Thiry <Kent.Thiry@davita.com>
**Date:** Sun, 8 Jan 2012 14:55:14 -0600
**To:** Andrew Hayek <andrew.hayek@scasurgery.com>
**Subject:** RE: Catching up

Will you be at JP Morgan?  Would be great to catch up

Would be happy to discuss the one item mentioned – the lore within the Village is you are quite the aggressor

Hope all is well!  KT

---

**From:** Hayek, Andrew [mailto:Andrew.Hayek@scasurgery.com]
**Sent:** Thursday, January 05, 2012 8:19 AM
**To:** Kent Thiry
**Subject:** Catching up

KT:

I hope you had a good holiday with Denise and your kids. We had a great holiday in Glencoe, filled with ice skating and board games with our three boys, who are now 6, 4, and 2.

I'd like to catch up in general and discuss recruitment philosophy specifically. If you're supportive of such, let me know the best way to schedule 15 minutes to connect.

Best,
Andrew
DaVita Inc.

HIGHLY CONFIDENTIAL
DVA00100191

# EXHIBIT 115

# FILED UNDER SEAL

Message

---

| | |
|---|---|
| **From:** | Rucker, Michael [/O=SURGICALCARE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RUCKERM] |
| **Sent:** | 1/31/2014 10:49:33 AM |
| **To:** | Biala, Gerald [gerald.biala@scasurgery.com] |
| **Subject:** | RE: Lump Sum Questions |

Calling you now

**Michael A. Rucker**
EVP & Chief Operating Officer
Surgical Care Affiliates | www.scasurgery.com
520 Lake Cook Road, Suite 250 | Deerfield, IL 60015
847.236.0927 (O) | 202.669.6822 (M)
Michael.Rucker@scasurgery.com

---

**From:** Biala, Gerald
**Sent:** Friday, January 31, 2014 10:40 AM
**To:** Rucker, Michael
**Subject:** Re: Lump Sum Questions

Michael,

Trying to get on your calendar through JoEllen and Christine, but not coming up with a time until 5:30 CT today. Just checking in with you on whether you can do it earlier.

Gerry

**Gerry Biala**
Sr. VP Peri-Operative Services
520 Lake Cook Road, Suite 250 | Deerfield, IL 60015
Surgical Care Affiliates | www.scasurgery.com
772.713.3278 | gerald.biala@scasurgery.com

---

**From:** <Rucker>, Michael Rucker <Michael.Rucker@scasurgery.com>
**Date:** Friday, January 31, 2014 9:41 AM
**To:** Gerald Biala <gerald.biala@scasurgery.com>
**Subject:** RE: Lump Sum Questions

Let's do connect via phone.

**Michael A. Rucker**
EVP & Chief Operating Officer
Surgical Care Affiliates | www.scasurgery.com
520 Lake Cook Road, Suite 250 | Deerfield, IL 60015
847.236.0927 (O) | 202.669.6822 (M)
Michael.Rucker@scasurgery.com

---

**From:** Biala, Gerald
**Sent:** Friday, January 31, 2014 7:12 AM
**To:** Rucker, Michael
**Subject:** FW: Lump Sum Questions

CONFIDENTIAL

SCA001363536

Good morning Michael,

It's been another very busy week, but I'm feeling good about our continuing progress. I have concentrated on advancing Alexian Brothers senior executive discussions about SCA surgical solutions. More on that later.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇ ▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ I know there is a lump sum option and was wondering if this is the best vehicle. Let me know your thoughts on this as I complete Gateway today.

Thanks,

Gerry

**Gerry Biala**
Sr. VP Peri-Operative Services
520 Lake Cook Road, Suite 250 | Deerfield, IL 60015
Surgical Care Affiliates | www.scasurgery.com
772.713.3278 | gerald.biala@scasurgery.com

---

**From:** <Howard>, Lynn Howard <Lynn.Howard@scasurgery.com>
**Date:** Tuesday, January 28, 2014 1:42 PM
**To:** Gerald Biala <gerald.biala@scasurgery.com>
**Cc:** "Glawson, Robin" <Robin.Glawson@scasurgery.com>, "Soreano, Erin" <Erin.Soreano@scasurgery.com>
**Subject:** RE: Lump Sum Questions

Gerry –

See my thoughts below.

Hope you're well.

Lynn

---

**From:** Biala, Gerald
**Sent:** Monday, January 27, 2014 12:44 PM
**To:** Howard, Lynn
**Subject:** Lump Sum Questions

Lynn,

I have a few questions regarding lump sum awards in adjusting salaries.

- Are there any particular guidelines to follow in awarding these. I think both of the items below are appropriate uses of lump sum increases. Typically, we see them used to reward a teammate for performance when the teammate is outside the salary range for the role (higher). It helps to manage internal equity among members of the team.
    - For perioperative services, I'm thinking of an outstanding effort accomplished with direct impact to the success of our practice.
    - ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
- Where would the funds for these lump sums come from? Do they hit 2014 or 2013 performance? All increases, merit or lump sum, hit 2014.

Please provide some of your great guidance on these.

CONFIDENTIAL

SCA001363537

Thanks,

Gerry

**Gerry Biala**
Sr. VP Peri-Operative Services
520 Lake Cook Road, Suite 250 | Deerfield, IL 60015
Surgical Care Affiliates | www.scasurgery.com
772.713.3278 | gerald.biala@scasurgery.com

CONFIDENTIAL

SCA001363538

# EXHIBIT 116

# FILED UNDER SEAL

| | |
|---|---|
| **From:** | Kim Rivera <kim.rivera@davita.com> |
| **To:** | Kent Thiry <kent.thiry@davita.com> |
| **Sent:** | 3/3/2014 6:33:21 PM |
| **Subject:** | THE REPORTS YOU ASKED FOR |
| **Attachments:** | DaVita Board of Director Compensation Assessment 0214.pdf; DaVita Compensation Risk Assessment 0214.pdf; DaVita Executive Compensation Assessment 0214.pdf |

KT - I believe these are the Compensia Reports you were asking about. We do not circulate these to anyone except the compensation committee.   Angelina posts them for committee only and no one on the Corp Secretary team looks at them.

**From:** Pamela M. Arway
**Sent:** Monday, March 03, 2014 10:53 AM
**To:** Kim Rivera
**Subject:** Fwd: Draft DaVita Reports

Begin forwarded message:

**From:** Ralph Barry <rbarry@compensia.com>
**Date:** February 28, 2014 at 7:06:05 PM EST
**To:** "pamarway@gmail.com" <pamarway@gmail.com>
**Cc:** Adam Steadman <asteadman@compensia.com>
**Subject: Draft DaVita Reports**

Pam,

As promised, please find the following draft reports attached for your review and comment:

  Executive compensation assessment.  This report provides a market assessment of your current executive compensation vs. the peer group and relevant compensation survey data.
  Board of Directors compensation assessment.  This report provides a market assessment of your board compensation vs. the peer group.
  Compensation risk assessment.  This report provides our view on whether your compensation programs pose a "materially adverse effect" on the DaVita business.  This is a requirement by the SEC that companies annually consider what risk level their incentive programs provide.

These reports (in particular the Executive compensation assessment) are in the format you guys have "historically" liked / requested but I would propose you and I add that to our list to discuss next year for perhaps finding a better way to do this next year.  For example I think we should have one report with just executive officers and hopefully that would be an easier report to review and discuss and then follow-up with a separate report for the other officers / executive.

Please look these over and let us know if you have any questions, comments or proposed revisions.

Talk to you soon.

