# EXHIBIT 117

# FILED UNDER SEAL

Message

_____

| | |
|---|---|
| **From:** | Fanning, Bridie [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CEE4F44765FA4EEB82AA50016B1A2A9D-FANNING, BR] |
| **Sent:** | 1/30/2015 7:53:46 AM |
| **To:** | Sharff, Rich [rich.sharff@scasurgery.com]; Kimbrough, Jenifer [jenifer.kimbrough@scasurgery.com]; Georgia, Roy [roy.georgia@scasurgery.com]; Clemens, Peter [peter.clemens@scasurgery.com] |
| **CC:** | Schilleci, Anne [anne.schilleci@scasurgery.com] |
| **Subject:** | Re: Approach Confirmation |
| **Attachments:** | image001.jpg; image002.png; image003.png; SCASr Director - IT Compliance.doc |

# Redacted - Privilege

Regards, Bridie

**Bridie Fanning**

Chief Talent Officer

Surgical Care Affiliates | www.scasurgery.com

520 Lake Cook Road, Suite 250 | Deerfield, IL 60015

847.236.0941 (o) | 203.427.1789 (c) | bridie.fanning@scasurgery.com

_____

**From:** <Sharff>, Rich <Rich.Sharff@scasurgery.com>
**Date:** Friday, January 23, 2015 at 2:25 PM
**To:** "Kimbrough, Jenifer" <Jenifer.Kimbrough@scasurgery.com>, "Georgia, Roy" <Roy.Georgia@scasurgery.com>, "Clemens, Peter" <Peter.Clemens@scasurgery.com>, Bridie Fanning <bridie.fanning@scasurgery.com>
**Cc:** "Schilleci, Anne" <anne.schilleci@scasurgery.com>
**Subject:** RE: Approach Confirmation

## Redacted - Privilege

**Rich Sharff**
EVP and General Counsel
Surgical Care Affiliates | www.scasurgery.com
205.545.2764 (o) | 205.218.4344 (c) | rich.sharff@scasurgery.com

CONFIDENTIAL

This e-mail and any attachments thereto may contain confidential information. If you are not the intended recipient of this e-mail, you should not forward, distribute or copy it. If you receive this email in error, please notify me by e-mail or phone, and permanently delete the e-mail and discard any printout of it or the attachments. Thank you.

**From:** Kimbrough, Jenifer
**Sent:** Friday, January 23, 2015 12:48 PM
**To:** Sharff, Rich; Georgia, Roy; Clemens, Peter; Fanning, Bridie
**Cc:** Schilleci, Anne
**Subject:** RE: Approach Confirmation

Everyone,

# Redacted - Privilege

Thank you,
Jenifer

**Jenifer G. Kimbrough, CPA, CGMA**
Vice President, Compliance & Audit
Surgical Care Affiliates | www.scasurgery.com
205.545.2582 (o) 205.999.8321 (m) jenifer.kimbrough@scasurgery.com

**From:** Sharff, Rich
**Sent:** Friday, January 23, 2015 10:59 AM
**To:** Georgia, Roy; Clemens, Peter; Fanning, Bridie
**Cc:** Kimbrough, Jenifer; Schilleci, Anne
**Subject:** RE: Approach Confirmation

# Redacted - Privilege

CONFIDENTIAL

SCA002209522

**Rich Sharff**
EVP and General Counsel
Surgical Care Affiliates | www.scasurgery.com
205.545.2764 (o) | 205.218.4344 (c) | rich.sharff@scasurgery.com

This e-mail and any attachments thereto may contain confidential information. If you are not the intended recipient of this e-mail, you should not forward, distribute or copy it. If you receive this email in error, please notify me by e-mail or phone, and permanently delete the e-mail and discard any printout of it or the attachments. Thank you.

---

**From:** Georgia, Roy
**Sent:** Friday, January 23, 2015 9:34 AM
**To:** Clemens, Peter; Fanning, Bridie
**Cc:** Sharff, Rich
**Subject:** Re: Approach Confirmation

Attached is what I created three weeks ago. I need to give it another review/update based on how much I have learned since then.

Thanks,
Roy

**Roy Georgia**
Chief Information Officer
Surgical Care Affiliates | www.scasurgery.com
405.642.2495 | roy.georgia@scasurgery.com

---

**From:** <Clemens>, Pete Clemens <Peter.Clemens@scasurgery.com>
**Date:** Friday, January 23, 2015 at 9:25 AM
**To:** Roy Georgia <roy.georgia@scasurgery.com>, "Fanning, Bridie" <Bridie.Fanning@scasurgery.com>
**Subject:** RE: Approach Confirmation

Do we have a job description already? Would like to see it when we do. Rich was asking this am as well.

---

**From:** Georgia, Roy
**Sent:** Friday, January 23, 2015 9:21 AM
**To:** Fanning, Bridie
**Cc:** Clemens, Peter
**Subject:** Re: Approach Confirmation

Bridie,

Given we need the best candidate and a desire for some type of HIPAA experience, my preference would be to focus on Chicago. As we discussed they will travel but the right person can manage from afar. I do think the right person isn't out there actively looking, so I am inclined to bypass a contingency basis if that approach is likely to get only active lookers. Let's discuss on the phone this and the HIPAA piece.

We have another call with Protiviti this am about how they can help us on the SOX front so that will happen. I also had a call with their Atlanta based HIPAA leader yesterday and he is working on a proposal to get me some help on the HIPAA front too. It will be good for Protiviti to add perspective on the HIPAA experience needed in the role.

Let me know when you can talk today as I also want to touch base on the P3 process/deliverables.

Thanks,
Roy

CONFIDENTIAL                                                                    SCA002209523

**Roy Georgia**
Chief Information Officer
Surgical Care Affiliates | www.scasurgery.com
405.642.2495 | roy.georgia@scasurgery.com

**From:** <Fanning>, Bridie <Bridie.Fanning@scasurgery.com>
**Date:** Thursday, January 22, 2015 at 8:59 PM
**To:** Roy Georgia <roy.georgia@scasurgery.com>
**Cc:** Pete Clemens <Peter.Clemens@scasurgery.com>
**Subject:** Approach Confirmation

Roy, I met with Harmer Associates on Monday. Turns out that they are doing a similar search for Jim Werner who was the VP of Internal Audit that Andrew spoke to at Hyatt – not sure what the odds of that are, but small world. If we were to engage Harmer you would clearly need to talk to them too.

Location – the role can be either Birmingham or Deerfield. However, wherever we pick the search consultant the odds will be that is where the candidate will be – at this level a Chicago firm will know Chicago and a Birmingham one Birmingham. If we go the contingent route – which is an option it's possible we won't get the same caliber of candidates – bottom line there is less incentive for the firm and they don't work as hard – no matter how good they are. We are likely to get candidates on the market, actively looking not a search and too much proactive reach out – the best candidates are often passive and not actively looking.

One thought I had was to engage on a contingent basis two firms and after 2-3 weeks – which means you giving a lot of time to screening etc.. Make the decision to go retained with one or the other (unless by some miracle we fill it that way). It will delay the process overall though – because we'll need to close out one of the firms.

We should talk about the HIPPA requirement it severely limits an already tight candidate pool – they must have public company experience and have to have worked in healthcare – that means we can only consider public company healthcare type folks – unless I'm misunderstanding and we should talk about it. It could be possible but it will mean the search is likely to be many months.

Attached are two agreements – which I haven't confirmed or edited in anyway – I just wanted you to see them.

Are we engaging Protiviti? - they might have a perspective?

Regards, Bridie

**Bridie Fanning**

Chief Talent Officer

Surgical Care Affiliates | www.scasurgery.com

520 Lake Cook Road, Suite 250 | Deerfield, IL 60015

847.236.0941 (o) | 203.427.1789 (c) | bridie.fanning@scasurgery.com

CONFIDENTIAL

SCA002209524

**From:** Kelly Littlejohn <KLittlejohn@harmer.com>
**Date:** Thursday, January 22, 2015 at 11:43 AM
**To:** Bridie Fanning <bridie.fanning@scasurgery.com>
**Subject:** Harmer Associates Fee Agreements

Bridie

Per your request, attached are the contingency and retained agreements.

I am very willing to work either agreement for you. In my opinion, however, if cost is not the main criteria then retained search should be more frequently utilized when filling challenging roles. You made it quite clear in our meeting that the Senior Director of IT Compliance will be challenging. Given that I need our staff to be dedicated and focused given the search may take longer. In addition, you want to exclusively partner with a firm that will take the time to learn and understand the mission/value criteria in hiring executives and staff.

You will receive a dedicated, completely focused approach from Harmer Associates on your role. I have multiple references that can tell you I am a no nonsense Client Manager that is efficient, effective and results focused. The email I forwarded to you from Jim Werner from Hyatt, hopefully, highlighted our reputation in the Chicago marketplace.

Given that a retained agreement requires a commitment by both the recruiting agency and the client, there are few cons if any to this type of agreement. I personally feel that the limited utilization of retained search is, to some degree, a function of the hiring managers. Recruiting expenses often hit individual department budgets, so they often do not want to pay up front for recruiting fees.

Some companies seem to like the idea of engaging several agencies so they get competition for our business. And at some surface level this mentality makes sense. So, the commitment level is lower from both parties in the contingency model, which ultimately hurts the client. I also realize that clients like working with contingency recruiters because they could 'get lucky' and fill the position through other or internal channels, and not have to pay a fee at all.

I look forward to hearing back from you,

Kelly

*(To learn more about us visit www.harmer.com)*
**KELLY LITTLEJOHN, PARTNER| HARMER ASSOCIATES | Recruiting Consultants - Accounting, Finance & Technology | 150 South Wacker Drive, Suite 2700, Chicago, Illinois 60606 | 312.407.7180 (o) | 312.401.4074(m) www.harmer.com | klittlejohn@harmer.com |Search our current jobs**





**From:** <Georgia>, Roy <Roy.Georgia@scasurgery.com>
**Date:** Monday, January 19, 2015 at 4:39 PM
**To:** Bridie Fanning <bridie.fanning@scasurgery.com>

CONFIDENTIAL

SCA002209525

**Cc:** "Clemens, Peter" <Peter.Clemens@scasurgery.com>
**Subject:** Approach Confirmation

Bridie,

I let both candidates (James and John) know that we are in the process of bringing in a 3rd party consultant to evaluate where we stand and our approach going forward.

As confirmed with Pete on Thursday after the Protiviti call, we all agree to move forward with a national search firm and location is less important than getting the right candidate. We will follow the guidance of the search firm on what compensation will be needed to get the best pool of candidates.

Please let me know how I can be of assistance with the process. Given we are going all in with this approach, I do think we need someone that has both the SOX and HIPAA expertise.

Thanks for your help.
Roy

**Roy Georgia**
Chief Information Officer
Surgical Care Affiliates | www.scasurgery.com
405.642.2495 | roy.georgia@scasurgery.com

CONFIDENTIAL

SCA002209526

# EXHIBIT 118

# FILED UNDER SEAL

Message
_____

From:        Rucker, Michael [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
             (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A6DF7C0147D04D7EA7647B4ADECCCF59-RUCKER MICH]
Sent:        3/7/2015 5:02:56 PM
To:          Fanning, Bridie [bridie.fanning@scasurgery.com]
Subject:     FW: Mathis -- 2014 Bonus
Attachments: 15 03 06--Mathis Bonus Worksheet.xlsx; ATT00001.htm

**From:** Mathis, Brian
**Sent:** Friday, March 6, 2015 5:14 PM
**To:** Hayek, Andrew
**Cc:** Rucker, Michael
**Subject:** Re: Mathis -- 2014 Bonus

Andrew,

Sorry for the delay, have been on calls straight through. I created a worksheet (attached) with the same metrics from the TAP. This year my metrics were all pretty formulaic and did not carry much judgment. I inserted a couple of comments that hopefully make it easy to follow.

Later in the morning Bridie sent me a worksheet from Julie Smith that looked like it was going to be more complicated to complete than the attached. However, I want to call out two things I noticed in there that I was not sure how to handle:

- It showed my eligible bonus as being based on a pro-rated period of 6 months tied to when my promotion went into the system. I raise this as I was under the impression we pay bonuses based on current comp. If that is not true then I'd like to discuss it given I feel I was pretty far under market relative to the role for an extended period of time. It's a difference of roughly ▮▮▮▮ as current calculated
- In the other direction it noted ▮▮▮▮ "discretionary add per MR"

I'd be happy to discuss the above (as well as the file) at your convenience and just wanted to ensure you had something back by EOD.

Thanks,
Brian

CONFIDENTIAL
SCA001123358

Produced in Native Format

Produced in Native Format

CONFIDENTIAL

SCA001123359



# EXHIBIT 119

# FILED UNDER SEAL

Message

| | | |
|---|---|---|
| **From:** | | Fanning, Bridie [Bridie.Fanning@scasurgery.com] |
| **on behalf of** | | Fanning, Bridie |
| **Sent:** | | 9/27/2015 4:13:18 PM |
| **To:** | | Leaf, Steven [Steven.Leaf@scasurgery.com] |
| **Subject:** | | Re: Brian Mathis Promotion - effective date |

Yes – it's a promotion – his job title needs to change too Group Vice President – I believe his bonus already is ▮

Regards, Bridie

**Bridie Fanning**
Chief Talent Officer
Surgical Care Affiliates | www.scasurgery.com
520 Lake Cook Road, Suite 250 | Deerfield, IL 60015
847.236.0941 (o) | 203.427.1789 (c) | bridie.fanning@scasurgery.com

**From:** "Leaf, Steven"
**Date:** Sunday, September 27, 2015 at 4:11 PM
**To:** Bridie Fanning
**Subject:** RE: Brian Mathis Promotion - effective date

No problem, what do we use as a reason for the increase? is it a promotion or a salary adjustment?

**Steven Leaf**
Director HRIS/Payroll
569 Brookwood Village, Suite 901 | Birmingham, AL 35209
Surgical Care Affiliates | www.scasurgery.com
205.545.2695 (o) | 205.439.4750 (f) | steven.leaf@scasurgery.com

**From:** Fanning, Bridie
**Sent:** Sunday, September 27, 2015 4:10 PM
**To:** Leaf, Steven
**Subject:** Re: Brian Mathis Promotion - effective date

Thank you Steven, and apologies for missing this, regards, Bridie

**Bridie Fanning**
Chief Talent Officer
Surgical Care Affiliates | www.scasurgery.com
520 Lake Cook Road, Suite 250 | Deerfield, IL 60015
847.236.0941 (o) | 203.427.1789 (c) | bridie.fanning@scasurgery.com

**From:** "Leaf, Steven"
**Date:** Sunday, September 27, 2015 at 4:08 PM
**To:** Bridie Fanning
**Subject:** RE: Brian Mathis Promotion - effective date

CONFIDENTIAL

BF000048126

Yes, technically that would be September 6th. We will owe him a retro for one pay period and he will be current for the run this week. I will get the PAF going. Thx

**Steven Leaf**
Director HRIS/Payroll
569 Brookwood Village, Suite 901 | Birmingham, AL 35209
Surgical Care Affiliates | www.scasurgery.com
205.545.2695 (o) | 205.439.4750 (f) | steven.leaf@scasurgery.com

---

**From:** Fanning, Bridie
**Sent:** Sunday, September 27, 2015 4:02 PM
**To:** Leaf, Steven
**Subject:** Re: Brian Mathis Promotion - effective date

Great – thank you Steven, can you make it effective september 5th? - start of the second payroll period?

Regards, Bridie

**Bridie Fanning**
Chief Talent Officer
Surgical Care Affiliates | www.scasurgery.com
520 Lake Cook Road, Suite 250 | Deerfield, IL 60015
847.236.0941 (o) | 203.427.1789 (c) | bridie.fanning@scasurgery.com

---

**From:** "Leaf, Steven"
**Date:** Sunday, September 27, 2015 at 2:35 PM
**To:** Bridie Fanning
**Subject:** RE: Brian Mathis Promotion - effective date

No problem. We had two check dates in September where the first was for a check date of September 4 which was for Aug 23rd thru Sept 5th. Do you want us to retro him for the two full periods that Paid in September?

**Steven Leaf**
Director HRIS/Payroll
569 Brookwood Village, Suite 901 | Birmingham, AL 35209
Surgical Care Affiliates | www.scasurgery.com
205.545.2695 (o) | 205.439.4750 (f) | steven.leaf@scasurgery.com

---

**From:** Fanning, Bridie
**Sent:** Sunday, September 27, 2015 11:08 AM
**To:** Leaf, Steven
**Subject:** FW: Brian Mathis Promotion - effective date

Steven, it occurred to me I never sent through Brian Mathis pay increase. What was the first payroll effective date in September?

Moving Brian's base from ███████████████ his bonus target is ███████ ████████ His total target cash compensation would move to █████ which is an increase of █████ – note the bonus will be paid out on new base and is not pro rated.

CONFIDENTIAL

BF000048127

Regards, Bridie

**Bridie Fanning**

Chief Talent Officer

Surgical Care Affiliates | www.scasurgery.com

520 Lake Cook Road, Suite 250 | Deerfield, IL 60015

847.236.0941 (o) | 203.427.1789 (c) | bridie.fanning@scasurgery.com

CONFIDENTIAL

BF000048128

# EXHIBIT 120

# FILED UNDER SEAL

Surgical Care Affiliates Total Compensation Philosophy

### Who We Are

In order to better understand our compensation program, it is important to understand our strategy, our business, and the markets in which we compete. We are a leading provider of surgical solutions to physicians, health systems and health plans (payors), providing high-quality, cost-effective surgical care across a network of [194] surgical facilities in [35] states.

We create strategic partnerships with physicians, health systems, and/or health plans, and these partnerships vary based on the circumstances of each local market. This strategy requires that we recruit, develop, and retain outstanding leaders, who can assess each market, develop the appropriate strategy for their local markets, cultivate and execute the right strategic partnerships, and ultimately operate these partnerships, which are often complex.

In order to support this business model, we have developed a network of six operating groups, which are based in a network of five group offices (Birmingham, Chicago, Dallas, Los Angeles, and Stamford CT), and we have sought to recruit and develop strong operating and development teams within these operating groups in order to support our strategy.