-Ralph

Ralph J. Barry
Compensia
1731 Technology Drive Suite 810
San Jose, CA 95110

Confidential

DVA_OMCEAL_000517522

rbarry@compensia.com

Confidential

DVA_OMCEAL_000517523

# Compensia
## THOUGHTFUL PAY

# DaVita. | HealthCare Partners.

## Executive Compensation Review

DRAFT

MARCH 2014

Confidential

# Discussion Overview

| Topic | Pages |
|---|---|
| Executive compensation trends | 2 – 5 |
| Assessment methodology and comparative framework | 6 – 9 |
| Executive tally sheets | 10 – 13 |
| Market assessment summary | 14 – 16 |
| Market assessment detail | 17 – 23 |
| Appendices | 24 – 38 |

Confidential

DVA_OMCEAL_000517525

# Executive Compensation Trends

Confidential

# Market Trends – Executive Cash Compensation[1,2]

Case: 1:21-cv-00305 Document #: 742-8 Filed: 04/10/26 Page 27 of 62 PageID #:35624

| Area | Observations |
|---|---|
| Base Salary | ▪ For 2014, companies are increasing executive salaries for standard merit reviews (by 2-4%) or more significantly for superior performance and/or to address gaps in market<br><br>▪ Maintains the "normal" practice we have seen for several years |
| Short-Term Cash Incentives | ▪ Target bonus opportunities have remained relatively constant for the past several years<br><br>▪ In general, companies are showing relatively consistent program design from the prior year; most continue to provide executive bonuses that are primarily tied to top-line and/or bottom-line achievement (a combination of the two is often preferred from a risk perspective)<br><br>  – ~80% of companies use at least two metrics to determine total amounts paid under formal bonus plans<br><br>  – >60% of companies report using a profitability metric combined with a sales metric<br><br>▪ ~70% of companies maintain a corporate gate tied to a minimum acceptable performance<br><br>▪ For executives, plans focus on corporate performance with limited emphasis on individual performance/MBOs<br><br>  – CEO: 80% - 100% Corporate and 0% - 20% Individual<br><br>  – Executives: 70% - 80% Corporate and 20% - 30% Individual<br><br>▪ Most companies have a cap on the bonus payout generally equal to 150% to 200% of target when max performance is achieved (average reported cap for all respondents is ~162%); payout caps incorporate good corporate governance principles and mitigate risks associated with incentive compensation plans<br><br>▪ Annual performance periods remain the most common approach in the market (~70% prevalence) |

1. Market data per Compensia's 2013 Bay Area 150 survey (which includes 150 of the largest life science and high-technology companies in the San Francisco Bay Area) and Radford trend updates.
2. See Appendix A for regulatory trends and developments.

©2014 Compensia

3

DVA_OMCEAL_000517527

# Market Trends – Executive Equity Compensation[1]

Case: 1:21-cv-00305 Document #: 742-8 Filed: 04/10/26 Page 28 of 62 PageID #:35625

| Area | Observations |
|------|-------------|
| **Equity Vehicles** | • Most companies utilize a mix of equity vehicles<br>  – ~75% of all Bay Area 150 companies and 82% of companies with revenues greater than $250MM use two or three vehicles<br>• Stock options and restricted stock (units) remain the most common award vehicles<br>• Use of performance shares is on the rise, particularly among larger companies<br>  – 50% of the Bay Area 150 companies granted performance-based equity last year (up from 39% in 2012) |



**Vehicle Prevalence by Company Size**

- Revenues Less Than $250MM
- Revenues Btwn. $250MM to $1B
- Revenues Greater Than $1B

| Vehicle | |
|---------|---|
| PSUs/Perf. Options | 17% / 50% / 68% |
| RSUs | 60% / 79% / 83% |
| Options | 80% / 74% / 58% |

| Area | Observations |
|------|-------------|
| **Equity Mix** | • At larger companies, equity value is divided more evenly between options, RSUs and PSUs, on average<br>  – Among companies that do use performance-based equity, it typically accounts for ~50% of executive award opportunities<br>• Stock options generally represent a smaller portion of overall mix as company size increases |

**Average LTI Vehicle Value Mix**

- Cash LTIP
- Perf. Options
- Perf. Shares
- Restricted Stock
- Stock Options

| Company Revenue | Greater Than $1B | $250MM to $1B | Less Than $250MM |
|-----------------|------------------|---------------|------------------|
| | 32% | 22% | 4% |
| | 35% | 35% | 40% |
| | 27% | 37% | 55% |

1. Market data per Compensia's 2013 Bay Area 150 survey (which includes 150 of the largest life science and high-technology companies in the San Francisco Bay Area).

©2014 Compensia

Confidential

DVA_OMCEAL_000517528

Case: 1:21-cv-00305 Document #: 742-8 Filed: 04/10/26 Page 29 of 62 PageID #:35626

# Market Trends – Executive Equity Compensation (continued)

| Area | Observations |
|---|---|
| Performance-Based Equity | ▪ Companies are increasingly using performance-vested RSUs (PSUs) in their executive LTI program due to PSUs' attractive pay-for-performance orientation, efficient share utilization, and ISS/investor influence<br><br>▪ From an ISS/investor perspective, Compensia has seen the following issues and trends:<br><br>  – ISS favors companies that provide longer performance periods for performance awards (i.e., 3 years)<br>  – ISS favors companies that disclose clear, rigorous financial metrics<br>  – ISS may disfavor programs that provide target payout for matching peer/ industry index performance<br>  – ISS may disfavor companies that provide award payouts for negative total shareholder return (TSR) or performance below the benchmark index/peer group<br>  – ISS may disfavor programs that utilize duplicative performance metrics for short- and long-term incentive plans<br><br>▪ In terms of plan design, companies with performance-based equity programs use both absolute measurements (typically financial performance metrics) and relative measurements (typically TSR relative to an index)<br><br>  – Relative TSR programs continue to increase in popularity given the challenges related to setting long-term financial goals |

Confidential

DVA_OMCEAL_000517529

Case: 1:21-cv-00305 Document #: 742-8 Filed: 04/10/26 Page 30 of 62 PageID #:3527

# Assessment Methodology

Confidential

DVA_OMCEAL_000517530

# Assessment Methodology

Case: 1:21-cv-00305 Document #: 742-8 Filed: 04/10/26 Page 31 of 62 PageID #:35628

| Assessment Methodology | |
|---|---|

**Data Sources** ▪ Market data consist of public survey sources and publicly available proxy data for DaVita's peer companies

| Data Source | Data Cut |
|---|---|
| Peer Proxy Data | ▪ See next page for peer list and financial detail |
| Towers Watson Top Management Survey (primary survey source) | ▪ For Profit Companies (revenue >$5.0B) |
| Radford Life Science Executive Survey (secondary survey source) | ▪ Life Science Companies (over 500 employees) |

▪ Where peer data available, "market" reflects peer data only; however, survey data is shown on "Market Assessment Detail" pages for reference

— Peer proxy data available for five executive positions (CEO, COO, President1, CFO and Chief Legal Officer)

▪ Revenue scope for each Group Head was used to determine revenue cut for the Towers Watson benchmark

▪ Radford LSI survey data used for five executives (CEO - HCP, President, Chief Medical Officer Chief Compliance Officer and President - HCP) due to lack of position match / data in Towers Watson survey

**Cash Update** ▪ Market cash data updated to 7/1/2014 (midpoint of DaVita's fiscal year) using a 3.0% annual update factor to reflect Compensia recent client experiences and expected trends

**Equity Values** ▪ Market SAR and stock option grants are valued using the Black-Scholes methodology (company-specific assumptions); restricted stock grants valued using grant date face value; performance stock grants valued using grant date face value at target