Our six operating groups are supported by several departments, which provide strategic value across the groups and organization, including development, managed care, new business development, supply chain, revenue cycle, information technology, compliance, finance, and accounting. The success of our strategy relies on recruiting, developing, and retaining outstanding leaders in these areas, so that they can support our ability to secure and execute strategic partnerships across the markets we serve, including innovative partnership structures with large (multi-billion dollar revenue) health systems and innovative partnerships structures with some of the largest health plans in the country.

Our success in building a brand as a leader and innovator in surgical solutions and our success in growing our business in a capital-efficient manner over the past several years has been driven by the strength of the group leadership and department leadership teams we have built, and their success in crafting and implementing complex strategic partnerships. Similarly, we believe our continued success as an organization is tied to our ability to maintain and grow our group and departmental leadership teams, who will continue to lead innovation in how we partner with physicians, health systems, and health plans in new markets and new structures.

Examples of these innovative partnership structures include strategic partnerships with risk-bearing medical groups in which we help manage total surgical cost of care; strategic partnerships with health plans in which we help manage quality and total cost of care and create alignment mechanisms with surgeons around quality and cost; and, strategic partnerships with health systems in which we manage surgical delivery, both in free-standing surgical facilities but also in optimizing surgical delivery in acute-care hospital surgery departments.

1

CONFIDENTIAL

SCA000079723

Surgical Care Affiliates Total Compensation Philosophy

## Our Industry

Medical costs account for a substantial percentage of spending in America. The United States spent $2.7 trillion on healthcare in 2011, according to Centers for Medicare and Medicaid Services ("CMS"), and the percentage of gross domestic product devoted to healthcare has increased from 7.2% in 1970 to 17.9% in 2011. Surgical delivery is one of the largest components of medical costs in the United States, currently representing approximately 30% of medical spending for individuals with commercial insurance, according to our estimates. We believe a healthcare environment characterized by cost pressure, regulatory change, increased consumerism and consolidation favors large-scale competitors with strong reputations.

## Our Competitive Strengths

We believe that our commitment to outstanding patient care, our strategy and our market position align us to benefit from trends in the U.S. healthcare market. An environment that demands better access to high-quality care, improved patient experience, health system and physician partnership and continuous clinical and administrative improvement and efficiency aligns very well with our competitive strengths. These include:

- A multi-pronged growth strategy
- Strategic partnerships with leading health systems, medical groups, and payers
- Leading national brand
- Suite of technology, systems, and processes to drive clinical, operational, and financial results
- Experienced management team

## Our People

Our senior leadership team plays an important role in our continued growth and success. Competition for senior management generally, and within the healthcare industry specifically, is intense and our ability to attract, retain and motivate qualified senior leadership is core to our continued success. We could be adversely affected if we lose members of our senior leadership team or are unable to recruit senior leaders with the required experience or expertise in sufficient numbers. Our compensation program is a key element of our people strategy to help us attract, retain and motivate our leaders and teammates.

## Out Total Compensation Philosophy

The goal of our compensation program is the same as our goal for operating the company, to achieve our vision of becoming the *partner of choice* for surgical care by caring for our patients, serving our physicians, and improving healthcare in America.

To this end, we have designed our compensation programs to (i) reward our leaders for sustained clinical, operational, and financial performance and leadership excellence, (ii) align our leaders' interests with those of our shareholders and (iii) encourage our

CONFIDENTIAL

SCA000079724

Surgical Care Affiliates Total Compensation Philosophy

teammates to remain with the company. We compensate our leaders and teammates in a manner that is designed to achieve one or more of our performance, alignment or retention objectives.

Our leaders are critical to our long-term success and competition for senior management is intense; therefore we need to be competitive not only in our markets and the services we provide but also in the quality of our leaders we attract. Accordingly we seek to provide pay at levels that are competitive with other employers in healthcare services and that allow us to compete effectively for talent, both within and outside of our industry.

Out total compensation philosophy aligns pay and performance – achieving strong clinical, operational, and financial results and positioning the company for long-term success.

Our "pay for performance" philosophy is accomplished by having a majority of our senior leaders pay tied to company performance. We set base salaries (fixed pay) at levels that are competitive in our marketplace and provide annual cash and annual equity incentives (variable pay) that are competitive in our marketplace, are tied to performance outcomes, and that allow us to retain outstanding leaders in a competitive environment for executive talent. We believe this structure provides incentive for our leaders to strive for outstanding results, which we expect will translate to long-term value for our shareholders. This design is balanced by the risk of receiving below median market compensation when company performance does not meet pre-established goals. We believe our program appropriately incentivizes strong performance without encouraging leaders to take unnecessary or excessive risks. These incentive vehicles make up a significant portion of total compensation, and rewards, if paid at all, are dependent on individual and company performance.

Our total compensation philosophy frames our compensation and benefits programs and our guiding principles provide the foundation within which compensation and benefits programs are developed at SCA. Guiding principles ensure our philosophy is applied consistently and rewarding for performance is inherent in our total compensation philosophy. Our guiding principles work together, no one principle is more important than any other; leadership judgment is used to balance them to ensure our compensation and benefit programs are effective in supporting our objectives.

## Guiding Principles

Our compensation program should be fair and perceived as such, both internally and externally. Consistent with our focus on performance pay, we do not seek to use benefits as a strong differentiator in our rewards package and seek to be competitive at the median within the healthcare services marketplace. We generally do not provide personal-benefit perquisites to our leaders. This is intended to minimize the non-performance-based components of the overall compensation program.

We also seek to structure our compensation programs in a manner that is understandable to our leaders and shareholders and that is consistent with good corporate governance practices. We consider affordability of compensation within the Company's business plans

3

CONFIDENTIAL
SCA000079725

Surgical Care Affiliates Total Compensation Philosophy

as a factor in determining pay levels and seek tax effective solutions on a group basis, when we can. We will not structure one-off deals to accommodate individual tax situations and we work to manage the costs of our compensation programs while maintaining their value to our leaders.

| Guiding Principle | Description |
|---|---|
| Performance Orientation | Compensation is used to reward the achievement of our "SCA Vitals" (clinical quality, teammate satisfaction, physician satisfaction, and earnings growth), and incentive-based compensation is tied to performance in an objective and predictable manner;<br><br>We differentiate rewards based on Site, Region, Group or Department and individual performance<br><br>We recognize tenure, however, it is not a component of our total compensation programs |
| Annual Competitive Positioning Review | Each year we review our compensation and benefits programs to ensure that they are aligned with our compensation philosophy and guiding principles |
| Fairness | We monitor both the external marketplace and internal parity / comparisons to ensure our programs are implemented in a consistent and equitable way, however, we recognize that providing additional financial support to our lower income teammates may be appropriate from time to time |
| Affordability | Compensation and benefits must be affordable to SCA over the medium - to long-term and ensure that the overall economic cost of compensation is reasonable allowing SCA to continue to be competitive with other healthcare services providers |
| Compensation Process | We follow a thoughtful and deliberate process to review performance and to resolve compensation actions (merit raises, incentive payments, and equity grants) each year |
| Delivery Efficiency | We provide leaders the platform and process, in an efficient manner, to review the performance of their teammates and to recommend compensation actions based on our compensation philosophy and strategy while leveraging economies of scale and technology; Programs are delivered in a manner that is tax-effective to SCA and teammates as far as practicable |
| Vitals and Metrics | Clearly defined metrics are developed for compensation, benefit, and other related programs that are aligned with our Vitals<br><br>Metrics are designed and utilized to measure and continually improve outcomes for the SCA community |

4

CONFIDENTIAL

SCA000079726

Surgical Care Affiliates Total Compensation Philosophy

| | |
|---|---|
| Easy to Understand and Administer | We understand that perceived teammate value of programs are influenced by how well our compensation and benefit programs are communicated and delivered

We provide compensation, benefit and other related programs in an understandable and easy to administer way |
| Security | Base salary is a fixed annual amount of compensation not subject to financial performance risk and our benefits provide teammates with insurance for medical care, death, and disability that are competitive in the healthcare services marketplace |
| Governance | The Compensation Committee of SCA's Board of Directors has responsibility for developing, implementing and monitoring executive officer compensation programs and policies as well as adherence with the Company's compensation philosophy. The committee sets the compensation for all of our NEOs and approved compensation for all officers. In administering the Company's executive compensation program, the Committee is mindful of our unique structure, culture and history as well as the growth strategy of our Company and business. |

## Compensation Practices

| What we do | |
|---|---|
| Pay for Performance | A high percentage of our NEO compensation is at-risk |
| Stock Ownership Guidelines | We maintain significant stock ownership guidelines for our NEOs |
| Peer Market Data | The Compensation Committee reviews peer group market data when making executive compensation decisions |
| Tally Sheets | The Compensation Committee reviews tally sheets when making executive compensation decisions |
| Recoupment Policy | We have a recoupment policy applicable to incentive compensation arrangements that is triggered by a restatement of financial statements as a result of material noncompliance with financial reporting requirements |
| Review of Dilution and Share Utilization Rates | We annually evaluate share utilization and equity dilution |
| Double Trigger | Time based equity awards do not vest solely on account of a change-in-control (requires a qualifying termination following a change a change-in-control) |
| Engagement of an Independent Compensation | Our Compensation Committee engages an independent compensation consultant, Deloitte Consulting, to advise |

5

CONFIDENTIAL

SCA000079727

Surgical Care Affiliates Total Compensation Philosophy

| Advisor | on executive compensation matters. |
|---|---|

| What we don't do | |
|---|---|
| No Supplemental Executive Retirement Plans | We do not provide separate supplemental executive retirement plan to our NEOs |
| No re-pricing of Stock Options | We do not grant stock option awards with reload features and we do not re-price stock options |
| No discounted Stock Options | We do not grant discounted stock options |
| No Hedging | Hedging or short sales of company securities by our directors and officers is prohibited |
| Anti-Pledging | We prohibit pledge arrangements |
| No gross-ups | We do not provide excise tax gross-ups to our NEOs upon a change in control |
| No benefits gross ups | We do not provide tax gross-ups on ongoing benefits |
| No Excessive Perquisites | We do not provide excessive perquisites for executives |

## Components of Total Direct Compensation

As described below, the elements of our total compensation program have been designed to enable us to recruit, motivate and retain leaders and teammates who have the collective and individual industry experience or specific expertise necessary to leverage our competitive strengths and operationalize our business strategy. The different compensation elements work as integrated levers together to achieve one or more of our performance, alignment or retention objectives.



6

Surgical Care Affiliates Total Compensation Philosophy

The total amount of compensation for each leader reflects his management experience and continued high performance. Target compensation is set at a level comparable to the 50th percentile of our peers for median performance. Key elements of compensation focus on motivating and challenging our leaders to achieve superior, longer-term, sustained results, including:

## Base Salary

We provide base salary commensurate with each leader's scope of responsibilities, the market value of their experience, demonstrated leadership abilities, budget affordability, internal pay equity and individual performance and overall effectiveness. It is a fixed annual amount of compensation for regular work and provides a level of income security not subject to financial performance risk, while, at the same time, affording us the flexibility to structure most of the total compensation package to directly align with company performance. Base pay is used to determine the total target annual incentive target and to determine pay-based benefits.

## Cash Incentive Awards

We believe it is important to provide annual cash incentives (bonuses) to motivate our leaders to attain specific short-term quantitative and qualitative performance objectives that, in turn, further our achievement of long-term objectives. Incentive-based compensation is tied to performance in an objective and predictable manner and annual performance goals vary among our executives in a manner consistent with each executive's key objectives.

To achieve our pay for performance philosophy, maximum payout potential of annual cash incentives will be set at twice the participant's established target bonus opportunity (e.g., $300,000 base salary with 50% annual cash incentive at target is equal to $150,000 target bonus and $300,000 at maximum for upper quartile performance). A threshold level of performance must be attained for any bonus to be payable. At the threshold of performance, bonus payouts are equal to 50% of the target opportunity.

We seek to offer cash awards in large enough proportion to base salary to ensure that a significant portion of each leader's cash compensation is "at risk" and payable only upon the achievement of defined company and individual objectives. Within the Senior Leadership Team the levels of the 2015 annual bonus opportunity is illustrated below

| Role | Target % as a percentage of base salary | Bonus Dollar Value | | |
|---|---|---|---|---|
| | | Threshold | Target | Maximum |
| Chief Executive Officer (CEO) | 100% | $400,000 | $800,000 | $1,600,000 |
| Chief Operating Officer (COO) | 77.5% | $176,312 | $352,625 | $705,249 |
| Chief Financial Officer (CFO) | 65% | $138,125 | $276,250 | $552,500 |

7

CONFIDENTIAL

SCA000079729

Surgical Care Affiliates Total Compensation Philosophy

| | | | | |
|---|---|---|---|---|
| Chief Development Officer (CDO) | 70% | $168,000 | $336,000 | $672,000 |
| General Counsel | 65% | $134,875 | $269,750 | $539,500 |

## Equity Incentive Awards

Annual equity incentive compensation is a combination of stock options (35% weighting) and restricted stock units (65% weighting), the final value of which is contingent upon the performance of the company share price and subject to vesting schedules that require continued service with the company. To incentivize the achievement of the long-term goals of the organization, annual equity awards are made on the basis of judgment regarding prospective performance, including leadership, strategic alignment and overall performance, as well as equity grants to peers serving in comparable positions at competitor companies, share usage and dilution from all grants, number of overall grantees and internal equity of grant size by position.

When making equity award decisions, we do not consider existing stock ownership levels because we do not want to discourage leaders from holding significant amounts of company stock. Equity awards support our objective of aligning our leaders' interests with those of our shareholders by tying the value of this component of compensation to changes in shareholder value.

We also do not review "wealth accumulation" analyses from prior equity awards when making current compensation decisions. If the value of equity awards granted in prior years increases significantly in future years, we do not believe that this positive development should negatively impact current compensation decisions. In general, at least 30% of each leader's targeted potential annual compensation consists of equity awards and the elimination of such awards based on a theory of wealth accumulation likely would make our current compensation uncompetitive. This places the company at risk of losing of valuable leaders or requiring us to make other compensation arrangements with individuals to retain his or her services. This practice would be contrary to our program and the company's culture.

Finally, since we do not provide separate pension or retirement benefits in addition to annual compensation, we expect that the value of equity awards, in many cases, will be used to effectively replace such benefits that other companies may offer and thus to fund retirement. Under these circumstances, we do not believe that such artificial limitations on compensation levels are appropriate or in the best interests of the company or its shareholders.

## Mix of Compensation Components

We work to create the best mix of compensation components and outcomes in delivering compensation. The primary focus of the mix is based on our compensation philosophy

8

CONFIDENTIAL

SCA000079730

Surgical Care Affiliates Total Compensation Philosophy

and three compensation components, As seen in the chart on the next page a majority of compensation for our NEOs is variable.

| Role | Base Salary as a % of Total Direct | Bonus as a % of Total Direct | LTI as a % of Total Direct | Fixed Compensation | Variable Compensation |
|---|---|---|---|---|---|
| Chief Executive Officer (CEO) | 13% | 13% | 74% | 13% | 87% |
| Chief Operating Officer (COO) | 23% | 18% | 60% | 23% | 77% |
| Chief Financial Officer (CFO) | 28% | 18% | 53% | 28% | 72% |
| Chief Development Officer (CDO) | 26% | 18% | 55% | 26% | 74% |
| General Counsel (GC) | 30% | 19% | 51% | 30% | 70% |

While the overall ranges vary by level, seventy (70) percent to eighty-seven (87) percent of the value of the targeted compensation package for our senior most leaders will be weighted toward performance and compensation that is earned when our leaders or the company are successful in ways that also support shareholder interests.

As leaders move to greater levels of responsibility with direct impact on company results, the percentage of their pay at risk increases. In effect, base salary as a percentage of total direct compensation decreases as the scope of responsibility increases. Likewise, the percentage of total direct compensation paid in the form of variable compensation increases as employees have increased accountability for company results.

**Short-term vs. Long-term Focus:** Compensation components focus on different objectives in our strategic plan and create a balance between attention to near-term and long-term goals. Short-term incentive award payouts are determined in accordance with the calculations defined by the bonus plan; however, the Compensation Committee of the Board of Directors reserves the right to adjust the bonus determinations for items that are significant, extraordinary, unusual or one-time in nature and which positively or negatively impact the results of the Company for the performance period relative to the performance targets. Long-term incentive awards are based on a combination of market competitiveness for the value of long-term incentives, internal equity of grant size by position, and an element of discretion based upon individual performance.

**Cash vs. Equity Compensation:** The forms of payment vary by type of compensation and are intended to complement the overall compensation package.

9

CONFIDENTIAL                                                                                                      SCA000079731

Surgical Care Affiliates Total Compensation Philosophy

**Mix of Equity:** We have determined that the total value of annual equity incentives awarded should be divided between restricted stock units and options and in order to better balance retention with upside potential and stock price volatility. The mix for each Senior Leadership Team member is 65% / 35% restricted stock units and stock options. The equity mix reflected in our long-term incentives is consistent with our objective of emphasizing performance-based compensation and provides the most appropriate alignment of our leaders' economic interests with the interests of our shareholders.

**Stock Options**: Stock options only have value to the extent the price of company stock on the date of exercise exceeds the exercise price on grant date, and thus are an effective compensation component only if the stock price grows over the term of the award and the award recipient remains employed with us for at least one year. In this sense, options are inherently performance based because the option only has value to the holder if the market value of the common stock appreciates over the term of the award. Thus, stock options are intended to provide equity compensation while simultaneously creating value for our shareholders. The upside potential in stock options is attractive to our leaders and the greater reward that an option provides when we experience favorable long-term performance and growth, the stronger the alignment becomes with our shareholders' interests.

The stock options granted become exercisable in four equal annual installments beginning one year after the grant date and have a maximum ten-year term. We believe that this vesting schedule aids the company in retaining leaders and motivating longer-term performance.

Under the terms of the company's long-term incentive plan, unvested stock options are forfeited if the award recipient voluntarily leaves the company.

**Time-based Restricted Stock Units:** Leaders are awarded restricted stock units, hypothetical shares of our common stock that are converted into actual shares upon settlement. Restricted stock units potentially allow recipients to better manage the tax consequences of receiving an award of this kind. The award, corresponding in number and value to a specified number of shares of stock, are subject to specific vesting restrictions. Unlike stock options, the value of the restricted stock units is equal to the price of company stock on the date the restrictions lapse. Time-based restricted stock unit awards serve as a strong reward and retention device, encouraging our leaders to stay with the company until future vesting dates occur and align the interests of our leaders with our shareholders.