1. Peer match for DaVita's President reflects each peer's second highest paid executive, excluding new hires.

©2014 Compensia

7

Confidential

DVA_OMCEAL_000517531

# Assessment Methodology (continued)[1]

We benchmarked DaVita's Executive Compensation program against the following peer companies:

| Company | Last 4Q ($MM) Revenue | Growth 1-Year | Growth 3-Year (CAGR) | Market Cap. (30-Day Avg.) as of 2/20/14 ($MM) | as Mult. of Rev. | Profitability (Last 4Q) Oper. Inc. ($MM) | Net Inc. ($MM) | # Emps. (FYE) | HQ State | Sub-industry (GICS) |
|---|---|---|---|---|---|---|---|---|---|---|
| Baxter International | $15,259 | 8% | 5% | $37,366 | 2.4x | $3,370 | $2,012 | 51,000 | IL | Health Care Equip. |
| Catamaran | $13,581 | 70% | 94% | $10,270 | .8x | $405 | $230 | 3,300 | IL | Health Care Svcs. |
| Centene | $10,863 | 25% | 35% | $3,369 | .3x | $277 | $165 | 6,800 | MO | Managed Health Care |
| Community Health Systems | $13,043 | -5% | 2% | $3,853 | .3x | $1,076 | $176 | 96,000 | TN | Health Care Facilities |
| Express Scripts Holding Co | $105,842 | 34% | 36% | $59,998 | .6x | $4,258 | $1,847 | 30,215 | MO | Health Care Svcs. |
| HCA Holdings | $34,182 | -2% | 7% | $22,237 | .7x | N/A | $1,556 | 204,000 | TN | Health Care Facilities |
| Health Net | $11,054 | -2% | -7% | $2,572 | .2x | $303 | $170 | 7,378 | CA | Managed Health Care |
| Humana | $41,313 | 6% | 7% | $14,979 | .4x | $2,044 | $1,231 | 43,400 | KY | Managed Health Care |
| Laboratory Corp. of America | $5,808 | 2% | 5% | $7,967 | 1.4x | $1,013 | $574 | 34,000 | NC | Health Care Svcs. |
| MEDNAX | $2,154 | 19% | 15% | $5,601 | 2.6x | $452 | $281 | 7,900 | FL | Health Care Svcs. |
| Omnicare | $6,206 | 0% | 1% | $6,426 | 1.0x | $579 | $99 | 14,400 | OH | Health Care Svcs. |
| Quest Diagnostics | $7,146 | -3% | -1% | $7,631 | 1.1x | $1,152 | $849 | 41,000 | NJ | Health Care Svcs. |
| Surgical Care Affiliates | $756 | N/A | N/A | $1,248 | 1.7x | $141 | ($31) | 4,150 | IL | Health Care Facilities |
| Universal Health Services | $7,247 | -2% | 11% | $8,041 | 1.1x | $1,026 | $522 | 65,100 | PA | Health Care Facilities |
| WellPoint | $71,023 | 15% | 7% | $25,096 | .4x | $4,638 | $2,490 | 43,500 | IN | Managed Health Care |
| 75th Percentile | $24,721 | 18% | 14% | $18,608 | 1.2x | $1,821 | $1,394 | 47,250 | | |
| 60th Percentile | $13,258 | 7% | 7% | $8,933 | 1.0x | $1,066 | $684 | 41,960 | | |
| 50th Percentile | $11,054 | 4% | 7% | $7,967 | .8x | $1,019 | $522 | 34,000 | | |
| Average | $23,032 | 12% | 15% | $14,444 | 1.0x | $1,481 | $811 | 43,476 | | |
| 25th Percentile | $6,676 | -2% | 3% | $4,727 | .4x | $417 | $173 | 7,639 | | |
| DaVita HealthCare Partners | $11,764 | 43% | 22% | $13,809 | 1.2x | $1,856 | $633 | 53,400 | CO | Health Care Svcs. |
| Percentile Rank | | 53% | 94% | 80% | 70% | 73% | 75% | 59% | 80% | |

1. Financial data per S&P Research Insight as of 2/20/14. Peer group approved in November 2013.

©2014 Compensia

8

Confidential

DVA_OMCEAL_000517532

Case: 1:21-cv-00305 Document #: 742-8 Filed: 04/10/26 Page 33 of 62 PageID #:35630

# Assessment Methodology (continued)

DaVita's executives were matched to the following peer company and survey positions:

- Management reviewed and provided input on position matches and upticks / downticks
- Peer proxy data for President represent Named Executive Officer rank #2 (excluding new hires)
- Revenue scope for each Group Head was used to determine revenue cut of survey benchmark
- No market match available in either survey source for P. Stephanus

©2014 Compensia

9

Confidential

DVA_OMCEAL_000517533

# Executive Tally Sheets

Confidential

DVA_OMCEAL_000517534

# Executive Tally Sheets (All Dollar Amounts in $000s)



@2014 Compensia

Confidential

Case: 1:21-cv-00305 Document #: 742-8 Filed: 04/10/26 Page 35 of 62 PageID #:35632

# Executive Tally Sheets (All Dollar Amounts in $000s)

©20

Confidential

DVA_OMCEAL_000517536

Executive Tally Sheets (All Dollar Amounts in $000s)

©2014 Compensia

Confidential

DVA_OMCEAL_000517537

©2014 13

Case: 1:21-cv-00305 Document #: 742-8 Filed: 04/10/26 Page 38 of 62 PageID #:35635

# Market Assessment Summary

Confidential

DVA_OMCEAL_000517538

# Market Assessment: Executive Summary[1]

Overall, DaVita's executive compensation levels are at or above the market 75th percentile

Aside from 1-year TSR, DaVita's financial performance is generally strong relative to peers



- Total cash = current base salary + 75% of maximum bonus award + FY13 special bonuses
- LTI value = DaVita's FY13 equity value at grant + FY13 cash LTIP
- Total direct compensation = total cash + FY13 LTI value

- One and three-year performance measures are based on most recent 4Qs (as of 12/31/13 for DaVita)
- Total Shareholder Return measured as of 1/31/14

1. See Appendix C for year-over-year changes in market data, Appendix D for peer compensation detail and Appendix E for financial performance detail.

©2014 Compensia

Confidential

DVA_OMCEAL_000517539

# Market Assessment: Executive Summary (continued)

Individual positioning for DaVita's executives is summarized below



- Blue indicates where DaVita is below the 50th percentile and Red indicates where DaVita is above 75th percentile

©2014 Compensia

16

Confidential

DVA_OMCEAL_000517540

Case: 1:21-cv-00305 Document #: 742-8 Filed: 04/10/26 Page 40 of 62 PageID #:35637

# Market Assessment Detail

Confidential

DVA_OMCEAL_000517541

# Market Assessment: Base Salary

©2014 Compensia

Confidential

DVA_OMCEAL_000517542

# Market Assessment: Target Incentive Opportunity

©2014 Compensia

Confidential

DVA_OMCEAL_000517543

# Market Assessment: Total Cash



- DaVita total cash is based on current base salary plus estimated annual bonus for FY13 and includes special bonuses; for named executive officers with no target bonus (K. Thiry, R. Margolis, D. Kogod and J. Rodriguez), current total cash represents current base salary plus FY12 actual bonus and special FY12 bonus

©2014 Compensia

Confidential

DVA_OMCEAL_000517544

20

- FY13 grant value reflects Black-Scholes value of options and target cash LTIP

©2014 Compensia

Confidential

DVA_OMCEAL_000517545

Case: 1:21-cv-00305 Document #: 742-8 Filed: 04/10/26 Page 45 of 62 PageID #:35642

For reference, we have converted the market 50th and 75th percentile grant values into DaVita shares using various mixes (i.e., 100% of value in SSARs, 50% of value in SSARS / 50% in RSUs and 100% in RSUs)

1. See Appendix F for peer burn rate detail.

©2014 Compensia

22

Confidential

DVA_OMCEAL_000517546

Case: 1:21-cv-00305 Document #: 742-8 Filed: 04/10/26 Page 46 of 62 PageID #:35643

# Market Assessment: Total Direct Compensation

©2014 Compensia

23

Confidential

Case: 1:21-cv-00305 Document #: 742-8 Filed: 04/10/26 Page 48 of 62 PageID #:35645