Provided the award recipient remains an employee of the company, restricted stock units will vest one-quarter per year beginning at the first anniversary of the grant date with full vesting occurring at the end of year four.

Under the terms of the company's long-term incentive plan, unvested restricted stock units are forfeited if the award recipient voluntarily leaves the company.

Substantially all awards under our stock plans are subject to non-competition and proprietary confidentiality provisions.

CONFIDENTIAL

SCA000079732

Surgical Care Affiliates Total Compensation Philosophy

## Measuring Performance

We seek to align the interests of our leaders with those of our investors by evaluating performance on the basis of key financial measurements which we believe closely correlate to long-term shareholder value. For the company, we believe that the performance metrics that provide the tightest link between management and the shareholders (It's going to be complex to list each NEO and their individual metrics).

| Metric | Definition | Reason for Metric |
|---|---|---|
| E-NCI | EBITDA-NCI", which is defined as net income (loss) attributable to SCA before interest income, income tax expense, interest expense and amortization of debt discount, depreciation and amortization, income or loss from discontinued operations (net of income tax expense), and gains or losses on sale of investments or disposal of assets. | • It effectively measures overall Company performance;<br>• It can be considered an important surrogate for cash flow;<br>• It is the main metric used by industry analysts; and,<br>• The Compensation Committee considers the components of EBITDA-NCI to be primarily within the control of management. |

## Executive Stock Ownership Guidelines

We believe that stock ownership by our executives is essential for aligning management's long-term interest with those of shareholders. To emphasis this principle, the Company has adopted a share ownership policy, which provide that the Chief Executive Officer and other Executive Officers are expected to own, directly or indirectly, equity having a value of at least four or two and a half times, respectively, their annual base salaries. We structure our equity mix and award levels as such that any executive who stays in his or her position for three years or more will acquire an ownership position that we view as meaningful; however, as a practical matter, all Executive Officers are expected to satisfy the stock ownership guidelines within four years following the date of their becoming an Executive Officer.

| Chief Executive Officer | 4 times base salary |
|---|---|
| Other NEOs | 2.5 times base salary |

For these purposes, ownership includes interests in restricted stock, restricted stock units, stock acquired through our teammate stock purchase plan, earned performance-based restricted stock unit awards and investments in the company stock through the Company's 401(k) savings plan. Ownership shares do not include unvested restricted stock units or unvested options.

11

CONFIDENTIAL

SCA000079733

Surgical Care Affiliates Total Compensation Philosophy

These guidelines are intended to ensure that our executive officers maintain an equity interest in the Company at a level sufficient to assure our shareholders of their commitment to value creation, while satisfying the executive's needs for portfolio diversification. If an executive officer does not achieve the required ownership level, the guidelines permit us to impose sanctions on the executive officer, including, reduce further long term incentive grants, a requirement to take a portion of the annual cash incentive in stock and / or the requirement to retain all stock obtained through the vesting or exercise of equity grants.

### Retention

To encourage high-performing individuals to stay with us and to attract new leaders, key program components are structured to enable them to share in our long-term growth and success. We set our target total cash compensation levels to be market competitive and our annual equity awards, including stock options and restricted stock units, are subject to extended multi-year vesting schedules.

### Ad Hoc Awards

Equity Awards are given in the case of new leaders with the amount that the prospective leader may be forfeiting by leaving his or her current employer taken into consideration. The use of equity in this manner allows the company to recruit necessary talent and enables the leader to start to make progress towards the share ownership guidelines, therefore aligning to shareholder interests from the beginning of their new company career.

These awards are approved and granted at the next pre-scheduled Compensation Committee meeting following the new leader's date of hire or in the case of existing leaders the date of their promotion or decision to issue a retention award.

### General Compensation Levels and Process for Reviewing Total Direct Compensation

Each year, in March, we review the targeted total direct compensation (base salary + target annual cash incentive opportunity + annual equity incentives) offered to our leaders to ensure that it is in alignment with our compensation philosophy, competitive with market practice, supports our recruitment and retention objectives, is internally equitable and ensures that the overall economic cost of compensation is reasonable, and therefore sustainable, in relation to our peers.

When approving changes in compensation, we also prepare a tally sheet for each executive officer. Tally sheets set forth the dollar amounts of all components of each executive officer's current compensation, including base salary, annual target cash incentive compensation, annual equity incentive compensation, severance, and 401 (k) savings programs allowing the Committee to see what an executive officer's total compensation is and how a potential change to an element of our compensation program would affect their overall compensation.

12

CONFIDENTIAL

SCA000079734

Surgical Care Affiliates Total Compensation Philosophy

**Base Salaries** are reviewed annually and adjusted periodically based on the assessment of market data; the leader's scope of responsibilities; overall Company performance, individual performance, and the individual's overall effectiveness; and, the market value of experience and internal pay equity. All these factors are taken into account when base salary is reviewed including the overall company budgeted merit guidelines and company affordability. Variations from the market median can occur on a case-by-case basis for any number of reasons, including the nature of the specific position and responsibilities, the Company's business needs, the tenure of the leader in his or her current position, individual performance, and a leader's future potential.

**Target Annual Cash Incentive Awards** are determined annually and recommended by the CEO to the Committee for approval, including: threshold, target and maximum bonus opportunity defined as a percentage of base salary; financial or quantitative performance measures depending on the role and area of influence; performance measure weightings; and milestones for each financial measure at threshold, target and maximum levels.

While the intent is to determine bonuses in accordance with the calculations defined by the bonus plan, the Compensation Committee of the Board of Directors reserves the right to adjust the bonus determinations for items that are significant, extraordinary, unusual or one-time in nature and which positively or negatively impact the results of the Company for the performance period relative to the performance targets.

**Target Equity Award** levels are determined annually using both internal and external data. We consider similar awards to individuals holding comparable positions in our peer groups, Company performance against the strategic plan, the allocation of overall share usage and the total number of shares issued in the grant relative to our outstanding shares. Equity awards are based on both past performance, expected future value creation, and as an incentive for future performance. We target the size of the equity award to be a range of base salary and express the range as a dollar amount to facilitate our comparison of this component with the other components of compensation package and to aid us in assessing targeted total compensation. Fair market value of the average price of the stock on the day of grant is used for restricted stock units and a FAS123R option methodology is used for valuing stock options.

**Peer Groups and Benchmarking**

We benchmark the various elements of our compensation program in order to gauge where we stand versus the market and our competitors both in terms of practice and pay level. In most cases, each leader is specifically matched to comparable positions located in publicly available data sources (e.g., proxy filings, annual reports, etc.) and available market compensation surveys to ascertain the appropriate placement relative to market. Where it is not possible to match a specific role, he or she will be compared with several other company senior leader positions based on functional responsibilities, size and complexity of the business unit, and individual experience. We then compare the actual base salary, target annual cash incentives and most recent equity awards (total direct compensation) for our leaders to those disclosed in the surveys. Comparison data, in all cases is used as context only and a frame of reference for decision making. It is an input to decisions, but it is not the sole source of information on which compensation is

13

SCA000079735

Surgical Care Affiliates Total Compensation Philosophy

determined. We also take into consideration market trends to determine how base salary and incentives are changing from year to year and how each component of compensation relates as a percentage of the total compensation.

For the named executive officers, the company uses public sources of competitive market compensation data (e.g., proxy statements) and proprietary survey databases sponsored by consultants. Management and the Committee evaluate the companies annually to ensure that the peer groups have sufficient and credible data with which management and the Compensation Committee can make informed compensation decisions.

The proxy peer group reflects publicly-traded companies that the company considers its primary peers.

**Proxy Peer Group**

| AMN Healthcare Services Inc. | HEALTHSOUTH Corp. | Omnicare Inc. |
|---|---|---|
| AmSurg Corp. | Kindred Healthcare Inc. | PharMerica Corporation |
| Chemed Corp. | LifePoint Health, Inc. | Select Medical Holdings Corporation |
| DaVita HealthCare Partners Inc. | MEDNAX, Inc. | Team Health Holdings, Inc. |

In addition to the Peer Group, the Compensation Committee also considers the compensation practices of HCA Holdings and Universal Health Services Inc., which although they are significantly larger than the Company in revenue and market capitalization they are leading healthcare service companies that have similar business focus and complexity as SCA.

**Retirement Savings Plan and Health and Welfare Benefits**

The objective of our core benefit plans is to protect the well-being of our teammates and provide adequate security to them in the event of personal injury, illness, death, or retirement. We encourage teammates to be informed consumers in the utilization of benefits through education and cost-sharing. We provide competitive and cost effective health and welfare benefits which include medical, dental, life, basic and supplemental disability insurance and paid time off.

All leaders are eligible to participate in our health, welfare and 401(k) savings plans under the same terms and conditions as other teammates, subject to limitations under applicable law. The company does not provide a separate pension program, supplemental executive retirement plan or other post-retirement payments. As a result, virtually all of the compensation a leader can expect to earn at the company over his or her career will derive from our various compensation components – base salary, annual cash incentive, and annual equity awards; therefore, the amount ultimately earned depends greatly on the company's operating performance, as well as the performance of the company's common shares. It is imperative therefore that our compensation decisions be competitive and

14

CONFIDENTIAL

SCA000079736

Surgical Care Affiliates Total Compensation Philosophy

include performance criteria that will support the achievement of the company's strategic goals.

The 401(k) Plan is a tax-qualified retirement savings plan. The terms governing the retirement benefits under these plans for our executive officers are the same as those available for other eligible employees. Our 401(k) Plan provides a long-term savings vehicle that allows for pretax and post-tax contributions by our employees and tax-deferred earnings. Employees may generally contribute up to 100% of eligible annual pay to the 401(k) Savings Plan, not to exceed the annual IRS limit of $18,000 for 2015. Employees at least 50 years of age by the end of 2015 are eligible to make additional 401(k) catch-up contributions to a maximum of $6,000. Employees direct their own investments in the 401(k) Plan.

After one year of employment, eligible employees become entitled to matching contributions. The company will match $0.50 for every $1.00 each participant contributes up to the first 4% of eligible pay. The matching contribution is capped in coordination with the IRS pay cap limits. If the statutory maximum contribution is reached for a particular participant, the amount of our contribution in excess of the statutory amount is forfeited. Employee contributions vest immediately and the company contributions vest 100% after the first six years in which the employee is credited with 1,000 hours of service. Matching contributions are subject to the annual approval of the board of directors.

Our objective is to separate retirement benefits and performance-based incentive plans. Long-term, performance will be rewarded through our annual cash and equity incentive plans and not through our retirement plans.

## Teammate Stock Purchase Plan

We maintain a tax-qualified employee stock purchase plan that is generally available to all employees, which allows employees to acquire our common stock at a discounted price on an after-tax basis. This plan allows employees to buy our common stock at a 15% discount to the market price with up to 15% of their salary and incentives (subject to IRS limits), with the objective of allowing employees to benefit when the value of our stock increases over time. Under applicable tax law, no plan participant may purchase more than $25,000 in market value of our stock (based on the market value of our stock on the last trading day prior to the beginning of the enrollment period for each subscription period) in any calendar year

## Securities Trading Policy

We prohibit certain executives from trading during certain periods at the end of each quarter until after we disclosure our financial and operating results. We may impose additional restricted trading periods at any time if we believe trading by executives would not be appropriate because of developments that are, or could be, material. In addition, we require pre-clearance by the general counsel and chief executive officer of all transactions by our most senior executives and our board or directors. Pledge arrangements are also prohibited.

15

CONFIDENTIAL

SCA000079737

## Equity Award Grant Practices

We have adopted a policy providing that annual and *ad hoc* equity grants will only be made at regularly scheduled meetings of the Compensation Committee. Accordingly, the proximity of a grant date of any award to the date on which we announce material nonpublic information is coincidental. The Compensation Committee typically approves annual equity awards for teammates during our prescheduled March meeting, after we issue our financial results for the prior year. Starting in 2016, the NEOs will also be granted annual equity awards in March when other teammates are awarded their annual grants. We believe a substantial portion of each NEO's compensation should be in the form of long term incentive compensation in order to further align the interests of our NEOs and shareholders. The Compensation Committee can determine on an annual basis the mix of awards included in the annual grant.

We do not have any program, plan, or practice for setting the exercise price of our stock option awards on any date other than the effective date of the award which is approved and granted at the prescheduled Compensation Committee meeting. The exercise price of the option is the average of the highest and lowest price of the stock on the date of grant. It is our policy not to permit the repricing of stock option awards.

## Compensation Recoupment Policy

We have adopted a Recoupment Policy which provides that, in the event SCA is required to prepare an accounting restatement of its financial statements due to material noncompliance with financial reporting requirements under the securities laws, we are required to recoup from current and former executive officers any excess incentive compensation received by them during the three completed fiscal years immediately preceding the date on which SCA is required to prepare an accounting restatement. The policy is intended to comply with the Dodd-Frank Wall Street Reform and Consumer Protection Act and proposed SEC rules thereunder, which we believe represents best practice. The policy applies to incentive compensation (cash and equity) that is approved, awarded or granted to our executive officers on or after the date of the policy's adoption by the Board. Moreover, the policy applies irrespective of whether an executive engaged in fraud or other misconduct.

Cash and equity awards that are granted, earned or vested wholly or in part on the attainment of a financial reporting measure are subject to recoupment based on a restatement of financial statements. We can recoup incentive compensation by (i) requiring reimbursement of cash incentive compensation previously paid, (ii) seeking recovery of any gain realized on vesting, exercise, settlement, sale, transfer or other disposition of ay equity-based awards, (iii) offsetting the recouped amount from any compensation otherwise owed by us to the current or former executive, (iv) cancelling outstanding vested or unvested equity awards and/or (v) taking any other remedial or recovery action permitted by law. There is no time limit on our ability to recover amounts under the policy other than limits imposed by law, and recoupment is available to us regardless of whether the executive officer is still employed by us when repayment is required.. Our board of directors, or the compensation commmittee of the board (if so designated by the board), is responsible for determining whether recoupment is required

16

                                                    SCA000079738

Surgical Care Affiliates Total Compensation Philosophy

under the policy and for making all other determinations for the administration of the policy.


**Post-employment Benefits** (such as severance and change in control arrangements)

Severance and change-in-control arrangements are intended to provide compensation and a fair financial transition for an executive officer when an adverse change in his or her employment status is required due to the needs of the company or as a result of certain unexpected corporate events. Such arrangements also recognize past contributions by the executive officers, who are typically long-tenured employees of the company, when they are asked to leave. These arrangements allow the executive officers to focus on performance, and not his or her personal financial situation, in the face of uncertain or difficult times or events beyond his or her control. Our executive officer separation plan is designed to provide executives with well- defined financial payments if the executive officer is asked to leave by the company under defined circumstances.

On October 30, 2013 (April 15, 2015 for Mr. De Weerdt), we entered into employment agreements with each of our Named Executive Officers (collectively, the "Employment Agreements"). The initial term of the Employment Agreements is three years, in each case with automatic renewals for successive one-year terms unless either party to the agreement provides notice of non-renewal at least 90 days prior to the expiration of the initial term or the applicable renewal term.

Each of the Employment Agreements provides that if a Named Executive Officer is terminated for cause, or if he terminates his employment without good reason (as such terms are defined in the applicable Employment Agreement), he will be entitled to any earned and unpaid base salary through the date of his termination.

If a Named Executive Officer is terminated without cause, if he terminates his employment for good reason or if the Company delivers a notice of non-renewal, in each case other than in connection with a change in control, he will be entitled to the following payments and benefits: (i) continued base salary payments for 18 months (24 months for Mr. Hayek) following the date of termination of employment, (ii) health insurance benefits for 18 months following the date of termination of employment or until he becomes re-employed with another employer and is eligible to receive health insurance benefits under another employer-provided plan, whichever comes earlier, and (iii) a pro rata portion of his annual bonus based upon the achievement of the applicable performance objectives payable in a lump sum at the same time as the annual bonuses are otherwise paid to other employees.

In addition, each of the Employment Agreements provides that if a Named Executive Officer's employment terminates as a result of his death or disability, he will be entitled to any earned and unpaid base salary through the date of his termination, as well as a pro rata portion of his annual bonus based upon the achievement of the applicable performance objectives. In the event a Named Executive Officer's employment is terminated without cause, for good reason or if the Company delivers a notice of non-renewal, in each case within the three months prior to the consummation of, or within the twenty-four month period following, a change in control, in addition to any earned and

17

SCA000079739

Surgical Care Affiliates Total Compensation Philosophy

unpaid base salary through the date of termination, he will be entitled to (i) an amount equal to 1.5 times (two times in the case of Mr. Hayek) the sum of the Named Executive Officer's then-current base salary and his target annual bonus, payable in a lump sum within forty days following the date of such termination, (ii) health insurance benefits for 18 months following the date of termination of employment or until he becomes re-employed with another employer and is eligible to receive health insurance benefits under another employer-provided plan, whichever comes earlier, and (iii) a pro rata portion of his annual bonus based upon the achievement of the applicable performance objectives payable in a lump sum at the same time as the annual bonuses are otherwise paid to other employees.