# Appendices

A: REGULATORY DEVELOPMENTS

B: EQUITY HOLDINGS DETAIL

C: MARKET DATA YEAR OVER YEAR COMPARISON

D: PEER COMPANY PROXY DETAIL

E: FINANCIAL PERFORMANCE ANALYSIS DETAIL

F: PEER COMPANY BURN RATE/OVERHANG DETAIL

Confidential

DVA_OMCEAL_000517548

# Compensation Trends and Regulatory Considerations

- Key themes impacting executive compensation in 2014 relate to the ongoing growth of shareholder and ISS influence and the remaining elements of the Dodd Frank rulemaking process

| | |
|---|---|
| **Compensation Program Design and Decision-Making** | - A number of the key trends in executive compensation are motivated by companies addressing failed say on pay or low support; these companies are:<br>  - Adding performance shares<br>  - Reviewing peer groups more closely to eliminate outliers<br>  - Adding shareholder friendly policies, including stock ownership guidelines, anti hedging/pledging policies, and clawback features for incentives<br>- Although only ~1% to 3% of companies fail say on pay, about 12% per year pass with less than 80% support |
| **CD&A/Proxy Disclosure** | - Many companies are taking a more proactive approach to compensation disclosure, using the CD&A as the Committee's opportunity to "sell" compensation decisions and explain compensation philosophy<br>- Increased use of graphics, realized/realizable pay analyses, and detailed explanation of target positioning and the relationship between pay and performance are increasingly common |
| **Dodd Frank Clawback Policy** | - SEC rules relating to clawbacks are pending<br>- Timeline is unclear, but rules most likely need to be finalized by mid-2014 in order to apply for 2015<br>- While the prevalence of clawback policies has increased among lager companies (e.g., Fortune 100) due to the greater level of scrutiny they face, the broader market is generally waiting for final rulemaking |
| **Dodd Frank Enhanced Compensation Disclosure** | - SEC preliminary rules have been released but have not been finalized<br>- Rules expected to apply for 2015 compensation, with first disclosure coming in early 2016 |

©2014 Compensia

Confidential

DVA_OMCEAL_000517549

# ISS Influence on Say-on-Pay Outcomes[1]

- Rate of "Against" recommendations from ISS is generally unchanged
  - ISS recommends against ≈12% to ≈13% of Say-on-Pay resolutions

- Companies have been successful overcoming ISS opposition
  - Between about 80% and 90% of companies that receive an Against recommendation from ISS ultimately gain majority shareholder approval

- Only ~1% to ~3% of companies fail Say-on-Pay
  - Shareholder outreach and forward looking changes to pay programs are key to gaining favorable votes



1. Sample reflects Russell 3000 companies. 2013 data reflects a partial year and includes results available as of 12/20/13 (2,325 ISS recommendations and 2,321 vote results).

Confidential

DVA_OMCEAL_000517550

# Clawback/Compensation Recovery Policy

- Clawback policies required by the Dodd-Frank Act will have the following characteristics
  - Apply to current and former executive officers
  - Triggered by a financial restatement due to material financial noncompliance
  - Apply to compensation paid within a 3-year period preceding the date the restatement is required
  - Allow for recovery of erroneously-paid incentive compensation, defined as the excess amount paid over the amount that would have/should have been paid based on the restated results

- This reflect an enhanced clawback relative to the Sarbanes-Oxley mandatory recovery policies applicable to the CEO and CFO only

- The SEC has delayed proposing final rules and the timeframe for disclosing the rules and the required implementation period remains unknown

- Based on Compensia client experience, most companies are waiting for final SEC rules before implementing any policy that exceeds Sarbanes-Oxley requirement
  - Avoids risk that any new clawback does not comply with SEC rules
  - Reduces potential for multiple policies applying differently to different executives/awards
  - Provides time to review how market reacts to SEC rules and incorporate evolving best practices in design and implementation

Confidential

DVA_OMCEAL_000517551

Case: 1:21-cv-00305 Document #: 742-8 Filed: 04/10/26 Page 51 of 62 PageID #:35648

# Dodd-Frank Enhanced Disclosure Requirement

- In September 2013, the SEC proposed rules to implement the enhanced disclosure requirements of Dodd Frank; this is "CEO pay ratio" rule, which requires that public companies disclose the:
  - Median annual total compensation of all employees (excluding its CEO);
  - Annual total compensation of the CEO; and
  - The ratio of the two
- Key aspects of proposed rules are as follows:
  - Companies will be permitted to select a methodology that is appropriate to the size and structure of their own business and the way they compensate employees, including statistical sampling, to determine median annual total compensation among employees
  - "Total compensation" is to be calculated using the same rules that are applied for determining the total compensation for proxy disclosure purposes; relevant total compensation would be based on last completed fiscal year
  - Companies will be required to consider the compensation of "all employees," including full-time, part-time, temporary, seasonal and non-U.S. employees, of the company and any subsidiaries
  - Companies will be required to "briefly" disclose the methodology used to identify the median, and any related material assumptions, adjustments, or estimates used
  - Companies would be permitted to supplement the required disclosure with a narrative discussion or additional ratios if they choose to do so
- Disclosure will be required in registration statements, proxy statements, and annual reports on Form 10-K
- Disclosure requirement expected for 2015 compensation (i.e., included in early 2016 disclosure)

©2014 Compensia

28

Confidential

DVA_OMCEAL_000517552

# Equity Holdings Detail[1]



1. Paper gain values (provided by management) reflect equity holdings as of 12/31/13 and are valued based on a stock price of $63.37 as of 12/31/13.

©2014 Compensia

29

Confidential

DVA_OMCEAL_000517553

Case: 1:21-cv-00305 Document #: 742-8 Filed: 04/10/26 Page 53 of 62 PageID #:35650

APPENDIX C

# Market Data - Year over Year Comparison



©2014 Compensia

Confidential

DVA_OMCEAL_000517554

30

# Peer Company Detail: Chief Executive Officer

| Company | Title | Incumbent | Founder | New Hire | Base Salary | Target Cash Bonus $ | Target Cash Bonus % Sal. | Target Cash Total | Actual Cash Bonus | Actual Cash Total | Long-Term Incentives Value Stock Options | Long-Term Incentives Value Rest. Stock | Long-Term Incentives Value Perf. Options | Long-Term Incentives Value Perf. Shares | Long-Term Incentives Value Cash | Long-Term Incentives Total | Long-Term Incentives % Co. | Target Total Direct | Actual Total Direct | % Total Own. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Baxter International | Chair. & CEO | Parkinson, R. | N | N | $1,453 | $2,190 | 151% | $3,643 | $4,279 | $5,732 | $3,923 | $0 | $0 | $6,348 | $0 | $10,271 | 0.12% | $13,914 | $16,003 | 0.76% |
| Catamaran | Chair. & CEO | Thierer, M. | N | N | $1,000 | $1,250 | 125% | $2,250 | $1,650 | $2,650 | $1,333 | $6,333 | $0 | $2,667 | $0 | $10,333 | 0.25% | $12,583 | $12,983 | 0.42% |
| Centene | Chair., Pres. & CEO | Neidorff, M. | N | N | $1,200 | $1,800 | 150% | $3,000 | $0 | $1,200 | $0 | $3,429 | $0 | $3,429 | $1,800 | $8,658 | 0.55% | $11,658 | $9,858 | 4.08% |
| Community Health Systems | Chair., Pres. & CEO | Smith, W. | N | N | $1,400 | $3,710 | 265% | $5,110 | $4,200 | $5,600 | $319 | $0 | $0 | $2,107 | $0 | $2,426 | 0.27% | $7,536 | $8,026 | 3.31% |
| Express Scripts Holding Co | Chair. & CEO | Paz, G. | N | N | $1,200 | $1,800 | 150% | $3,000 | $3,443 | $4,643 | $3,200 | $2,000 | $0 | $2,800 | $0 | $8,000 | 0.06% | $11,000 | $12,643 | 0.52% |
| HCA Holdings | Chair. & CEO | Bracken, R. | N | N | $1,400 | $2,100 | 150% | $3,500 | $2,729 | $4,129 | $5,912 | $0 | $5,912 | $0 | $0 | $11,824 | 0.20% | $15,324 | $15,953 | 1.09% |
| Health Net | Pres. & CEO | Gellert, J. | N | N | $1,200 | $1,620 | 135% | $2,820 | $0 | $1,200 | $0 | $1,967 | $0 | $5,901 | $0 | $7,868 | 0.50% | $10,688 | $9,068 | 2.69% |
| Humana | CEO | Broussard, B. | N | N | $1,085 | $1,628 | 150% | $2,713 | $1,350 | $2,435 | $2,859 | $1,690 | $0 | $0 | $0 | $4,549 | 0.07% | $7,262 | $6,984 | 0.15% |
| Laboratory Corp. of America | Chair., Pres. & CEO | King, D. | N | N | $1,013 | $1,520 | 150% | $2,533 | $1,057 | $2,070 | $0 | $2,218 | $0 | $5,176 | $0 | $7,394 | 0.26% | $9,927 | $9,464 | 1.36% |
| MEDNAX | CEO | Medel, R. | Y | N | $1,000 | $1,500 | 150% | $2,500 | $1,690 | $2,690 | $0 | $0 | $0 | $6,150 | $0 | $6,150 | 0.42% | $8,650 | $8,840 | 2.35% |
| Omnicare | CEO | Workman, J. | N | N | $800 | $1,333 | 167% | $2,133 | $1,600 | $2,400 | $330 | $1,365 | $0 | $825 | $0 | $2,520 | 0.18% | $4,653 | $4,920 | 0.44% |
| Quest Diagnostics | Pres. & CEO | Rusckowski, S. | N | Y | $1,050 | $1,365 | 130% | $2,415 | $1,365 | $2,415 | $2,679 | $2,504 | $0 | $4,765 | $0 | $9,947 | 0.36% | $12,362 | $12,362 | 0.20% |
| Surgical Care Affiliates | Pres. & CEO | Hayek, A. | N | N | $595 | $595 | 100% | $1,191 | $228 | $823 | | | N/A - No Post IPO Equity | | | | | | 1.75% |
| Universal Health Services | Chair. & CEO | Miller, A. | Y | N | $1,500 | $1,500 | 100% | $3,000 | $386 | $1,886 | $6,323 | $2,000 | $0 | $0 | $0 | $8,323 | 0.75% | $11,323 | $10,208 | 15.94% |
| WellPoint | CEO | Swedish, J. | N | Y | $1,250 | $1,875 | 150% | $3,125 | N/A | N/A | $1,612 | $3,900 | $0 | $4,000 | $0 | $9,512 | 0.13% | $12,637 | N/A | 0.07% |
| | | | | | | | | | | | | | | | | | | | | |
| 75th Percentile | | | | | $1,325 | $1,838 | 150% | $3,063 | $2,729 | $4,129 | | | | | | $9,061 | 0.44% | $11,889 | $12,728 | 2.69% |
| 60th Percentile | | | | | $1,200 | $1,697 | 150% | $3,000 | $1,658 | $2,658 | | | | | | $8,194 | 0.27% | $11,194 | $10,068 | 1.80% |
| 50th Percentile | | | | | $1,200 | $1,620 | 150% | $2,820 | $1,600 | $2,435 | | | | | | $7,934 | 0.26% | $10,844 | $9,661 | 1.36% |
| Average | | | | | $1,143 | $1,719 | 148% | $2,862 | $1,739 | $2,881 | | | | | | $7,360 | 0.30% | $10,376 | $10,413 | 2.63% |
| 25th Percentile | | | | | $1,007 | $1,433 | 133% | $2,458 | $386 | $1,886 | | | | | | $5,750 | 0.17% | $8,372 | $8,637 | 0.52% |