## "Mock" Examples of 2016 Proxy Tables

### Summary Compensation Table

| Name and Principal Position | Year | Salary ($) | Bonus ($) | Stock Awards ($) | Option Awards ($) | Non-Equity Incentive Plan Compensation ($) | Change in Pension Value and Nonqualified Deferred Compensation Earnings ($) | All Other Compensation ($) | Total ($) |
|---|---|---|---|---|---|---|---|---|---|
| Andrew Hayek Chief Executive Officer | 2015 | $800,000 | $0 | $2,924,984 | $1,583,640 | $690,066 | $0 | $5,974 | $6,004,663 |
| | 2014 | | | | | | | | |
| | 2013 | | | | | | | | |
| Michael Rucker Chief Operating Officer | 2015 | $455,000 | $0 | $780,000 | $422,305 | $290,688 | $0 | $5,920 | $1,953,913 |
| | 2014 | | | | | | | | |
| | 2013 | | | | | | | | |
| Joseph Clark Chief Development Officer | 2015 | $480,000 | $0 | $649,990 | $351,925 | $288,231 | $0 | $5,947 | $1,776,093 |
| | 2014 | | | | | | | | |
| | 2013 | | | | | | | | |
| Tom de Weerdt Chief Financial Officer | 2015 | $425,000 | $276,250 | $800,000 | $0 | $276,250 | $0 | $5,947 | $1,783,447 |
| Rich Sharff General Counsel | 2015 | $415,000 | $0 | $455,005 | $246,343 | $224,874 | $0 | $5,947 | $1,347,168 |
| | 2014 | | | | | | | | |
| | 2013 | | | | | | | | |

18

CONFIDENTIAL

SCA000079740

Surgical Care Affiliates Total Compensation Philosophy

## Summary Compensation Table

| Name and Principal Position | Year | Salary ($) | Bonus ($) | Stock Awards ($) | Option Awards ($) | Non-Equity Incentive Plan Compensation ($) | Change in Pension Value and Nonqualified Deferred Compensation Earnings ($) | All Other Compensation ($) | Total ($) |
|---|---|---|---|---|---|---|---|---|---|
| Andrew Hayek Chief Executive Officer | 2015 | $800,000 | $0 | $2,924,984 | $1,583,640 | $690,066 | $0 | $5,974 | $6,004,663 |
| | 2014 | | | | | | | | |
| | 2013 | | | | | | | | |
| Michael Rucker Chief Operating Officer | 2015 | $455,000 | $0 | $780,000 | $422,305 | $290,688 | $0 | $5,920 | $1,953,913 |
| | 2014 | | | | | | | | |
| | 2013 | | | | | | | | |
| Joseph Clark Chief Development Officer | 2015 | $480,000 | $0 | $649,990 | $351,925 | $288,231 | $0 | $5,947 | $1,776,093 |
| | 2014 | | | | | | | | |
| | 2013 | | | | | | | | |
| Tom de Weerdt Chief Financial Officer | 2015 | $425,000 | $276,250 | $800,000 | $0 | $276,250 | $0 | $5,947 | $1,783,447 |
| Rich Sharff General Counsel | 2015 | $415,000 | $0 | $455,005 | $246,343 | $224,874 | $0 | $5,947 | $1,347,168 |
| | 2014 | | | | | | | | |
| | 2013 | | | | | | | | |

## Grants of Plan-Based Awards

| Name | Grant Date | Estimated Future Payouts Under Non-Equity Incentive Plan Awards | | | Estimated Future Payouts Under Equity Incentive Plan Awards | | | All Other Stock Awards: Number of Shares of Stock or Units (#) | All Other Option Awards: Number of Securities Underlying Options (#) | Exercise or Base Price of Option Awards ($/Sh) | Grant date fair value of stock and option awards ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Threshold ($) | Target ($) | Maximum ($) | Threshold (#) | Target (#) | Maximum (#) | | | | |
| Andrew Hayek | 6/4/2015 | $400,000 | $800,000 | $1,600,000 | | | | | | | |
| | | | | | | | | 100,792 | | | $2,924,984 |
| | | | | | | | | | 135,682 | $29.02 | $1,583,409 |
| Michael Rucker | 6/4/2015 | $170,120 | $340,240 | $680,480 | | | | | | | |
| | | | | | | | | 26,878 | | | $780,000 |
| | | | | | | | | | 36,182 | $29.02 | $422,244 |
| Joseph Clark | 6/4/2015 | $164,155 | $328,310 | $656,620 | | | | | | | |
| | | | | | | | | 22,398 | | | $649,990 |
| | | | | | | | | | 30,152 | $29.02 | $351,874 |
| Rich Sharff | 6/4/2015 | $130,000 | $260,000 | $520,000 | | | | | | | |
| | | | | | | | | 15,679 | | | $455,005 |
| | | | | | | | | | 21,106 | $29.02 | $246,307 |
| Tom de Weerdt | 6/4/2015 | $138,125 | $276,250 | $552,500 | | | | | 15,679 | | | $455,005 |
| | | | | | | | | | 21,106 | $29.02 | $246,307 |

19

CONFIDENTIAL

SCA000079741

# EXHIBIT 121

# FILED UNDER SEAL

From:        Mosley, Shannon
To:          Karrmann, Sandi
Sent:        12/15/2016 11:18:51 AM
Subject:     RE: Talent Acquisition Universe Today.docx

OK, see below!

**From:** Karrmann, Sandi
**Sent:** Thursday, December 15, 2016 11:09 AM
**To:** Mosley, Shannon <smosley@uspi.com>
**Subject:** Re: Talent Acquisition Universe Today.docx

This is very helpful. Thank you!

Could you give me some specific examples that illustrate each of these points? It would be helpful to have examples to point if asked.

Sandi

On Dec 15, 2016, at 11:04 AM, Mosley, Shannon <smosley@uspi.com> wrote:

Sandi,
You asked me to address **why the time to fill is at 120 days currently:**

  Ø Restrictions from Sr. Management from recruiting out of – SCA, ASCOA, AmSurg, etc. severely hinders our ability to source ASC talent at times

     While recruiting for the VP Development recently, Rob Finnegan was extremely frustrated with the fact that we could not directly source from SCA specifically, to fill our VP Development role.

     Historically, I have repeatedly emailed Brett regarding various Administrator candidates working for one of our ASC "partners" to see if there is any way around our "gentlemen's agreement", and the only work around is for the candidate to disclose to the owner/president, Andy, that they are talking with USPI – which never pans out.

  Ø USPI salary for Administrators is lower than some competitors

Specifically, we are having a very hard time right now landing an exceptional Administrator at Texas Ortho in Austin because the salary range of the caliber of candidate we need is in the $140 – 150k range for Administrators.

When we were trying to fill Park Cities Surgery Center; the lead doctor refused to pay over $110k when the market is calling for $125k in Administrator salaries.  As a result, the job stayed open more than 6 months.

  Ø The interview process is long – RVP, Physicians/staff, Market President and if the candidate is not local, we have to fly them in for the interview multiple times (4 – 6 weeks)

I don't have a specific example here – this is a fact due to scheduling.  The RVPs are responsive, but the problem is getting the candidates in to meet the docs; which can take multiple visits.

  Ø At times, the position is put on hold by the RVP or the RVP is in no "rush" to fill the job due to circumstances at the facility

Donna Danley put San Gabriel on hold for 4 months because she had Hong as interim Admin.  Hong just took the job.

Bill Garrison has put River North on hold for 2 months because we have Lori Hoffer in as interim.  Lori has not decided if she wants the job or not.

<Talent Acquisition Universe Today.docx>

CONFIDENTIAL                                                                    USPI_CIV_000000457

# EXHIBIT 122

# FILED UNDER SEAL

| | |
|---|---|
| **From:** | Karrmann, Sandi |
| **To:** | Thompson, Tiffany |
| **Sent:** | 2/28/2017 6:08:37 PM |
| **Subject:** | Forgot to mention to you |
| **Attachments:** | SKM_C654e17022819110.pdf |

Let's discuss when you're in next –

Karrmann, Sandi

CONFIDENTIAL

USPI_CIV_000000442

Case: 1:21-cv-00305 Document #: 742-9 Filed: 04/10/26 Page 40 of 83 PageID #:35699

McDermott
Will & Emery

# DOJ, FTC Issue Antitrust Guidance to Human Resources Professionals

October 25, 2016

Stefan M. Meisner | Stephen Wu | Lauren Salins

## Summary

On October 20, 2016, the United States Department of Justice Antitrust Division (DOJ) and Federal Trade Commission (FTC) issued joint Antitrust Guidance to Human Resource (HR) Professionals (the Guidance) involved in hiring and compensation decisions. The agencies issued the guidance to educate HR professionals about how the antitrust laws apply in the employment context.

## In Depth

On October 20, 2016, the United States Department of Justice Antitrust Division (DOJ) and Federal Trade Commission (FTC) issued joint *Antitrust Guidance to Human Resource (HR) Professionals* (the Guidance) involved in hiring and compensation decisions. The agencies issued the guidance to educate HR professionals about how the antitrust laws apply in the employment context.

According to DOJ and FTC, workers are harmed if companies that would ordinarily compete against each other to recruit and retain employees instead agree to fix wages or other terms of employment, or enter into so-called "no-poaching" agreements by agreeing not to recruit each other's employees. Such practices can constitute *per se* violations of the antitrust laws, meaning defendant employers cannot put on any defenses once the fact of an agreement to fix wages or not to recruit is established.

Notably, the DOJ announced that it intends to investigate *criminally* so-called "naked" no-poaching or wage-fixing agreements that are unrelated or unnecessary to a larger legitimate collaboration between the employers. The DOJ believes that these types of agreements eliminate competition the same way as agreements to fix the prices of goods or allocate customers, which DOJ has traditionally criminally investigated and prosecuted as "hardcore cartel conduct." Criminal prosecution can result in significant fines

CONFIDENTIAL

USPI_CIV_000000443

Case: 1:21-cv-00305 Document #: 742-9 Filed: 04/10/26 Page 41 of 83 PageID #:35700

2/22/2017　　DOJ, FTC Issue Antitrust Guidance to Human Resources Professionals | Publications | Thought Leadership | McDermott Will and Emery

and debarment for employers and exposure for individuals to criminal prosecution, as outlined in DOJ's recent "Yates Memo" on individual accountability for corporate wrongdoing. In other words, HR professionals who enter into "naked" no-poaching or wage-fixing agreements can face imprisonment in addition to individual criminal fines. Even agreements that do not constitute criminal violations may still lead to civil liability under statutes enforced by both agencies. Moreover, such agreements can also serve as the basis for private plaintiff litigation that can result in treble damages awards and attorneys' fees.

The DOJ and FTC's announcement comes in the wake of several lawsuits by the agencies and private plaintiffs during the last decade alleging wage-fixing or no-poach agreements in industries as diverse as health care and technology. *See e.g.*, *Clarke v. Baptist Mem'l Healthcare Corp.*, No. 06-cv-02377 (W.D. Tenn. filed June 20, 2006); *United States v. Ariz. Hosp. and Healthcare Ass'n*, No. 07-cv-01030 (D. Ariz. Sep. 12, 2007) (health care); *United States v. Adobe Sys., Inc.*, No. 10-cv-01629 (D.D.C. filed Sep. 24, 2010) (technology); and *Seaman v. Duke Univ.*, 15-cv-00462 (M.D.N.C. filed June 9, 2015) (health care).

## Summary of the Guidance

The Guidance describes potential antitrust violations that could occur during employers' hiring and compensation decisions. Generally, agreements between competing employers are illegal if they relate to hiring, recruiting, wages, salaries, benefits, terms of employment or even job opportunities. Even companies that do *not* compete in the products or services they sell will still be deemed competitors in the *labor* market if they compete with respect to hiring or retaining employees. The Guidance notes that violations of antitrust laws could entail a criminal prosecution by the DOJ, a civil enforcement action by the DOJ or FTC or a private civil treble damages suit.

The Guidance provides the following specific advice for HR professionals to observe:

- Companies should refrain from engaging in "wage-fixing agreements," which occur when individuals agree with employees at other companies about salary or other terms of compensation for employees.

- Companies should also refrain from engaging in "no-poaching" agreements, which are agreements with individuals at other companies to refrain from hiring or soliciting employees.

- Naked wage-fixing and no-poaching agreements that do not lead to legitimate collaboration between the companies are *per se* illegal under the antitrust laws, and the DOJ will criminally investigate these agreements.

- The manner of the agreement (*e.g.* written or spoken) is immaterial, and circumstantial evidence, such as parallel behavior, could lead to an inference of an agreement.

- Joint ventures and agreements that lead to legitimate collaboration between employers are not *per se* illegal under the antitrust laws.

- Companies should not exchange any information about terms and conditions of employment, because sharing competitively sensitive information could serve as evidence of an implied agreement. While sharing information is not *per se* illegal, this behavior may run afoul of the antitrust laws if the information exchange has, or is likely to have, an anticompetitive effect in the market.

CONFIDENTIAL

USPI_CIV_000000444

Case: 1:21-cv-00305 Document #: 742-9 Filed: 04/10/26 Page 42 of 83 PageID #:35701

2/22/2017     DOJ, FTC Issue Antitrust Guidance to Human Resources Professionals | Publications | Thought Leadership | McDermott Will and Emery

- Companies that must exchange information must do so in a cautious and limited manner.

In addition to the Guidance, the DOJ and FTC also issued an accompanying document entitled *Red Flags for Employment Practices*. This non-exhaustive guide lists scenarios that should raise antitrust concerns for managers and HR processionals. These situations include:

- Agreements with individuals at other companies about salary, compensation, hiring decisions, benefits or any other terms of employment;

- Indications that competitors should refrain from aggressively competing for hires;

- Exchanges of competitively sensitive information with individuals at other companies;

- Participation in meetings or informal gatherings with competitors where employment decisions are discussed; and

- Receipt of information about another company's compensation information.

## Key Takeaways

First, clients should take the DOJ's and FTC's Guidance to heart and incorporate its lessons into their antitrust compliance training programs. While clients frequently include antitrust training within their internal compliance programs, the audiences for those training programs typically focus on marketing and sales employees and may not include HR professionals. Thus, HR professionals may lack some of the antitrust sensitivity of their colleagues. Given the DOJ's strong stance that it will investigate "naked" wage-fixing and no poach agreements criminally, it behooves clients to include HR professionals within the scope of their antitrust compliance training.

Second, the DOJ's and FTC's Guidance impacts common HR practices like benchmarking and compensation surveys to determine whether companies are paying competitive compensation packages to their employees. The Guidance should not be interpreted as discouraging benchmarking and participating in compensation surveys. Rather, the Guidance only proscribes certain boundaries for how HR professionals should go about benchmarking and compensation surveys to avoid antitrust risks. Indeed, the DOJ and FTC have previously issued detailed guidance to employers that they should consult on how best to exchange compensation information for benchmarking purposes in an antitrust compliant way. *See Statement 6, Provider Participation in Exchanges of Price and Cost Information*, United States Dep't of Justice & Fed. Trade Comm'n, *Statements of Antitrust Enforcement Policy in Health Care* (Aug. 1996).

Third, the DOJ's and FTC's Guidance also implicates employee non-solicitation covenants that clients frequently enter into as part of legitimate business relationships, like services agreements or non-disclosure agreements (NDAs) signed to conduct due diligence during mergers and acquisitions. So long as the non-solicitation covenants are reasonable in scope and duration, they should not raise significant antitrust risk, unlike "naked" no-poach agreements among competing employers. For example, a non-solicitation covenant entered into as part of a services agreement between two companies should be limited to the types of employees directly involved in providing the services subject to the overall agreement and should

CONFIDENTIAL     USPI_CIV_000000445

Case: 1:21-cv-00305 Document #: 742-9 Filed: 04/10/26 Page 43 of 83 PageID #:35702

2/22/2017          DOJ, FTC Issue Antitrust Guidance to Human Resources Professionals | Publications | Thought Leadership | McDermott Will and Emery

expire as soon after the termination of the services agreement as possible. In contrast, a non-solicitation covenant that includes employees not involved in providing the services covered by the agreement and lasts several years after termination of the agreement likely raises significant antitrust risk. Likewise, a non-solicitation covenant entered into as part of an NDA to facilitate due diligence should end as soon as possible after a potential acquirer declines to merge with or acquire the target company.

With the publication of the Guidance, the DOJ and FTC have now made clear that clients need to account for antitrust compliance not just when it comes to products and services that they sell, but also for the labor they employ.

## Get In Touch

  

Stefan M. Meisner          Lauren Sali          Stephen W

## Related Experience

Antitrust

Antitrust - Litigation

Labor, Employment & Benefits

Cartel Defense

Government Investigations

Health Antitrust

United States

© 2017 McDermott Will & Emery

CONFIDENTIAL                                                                USPI_CIV_000000446

# EXHIBIT 123

# FILED UNDER SEAL

| | |
|---|---|
| From: | Colleen Arthur <colleen.arthur@davita.com> |
| To: | Joel Ackerman |
| CC: | Faisal Rashid |
| Sent: | 2/6/2018 10:08:26 PM |
| Subject: | Comp discussion \| Materials |
| Attachments: | image001.png; Joel Ackerman - Benchmark - CONFIDENTIAL - 020218_sent.xlsx; Joel Ackerman summary - 020218.xlsx |

Hi Joel –

Attachments for our call:

1. Historical summary and internal ranges
2. TM level benchmarks

**Colleen Arthur**
Compensation Director, People Services

**DaVita Kidney Care**
2000 16th Street | Denver, CO 80202



Confidential

**Document Produced In Native Format**

Confidential

DVA_OMCEAL_001329841

## Compensation Pay Range Data

As of 2/1/2018

| | Annual | | | MBP | | | 2017 LTIP Grants | | |
|---|---|---|---|---|---|---|---|---|---|
| | 25th % | Median | 75th % | 25th % | Median | 75th % | 25th % | Median | 75th % |
| Director (Atlas) | $120k | $135k | $150k | $30k | $30k | $40k | $20k | $25k | $35k |
| Vice President (Atlas) | $200k | $220k | $275k | $100k | $125k | $150k | $100k | $150k | $175k |
| Group Vice President | $300k | $338k | $350k | $250k | $263k | $300k | $363k | $475k | $638k |
| Senior Vice President | $332k | $425k | $469k | $363k | $425k | $488k | $288k | $1,025k | $1,550k |

**Document Produced In Native Format**

Confidential

DVA_OMCEAL_001329842

# Internal Compensation Benchmarks

As of 2/1/2018 - all values in $000s unless noted, rounded to $1k

CONFIDENTIAL

FOR JOEL ACKERMAN

# EXHIBIT 124

# FILED UNDER SEAL

Message

_____

| From: | Thu Nguyen [thu.nguyenac@davita.com] |
|---|---|
| Sent: | 2/2/2018 10:27:14 AM |
| To: | Colleen Arthur [colleen.arthur@davita.com] |
| Subject: | RE: CONFIDENTIAL: RE: TM Base Salary Comp - DaPAC benchmarking |
| Attachments: | image001.wmz; image002.png; oledata.mso |

Hi Colleen-

Per the DaPac request, below is the summary by management level:

| | Annual | | | YE Bonus | | | LTIP | | |
|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Median | Q3 | Q1 | Median | Q3 | Q1 | Median | Q3 |
| Manager | $78,000 | $88,000 | $99,000 | $10,000 | $10,000 | $10,000 | $5,000 | $5,000 | $5,000 |
| Sr Manager | $99,000 | $109,000 | $120,000 | $13,000 | $13,000 | $15,000 | $5,000 | $5,000 | $5,000 |
| Director | $115,000 | $131,000 | $150,000 | $20,000 | $20,000 | $26,000 | $20,000 | $30,000 | $40,000 |
| Sr Director | $150,000 | $160,000 | $180,000 | $33,000 | $37,000 | $49,000 | $30,000 | $40,000 | $75,000 |
| Vice President | $190,000 | $200,000 | $245,000 | $65,000 | $81,000 | $98,000 | $100,000 | $135,000 | $175,000 |

If you have any questions, or would like for me to look at it again, let me know.