NOTE: Data above reflects raw data presented in each peer company's most recent proxy statement available as of February 20, 2014. Raw data does not match report data due to the update of cash compensation. New hires are excluded from actual total cash, long-term incentive and total direct compensation percentile calculations.

©2014 Compensia

31

Confidential

DVA_OMCEAL_000517555

APPENDIX D

# Peer Company Detail: Chief Operating Officer

| Company | Title | Incumbent | Founder | New Hire | Base Salary | Target Cash Bonus $ | Target Cash Bonus % Sal | Target Cash Total | Actual Cash Bonus | Actual Cash Total | LTI Value Stock Options | LTI Value Rest Stock | LTI Value Perf Options | LTI Value Perf Shares | LTI Value Cash | LTI Value Total | LTI Value % Co | Target Total Direct | Actual Total Direct | % Ow |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Express Scripts Holding Co | EVP & COO | Mcnamee, P. | N | N | $675 | $675 | 100% | $1,350 | $1,293 | $1,968 | $950 | $475 | $125 | $850 | $0 | $2,400 | 0.02% | $3,750 | $4,368 | 0.1% |
| Health Net | EVP & COO | Woys, J. | N | N | $746 | $746 | 100% | $1,492 | $0 | $746 | $0 | $636 | $0 | $2,508 | $0 | $3,344 | 0.21% | $4,836 | $4,090 | 1.22% |
| Humana | EVP & COO | Murray, J. | N | N | $750 | $750 | 100% | $1,500 | $725 | $1,475 | $1,588 | $838 | $0 | $0 | $0 | $2,426 | 0.05% | $3,926 | $3,901 | 0.1% |
| Laboratory Corp. of America | EVP & COO | Boyle, J. | N | N | $522 | $653 | 125% | $1,175 | $431 | $953 | $0 | $1,761 | $0 | $1,775 | $0 | $3,536 | 0.12% | $4,711 | $4,489 | 0.36% |
| MEDNAX | Pres. & COO | Calabro, J. | N | N | $600 | $600 | 100% | $1,200 | $676 | $1,276 | $0 | $0 | $0 | $3,750 | $0 | $3,750 | 0.26% | $4,950 | $5,026 | 0.54% |
| Omnicare | Pres. & COO | Sahney, N. | N | N | $700 | $875 | 125% | $1,575 | $1,000 | $1,700 | $240 | $960 | $0 | $600 | $0 | $1,800 | 0.13% | $3,375 | $3,500 | 0.18% |
| Surgical Care Affiliates | EVP & COO | Rucker, M. | N | N | $424 | $318 | 75% | $743 | $131 | $555 | N/A - No Post IPO Equity | | | | | | | | | 0.78% |
| 75th Percentile | | | | | $723 | $748 | 113% | $1,496 | $863 | $1,588 | | | | | | $3,488 | 0.19% | $4,805 | $4,459 | 0.6% |
| 60th Percentile | | | | | $690 | $718 | 100% | $1,435 | $705 | $1,395 | | | | | | $3,344 | 0.13% | $4,711 | $4,368 | 0.4% |
| 50th Percentile | | | | | $675 | $675 | 100% | $1,350 | $676 | $1,276 | | | | | | $2,885 | 0.12% | $4,319 | $4,229 | 0.3% |
| Average | | | | | $631 | $660 | 104% | $1,291 | $608 | $1,239 | | | | | | $2,876 | 0.13% | $4,258 | $4,229 | 0.4% |
| 25th Percentile | | | | | $561 | $626 | 100% | $1,188 | $281 | $850 | | | | | | $2,407 | 0.06% | $3,794 | $3,948 | 0.1% |

NOTE: Data above reflects raw data presented in each peer company's most recent proxy statement available as of February 20, 2014. Raw data does not match report data due to the update of cash compensation. New hires are excluded from actual total cash, long-term incentive and total direct compensation percentile calculations.