Thank you!
-Thu

From: Colleen Arthur
Sent: Friday, February 2, 2018 9:58 AM
To: Thu Nguyen <Thu.NguyenAC@davita.com>
Subject: RE: CONFIDENTIAL: RE: TM Base Salary Comp - DaPAC benchmarking

Can you please send me an email with the summary table pulled together?

From: Thu Nguyen
Sent: Friday, February 02, 2018 9:54 AM
To: Colleen Arthur
Subject: RE: CONFIDENTIAL: RE: TM Base Salary Comp - DaPAC benchmarking

\\den-fs01\Groups\Strategic RWD\Analytics\ATLAS Analyses & Recommendations\DKC-Atlas_Field_LeadershipComp
Ranges_01-31-2018_forDaPAC.xlsx

From: Colleen Arthur
Sent: Friday, February 2, 2018 9:43 AM
To: Thu Nguyen <Thu.NguyenAC@davita.com>
Subject: Fwd: CONFIDENTIAL: RE: TM Base Salary Comp - DaPAC benchmarking

Hi Thu

Will you please send me the summary tables?

I'll do a final look then we can send to Kelly

Sent from my iPhone

Confidential

DVA_OMCEAL_001385318

Begin forwarded message:

**From:** Kelly Philson <Kelly.Philson@davita.com>
**Date:** February 2, 2018 at 9:15:32 AM MST
**To:** Colleen Arthur <Colleen.Arthur@davita.com>
**Subject: Re: CONFIDENTIAL: RE: TM Base Salary Comp - DaPAC benchmarking**

Hi, Colleen.

Checking in to see if you have the data on compensation requested so I can present to LeAnne.

Thanks!
Kelly

On Jan 21, 2018, at 2:30 PM, Colleen Arthur <Colleen.Arthur@davita.com> wrote:

Hi Kelly,

We do not have formal compensation band or ranges for our manager and above positions.

We do have the following manager levels that our positions fall into:

- Manager
- Senior Manager
- Director
- Senior Director
- VP
- GVP
- SVP

Is that what you were thinking of?


Colleen

---

**From:** Kelly Philson
**Sent:** Friday, January 19, 2018 2:20 PM
**To:** Colleen Arthur
**Cc:** Eric Severson (Chief People Officer); Joelle Thornhill; Dale Boland; LeAnne Zumwalt
**Subject:** RE: CONFIDENTIAL: RE: TM Base Salary Comp - DaPAC benchmarking

Hi, Colleen.

Reaching out to you RE: TM compensation again as we are still reviewing our DaPAC Recommended Giving Levels.

Do we have banding levels within each position?  Meaning:  Are there bands within Manager, Director, VP roles that have ranges of set compensation levels tied to them?

Kelly

Kelly Philson
DaVita Inc.

Confidential

DVA_OMCEAL_001385319

500 North Capitol St, NW, Suite 300
Washington , DC 20001



\<image001.gif\>

**From:** Colleen Arthur
**Sent:** Thursday, November 2, 2017 6:18 PM
**To:** Kelly Philson <Kelly.Philson@davita.com>
**Cc:** Eric Severson (Chief People Officer) <Eric.G.Severson@davita.com>; Joelle Thornhill <Joelle.Thornhill@davita.com>;
Dale Boland <Dale.Boland@davita.com>; LeAnne Zumwalt <LeAnne.Zumwalt@davita.com>
**Subject:** RE: CONFIDENTIAL: RE: TM Base Salary Comp - DaPAC benchmarking

Hi Kelly – I just saw the DaPAC message, I apologize if this additional information is too late.

| Manager Level | Base | Total Comp (including Bonus @ 65% avg. MBP and avg. LTI grant) |
|---|---|---|
| Manager | $90k | $100k |
| Director | $130k | $175k |
| VP | $200k | $400k |

Thanks
Colleen

**From:** LeAnne Zumwalt
**Sent:** Monday, October 30, 2017 5:27 PM
**To:** Colleen Arthur; Kelly Philson
**Cc:** Eric Severson (Chief People Officer); Joelle Thornhill; Dale Boland
**Subject:** RE: CONFIDENTIAL: RE: TM Base Salary Comp - DaPAC benchmarking

Yes, thanks

**From:** Colleen Arthur
**Sent:** Monday, October 30, 2017 4:25 PM
**To:** LeAnne Zumwalt <LeAnne.Zumwalt@davita.com>; Kelly Philson <Kelly.Philson@davita.com>
**Cc:** Eric Severson (Chief People Officer) <Eric.G.Severson@davita.com>; Joelle Thornhill <Joelle.Thornhill@davita.com>;
Dale Boland <Dale.Boland@davita.com>
**Subject:** RE: CONFIDENTIAL: RE: TM Base Salary Comp - DaPAC benchmarking

Thanks for the additional background on the request LeAnne.

We can pull in those other elements. Typically to come to a total compensation number we include bonus as 65% of MBP (which aligns to our usual payout range) and LTIP at grant value (to show the value DaVita intended to award). Does that methodology make sense for this request?

Thanks,
Colleen

Confidential

DVA_OMCEAL_001385320

**Colleen Arthur**
Compensation Director, People Services

DaVita Kidney Care
2000 16<sup>th</sup> Street I Denver, CO 80202

<image002.png>

---

**From:** LeAnne Zumwalt
**Sent:** Monday, October 30, 2017 5:01 PM
**To:** Kelly Philson; Colleen Arthur
**Cc:** Eric Severson (Chief People Officer); Joelle Thornhill; Dale Boland
**Subject:** RE: CONFIDENTIAL: RE: TM Base Salary Comp - DaPAC benchmarking

This request is coming from KT and JR as they think about how we advance advocacy in the Village. Thanks, LeAnne

**From:** Kelly Philson
**Sent:** Monday, October 30, 2017 2:13 PM
**To:** Colleen Arthur <Colleen.Arthur@davita.com>
**Cc:** LeAnne Zumwalt <LeAnne.Zumwalt@davita.com>; Eric Severson (Chief People Officer) <Eric.G.Severson@davita.com>; Joelle Thornhill <Joelle.Thornhill@davita.com>; Dale Boland <Dale.Boland@davita.com>
**Subject:** RE: CONFIDENTIAL: RE: TM Base Salary Comp - DaPAC benchmarking

Hi, Colleen.

Thanks again for providing the TM comp ranges below to help with DaPAC benchmarking.

Digging a bit deeper, how do the comp ranges increase if we include bonus and LTIP (if applicable) for those categories? Similar to before, an average works or a range (if that is easier) will suffice.

- VP
- Director
- Manager

Greatly appreciate your help!
Kelly

Kelly Philson
DaVita Inc.
500 North Capitol St, NW, Suite 300
Washington , DC 20001



<image001.gif>

Confidential

DVA_OMCEAL_001385321

**From:** Colleen Arthur
**Sent:** Tuesday, October 24, 2017 5:08 PM
**To:** Dale Boland <Dale.Boland@davita.com>; Kelly Philson <Kelly.Philson@davita.com>
**Cc:** Joelle Thornhill <Joelle.Thornhill@davita.com>
**Subject:** CONFIDENTIAL: RE: TM Base Salary Comp - DaPAC benchmarking

Hi Dale and Kelly,

Here is the benchmark data you requested. Please note this information is confidential.

| Manager Level | Avg. Base Salary |
|---|---|
| Manager | 90k |
| Director | 130k |
| VP | 200k |

Thanks,
Colleen

---

**From:** Dale Boland
**Sent:** Friday, October 20, 2017 9:06 AM
**To:** Kelly Philson; Colleen Arthur
**Cc:** Joelle Thornhill; Sherri Hurley
**Subject:** RE: TM Base Salary Comp - DaPAC benchmarking

# Redacted for Privilege

---

**From:** Kelly Philson
**Sent:** Friday, October 20, 2017 9:02 AM
**To:** Dale Boland; Colleen Arthur
**Cc:** Joelle Thornhill; Sherri Hurley
**Subject:** RE: TM Base Salary Comp - DaPAC benchmarking

# Redacted for Privilege

Kelly

Kelly Philson
DaVita Inc.
500 North Capitol St, NW, Suite 300
Washington , DC 20001

Confidential

DVA_OMCEAL_001385322



&lt;image001.gif&gt;

**From:** Dale Boland
**Sent:** Friday, October 20, 2017 10:57 AM
**To:** Kelly Philson &lt;Kelly.Philson@davita.com&gt;; Colleen Arthur &lt;Colleen.Arthur@davita.com&gt;
**Cc:** Joelle Thornhill &lt;Joelle.Thornhill@davita.com&gt;; Sherri Hurley &lt;Sherri.Hurley@davita.com&gt;
**Subject:** RE: TM Base Salary Comp - DaPAC benchmarking

# Redacted for Privilege

**From:** Kelly Philson
**Sent:** Friday, October 20, 2017 7:43 AM
**To:** Colleen Arthur; Dale Boland
**Cc:** Joelle Thornhill; Sherri Hurley
**Subject:** RE: TM Base Salary Comp - DaPAC benchmarking

Colleen and Dale —

## Redacted for Privilege

Kelly

Kelly Philson
DaVita Inc.
500 North Capitol St, NW, Suite 300
Washington , DC 20001



&lt;image001.gif&gt;

**From:** Kelly Philson
**Sent:** Wednesday, October 18, 2017 11:42 AM
**To:** Colleen Arthur &lt;Colleen.Arthur@davita.com&gt;; Dale Boland &lt;Dale.Boland@davita.com&gt;
**Cc:** Joelle Thornhill &lt;Joelle.Thornhill@davita.com&gt;; Sherri Hurley &lt;Sherri.Hurley@davita.com&gt;
**Subject:** RE: TM Base Salary Comp - DaPAC benchmarking

Hi, All.

# Redacted for Privilege

Kelly

Kelly Philson
DaVita Inc.

Confidential

500 North Capitol St, NW, Suite 300
Washington , DC 20001



<image001.gif>

**From:** Colleen Arthur
**Sent:** Wednesday, October 18, 2017 10:56 AM
**To:** Dale Boland <Dale.Boland@davita.com>
**Cc:** Joelle Thornhill <Joelle.Thornhill@davita.com>; Sherri Hurley <Sherri.Hurley@davita.com>; Kelly Philson <Kelly.Philson@davita.com>
**Subject:** RE: TM Base Salary Comp - DaPAC benchmarking

Hi Dale,

## Redacted for Privilege

Thanks
Colleen

---

**From:** Kelly Philson
**Sent:** Tuesday, October 17, 2017 5:16 PM
**To:** Colleen Arthur
**Cc:** Joelle Thornhill; Sherri Hurley
**Subject:** Re: TM Base Salary Comp - DaPAC benchmarking

Hi, Colleen.

Following-up on the request to clarify the base salary ranges for TMs as listed below.

Thanks for your help!
Kelly

On Oct 9, 2017, at 1:27 PM, Sherri Hurley <Sherri.Hurley@davita.com> wrote:

Colleen, I support the Government Affairs group. They are looking for the below information as they evaluate the recommended giving levels for DPAC.
Thanks!
Sherri

<image002.png>     **Sherri Hurley, SHRM-SCP**
People Services
DaVita
5200 Virginia Way, Brentwood, TN 37027

sherri.hurley@davita.com

---

**From:** Kelly Philson
**Sent:** Monday, October 09, 2017 12:09 PM

Confidential

**To:** Sherri Hurley
**Cc:** Joelle Thornhill
**Subject:** TM Base Salary Comp - DaPAC benchmarking

Hi, Sherri.

Can you send ranges for (or average) base salary compensation of TMs in the following categories?

- Manager
- Director
- VP
- DVP
- GVP/SVP

We are evaluating our Recommended Giving Levels for DaPAC participation.

Thanks,
Kelly

Kelly Philson
DaVita Inc.
500 North Capitol St, NW, Suite 300
Washington , DC 20001



&lt;image001.gif&gt;

Confidential

DVA_OMCEAL_001385325

**Document Produced In Native Format**

Confidential

DVA_OMCEAL_001385327

|  | Annual | | | YE Bonus | | | |
|---|---|---|---|---|---|---|---|
|  | Q1 | Median | Q3 | Q1 | Median | Q3 | Q1 |
| Manager | $78,000 | $88,000 | $99,000 | $10,000 | $10,000 | $10,000 | $5,000 |
| Sr Manager | $99,000 | $109,000 | $120,000 | $13,000 | $13,000 | $15,000 | $5,000 |
| Director | $115,000 | $131,000 | $150,000 | $20,000 | $20,000 | $26,000 | $20,000 |
| Sr Director | $150,000 | $160,000 | $180,000 | $33,000 | $37,000 | $49,000 | $30,000 |
| Vice President | $190,000 | $200,000 | $245,000 | $65,000 | $81,000 | $98,000 | $100,000 |

| Manager | 25th | Median | 75th |
|---|---|---|---|
| Base | $ 78,000 | $ 88,000 | $ 99,000 |
| YE Bonus | $ 9,750 | $ 9,750 | $ 9,750 |
| LTIP | $ 5,000 | $ 5,000 | $ 5,000 |

| Director | 25th | Median |
|---|---|---|
| Base | $ 115,000 | $ 131,000 |
| YE Bonus | $ 19,500 | $ 19,500 |
| LTIP | $ 20,000 | $ 30,000 |

| Sr Manager | 25th | Median | 75th |
|---|---|---|---|
| Base | $ 99,000 | $ 109,000 | $ 120,000 |
| YE Bonus | $ 13,000 | $ 13,000 | $ 15,259 |
| LTIP | $ 5,000 | $ 5,000 | $ 5,000 |

| Sr Director | 25th | Median |
|---|---|---|
| Base | $ 150,000 | $ 160,000 |
| YE Bonus | $ 32,500 | $ 36,725 |
| LTIP | $ 30,000 | $ 40,000 |

| LTIP | |
| --- | --- |
| Median | Q3 |
| $5,000 | $5,000 |
| $5,000 | $5,000 |
| $30,000 | $40,000 |
| $40,000 | $75,000 |
| $135,000 | $175,000 |

| 75th |
| --- |
| $ 150,000 |
| $ 26,000 |
| $ 40,000 |

| VP | 25th | Median | 75th |
| --- | --- | --- | --- |
| Base | $ 190,000 | $ 200,000 | $ 245,000 |
| YE Bonus | $ 65,000 | $ 81,250 | $ 97,500 |
| LTIP | $ 100,000 | $ 135,000 | $ 175,000 |

| 75th |
| --- |
| $ 180,000 |
| $ 48,750 |
| $ 75,000 |

# EXHIBIT 125

# FILED UNDER SEAL

Message

| | |
|---|---|
| **From:** | Sipe, Joseph [joseph_sipe@uhg.com] |
| **Sent:** | 6/18/2018 12:51:22 PM |
| **To:** | Zaideman, Kevin [kevin.zaideman@scasurgery.com] |
| **Subject:** | UHG Job Mapping Tools |
| **Attachments:** | SCA - Acq Job Mapping Template w Salary Range Info -06 June 2018 Peer Da....xlsx; Master Job Family-Function Listing CURRENT 06.07.xlsx |

Hi Kevin,

Here are the documents we reviewed.

Thanks,

**Joey Sipe, MS, CCP** | Sr. Compensation Analyst, OptumCare | UnitedHealth Group
(O) 952-936-7295 (C) 763-807-8648
Joseph_Sipe@uhg.com | unitedhealthgroup.com

*Our United Culture. The way forward.*
■ *Integrity* ■ *Compassion* ■ *Relationships* ■ *Innovation* ■ *Performance*

This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.