© 2014 Compensia

Confidential

DVA_OMCEAL_000517556

# Peer Company Detail: Named Executive Officer Pay Rank #2 (President)

| Company | Title | Incumbent | Founder | New Hire | Base Salary | Target Cash Bonus $ | Target Cash Bonus % Sal. | Target Cash Total | Actual Cash Bonus | Actual Cash Total | Stock Options | Rest. Stock | Perf. Options | Perf. Shares | Cash | Value Total | % Co. | Target Total Direct | Actual Total Direct | Total Ow. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Baxter International | Corp. VP & Pres., Med. Prod. | Davis, R. | N | N | $692 | $665 | 96% | $1,357 | $1,368 | $2,060 | $906 | $2,509 | $0 | $1,466 | $0 | $4,881 | 0.05% | $6,239 | $6,941 | 0.1% |
| Catamaran | EVP & CFO | Park, J. | N | N | $635 | $572 | 90% | $1,207 | $788 | $1,423 | $533 | $533 | $0 | $1,067 | $0 | $2,133 | 0.05% | $3,340 | $3,556 | 0.1% |
| Centene | EVP, CFO & Treas. | Scheffel, W. | N | N | $690 | $518 | 75% | $1,208 | $0 | $690 | $0 | $503 | $0 | $503 | $665 | $1,670 | 0.08% | $2,878 | $2,360 | 0.2% |
| Community Health Systems | EVP & CFO | Cash, L. | N | N | $750 | $1,238 | 165% | $1,988 | $1,500 | $2,250 | $198 | $0 | $0 | $843 | $0 | $1,041 | 0.11% | $3,029 | $3,291 | 1.1% |
| Express Scripts Holding Co | Pres | Wentworth, T. | N | N | $850 | $1,063 | 125% | $1,913 | N/A | N/A | $1,700 | $1,700 | $0 | $1,700 | $0 | $5,100 | 0.03% | $7,013 | N/A | 0.0% |
| HCA Holdings | Pres. & CFO | Johnson, R. | N | N | $900 | $900 | 100% | $1,800 | $1,170 | $2,070 | $2,792 | $0 | $2,792 | $0 | $0 | $5,584 | 0.10% | $7,384 | $7,653 | 0.6% |
| Health Net | EVP & COO | Woys, J. | N | N | $746 | $746 | 100% | $1,492 | $0 | $746 | $0 | $836 | $0 | $2,508 | $0 | $3,344 | 0.21% | $4,836 | $4,090 | 1.2% |
| Humana | EVP & COO | Murray, J. | N | N | $750 | $750 | 100% | $1,500 | $725 | $1,475 | $1,588 | $838 | $0 | $0 | $0 | $2,426 | 0.05% | $3,926 | $3,901 | 0.1% |
| Laboratory Corp. of America | EVP & COO | Boyle, J. | N | N | $522 | $653 | 125% | $1,175 | $431 | $953 | $0 | $1,761 | $0 | $1,775 | $0 | $3,536 | 0.12% | $4,711 | $4,489 | 0.3% |
| MEDNAX | Pres. & COO | Calabro, J. | N | N | $600 | $600 | 100% | $1,200 | $676 | $1,276 | $0 | $0 | $0 | $3,750 | $0 | $3,750 | 0.26% | $4,950 | $5,026 | 0.5% |
| Omnicare | Pres. & COO | Sahney, N. | N | N | $700 | $875 | 125% | $1,575 | $1,000 | $1,700 | $240 | $960 | $0 | $600 | $0 | $1,800 | 0.13% | $3,375 | $3,500 | 0.1% |
| Quest Diagnostics | SVP, Physician Svc. | Doherty, C. | N | N | $520 | $364 | 70% | $884 | $204 | $724 | $698 | $409 | $0 | $818 | $0 | $1,925 | 0.07% | $2,809 | $2,649 | 0.2% |
| Surgical Care Affiliates | EVP & Chief Dev. Off. | Clark, J. | N | N | $459 | $321 | 70% | $780 | $132 | $590 | | | N/A - No Post IPO Equity | | | | | | 0.6% |
| Universal Health Services | Pres. | Miller, M. | N | N | $615 | $400 | 65% | $1,015 | $108 | $723 | $965 | $0 | $0 | $0 | $0 | $965 | 0.09% | $1,979 | $1,687 | 4.3% |
| WellPoint | EVP, Comm., Individual & Mkt. | Goulet, K. | N | N | $725 | $725 | 100% | $1,450 | $583 | $1,308 | $600 | $900 | $0 | $1,500 | $0 | $3,000 | 0.04% | $4,450 | $4,308 | 0.1% |
| 75th Percentile | | | | | $748 | $813 | 113% | $1,538 | $947 | $1,644 | | | | | | $3,697 | 0.12% | $4,922 | $4,489 | 0.6% |
| 60th Percentile | | | | | $710 | $733 | 100% | $1,467 | $715 | $1,400 | | | | | | $3,275 | 0.10% | $4,659 | $4,134 | 0.4% |
| 50th Percentile | | | | | $692 | $665 | 100% | $1,357 | $630 | $1,292 | | | | | | $2,713 | 0.09% | $4,188 | $3,901 | 0.2% |
| Average | | | | | $677 | $693 | 100% | $1,369 | $620 | $1,285 | | | | | | $2,940 | 0.10% | $4,351 | $4,112 | 0.6% |
| 25th Percentile | | | | | $608 | $545 | 83% | $1,188 | $150 | $730 | | | | | | $1,831 | 0.05% | $3,106 | $3,291 | 0.1% |

NOTE: Data above reflects raw data presented in each peer company's most recent proxy statement available as of February 20, 2014. Raw data does not match report data due to the update of cash compensation. New hires are excluded from actual total cash, long-term incentive and total direct compensation percentile calculations.

©2014 Compensia

Confidential

DVA_OMCEAL_000517557

Case: 1:21-cv-00305 Document #: 74-28 Filed: 04/10/26 Page 57 of 62 PageID #:35654

# Peer Company Detail: Chief Financial Officer

| Company | Title | Incumbent | Founder | New Hire | Base Salary | Target Cash Bonus $ | Target Cash Bonus % Sal. | Target Cash Bonus Total | Actual Cash Bonus | Actual Cash Total | LTI Value Stock Options | LTI Value Rest. Stock | LTI Value Perf. Options | LTI Value Perf. Shares | LTI Value Cash | LTI Value Total | LTI Value % Co. | Target Total Direct | Actual Total Direct | % To Ow. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Baxter International | Corp. VP & CFO | Hombach, R. | N | N | $609 | $558 | 92% | $1,167 | $874 | $1,483 | $906 | $0 | $0 | $1,466 | $0 | $2,373 | 0.03% | $3,540 | $3,856 | 0.03% |
| Catamaran | EVP & CFO | Park, J. | N | N | $635 | $572 | 90% | $1,207 | $788 | $1,423 | $533 | $533 | $0 | $1,067 | $0 | $2,133 | 0.05% | $3,340 | $3,556 | 0.15% |
| Centene | EVP, CFO & Treas. | Scheffel, W. | N | N | $690 | $518 | 75% | $1,208 | $0 | $690 | $0 | $503 | $0 | $503 | $665 | $1,670 | 0.08% | $2,878 | $2,360 | 0.22% |
| Community Health Systems | EVP & CFO | Cash, L. | N | N | $750 | $1,238 | 165% | $1,988 | $1,500 | $2,250 | $198 | $0 | $0 | $843 | $0 | $1,041 | 0.11% | $3,029 | $3,291 | 1.11% |
| Express Scripts Holding Co | EVP & CFO | Smith, C. | N | Y | $725 | $725 | 100% | $1,450 | N/A | N/A | $917 | $2,917 | $0 | $917 | $0 | $4,750 | 0.02% | $6,200 | N/A | 0.01% |
| HCA Holdings | Pres. & CFO | Johnson, R. | N | N | $900 | $900 | 100% | $1,800 | $1,170 | $2,070 | $2,792 | $0 | $2,792 | $0 | $0 | $5,584 | 0.10% | $7,384 | $7,653 | 0.66% |
| Health Net | EVP, CFO & Treas. | Capezza, J. | N | N | $586 | $469 | 80% | $1,055 | $0 | $586 | $0 | $393 | $0 | $1,180 | $0 | $1,574 | 0.10% | $2,629 | $2,160 | 0.34% |
| Humana | SVP, CFO & Treas. | Bloem, J. | N | N | $625 | $625 | 100% | $1,250 | $625 | $1,250 | $926 | $489 | $0 | $0 | $0 | $1,415 | 0.03% | $2,665 | $2,665 | 0.19% |
| Laboratory Corp. of America | EVP, CFO & Treas. | Hayes, W. | N | N | $479 | $479 | 100% | $959 | $293 | $772 | $0 | $756 | $0 | $1,763 | $0 | $2,518 | 0.09% | $3,477 | $3,291 | 0.35% |
| MEDNAX | CFO & Treas. | Lopez-Blanco, V. | N | N | $375 | $375 | 100% | $750 | $422 | $797 | $0 | $0 | $0 | $750 | $0 | $750 | 0.05% | $1,500 | $1,547 | 0.10% |
| Omnicare | SVP & CFO | Kraft, R. | N | N | $450 | $338 | 75% | $788 | $416 | $866 | $0 | $201 | $0 | $99 | $0 | $300 | 0.02% | $1,087 | $1,166 | 0.05% |
| Quest Diagnostics | SVP & CFO | Guinan, M. | N | Y | $550 | $495 | 90% | $1,045 | N/A | N/A | $809 | $1,900 | $0 | $800 | $0 | $3,509 | 0.13% | $4,554 | N/A | 0.02% |
| Universal Health Services | SVP, CFO & Sec. | Filton, S. | N | N | $508 | $254 | 50% | $761 | $69 | $576 | $750 | $0 | $0 | $0 | $0 | $750 | 0.07% | $1,511 | $1,326 | 0.48% |
| WellPoint | EVP & CFO | Deveydt, W. | N | N | $725 | $725 | 100% | $1,450 | $585 | $1,310 | $600 | $900 | $0 | $1,500 | $0 | $3,000 | 0.04% | $4,450 | $4,310 | 0.15% |
| | | | | | | | | | | | | | | | | | | | | |
| 75th Percentile | | | | | $716 | $700 | 100% | $1,400 | $809 | $1,438 | | | | | | $2,409 | 0.09% | $3,493 | $3,631 | 0.39% |
| 60th Percentile | | | | | $633 | $569 | 100% | $1,207 | $609 | $1,286 | | | | | | $1,948 | 0.08% | $3,215 | $3,291 | 0.22% |
| 50th Percentile | | | | | $617 | $538 | 96% | $1,187 | $504 | $1,058 | | | | | | $1,622 | 0.06% | $2,953 | $2,978 | 0.18% |
| Average | | | | | $615 | $591 | 94% | $1,205 | $562 | $1,173 | | | | | | $1,926 | 0.06% | $3,124 | $3,099 | 0.32% |
| 25th Percentile | | | | | $518 | $472 | 83% | $980 | $237 | $752 | | | | | | $968 | 0.04% | $2,350 | $2,007 | 0.11% |