CONFIDENTIAL

SCA002226644

Produced in Native Format

Produced in Native Format

CONFIDENTIAL

SCA002226645

| NIE | Job Code | Job Title | ave salary | UHG Job Code |
|---|---|---|---|---|
| SCA | 10102 | Admin Assistant Exec-Corp | $ 85,000 | ADM065 |
| SCA | 10106 | Accounting Supv | $ 91,973 | FIN010 |
| SCA | 10125 | Chief Development Officer | $ 375,000 | |
| SCA | 10137 | Quality and Risk Mgmt Coor | $ 75,858 | FIN062 |
| SCA | 10206 | Human Resources Generalist | $ 51,054 | HRS123 |
| SCA | 10207 | Human Resources Mgr | $ 100,376 | HRS124 |
| SCA | 10208 | HR Coordinator | $ 60,997 | HRS122 |
| SCA | 10221 | Mailroom and Inventory Clerk | $ 37,294 | ADM002 |
| SCA | 10223 | Executive Assistant Corp | $ 82,172 | ADM065 |
| SCA | 10229 | Dir Human Resources | $ 166,984 | HRS126 |
| SCA | 10250 | Human Resource Assistant | $ 32,136 | ADM061 |
| SCA | 10282 | Financial Analyst Corp | $ 70,855 | FIN143 |
| SCA | 10285 | Receptionist Exec | $ 51,002 | ADM062 |
| SCA | 10317 | Project Mgr Construction | $ 113,662 | PRM006 |
| SCA | 10318 | Dir Facility Mgmt | $ 136,914 | BUS046 |
| SCA | 10370 | Marketing Manager | $ 63,348 | MKT071 |
| SCA | 10402 | VP Development | $ 222,599 | |
| SCA | 10513 | Payroll Specialist 1 | $ 37,274 | HRS082 |
| SCA | 10514 | Payroll Supervisor Field | $ 73,538 | HRS090 |
| SCA | 10515 | Accounting Supv | $ 91,973 | FIN010 |
| SCA | 10516 | Accounts Payable Clerk I | $ 41,018 | FIN021 |
| SCA | 10517 | Accountant Corp | $ 59,653 | FIN006 |
| SCA | 10523 | Tax Accountant | $ 54,953 | FIN201 |
| SCA | 10557 | Info. Systems Specialist | $ 67,766 | IST103 |
| SCA | 10625 | HR Integration Manager | $ 95,000 | FIN081 |
| SCA | 10728 | Patient Account Rep | $ 32,307 | SLS102 |
| SCA | 10747 | Purchasing Agent | $ 61,478 | SOP003 |
| SCA | 10782 | Maintenance Supv | $ 48,048 | BUS042 |
| SCA | 10790 | Enviro Servic Aide Lead | $ 34,689 | BUS041 |
| SCA | 10801 | Billing Clerk | $ 42,553 | BIL002 |
| SCA | 10803 | Health Info Mgmt Serv Clerk | $ 34,537 | MCO101 |
| SCA | 10804 | Insurance Clerk | $ 37,875 | MCO101 |
| SCA | 10813 | Purchasing Clerk | $ 43,807 | SOP001 |
| SCA | 10818 | Collection Clerk | $ 40,836 | CLM042 |
| SCA | 10820 | Data Entry Clerk | $ 29,120 | ADM001 |
| SCA | 10833 | Administrative Assistant | $ 39,283 | ADM062 |
| SCA | 10843 | Central Supply Clerk | $ 35,069 | ADM002 |
| SCA | 10845 | Business Office Clerk | $ 37,157 | MCO101 |
| SCA | 10856 | Accounts Payable Clerk | $ 37,441 | FIN020 |
| SCA | 10864 | Maintenance Mechanic | $ 42,170 | BUS041 |
| SCA | 10867 | File Clerk | $ 25,768 | ADM001 |
| SCA | 10888 | Maintenance Tech | $ 33,927 | BUS040 |
| SCA | 10889 | Security Guard | $ 28,773 | |
| SCA | 10900 | Attorney | $ 229,996 | LAW020 |
| SCA | 10924 | Health Info Mgmt Serv Coder | $ 45,046 | MCO400 |
| SCA | 10926 | Enviro Ser Aide | $ 31,257 | BUS040 |
| SCA | 10947 | Business Office Mgr (L3) | $ 67,718 | HCD001 |
| SCA | 10974 | Health Info Mgmt Serv Supv | $ 51,672 | MCO103 |
| SCA | 11027 | Endoscopy Tech | $ 43,432 | HCD022 |
| SCA | 11031 | Radiology Technologist-Lead | $ 78,596 | HCD222 |
| SCA | 11037 | Phlebotomist | $ 36,796 | HCD080 |
| SCA | 12000 | Specialist | $ 35,770 | BUS162 |
| SCA | 14017 | Nurse Mgr | $ 93,658 | NUR158 |
| SCA | 14019 | Receptionist | $ 29,619 | ADM061 |

| | | | | |
|---|---|---|---|---|
| SCA | 14020 | Registered Nurse | $ 58,339 | NUR152 |
| SCA | 14021 | Dir Nursing | $ 110,902 | NUR159 |
| SCA | 14025 | Physician Office Liaison | $ 44,508 | BUS060 |
| SCA | 14026 | Facility Engineer | $ 74,756 | BUS044 |
| SCA | 14027 | Gastroentrology Tech | $ 45,761 | HCD022 |
| SCA | 14028 | Charge Nurse | $ 90,154 | NUR152 |
| SCA | 14032 | Anesthesiologist | $ 396,484 | HCD303 |
| SCA | 14043 | Dir Human Resources | $ 166,984 | HRS125 |
| SCA | 14107 | Radiology Technologist | $ 61,589 | HCD213 |
| SCA | 14111 | Purchasing Coord | $ 48,173 | SOP001 |
| SCA | 14123 | Dietary Coord | $ 46,564 | MCO040 |
| SCA | 14130 | Bio Medical Equipment Tech | $ 60,507 | HCD212 |
| SCA | 14173 | Social Worker | $ 56,000 | MCO160 |
| SCA | 14177 | Payroll Analyst | $ 55,500 | HRS085 |
| SCA | 14196 | Registered Nurse Bay Area | $ 146,279 | NUR152 |
| SCA | 14198 | Registered Nurse (Pool) | $ 72,259 | NUR152 |
| SCA | 14233 | Accounts Payable Support Mgr | $ 70,643 | FIN023 |
| SCA | 14259 | Business Office Coord | $ 56,730 | MCO102 |
| SCA | 14285 | Accounting Mgr | $ 84,000 | FIN011 |
| SCA | 14287 | Cash Accounting Mgr | $ 95,467 | FIN010 |
| SCA | 14290 | Accounting Assistant Senior | $ 44,699 | FIN004 |
| SCA | 14292 | Accounting Assistant 1 | $ 38,064 | FIN002 |
| SCA | 14318 | Senior Tax Accountant | $ 76,694 | FIN202 |
| SCA | 14320 | Secretary - Corp | $ 35,547 | ADM061 |
| SCA | 14322 | Stereotactic Technologist | $ 64,730 | HCD209 |
| SCA | 14362 | Asset Mgmt Mgr | $ 78,750 | FIN010 |
| SCA | 14441 | Benefits Administrator Senior | $ 85,000 | HRS001 |
| SCA | 14445 | Risk Management Coordinator | $ 50,726 | ADM062 |
| SCA | 14454 | Financial Analyst Development | $ 80,340 | FIN143 |
| SCA | 14479 | HR Coordinator Corp | $ 67,829 | HRS122 |
| SCA | 14480 | Leave Administrator | $ 90,000 | HRS001 |
| SCA | 14491 | Quality Standards Coordinator | $ 87,338 | MCO142 |
| SCA | 14553 | Payroll Analyst Senior | $ 63,808 | HRS085 |
| SCA | 14638 | Systems Supp Spec L2 User Sup | $ 122,460 | IST689 |
| SCA | 14664 | Systems Supp Spec | $ 50,532 | IST683 |
| SCA | 14682 | Med Staff Cred Supv | $ 51,963 | NMT023 |
| SCA | 14720 | Purchasing Coord | $ 48,173 | SOP002 |
| SCA | 14726 | Medical Missions Coordinator | $ 56,160 | |
| SCA | 14762 | CEO | $ 360,000 | BUS063 |
| SCA | 14801 | Business Office Mgr (L2) | $ 75,958 | HCD001 |
| SCA | 14802 | Business Office Mgr (L1) | $ 69,594 | HCD001 |
| SCA | 14854 | Registered Nurse First Asst | $ 86,601 | NUR152 |
| SCA | 14870 | Surg Tech Non Cert (Pool) | $ 70,314 | HCD204 |
| SCA | 14982 | LVN (Pool) | $ 65,520 | NUR150 |
| SCA | 15015 | CEO - Surgical Hosp | $ 174,428 | BUS063 |
| SCA | 15060 | Senior Compliance Auditor | $ 75,204 | REG043 |
| SCA | 15094 | Charge Nurse Bay | $ 143,052 | NUR152 |
| SCA | 16005 | Registered Nurse PACU | $ 77,199 | NUR152 |
| SCA | 16006 | Registered Nurse Pre Op | $ 72,241 | NUR152 |
| SCA | 16008 | Admission Supv | $ 50,527 | HCD122 |
| SCA | 16010 | Admission Clerk | $ 36,320 | ADM002 |
| SCA | 20106 | Medical Assistant | $ 27,040 | HCD021 |
| SCA | 20136 | Med Staff Cred Coord | $ 50,154 | NMT022 |
| SCA | 20273 | Physical Therapist | $ 100,519 | HCD248 |
| SCA | 20275 | Medical Technologist | $ 71,448 | HCD212 |

| | | | | |
|---|---|---|---|---|
| SCA | 20276 | Life Safety Consultant | $ 135,200 | |
| SCA | 20278 | Nursing Assistant Non-Cert | $ 36,014 | HCD021 |
| SCA | 20279 | Laboratory Manager | $ 62,317 | HCD086 |
| SCA | 20280 | Patient Registration Spec | $ 26,744 | HCD120 |
| SCA | 20281 | Patient Accounting Manager | $ 57,782 | FIN005 |
| SCA | 20282 | Physical Therapist | $ 100,519 | HCD248 |
| SCA | 20283 | Medical Records Specialist | $ 41,733 | ADM042 |
| SCA | 20284 | Patient Registration Manager | $ 40,414 | HCD122 |
| SCA | 20411 | Respiratory Therapy RRT | $ 60,979 | HCD251 |
| SCA | 20733 | Ultrasound Tech | $ 72,821 | HCD220 |
| SCA | 20812 | Data Analyst | $ 59,710 | BUS001 |
| SCA | 20845 | VP Revenue Cycle Operations | $ 208,000 | BUS065 |
| SCA | 20864 | Interim CEO | $ 180,000 | BUS063 |
| SCA | 20876 | Quality Standards Assistant | $ 86,174 | MCO143 |
| SCA | 20906 | Group President | $ 347,501 | |
| SCA | 20940 | Business Office Clerk Lead | $ 48,091 | MCO102 |
| SCA | 20977 | VP Operations | $ 219,328 | BUS065 |
| SCA | 20981 | Medical Assistant (Pool) | $ 35,360 | HCD021 |
| SCA | 20983 | Sales Representative | $ 75,050 | SLD606 |
| SCA | 20987 | Registered Nurse PACU (Pool) | $ 90,085 | NUR152 |
| SCA | 21005 | Maintenance Manager | $ 66,382 | BUS043 |
| SCA | 21019 | Patient Care Tech - AL | $ 30,276 | HCD021 |
| SCA | 21021 | Cert Hlth Info Mgt Serv Coder | $ 40,380 | MCO400 |
| SCA | 30000 | Vice President | $ 255,760 | |
| SCA | 30071 | Dir Clinical Resources | $ 83,200 | MCO080 |
| SCA | 30073 | OR Coordinator | $ 70,293 | HCD204 |
| SCA | 30084 | Accountant Market | $ 52,061 | FIN005 |
| SCA | 30085 | Accountant Market Senior | $ 71,172 | FIN006 |
| SCA | 30091 | Surgical Tech Cert Bay Area | $ 105,235 | HCD205 |
| SCA | 30092 | Financial Operations Analyst | $ 80,800 | FIN143 |
| SCA | 30097 | Senior Specialist Supply Chain | $ 66,300 | ADM002 |
| SCA | 30105 | eCode Solutions Manager | $ 72,559 | MCO403 |
| SCA | 30107 | Coding Analyst Sr | $ 52,320 | MCO401 |
| SCA | 30108 | Coding Analyst | $ 48,512 | MCO401 |
| SCA | | Coding Analyst Field | $ 47,083 | MCO401 |
| SCA | 30112 | Cook | $ 36,727 | |
| SCA | 30117 | PI Analyst Sr | $ 56,163 | BUS001 |
| SCA | 30202 | eCode Solutions Dir | $ 138,615 | MCO083 |
| SCA | 30209 | PI Analyst | $ 56,632 | BUS001 |
| SCA | 30257 | Project Mgr - IT | $ 89,900 | IST604 |
| SCA | 30291 | Systems Support Specialist | $ 51,889 | IST683 |
| SCA | 30300 | Lead Implementation Coord | $ 64,175 | ENR024 |
| SCA | 30324 | Anesthesiologist | $ 396,484 | HCD303 |
| SCA | 30527 | Senior Specialist Insight | $ 70,000 | BUS003 |
| SCA | 40000 | Senior Director | $ 166,555 | BUS065 |
| SCA | 40001 | Analyst Information Security | $ 94,208 | IST645 |
| SCA | 40002 | Chief Operating Officer | $ 368,000 | ELT125 |
| SCA | 40013 | Dir Operations - Surgery | $ 174,476 | MCO084 |
| SCA | | Director of Ops | $ 185,000 | MCO084 |
| SCA | 40015 | Dir Development | $ 123,148 | BUS063 |
| SCA | | Director Development | $ 140,000 | BUS063 |
| SCA | 40033 | Analyst IT Acquisition | $ 74,163 | IST062 |
| SCA | 40034 | Sr. Dir Planning & Analysis | $ 168,561 | FIN149 |
| SCA | 40043 | Internal Auditor | $ 59,180 | FIN182 |
| SCA | 40044 | Compliance Auditor | $ 53,284 | REG042 |

| | | | | |
|---|---|---|---|---|
| SCA | 40078 | Revenue Integrity Analyst | $ 52,500 | BUS020 |
| SCA | 40079 | Sr. Manager Tax - Planning | $ 114,850 | FIN205 |
| SCA | 40080 | Dir Accounting Operations | $ 138,000 | FIN013 |
| SCA | 40085 | Dir Revenue Cycle | $ 112,406 | BUS025 |
| SCA | 40091 | Application Developer | $ 68,000 | IST143 |
| SCA | 40096 | BI Data Developer | $ 66,000 | IST081 |
| SCA | 40107 | Associate Development | $ 85,000 | |
| SCA | 40113 | SC Clerk | $ 34,029 | ADM002 |
| SCA | 40114 | SC Tech | $ 34,312 | HCD021 |
| SCA | 40116 | Sterile Processing Coordinator | $ 47,314 | HCD228 |
| SCA | 40118 | Sterile Processing Clerk | $ 41,809 | HCD228 |
| SCA | 40121 | Analyst IT Business | $ 103,005 | IST064 |
| SCA | 50000 | Director | $ 96,831 | BUS063 |
| SCA | 50020 | Paralegal Senior | $ 80,636 | LAW002 |
| SCA | 50026 | Budgeting Analyst | $ 61,480 | FIN142 |
| SCA | 50027 | Revenue Analyst | $ 45,900 | BUS008 |
| SCA | 50037 | VP Operations | $ 219,328 | BUS065 |
| SCA | 50040 | Dir Financial Ops | $ 137,183 | FIN148 |
| SCA | 50041 | Dir Financial Ops | $ 137,183 | FIN148 |
| SCA | 50064 | Analyst Strategic Initiatives | $ 65,500 | BUS002 |
| SCA | 50078 | Purch Cost & Inventory Mgr | $ 78,300 | SOP008 |
| SCA | 50080 | Purch Cost & Inventory Spec | $ 82,500 | SOP004 |
| SCA | 50090 | Network Engineer | $ 92,262 | IST562 |
| SCA | 50096 | President-Field | $ 299,730 | |
| SCA | 50097 | Category Manager | $ 76,500 | MKT072 |
| SCA | 50102 | COO - Surgical Hospital | $ 126,962 | MCO083 |
| SCA | 50115 | Infection Control Coord | $ 85,555 | |
| SCA | 50122 | Housekeeping | $ 37,440 | |
| SCA | 50128 | Purchasing Supervisor | $ 69,264 | SOP007 |
| SCA | 50135 | Dir Equipment Planning | $ 93,364 | BUS045 |
| SCA | 50141 | VP Information Technology | $ 200,789 | IST545 |
| SCA | 50146 | Internal Audit Mgr | $ 81,350 | FIN183 |
| SCA | 50151 | Research Director | $ 71,995 | BUS145 |
| SCA | 50177 | Accountant Market L2 | $ 65,000 | FIN006 |
| SCA | 50180 | Senior IT Analyst | $ 82,800 | IST062 |
| SCA | 50184 | Hospital Info Systems Mgr | $ 72,862 | IST104 |
| SCA | 50191 | A/P Supervisor | $ 72,450 | FIN023 |
| SCA | 50199 | Dir Treasury | $ 121,186 | FIN229 |
| SCA | 50204 | Human Resources Manager | $ 74,824 | HRS124 |
| SCA | 50207 | Senior Analyst | $ 78,702 | BUS003 |
| SCA | 50208 | Surgical Tech Non-Cert Bay | $ 104,000 | HCD204 |
| SCA | 50209 | LVN | $ 57,756 | NUR150 |
| SCA | 50212 | LPN | $ 51,486 | NUR150 |
| SCA | 50213 | Payment Poster Rep | $ 33,384 | FIN020 |
| SCA | 50215 | Instrument Tech | $ 41,120 | HCD205 |
| SCA | 50216 | Senior Project Manager | $ 115,000 | PRM006 |
| SCA | 50217 | Senior Developer | $ 147,806 | IST009 |
| SCA | 50218 | Charge Nurse-OR | $ 86,769 | NUR152 |
| SCA | 50220 | Insurance Verification Rep | $ 39,147 | MCO101 |
| SCA | 50221 | Insurance Verification Lead | $ 60,030 | MCO103 |
| SCA | 50222 | Nurse Mgr | $ 93,658 | NUR158 |
| SCA | 50223 | Lab Technician | $ 62,046 | HCD083 |
| SCA | 50224 | Architect | $ 177,900 | IST524 |
| SCA | 50225 | BI Developer Supply Chain | $ 94,000 | IST083 |
| SCA | 50226 | Team Lead | $ 87,976 | BUS060 |