NOTE: Data above reflects raw data presented in each peer company's most recent proxy statement available as of February 20, 2014. Raw data does not match report data due to the update of cash compensation. New hires are excluded from actual total cash, long-term incentive and total direct compensation percentile calculations.

©2014 Compensia

34

Confidential

DVA_OMCEAL_000517558

Case: 1:21-cv-00305 Document #: 142-8 Filed 04/10/26 Page 58 of 62 PageID #:35655

# Peer Company Detail: Top Legal Counsel

| Company | Title | Incumbent | Founder | New Hire | Base Salary | Bonus $ | % Sal. | Total | Actual Cash Bonus | Total | Stock Option | Rest Stock | Perf Option | Perf Share | Cash | Total | % Co. | Target Total Direct | Actual Total Direct | % Total Own |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Catamaran | SVP, GC & Corp. Sec. | Berman, C. | N | N | $310 | $155 | 50% | $465 | $160 | $470 | $173 | $141 | $0 | $282 | $0 | $596 | 0.01% | $1,061 | $1,066 | 0.04% |
| Express Scripts Holding Co | EVP, GC & Sec. | Ebling, K. | N | N | $600 | $600 | 100% | $1,200 | $1,142 | $1,742 | $850 | $425 | $75 | $650 | $0 | $2,000 | 0.02% | $3,200 | $3,742 | 0.10% |
| Laboratory Corp. of America | SVP, Chief Leg. Officer | Eberts, S. | N | N | $354 | $177 | 50% | $531 | $117 | $471 | $0 | $147 | $0 | $342 | $0 | $489 | 0.02% | $1,020 | $959 | 0.12% |
| Omnicare | SVP, GC & Sec. | Kayne, A. | N | N | $430 | $323 | 75% | $753 | $398 | $828 | $90 | $135 | $0 | $225 | $0 | $450 | 0.03% | $1,203 | $1,278 | 0.05% |
| Quest Diagnostics | SVP & GC | Prevoznik, M. | N | N | $492 | $344 | 70% | $837 | $202 | $694 | $489 | $286 | $0 | $572 | $0 | $1,347 | 0.05% | $2,183 | $2,041 | 0.24% |
| | | | | | | | | | | | | | | | | | | | | |
| 75th Percentile | | | | | $492 | $344 | 75% | $837 | $398 | $828 | | | | | | $1,347 | 0.03% | $2,183 | $2,041 | 0.12% |
| 60th Percentile | | | | | $455 | $331 | 72% | $786 | $280 | $748 | | | | | | $896 | 0.02% | $1,595 | $1,583 | 0.11% |
| 50th Percentile | | | | | $430 | $323 | 70% | $753 | $202 | $694 | | | | | | $596 | 0.02% | $1,203 | $1,278 | 0.10% |
| Average | | | | | $437 | $320 | 69% | $757 | $404 | $841 | | | | | | $976 | 0.03% | $1,733 | $1,817 | 0.11% |
| 25th Percentile | | | | | $354 | $177 | 50% | $531 | $160 | $471 | | | | | | $489 | 0.02% | $1,061 | $1,066 | 0.08% |

NOTE: Data above reflects raw data presented in each peer company's most recent proxy statement available as of February 20, 2014. Raw data does not match report data due to the update of cash compensation. New hires are excluded from actual total cash, long-term incentive and total direct compensation percentile calculations.

©2014 Compensia

Confidential

DVA_OMCEAL_000517559

# Peer Company Detail: Equity Prevalence & Mix[1]

| Peers | Type of LTI Granted | | | | | Annual Avg LTI Value Granted Mix | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Stock Options | Restricted Stock | Perf. Options | Perf. Shares | Cash LTIP | Stock Options | Restricted Stock | Perf. Options | Perf. Shares | Cash LTIP |
| Baxter International | X | X | | X | | 30% | 22% | 0% | 48% | 0% |
| Catamaran | X | X | | X | | 17% | 50% | 0% | 33% | 0% |
| Centene | | X | | X | X | 0% | 37% | 0% | 37% | 27% |
| Community Health Systems | X | | | X | | 15% | 0% | 0% | 85% | 0% |
| Express Scripts Holding Co | X | X | X | X | | 38% | 26% | 2% | 34% | 0% |
| HCA Holdings | X | | X | | | 50% | 0% | 50% | 0% | 0% |
| Health Net | | X | | X | | 0% | 25% | 0% | 75% | 0% |
| Humana | X | X | | | | 64% | 36% | 0% | 0% | 0% |
| Laboratory Corp. of America | | X | | X | | 0% | 35% | 0% | 65% | 0% |
| MEDNAX | | | | X | | 0% | 0% | 0% | 100% | 0% |
| Omnicare | X | X | | X | | 13% | 52% | 0% | 34% | 0% |
| Quest Diagnostics | X | X | | X | | 36% | 21% | 0% | 42% | 0% |
| Universal Health Services | X | X | | | | 82% | 18% | 0% | 0% | 0% |
| WellPoint | X | X | | X | | 20% | 30% | 0% | 50% | 0% |
| **Prevalence / Average** | **71%** | **79%** | **14%** | **79%** | **7%** | **27%** | **25%** | **4%** | **43%** | **2%** |

**Excluded - No Post-IPO Equity**

Surgical Care Affiliates

1. Data per most recent disclosed fiscal year for Top 5 executives; vehicle prevalence and value granted mix exclude new hires.