| | | | | |
|---|---|---|---|---|
| SCA | 50229 | Associate AP | $ 40,602 | FIN021 |
| SCA | 50230 | Experienced Associate Treasury | $ 52,500 | FIN223 |
| SCA | 50231 | Accountant | $ 52,987 | FIN005 |
| SCA | 50232 | Market Accountant Senior | $ 86,024 | FIN007 |
| SCA | 50233 | Senior Specialist | $ 51,397 | BUS001 |
| SCA | 50235 | Mgr Diagnostic Imaging | $ 67,909 | HCD222 |
| SCA | 50238 | Associate Administrator | $ 120,016 | |
| SCA | 50239 | Chief Executive Officer | $ 500,000 | |
| SCA | 50240 | Senior Manager | $ 107,987 | BUS062 |
| SCA | 50241 | Admin Assistant Exec | $ 57,999 | ADM062 |
| SCA | 50246 | EVP Development | $ 367,500 | |
| SCA | 50264 | Nurse Asst Certified | $ 31,593 | HCD021 |
| SCA | 50275 | Utilization Review Coord RN | $ 87,248 | NUR132 |
| SCA | 50285 | Registered Nurse OR | $ 78,330 | NUR152 |
| SCA | 50287 | RegisteredNurs AnesthetistCRNA | $ 170,794 | HCD109 |
| SCA | 50293 | Registered Nurse-Chief CRNA | $ 210,000 | MCO085 |
| SCA | 50298 | OR Supervisor | $ 92,535 | HCD003 |
| SCA | 50302 | Surgical Tech Non-Cert | $ 52,619 | HCD204 |
| SCA | 50303 | Surgical Tech Certified | $ 54,441 | HCD205 |
| SCA | 50321 | Accounting Assistant | $ 43,716 | FIN003 |
| SCA | 50322 | Compensation Sr. Manager | $ 144,200 | HRS027 |
| SCA | 50323 | VP Finance | $ 252,411 | |
| SCA | 50324 | Sr Corporate Accountant | $ 71,516 | FIN023 |
| SCA | 50329 | Site Engagement Payer Support | $ 66,503 | NMT084 |
| SCA | 50334 | Analyst Development | $ 58,750 | BUS002 |
| SCA | 50335 | VP Human Resources | $ 227,250 | HRS128 |
| SCA | 50336 | Mailroom Clerk | $ 30,659 | ADM001 |
| SCA | 50337 | Knowledge Manager | $ 115,011 | TRN044 |
| SCA | 50342 | Dir Acquisition Due Diligence | $ 100,000 | FIN081 |
| SCA | 50344 | Resident | $ 44,250 | BUS083 |
| SCA | 50345 | Unlicensed Assist. Personnel | $ 32,999 | |
| SCA | 50346 | Analyst Change Control | $ 54,155 | BUS001 |
| SCA | 50349 | Telecommunications M&A Mgr | $ 115,287 | FIN082 |
| SCA | 50350 | PMO Manager | $ 83,197 | PRM004 |
| SCA | 50352 | Sr. Dir Financial Ops | $ 180,000 | FIN149 |
| SCA | 50358 | Manager Financial Ops | $ 116,912 | FIN145 |
| SCA | | Manager- Financial Ops | $ 125,400 | FIN145 |
| SCA | 50360 | Med Staff Serv/Cred. Mgr. | $ 76,446 | NMT025 |
| SCA | 50363 | Group Vice President | $ 271,325 | |
| SCA | 50367 | Controller - Surg Hospital | $ 97,849 | FIN008 |
| SCA | 50375 | Due Diligence Analyst | $ 67,501 | FIN080 |
| SCA | 50378 | Senior Analyst Development | $ 78,272 | BUS003 |
| SCA | 50379 | Sr. Dir Financial Operations | $ 162,105 | FIN149 |
| SCA | 50381 | Group CEO | $ 168,690 | BUS063 |
| SCA | 50383 | Integration & Training Manager | $ 78,276 | TRN022 |
| SCA | 50386 | Materials Manager | $ 67,255 | SOP003 |
| SCA | 50391 | Coding Analyst-Field | $ 45,833 | MCO400 |
| SCA | 50392 | Director Sales | $ 88,553 | SLD613 |
| SCA | 50399 | RCO Sales Strategy Manager | $ 85,000 | SLD607 |
| SCA | 50401 | Manager of Operations | $ 156,470 | BUS064 |
| SCA | 50412 | Group Director Clinical Svcs | $ 152,336 | MCO084 |
| SCA | 50414 | Dir Accred. & Survey Readines | $ 106,929 | BUS062 |
| SCA | 50415 | Sr. Director Development | $ 146,175 | BUS065 |
| SCA | 50417 | Manager RCO Analytics | $ 71,241 | ANA003 |
| SCA | 50420 | Regional Quality Coordinator | $ 94,964 | MCO143 |

| | | | | |
|---|---|---|---|---|
| SCA | 50421 | Revenue Cycle Manager | $ 82,104 | BUS022 |
| SCA | 50423 | Surgical Tech Cert 1st Assist | $ 68,938 | HCD205 |
| SCA | 50425 | Manager Clinical Services | $ 118,249 | MCO082 |
| SCA | 50426 | Pharmacist | $ 126,012 | PHM158 |
| SCA | 50427 | Dir Pharmacy | $ 150,072 | PHM164 |
| SCA | 50428 | Pharmacy Tech | $ 42,375 | PHM153 |
| SCA | 50431 | Unit Secretary | $ 39,343 | ADM061 |
| SCA | 50433 | Senior Development Analyst | $ 84,356 | IST004 |
| SCA | 50437 | Dir Financial Reporting & Tran | $ 139,987 | FIN148 |
| SCA | 50438 | Dir Systems Integration | $ 140,726 | IST066 |
| SCA | 50441 | Quality Assurance Mgr | $ 90,657 | MCO143 |
| SCA | 50442 | Director Ancillary Services | $ 140,919 | HCD004 |
| SCA | 50443 | IT Compliance & Sec Analyst | $ 48,854 | IST642 |
| SCA | 50444 | Assistant General Counsel | $ 161,405 | LAW022 |
| SCA | 50445 | CFO Surgical Hospitals | $ 89,616 | BUS061 |
| SCA | 50448 | CNO Surgical Hospitals | $ 134,705 | BUS063 |
| SCA | 50449 | Sr. Director of RCO | $ 165,495 | BUS065 |
| SCA | 50450 | Dir Integration Management | $ 158,667 | FIN084 |
| SCA | | Dir. Integration Management | $ 182,209 | |
| SCA | 50455 | CEO Surgical Hospitals | $ 197,540 | MCO085 |
| SCA | 50456 | Systems Supp Spec L2 User Sup | $ 122,460 | IST686 |
| SCA | 50461 | Insurance Verification SR Rep | $ 45,136 | MCO102 |
| SCA | 50462 | Business Office Analyst | $ 41,600 | MCO101 |
| SCA | 50464 | Dir Revenue Cycle | $ 112,406 | BUS026 |
| SCA | 50468 | Lead Surgical Tech | $ 65,516 | HCD205 |
| SCA | 50469 | Regional Credentialing Coord | $ 69,972 | NMT023 |
| SCA | 50471 | Clinical Manager | $ 95,395 | HCD003 |
| SCA | 50472 | Senior ETL Developer | $ 102,323 | IST144 |
| SCA | 50475 | Experienced Accountant | $ 57,503 | FIN005 |
| SCA | 50477 | Manager Partnership Acct | $ 93,332 | SLS007 |
| SCA | 50480 | Sr Physician Office Liaison | $ 62,991 | MCO080 |
| SCA | 50481 | Sr IT Security Analyst | $ 107,625 | IST645 |
| SCA | 50484 | Senior Director Sales | $ 165,279 | SLD537 |
| SCA | 50489 | Scheduling Lead | $ 50,501 | HCD122 |
| SCA | 50493 | Director Managed Care Analytic | $ 149,191 | ANA010 |
| SCA | 50502 | Billing Rep | $ 41,679 | BIL002 |
| SCA | 50503 | Patient Call Rep | $ 34,153 | CUS002 |
| SCA | 50504 | Accounts Receivable Rep | $ 41,235 | FIN040 |
| SCA | 50505 | Cash Applications Rep | $ 40,027 | HCD121 |
| SCA | 50506 | Billing Resource Rep | $ 46,086 | BIL003 |
| SCA | 50507 | Patient and Physician Svc Coor | $ 36,358 | HCD121 |
| SCA | 50511 | Billing Lead | $ 57,845 | BIL007 |
| SCA | 50513 | Accounts Receivable Lead | $ 51,303 | FIN043 |
| SCA | 50514 | Insurance Verification Lead | $ 60,030 | MCO103 |
| SCA | 50515 | Cash Applications Lead | $ 53,298 | HCD122 |
| SCA | 50517 | Patient Call Manager | $ 34,216 | CUS004 |
| SCA | 50519 | Manager of Medical Records | $ 55,000 | ADM043 |
| SCA | 50523 | Training Coordinator | $ 51,556 | TRN004 |
| SCA | 50527 | Office Assistant | $ 42,916 | ADM062 |
| SCA | 50528 | Quality Specialist | $ 49,263 | MCO140 |
| SCA | 50530 | Chief Administrative Officer | $ 315,000 | |
| SCA | 50531 | Dir Inpatient Services | $ 90,413 | HCD003 |
| SCA | 50532 | Dir Rehabilitation Services | $ 103,267 | HCD004 |
| SCA | 50533 | MRI Technician | $ 65,574 | HCD207 |
| SCA | 50534 | Occupational Therapist (Pool) | $ 92,248 | HCD245 |

| | | | | |
|---|---|---|---|---|
| SCA | 50535 | Occupational Therapy Asst. | $ 54,205 | HCD247 |
| SCA | 50536 | Physical Therapy Asst. | $ 49,740 | HCD250 |
| SCA | 50537 | Social Services Rep | $ 57,283 | MCO160 |
| SCA | 50539 | Dir Periop Svcs - Surg Hosp | $ 98,692 | HCD003 |
| SCA | 50540 | Senior Vice President | $ 334,263 | |
| SCA | 50541 | Senior Director | $ 166,555 | BUS064 |
| SCA | 50542 | Database Administrator | $ 103,236 | IST063 |
| SCA | 50543 | Talent Acquisition Specialist | $ 95,015 | HRS162 |
| SCA | 50546 | Group Chief Financial Officer | $ 201,664 | |
| SCA | 50547 | Claim Resolution Manager | $ 96,646 | CLM048 |
| SCA | 50548 | Lead | $ 57,020 | BUS060 |
| SCA | 50549 | Surgery Scheduler | $ 40,716 | HCD122 |
| SCA | 50550 | Dietary Aide | $ 28,406 | |
| SCA | 50554 | Dir of Purch & Proj Implem | $ 80,018 | ENR025 |
| SCA | 50556 | Sterile Process Supervisor | $ 53,408 | HCD086 |
| SCA | 50558 | Occupational Therapist | $ 63,827 | HCD245 |
| SCA | 50562 | VP Diligence and Integration | $ 250,157 | |
| SCA | 50563 | Site Engagement Partner | $ 87,295 | NMT086 |
| SCA | 50564 | Accounts Receivable Rep II | $ 48,356 | FIN041 |
| SCA | 50565 | Patient Call Rep II | $ 42,224 | CUS003 |
| SCA | 50566 | Insurance Verification Rep II | $ 43,534 | MCO102 |
| SCA | 50567 | Billing Rep II | $ 44,239 | BIL002 |
| SCA | 50568 | Cash Applications Rep II | $ 47,736 | HCD122 |
| SCA | 50570 | Director - Field | $ 129,465 | BUS063 |
| SCA | 50573 | Lead Pilot | $ 123,600 | AVI001 |
| SCA | 50574 | Pilot | $ 113,300 | AVI001 |
| SCA | 50576 | Ancillary Services Manager | $ 66,113 | HCD086 |
| SCA | 50578 | Dir Quality Standards - Field | $ 118,346 | MCO145 |
| SCA | 50579 | Dir Accounting Operations - Fi | $ 113,862 | FIN009 |
| SCA | 50580 | Sr Dir Financial Ops Field | $ 154,596 | FIN149 |
| SCA | 60000 | Manager | $ 104,649 | BUS062 |
| SCA | 80001 | Analyst | $ 57,490 | BUS002 |
| SCA | 90000 | Radiology Manager | $ 124,800 | HCD223 |
| SCA | 90001 | Coordinator | $ 50,056 | ADM062 |
| SCA | | | #N/A | |

Produced in Native Format

Produced in Native Format

CONFIDENTIAL

SCA002226646

**Business Operations Job Family**

Positions in this function include those responsible for a variety of functions related to the general management and g   inactivated

### Business Analysis (Function Code: BAS)

Function Description: Positions in this function conduct and manage outcomes of various studies that include analyzing, reviewing, forecasting, trending, and presenting information for operational and business planning. They support short and long term operational/strategic business activities - by developing, enhancing and maintaining operational information and models. They also develop and implement effective/strategic business solutions through research and analysis of data and business processes.

| Job Levels | Job Code | Grade | FLSA | Job Title | Notes |
|---|---|---|---|---|---|
| B2 | BUS008 | 24 | N | Bus Anlys Coord | Effective 8-26-12 |
| B2 | SCA204 | 24 | N | SCA Bus Anlys Coord | |
| P1 | BUS001 | 25 | N | Assc Bus Anlyst | |
| P1 | SCA010 | 25 | N | SCA Assc Bus Anlyst | Created for SCA roles across the Enterprise |
| P2 | BUS002 | 26 | N | Bus Anlyst | |
| P2 | SCA011 | 26 | N | SCA Bus Anlyst | Created for SCA roles across the Enterprise |
| P3 | BUS003 | 27 | E | Sr Bus Anlyst | |
| P4 | BUS004 | 28 | E | Bus Anlys Cnslt | |
| M2 | BUS005 | 28 | E | Mgr Bus Anlys | |
| P5 | BUS009 | 29 | E | Sr Bus Anlys Cnslt | Effective 8-26-12 |
| M3 | BUS006 | 29 | E | Assc Dir Bus Anlys | |
| M4 | BUS010 | 30 | E | Dir Bus Anlys | Effective 8-26-12 |
| M5 | BUS007 | 31 | E | Dir Bus Anlys | |

### Business Process and Total Quality Management (TQM) (Function Code: BPT)

Function Description: Positions in this function are responsible for end-to-end business process activities - creating, controlling and improving business processes. Leads process design and project implementation teams in process improvement activities. Diagnose process improvement opportunities and develop solutions using principles of process excellence and related tools. This position is also responsible for quality reporting, analysis and audits and for developing plans and programs to support continuous quality improvement using applicable tools. May assist in the creation, implementation, and evaluation of Total Quality Management (TQM) programs. May direct design, facilitation, training and evaluation of TQM incentive programs and may oversee quality improvement projects and teams. Positions that require certification in project management or accredited Six Sigma training should use the Project Management job family.

| Job Levels | Job Code | Grade | FLSA | Job Title | Notes |
|---|---|---|---|---|---|
| P1 | BUS020 | 25 | N | Assc Bus Process Anlyst | |
| P1 | SCA012 | 25 | N | SCA Assc Bus Process Anlyst | Created for SCA roles across the Enterprise |
| P2 | BUS021 | 26 | N | Bus Process Anlyst | |
| P2 | SCA013 | 26 | N | SCA Bus Process Anlyst | Created for SCA roles across the Enterprise |
| P3 | BUS022 | 27 | E | Sr Bus Process Anlyst | |
| P4 | BUS023 | 28 | E | Bus Process Cnslt | |
| M2 | BUS024 | 28 | E | Mgr Bus Process | |
| M3 | BUS025 | 29 | E | Assc Dir Bus Process | |
| M4 | BUS026 | 30 | E | Dir Bus Process | |
| M5 | BUS027 | 31 | E | Dir Bus Process | |
| P3 | BUS028 | 27 | N | Sr Bus Process Anlyst (Hourly) | |

### Facilities, Bldg & Equip Svcs (Function Code: FBS)

Function Description: Positions in this function are responsible for any of the following areas: facilities planning and coordination (incl building services and building engineering), security, drivers, building operations (electrical, mechanical, alarms and monitors), equipment setup/maintenance/repair, and warehousing operations. This function may also include HVAC Technicians requiring certifications as well as Data Center Technicians and Engineers.

| Job Levels | Job Code | Grade | FLSA | Job Title | Notes |
|---|---|---|---|---|---|
| B1 | BUS039 | 21 | N | Assc Building Svs Coord | |
| B2 | BUS040 | 22 | N | Building Svs Coord | |
| B3 | BUS041 | 23 | N | Sr Building Svs Coor | |
| P1 | BUS042 | 25 | N | Facilities Spclst | |
| P2 | BUS043 | 26 | N | Sr Facilities Spclst | |
| P3 | BUS048 | 27 | N | Facilities Cnslt (Protected) | |
| M1 | BUS044 | 26 | N | Spvsr Facilities | |
| M2 | BUS045 | 28 | E | Mgr Facilities | |
| M3 | BUS049 | 29 | E | Assc Dir Facilities | |
| M4 | BUS046 | 30 | E | Dir Facilities | |
| M5 | BUS047 | 32 | E | VP Facilities | |

| Function | Function Code | Function Description | Job Levels | Job Code | Grade | FLSA | Job Title | Notes |
|---|---|---|---|---|---|---|---|---|
| General Operations Management | GOM | Positions in this function include those responsible for management and administration of multiple functions, or management of general business operations. May manage the P&L of a business or part of a business unit. Manage daily operations of multiple levels of staff and multiple functions/departments across one or more business units. May include day to day site operations, management leadership internal and external to organization, accountable for financial and non-financial results (budgets and actuals). Project management and implementation, staff management. | M1 | BUS060 | 25 | E | Spvsr Gen Mgmt | |
| | | | M2 | BUS061 | 28 | E | Mgr Gen Mgmt | |
| | | | M3 | BUS062 | 29 | E | Assc Dir Gen Mgmt | |
| | | | M4 | BUS063 | 30 | E | Dir Gen Mgmt | |
| | | | M5 | BUS064 | 31 | E | Dir Gen Mgmt | |
| | | | M6 | BUS065 | 32 | E | VP Gen Mgmt | |
| | | | M6 | BUS066 | 32 | E | CEO Military Hlth Svs (Protected) | Inactive 10/19/2016 |
| Internships | ISP | Positions in this function apply their educational and work-related experience for a temporary period of time. Primarily undergraduate students. | B1 | BUS080 | 20 | N | Intern | |
| | | Interns must not work more than 960 hours per calendar year and are not eligible for UnitedHealth Group benefits or benefit programs (including, but not limited to, Paid Time Off). | B1 | SCA205 | 20 | N | SCA Intern | |
| | | | P2 | BUS081 | 20 | E | Grad Student Intern | |
| | | UnitedHealth Group generally does not allow unpaid internships. | P1 | BUS082 | 20 | N | Grad Student Intern (Hrly) | |
| Print Production | PPR | Positions in this function are responsible for print production, operating various printer, inserter and presort equipment. | B2 | BUS100 | 22 | N | Assc Printr | |
| | | | B3 | BUS101 | 23 | N | Printr | |
| | | | B4 | BUS102 | 25 | N | Print Coord | |
| | | | M1 | BUS103 | 25 | E | Spvsr Printng | |
| | | | M2 | BUS104 | 27 | E | Mgr Print Prodion | |
| Reporting | RPT | Positions in this function include those responsible for designing/developing, programming, maintaining and publishing operational reports. Provides operational analysis utilized for decision making. May make recommendations based on the analysis, and provide explanations for reporting results as needed. May be done for internal operational purposes as well as for customers. | B4 | BUS120 | 23 | N | Report Coord | |
| | | | P1 | BUS121 | 25 | N | Assc Report Anlyst | |
| | | | P1 | BUS127 | 25 | E+OT | Assc Report Anlyst - Protected | |
| | | | P2 | BUS122 | 26 | N | Report Anlyst | |
| | | | P2 | SCA014 | 26 | N | SCA Report Anlyst | Created for SCA roles across the Enterprise |
| | | | P3 | BUS123 | 27 | E | Sr Report Anlyst | |
| | | | M1 | BUS124 | 26 | E | Spvsr Reporting | |
| | | | M2 | BUS125 | 28 | E | Mgr Reporting | |
| | | | M3 | BUS126 | 29 | E | Assc Dir Reporting | |
| | | | P3 | BUS128 | 27 | N | Sr Report Anlyst (Hourly) | |