Confidential

DVA_OMCEAL_000517560

Case: 1:21-cv-00305 Document #: 742-8 Filed: 04/10/26 Page 60 of 62 PageID #:35657

# Peer Company Financial Performance Analysis[1]

| Company | Revenue Growth 1-Year | Revenue Growth 3-Year (CAGR) | Quarterly Operating Margin 1-Year | Quarterly Operating Margin 3-Year | Net Margin 1-Year | Net Margin 3-Year | Total Shrhld. Ret. (as of 1/31/14) 1-Year | Total Shrhld. Ret. 3-Year (CAGR) |
|---|---|---|---|---|---|---|---|---|
| Baxter International | 7.5% | 5.3% | 22.1% | 22.7% | 13.2% | 15.1% | 3.5% | 15.0% |
| Catamaran | 70.0% | 93.8% | 3.0% | 2.9% | 1.7% | 1.6% | -6.3% | 26.4% |
| Centene | 25.3% | 34.7% | 2.6% | 1.9% | 1.5% | 1.1% | 40.4% | 29.8% |
| Community Health Systems | -4.6% | 1.7% | 8.3% | 8.7% | 1.3% | 1.7% | 8.0% | 5.9% |
| Express Scripts Holding Co | 33.9% | 36.1% | 4.0% | 4.2% | 1.7% | 1.9% | 39.8% | 9.9% |
| HCA Holdings | -1.9% | 6.8% | N/A | 9.2% | 4.6% | 5.7% | 33.5% | N/A |
| Health Net | -1.7% | -6.7% | 2.7% | 2.8% | 1.5% | 1.1% | 20.9% | 4.9% |
| Humana | 5.6% | 7.1% | 4.9% | 5.5% | 3.0% | 3.3% | 32.5% | 20.3% |
| Laboratory Corp. of America | 2.4% | 5.1% | 17.4% | 18.5% | 9.9% | 9.8% | 0.4% | 0.0% |
| MEDNAX | 18.6% | 15.4% | 21.0% | 21.5% | 13.0% | 13.3% | 30.1% | 18.9% |
| Omnicare | 0.3% | 0.9% | 9.3% | 8.6% | 1.6% | 1.4% | 62.3% | 35.4% |
| Quest Diagnostics | -3.2% | -1.0% | 16.1% | 17.1% | 11.9% | 8.5% | -7.5% | -1.3% |
| Surgical Care Affiliates | N/A | N/A | 18.7% | N/A | -4.1% | N/A | N/A | N/A |
| Universal Health Services | -1.6% | 11.0% | 14.2% | 12.9% | 7.2% | 5.9% | 45.2% | 25.7% |
| WellPoint | 15.1% | 6.6% | 6.5% | 7.0% | 3.5% | 4.0% | 35.2% | 13.4% |
| **75th Percentile** | **17.7%** | **14.3%** | **17.1%** | **16.1%** | **8.5%** | **7.9%** | **38.7%** | **25.7%** |
| **60th Percentile** | **7.1%** | **7.1%** | **13.2%** | **9.1%** | **3.9%** | **5.4%** | **33.3%** | **19.2%** |
| **50th Percentile** | **4.0%** | **6.7%** | **8.8%** | **8.6%** | **3.0%** | **3.7%** | **31.3%** | **15.0%** |
| **25th Percentile** | **-1.7%** | **2.5%** | **4.3%** | **4.6%** | **1.6%** | **1.6%** | **4.6%** | **5.9%** |
| **DaVita HealthCare Partners** | **42.8%** | **22.3%** | **15.8%** | **16.5%** | **5.4%** | **6.2%** | **12.5%** | **20.7%** |
| Percentile Rank | 94% | 80% | 68% | 76% | 67% | 70% | 33% | 67% |

1. Financial data per S&P Research Insight. Data represent filings through the most recent quarter available as of 2/20/14 (FY ended 12/31/13 for DaVita). Total Shareholder Return measured as of 1/31/14. Surgical Care Affiliates performance only available for select metrics due to limited disclosure / trading history as a public company.

©2014 Compensia

Confidential

DVA_OMCEAL_000517561

Case: 1:21-cv-00305 Document #: 742-8 Filed: 04/10/26 Page 61 of 62 PageID #:35658

152

f2

869

438

ba

sb

c9

dc5069

APPENDIX F

# Peer Company Burn Rate Detail

| Company | Gross Burn Rate 2013 | 2012 | 2011 | 2010 | Last FY | 3-Year Avg. | Net Burn Rate 2013 | 2012 | 2011 | 2010 | Last FY | 3-Year Avg. | Overhang Issued | Avail. | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Baxter International | 2.0% | 1.9% | 1.8% | 2.0% | 1.9% | 1.7% | 1.3% | 1.4% | 1.7% | 1.4% | 6.4% | 7.6% | 14.0% |
| Catamaran | 1.1% | 0.9% | 0.9% | 1.1% | 1.0% | 1.0% | 0.8% | 0.5% | 1.0% | 0.8% | 1.8% | 3.2% | 5.0% |
| Centene | 5.0% | 4.9% | 4.3% | 5.0% | 4.8% | 4.3% | 4.7% | 4.0% | 4.3% | 4.3% | 6.4% | 4.4% | 10.8% |
| Community Health Systems | 1.9% | 4.2% | 4.0% | 1.9% | 3.4% | 1.3% | 3.8% | 3.5% | 1.3% | 2.9% | 9.7% | 1.3% | 10.9% |
| Express Scripts Holding Co | 0.7% | 1.3% | 0.7% | 0.7% | 0.9% | 0.5% | 1.1% | 0.5% | 0.5% | 0.7% | 6.0% | 5.6% | 11.6% |
| HCA Holdings | 3.0% | 0.3% | 0.2% | 3.0% | 1.2% | 2.8% | 0.2% | 0.1% | 2.8% | 1.0% | 10.3% | 8.2% | 18.5% |
| Health Net | 2.6% | 2.8% | 2.7% | 2.6% | 2.7% | 1.6% | 1.6% | 2.0% | 1.6% | 1.7% | 7.6% | 6.9% | 14.6% |
| Humana | 1.8% | 2.2% | 1.7% | 1.8% | 1.9% | 1.6% | 1.8% | 1.3% | 1.6% | 1.6% | 3.3% | 10.9% | 14.2% |
| Laboratory Corporation o | 2.4% | 2.0% | 2.2% | 2.4% | 2.2% | 2.3% | 1.8% | 2.0% | 2.3% | 2.0% | 8.0% | 8.2% | 16.2% |
| MEDNAX | 2.9% | 2.8% | 2.9% | 2.9% | 2.9% | 2.6% | 2.7% | 2.9% | 2.6% | 2.7% | 5.0% | 8.5% | 13.5% |
| Omnicare | 1.5% | 1.1% | 2.5% | 1.5% | 1.7% | 0.2% | 0.4% | 1.5% | 0.2% | 0.7% | 3.5% | 2.3% | 5.9% |
| Quest Diagnostics | 1.9% | 1.9% | 1.8% | 1.9% | 1.8% | 1.4% | 1.6% | 1.4% | 1.4% | 1.5% | 5.7% | 3.9% | 9.6% |
| Surgical Care Affiliates | Excluded - Recent IPO | | | | | | | | | | | | |
| Universal Health Serv | 3.2% | 3.0% | 0.2% | 3.2% | 2.2% | 2.7% | 2.7% | -0.1% | 2.7% | 1.8% | 7.6% | 13.7% | 21.3% |
| WellPoint | 2.2% | 1.5% | 1.6% | 2.2% | 1.8% | 1.5% | 0.9% | 1.0% | 1.5% | 1.1% | 6.7% | 9.6% | 16.3% |
| 75th Percentile | 2.8% | 2.8% | 2.7% | 2.8% | 2.6% | 2.5% | 2.4% | 2.0% | 2.5% | 2.0% | 7.6% | 8.4% | 15.8% |
| 50th Percentile | 2.1% | 1.9% | 1.8% | 2.1% | 1.9% | 1.6% | 1.6% | 1.4% | 1.6% | 1.5% | 6.4% | 7.3% | 13.7% |
| 25th Percentile | 1.8% | 1.3% | 1.1% | 1.8% | 1.7% | 1.3% | 0.9% | 0.7% | 1.3% | 1.0% | 5.2% | 4.0% | 10.8% |
| DaVita HealthCare Partners | 1.7% | 2.4% | 3.3% | 1.7% | 2.5% | 1.2% | 2.0% | 2.6% | 3.1% | 1.2% | 2.2% | 6.6% | 16.9% | 23.5% |

- Burn rate calculations based on weighted average common shares outstanding for each fiscal year; overhang calculations based on common shares outstanding as of the most recent fiscal year end
- Full value shares (RSUs, performance shares, etc.) are converted into option/SAR equivalents based on each company's calculated 3-year volatility. For DaVita, this results in each RSU treated as 3.0 SSARs in 2013, applied retroactively to 2012 and 2011
- ISS 2014 Healthcare and Services burn rate cap = 4.82%

©2014 Compensia

Confidential

DVA_OMCEAL_000517562