| Function | Function Code | Function Description | Job Levels | Job Code | Grade | FLSA | Job Title | Notes |
|---|---|---|---|---|---|---|---|---|
| Research | RSC | Positions in this function include those responsible for research and development projects. They collect and interpret research and analyses of markets, trends, competitors, products and services for use in operational business planning/decisions and strategic planning/decisions. May direct research grants, research projects and involvement with academic studies. | P1 | BUS140 | 24 | N | Assc Rsch Anlyst | |
| | | | P2 | BUS141 | 25 | N | Rsch Anlyst | |
| | | | P3 | BUS142 | 26 | E | Sr Rsch Anlyst | |
| | | | P4 | BUS143 | 27 | E | Rsch Cnslt | |
| | | | P5 | BUS144 | 28 | E | Sr Rsch Cnslt | |
| | | | M1 | BUS145 | 27 | E | Mgr Rsch | |
| | | | M2 | BUS146 | 29 | E | Assc Dir Rsch | |
| | | | M3 | BUS147 | 30 | E | Dir Rsch | |
| | | | M4 | BUS148 | 31 | E | Dir Rsch | |
| | | | M5 | BUS149 | 32 | E | VP Rsch | |
| | | | P4 | BUS150 | 27 | N | Rsch Cnslt (Hourly) | |
| Business Operations General Support | BOG | Positions in this function include those responsible for providing process and operational support to the functions within Business Operations Family. Positions in this function may also be responsible for quality reporting, analysis and audits, and for developing plans and programs to support continuous quality improvement using applicable tools. | B1 | BUS160 | 21 | N | Assc Bus Ops Coord | |
| | | | B2 | BUS161 | 22 | N | Bus Ops Coord | |
| | | | B3 | BUS162 | 23 | N | Sr Bus Ops Coord | |
| | | | B4 | BUS163 | 24 | N | Bus Ops Spclst | |
| | | | B4 | SCA015 | 24 | N | SCA Bus Ops Spclst | Created for SCA roles across the Enterprise |
| Health Plan General Operations | MGO | Positions in this function include those responsible for planning and directing all aspects of a division's operational policies, objectives, and initiatives. Included day to day site operations, management leadership internal and external to organization, accountable for financial and non-financial results (budgets and actuals). Develops policies and procedures for operational processes in order to ensure optimization and compliance with established standards and regulations. May manage the P&L of a business or part of a business unit. Manage daily operations of multiple levels of staff and multiple functions/departments across one or more business units. Project management and implementation, staff management. | M3 | BUS180 | 30 | E | Exec Dir | Created for Health Plan roles in UHC E&I, C&S, M&R |
| | | | M3 | BUS184 | 30 | E | Dir, Health Plan Operations | Created for Health Plan roles in UHC E&I, C&S, M&R |
| | | | M4 | BUS181 | 31 | E | Exec Dir | Created for Health Plan roles in UHC E&I, C&S, M&R |
| | | | M4 | BUS185 | 31 | E | Dir, Health Plan Operations | Created for Health Plan roles in UHC E&I, C&S, M&R |
| | | | M5 | BUS182 | 32 | E | Plan Pres | AmeriChoice Only - Plan > 100,000 Lives |
| | | | M5 | BUS183 | 32 | E | Regn Exec | |
| Commercial Business General Operations | CBO | Positions in this function include UHC leadership roles responsible for planning and directing all aspects of a Health Plan, market(s) or UHC business group. Includes management of day to day operations, policies, provides leadership internal and external to organization, and has accountability for financial and non-financial results (budgets and actuals). Roles generally have extensive external contact with a variety of constituents including customer prospects, brokers, physicians and providers, and community/civic leaders. May also have market legislative and regulatory oversight. May manage the P&L of a business or part of a business unit. | M4 | BUS200 | 31 | E | Hlth Plan Mkt Lead | |
| | | | M5 | BUS201 | 32 | E | Hlth Plan CEO | |
| | | | M5 | BUS202 | 32 | E | Chief of Staff | |
| | | | M5 | BUS203 | 32 | E | Bus Unit Ldr | |

| Function | Function Code | Function Description | Job Levels | Job Code | Grade | FLSA | Job Title | Notes |
|---|---|---|---|---|---|---|---|---|
| Corporate Security | CSC | Positions in this function are specific to security at the Corporate level, ensuring protection and monitoring of company assets. | B4 | BUS222 | 24 | N | Security/Access Coord | |
| | | | B4 | SCA016 | 24 | N | SCA Security/Access Coord | Created for SCA roles across the Enterprise |
| | | | P1 | BUS224 | 26 | E | Corp Security Analyst | |
| | | | P2 | BUS220 | 27 | E | Corp Security Investigtr | |
| | | | P3 | BUS223 | 28 | E | Sr Corp Security Investigtr | |
| | | | M2 | BUS225 | 29 | E | Associate Dir Corp Security | |
| | | | M3 | BUS221 | 30 | E | Dir Corp Security | |
| | | | M4 | BUS226 | 31 | E | Sr Dir Corp Security | |
| | | | M5 | BUS227 | 32 | E | VP Corp Security | |
| Foundation/Social Responsibility | FSR | Positions in this function are responsible for the management and administration of the United Health Foundation and the Offices of Social Responsibility across the enterprise. | B2 | BUS240 | 25 | N | Found/Soc Resp Coord | |
| | | | P1 | BUS246 | 26 | E | Found/Soc Resp Assc Prgm Mgr | |
| | | | P2 | BUS241 | 27 | E | Found/Soc Resp Prgm Mgr | |
| | | | P3 | BUS247 | 28 | E | Found/Soc Resp Sr Prgm Mgr | |
| | | | M2 | BUS242 | 29 | E | Mgr Found/Social Resp | |
| | | | M3 | BUS243 | 30 | E | Dir Found/Social Resp | |
| | | | M4 | BUS244 | 31 | E | Dir Found/Social Resp | |
| | | | M5 | BUS245 | 32 | E | VP Social Resp/Pres Found | |
| Records Management | RCM | Positions in this function provide records management services to the organization. Has oversight responsibility for establishing records management programs, including retention schedule requirements, M&A record retention and consults on document management techniques. | P2 | BUS260 | 26 | E | Records Mgmt Anlyst | |
| | | | P3 | BUS261 | 28 | E | Records Mgmt Cnslt | |
| | | | P4 | BUS262 | 29 | E | Sr Records Mgmt Cnslt | |
| | | | M2 | BUS263 | 29 | E | Assc Dir Records Mgmt | |
| Resident / Fellowship | REF | Positions in this function typically hold an advanced degree, such as MBA, PharmD, MS, etc. Participants will gain valuable exposure to systems and processes while applying their education and work-related experience to various business and/or clinical operation hands-on projects and specific assignments over a defined period of time. | P2 | BUS083 | 27 | E | Resident / Fellowship | |

# EXHIBIT 126

# FILED UNDER SEAL

| From: | Mosley, Shannon </O=UNITED SURGICAL PARTNERS/OU=UNITEDSURGICAL /CN=RECIPIENTS/CN=SMOSLEY> |
|---|---|
| To: | Mosley, Shannon |
| Sent: | 10/24/2018 10:45:04 PM |
| Subject: | Fwd: USPI pay ranges |
| Attachments: | ATT00001.htm; Pay Ranges.xlsx |

Sent from my iPhone

Begin forwarded message:

**From:** "Wharton, Marie-Claire" <mwharton@uspi.com>
**Date:** October 23, 2018 at 3:49:38 PM CDT
**To:** "Mosley, Shannon" <smosley@uspi.com>
**Cc:** "McGarry, Shannon" <smcgarry@uspi.com>
**Subject: RE: USPI pay ranges**

J

**From:** Mosley, Shannon
**Sent:** Tuesday, October 23, 2018 1:11 PM
**To:** Wharton, Marie-Claire <mwharton@uspi.com>
**Cc:** McGarry, Shannon <smcgarry@uspi.com>
**Subject:** FW: USPI pay ranges

Please add to our spreadsheet, thanks. -s

**From:** Goodwin, Trish
**Sent:** Tuesday, October 23, 2018 12:47 PM
**To:** Mosley, Shannon <smosley@uspi.com>
**Cc:** McGarry, Shannon <smcgarry@uspi.com>
**Subject:** RE: USPI pay ranges

|  | Min | Avg | Max |
|---|---|---|---|
| Clinical Directors | 61443.20 | 98979.25 | 144185.60 |
| BOMs | 39728.00 | 68985.92 | 144200.00 |
| RN (Full-time) | 44928.00 | 77222.85 | 135200.00 |
| RN (PRN) | 15177.60 | 19258.83 | 27289.60 |
| RN (Part-time) | 17810.00 | 56184.16 | 77851.28 |
| RN (Regular Part-time) | 39800.00 | 60138.00 | 80475.20 |

Trish Goodwin
Payroll and Benefits Analyst
United Surgical Partners International
15305 Dallas Parkway, Suite 1600
Dallas, Texas 75001
Phone: 972-763-3851
Efax : 972-767-0630

CONFIDENTIAL

USPI_CIV_000214742

**From:** Mosley, Shannon
**Sent:** Wednesday, October 17, 2018 5:27 PM
**To:** Goodwin, Trish <TGoodwin@uspi.com>
**Cc:** McGarry, Shannon <smcgarry@uspi.com>
**Subject:** Re: USPI pay ranges

Ok thanks!

Sent from my iPhone

On Oct 17, 2018, at 5:01 PM, Goodwin, Trish <TGoodwin@uspi.com> wrote:

Shannon,

Yes, I should be able to get to you by next week. I was going to try for this week but things just kept coming up. I'm off tomorrow and Friday.

Trish Goodwin
Payroll and Benefits Analyst
United Surgical Partners International
15305 Dallas Parkway, Suite 1600
Dallas, Texas 75001
Phone: 972-763-3851
Efax : 972-767-0630

**From:** Mosley, Shannon
**Sent:** Monday, October 15, 2018 2:39 PM
**To:** Goodwin, Trish <TGoodwin@uspi.com>
**Cc:** McGarry, Shannon <smcgarry@uspi.com>
**Subject:** RE: USPI pay ranges

Trish,
Thanks again for supplying this information.

Greg is requesting that I get salary information for all Clinical Directors or Directors of Nursing, Business Office Managers and all RNs.

I know this may take some time, please let me know if you can get it to me by next week?
Thanks,

Shannon Mosley |Vice President, Talent Acquisition
**United Surgical Partners International |** www.uspi.com
office: 972-763-3820      fax: 972-692-8099
<image002.jpg>

**From:** Goodwin, Trish
**Sent:** Wednesday, August 15, 2018 11:40 AM
**To:** Mosley, Shannon <smosley@uspi.com>
**Subject:** RE: USPI pay ranges

Here you go....

CONFIDENTIAL

USPI_CIV_000214743

**From:** Mosley, Shannon
**Sent:** Tuesday, August 14, 2018 3:48 PM
**To:** Goodwin, Trish <TGoodwin@uspi.com>
**Subject:** Re: USPI pay ranges

Thank you!!

Sent from my iPhone

On Aug 14, 2018, at 3:35 PM, Goodwin, Trish <TGoodwin@uspi.com> wrote:

Shannon,

Yes, I'll have something by this week.

Trish

**From:** Mosley, Shannon
**Sent:** Thursday, August 09, 2018 7:45 PM
**To:** Goodwin, Trish <TGoodwin@uspi.com>
**Cc:** Reinert, Sherri <sreinert@uspi.com>
**Subject:** RE: USPI pay ranges

Trish,
Sorry, but the data that David has won't work. I see you're out until Tuesday, so am I. Do you think you could get me the information by Monday, the 20th? Thanks -sm

**From:** Goodwin, Trish
**Sent:** Tuesday, August 07, 2018 10:40 AM
**To:** Mosley, Shannon <smosley@uspi.com>
**Subject:** RE: USPI pay ranges

Shannon,

I'm working on payroll this week and then I am out Friday and Monday. We don't have job codes that differentiate between hospital vs. ASC; only CFO, etc.

If I get a chance I will look to see what I can provide; otherwise, it will be next week. Have you tried getting with David Behr? Maybe his team can help.

Thank you,

Trish Goodwin
Phone: 972-763-3851
Efax : 972-767-0630

**From:** Mosley, Shannon
**Sent:** Monday, August 06, 2018 4:25 PM
**To:** Goodwin, Trish <TGoodwin@uspi.com>
**Cc:** Reinert, Sherri <sreinert@uspi.com>; McGarry, Shannon <smcgarry@uspi.com>
**Subject:** USPI pay ranges
**Importance:** High

Trish,
I've been tasked with getting salary range info (by Greg) on the following positions:

CONFIDENTIAL

USPI_CIV_000214744

- Administrator
- Regional VP
- Regional Director
- Market President
- Hospital CFO
- Hospital CEO
- Hospital CNO
- Assistant CNO
- Hospital COO

Can I please get min/mid/max information? I know you're busy, but please let me know when you can turn this around? I need it ASAP. Thanks! -sm

CONFIDENTIAL

USPI_CIV_000214745

| Position | USPI | | | TENET | | |
|---|---|---|---|---|---|---|
| | Minimum | Average | Maximum | Minimum | Average | Maximum |
| RVP | $ 140,000.00 | $ 198,691.90 | $ 300,000.00 | | | |
| Market President | $ 245,000.00 | $ 300,451.11 | $ 346,006.00 | | | |
| Administrator | $ 69,875.00 | $ 124,650.73 | $ 211,160.98 | | | |
| CFO | $ 98,800.00 | $ 151,100.43 | $ 271,294.40 | $ 134,200.00 | $ 230,150.00 | $ 362,000.00 |
| CNO | $ 122,387.20 | $ 137,843.41 | $ 159,764.80 | $ 128,600.00 | $ 206,450.00 | $ 308,900.00 |
| CEO | $ 163,000.03 | $ 188,193.90 | $ 250,016.00 | $ 237,000.00 | $ 371,450.00 | $ 547,300.00 |
| COO | $ 111,758.40 | $ 132,904.51 | $ 154,999.94 | $ 152,100.00 | $ 229,533.30 | $ 326,300.00 |
| CSO | | | | $ 121,300.00 | $ 198,516.67 | $ 301,300.00 |
| CHRO | | | | $ 139,400.00 | $ 199,116.67 | $ 270,800.00 |
| CMO | $ 22,184.00 | $ 221,846.00 | $ 221,846.00 | $ 238,600.00 | $ 348,216.67 | $ 481,800.00 |
| AA | | | | $ 127,000.00 | $ 182,533.30 | $ 249,800.00 |
| Director of Nursing | $ 68,744.00 | $ 106,912.00 | $ 158,600.00 | $ 67,912.00 | $ 122,033.60 | $ 245,440.00 |
| Director of Operations | | | | $ 91,561.60 | $ 116,750.40 | $ 141,918.40 |
| Clinical Director | $ 61,443.20 | $ 98,979.25 | $ 144,185.60 | | | |
| BOM | $ 39,728.00 | $ 68,985.92 | $ 144,200.00 | | | |
| RN (Full Time) | $ 44,928.00 | $ 77,222.85 | $ 135,200.00 | | | |
| RN (PRN) | $ 15,177.60 | $ 19,258.83 | $ 27,289.60 | | | |
| RN (Part Time) | $ 17,810.00 | $ 56,184.16 | $ 77,851.28 | | | |
| RN (Regular Part-Time) | $ 39,800.00 | $ 60,138.00 | $ 80,475.20 | | | |

CA2B10Confidential

| Function | Family | Master Job Code | Master Job Title | Use Limited To/Special Notes | Job Summary | Job Responsibilities | Education | Experience | Certifications |
|---|---|---|---|---|---|---|---|---|---|
| Manager/Director | Office/Clinic/Practice | W4640 | DIR, OPERATIONS | | Establishes and enforces policies, procedures, standards and objectives. Responsible for budget and ongoing effective operation of assigned department of facility 24/7 by exerting a leadership role which supports facility's mission, vision, goals and objectives while focusing on patients, physicians, employees, volunteers and community as customers. | | Bachelor Degree in Business Management, Administration and/or related field. Prefer Master Degree in Health Care Administration or related health care field. | 5 years in leadership role within health care field. | Not Applicable. |
| Manager/Director | Nursing | W8000 | DIR, NURSING | Used OR Director | This role provides leadership and support to the senior executive position (CNO) responsible for all nursing and other designated patient care functions/services within the hospital organization. The role will assume responsibility for assisting in assessing, planning, coordinating, implementing and evaluating nursing practice on a multi-unit level. Role assumes 24/7 responsibility of Director's assigned areas. The role is accountable to support CNO to ensure high quality, safe and appropriate nursing care, competency of clinical staff, and appropriate resource management related to patient care. | Active and current registered nurse license in the state of residence/practice -Highly effective interpersonal and communication skills -Proven leadership ability and hospital operational ability -Ability to serve as role model and advocate for the professional discipline of nursing | Required: Academic degree in nursing  Preferred: Bachelors or Masters degree | Required: 2 Years of progressive management experience in a hospital environment as a manager or full time charge nurse/related position | Required: Must be currently licensed, certified or registered to practice profession as required by law, regulation in state of practice or policy. CPR |
| Manager/Director | Nursing | W8010 | DIR, NURSING PROCEDURAL | (Periop) | This role provides leadership and support to the senior executive position (CNO) responsible for all nursing and other designated patient care functions/services within the hospital organization. The role will assume responsibility for assisting in assessing, planning, coordinating, implementing and evaluating nursing practice on a multi-unit level. Role assumes 24/7 responsibility of Director's assigned areas. The role is accountable to support CNO to ensure high quality, safe and appropriate resource management related to patient care. | Active and current registered nurse license in the state of residence/practice -Highly effective interpersonal and communication skills -Proven leadership ability and hospital operational ability -Ability to serve as role model and advocate for the professional discipline of nursing | Required: Academic degree in nursing  Preferred: Bachelors or Masters degree | Required: 2 Years of progressive management experience in a hospital environment as a manager or full time charge nurse/related position | Preferred: RN License |